NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Erikson Law Group
David Alden Erikson
S. Ryan Patterson
Antoinette Waller
200 N. Larchmont Blvd.
Los Angeles, CA 90004
(323) 465-3100

ATTORNEY(S) FOR: Plaintiff FRANCESCA GREGORINI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. APPLE, INC, et al | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for        Plaintiff FRANCESCA GREGORINI
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FRANCESCA GREGORINI | PLAINTIFF |
| APPLE, INC | DEFENDANT |
| M. NIGHT SHYAMALAN | DEFENDANT |
| BLINDING EDGE PICTURES, INC. | DEFENDANT |
| UNCLE GEORGE PRODUCTIONS | DEFENDANT |
| ESCAPE ARTISTS LLC | DEFENDANT |
| DOLPHIN BLACK PRODUCTIONS | DEFENDANT |
| TONY BASGALLOP | DEFENDANT |
| ASHWIN RAJAN | DEFENDANT |
| JASON BLUMENTHAL | DEFENDANT |
| TODD BLACK | DEFENDANT |
| STEVE TISCH | DEFENDANT |
| DOES 1-10, inclusive | DEFENDANT |

01/15/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

David A. Erikson