# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI<br><br>PLAINTIFF(S)<br><br>v.<br><br>APPLE, INC. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20−cv−00406−DMG−JC<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/15/2020 | 5 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

By:  /s/ Estrella Tamayo
 Estrella_Liberato@cacd.uscourts.gov
Deputy Clerk

Date: January 15, 2020

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −