AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

FRANCESCA GREGORINI

*Plaintiff(s)*

v.

APPLE, INC, a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive

*Defendant(s)*

Civil Action No. 2:20-cv-00406-DMG-JC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* APPLE, INC; M. NIGHT SHYAMALAN, BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS; ESCAPE ARTISTS LLC; DOLPHIN BLACK PRODUCTIONS; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH
(See attachment #1 for addresses)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erikson Law Group
David Erikson
200 N. Larchmont Blvd.
Los Angeles, CA 90004

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 01/15/2020

# ATTACHMENT #1

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### Summons on Complaint In A Civil Action

### DEFENDANTS' NAMES AND ADDRESSES

APPLE, INC
ONE APPLE PARK WAY
CUPERTINO, CA 95014

M. NIGHT SHYAMALAN
1055 Westlakes Drive, Ste 300
Berwyn, PA 19312

BLINDING EDGE PICTURES, INC.
18 Campus Blvd., Ste 100
Newton Square, PA 19073

UNCLE GEORGE PRODUCTIONS
18 Campus Blvd., Ste 100
Newton Square, PA 19073

ESCAPE ARTISTS LLC
10202 W. WASHINGTON BLVD. ASTAIRE BLDG 3RD FLOOR
CULVER CITY, CA 90232

DOLPHIN BLACK PRODUCTIONS
BRUCE D GELLMAN, Agent for Service
450 NORTH ROXBURY DRIVE, 8TH FLOOR
BEVERLY HILLS, CA 90210

TONY BASGALLOP
450 NORTH ROXBURY DRIVE, 8TH FLOOR
BEVERLY HILLS, CA 90210

ASHWIN RAJAN
18 Campus Blvd., Ste 100
Newton Square, PA 19073

JASON BLUMENTHAL
10202 W, WASHINGTON BLVD. ASTAIRE BLDG 3RD FLOOR
CULVER CITY, CA 90232

TODD BLACK
10202 W. WASHINGTON BLVD. ASTAIRE BLDG 3RD FLOOR
CULVER CITY, CA 90232


STEVE TISCH
10202 W. WASHINGTON BLVD. ASTAIRE BLDG 3RD FLOOR
CULVER CITY, CA 90232

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00406-DMG (JCx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: