**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Francesca Gregorini, | CASE NUMBER |
| PLAINTIFF(S)/PETITIONER(S) | CV 20-406-DMG (JCx) |
| v. | |
| Apple Inc., et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:
the fact that Judge Gee has a financial interest in Apple, Inc. and therefore recuses herself pursuant to 28 U.S.C. § 455(b)(4).

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
   ☑ within 120 days of the Court being assigned said case.
   ☐ after 120 days of the Court being assigned said case.

January 16, 2020
Date

Dolly M. Gee, United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge _Dale S. Fischer_. On all documents subsequently filed in this case, please substitute the initials _DSF_ after the case number in place of the initials of the prior Judge so that the case number will read: _2:20-cv-00406 DSF(JCx)_.

This is very important because documents are routed to the assigned Judge by means of the initials.

cc:  ☐ Previous Judge   ☐ Statistics Clerk

CV-52 (10/16)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05