Name & Address:
Erikson Law Group
David Alden Erikson
200 N. Larchmont Blvd.
Los Angeles, CA 90004
(323) 465-3100

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Francesca Gregorini | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:20-cv-00406-DSF (JCx) |
| v. | |
| Apple Inc., et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

DVD of film: The Truth About Emanuel

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| January 16, 2020 | David A. Erikson |
|---|---|
| Date | Attorney Name |
| | Plaintiff Francesca Gregorini |
| | Party Represented |

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING