# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini, <br><br> PLAINTIFF(S)/PETITIONER(S) <br> v. <br><br> Apple Inc., et al., <br><br> DEFENDANT(S)/RESPONDENTS(S) | **CASE NUMBER** <br><br> CV 20-00406 DSF (JCx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Canon 3C(1)(c)

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

January 16, 2020
Date

*Dale S. Fischer*
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____John F. Walter_____. On all documents subsequently filed in this case, please substitute the initials _____JFW_____ after the case number in place of the initials of the prior Judge so that the case number will read: _2:20-cv-00406 JFW(JCx)_.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☐ Western   ☐ Southern   ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the**   ☐ Western   ☐ Southern   ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-52 (05/08)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05