ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)
S. Ryan Patterson (SBN 279474)
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
| Plaintiff, | Hon. John F. Walter |
| v. | |
| APPLE, INC, a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive | **DECLARATION OF PLAINTIFF'S LEAD TRIAL COUNSEL RE COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Complaint Filed: January 15, 2020 |
| Defendants. | |

I, David A. Erikson, declare:

I am lead trial counsel of record for Plaintiff Francesca Gregorini in the above-captioned matter. I have first-hand, personal knowledge of the facts set forth in this Declaration, and if called to testify, could and would testify as follows:

1.   I am a registered CM/ECF User.

2.  My email address of record is david@daviderikson.com. I consent to service and receipt of filed documents by electronic means in this case.

3.  I confirm that I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury pursuant to the laws of the State of California and the United States of America that the foregoing facts are true and correct.

I am executing this Declaration on January 27, 2020 in Los Angeles, California.

_____
DAVID A. ERIKSON

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

DECLARATION OF PLAINTIFF'S
LEAD TRIAL COUNSEL