1  NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
2  DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
    cydneyfreeman@dwt.com
4  CAMILA PEDRAZA (State Bar No. 329984)
    camilapedraza@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Defendants
   BLINDING EDGE PICTURES, INC.; UNCLE
9  GEORGE PRODUCTIONS, LLC; APPLE INC.;
   ESCAPE ARTISTS, INC. (erroneously sued as
10 ESCAPE ARTISTS LLC); DOLPHIN BLACK
   PRODUCTIONS; M. NIGHT SHYAMALAN;
11 TONY BASGALLOP; ASHWIN RAJAN;
   JASON BLUMENTHAL; TODD BLACK;
12 STEVE TISCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**JOINT NOTICE OF PARTY NAME CORRECTION** |

1

NOTICE OF PARTY NAME CORRECTION
4850-8088-5428v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendant Apple Inc. ("Apple") and plaintiff Francesca Gregorini ("Plaintiff") respectfully submit this Notice of Party Name Correction to update the caption in the above-referenced action. Specifically, Plaintiff identified Apple in the complaint as "Apple, Inc." *See* Dkt No. 1. However, Apple's proper corporate name is "Apple Inc." Accordingly, the caption of the case will be updated to reflect Apple's correct names as reflected in the caption of this notice.

DATED: February 14, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
   Nicolas A. Jampol

Attorneys for Defendants

DATED: February 14, 2020

ERIKSON LAW GROUP
DAVID ALDEN ERIKSON
ANTOINETTE WALLER
S. RYAN PATTERSON

By: /s/ David A. Erikson
   David A. Erikson

Attorneys for Plaintiff

## FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix his electronic signature to this document.

DATED: February 14, 2020

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
   Nicolas A. Jampol

Attorneys for Defendants

2

NOTICE OF PARTY NAME CORRECTION
4850-8088-5428v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899