1  NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
2  DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
    cydneyfreeman@dwt.com
4  CAMILA PEDRAZA (State Bar No. 329984)
    camilapedraza@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Defendants
   BLINDING EDGE PICTURES, INC.; UNCLE
9  GEORGE PRODUCTIONS, LLC; APPLE INC.;
   ESCAPE ARTISTS, INC. (erroneously sued as
10 ESCAPE ARTISTS LLC); DOLPHIN BLACK
   PRODUCTIONS; M. NIGHT SHYAMALAN;
11 TONY BASGALLOP; ASHWIN RAJAN;
   JASON BLUMENTHAL; TODD BLACK;
12 STEVE TISCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>            Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**JOINT STATEMENT REGARDING PRE-FILING CONFERENCE OF COUNSEL** |

1

JOINT STATEMENT
4826-8897-6564v.3 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Section 5(b) of the Court's Standing Order (Dkt. No. 15), defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists, LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") and plaintiff Francesca Gregorini ("Plaintiff") jointly submit the following statement detailing the conference of counsel held pursuant to Local Rule 7-3 in advance of Defendants' motion to dismiss Plaintiff's complaint:

1.  The conference was held in person on February 11, 2020 at the office of Plaintiff's counsel. Nicolas Jampol and Cydney Swofford Freeman attended the conference on behalf of Defendants. David Erikson attended on behalf of Plaintiff. The conference lasted approximately thirty-five minutes.

2.  During the conference, Defendants' counsel informed Plaintiff's counsel that Defendants intend to file a motion to dismiss Plaintiff's lawsuit under Federal Rule of Civil Procedure 12(b)(6), seeking to dismiss Plaintiff's first cause of action for copyright infringement and second cause of action for contributory and vicarious copyright infringement.

3.  As to the first cause of action, Defendants' counsel argued that most of the alleged similarities between Plaintiff's film *The Truth About Emanuel* ("*Emanuel*") and Defendants' television series *Servant* consist of unprotectable ideas, elements that flow from those unprotectable ideas (so-called *scenes a faire*), and generic elements that are commonplace in film and television. Defendants' counsel argued that once these unprotectable elements are removed (as required under the Ninth Circuit's substantial similarity test), there is no substantial similarity of protected expression between the works.

4.  As to the second cause of action for contributory and vicarious copyright infringement, Defendants' counsel argued that the claim fails because the claim for direct infringement fails.

JOINT STATEMENT
4826-8897-6564v.3 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. In support of their motion, Defendants will seek judicial notice of the first season of *Servant*, along with certain facts and generic elements that are drawn from real life or found in other works, including that using a doll (in particular a "reborn" doll) to cope with grief is a widely known therapy, and that many works feature a character who treats a doll as their child, or feature the premise of hiring a nanny or babysitter.

6. Plaintiff disagrees with Defendants' formulation of the Ninth Circuit's substantial similarity test, and will argue that the Court should consider whether the "selection and arrangement" of literary elements is substantially similar, whether or not each element is copyright-protected standing alone.

7. Plaintiff will also argue that even under Defendants' test, *Emanuel* and *Servant* are substantially similar; and that Defendants' conception of unprotectable *scenes a faire* and generic elements is overbroad. Plaintiff also questions whether the facts Defendants will seek to judicially notice are proper subjects of judicial notice.

8. The parties determined that they could not resolve these differences, and Defendants will move forward with filing their motion to dismiss. Plaintiff will oppose that motion.

DATED: February 14, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
    Nicolas A. Jampol

Attorneys for Defendants

3

JOINT STATEMENT
4826-8897-6564v.3 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| DATED: February 14, 2020 | ERIKSON LAW GROUP<br>DAVID ALDEN ERIKSON<br>ANTOINETTE WALLER<br>S. RYAN PATTERSON<br><br>By: /s/ David A. Erikson<br>     David Erikson<br><br>Attorneys for Plaintiff |

### FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix his electronic signature to this document.

| | |
|---|---|
| DATED: February 14, 2020 | DAVIS WRIGHT TREMAINE LLP<br>NICOLAS A. JAMPOL<br>DIANA PALACIOS<br>CYDNEY SWOFFORD FREEMAN<br>CAMILA PEDRAZA<br><br>By: /s/ Nicolas A. Jampol<br>     Nicolas A. Jampol<br><br>Attorneys for Defendants |

4

JOINT STATEMENT
4826-8897-6564v.3 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899