NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANCESCA GREGORINI,

Plaintiff,

vs.

APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,

Defendants.

Case No. 2:20-cv-00406-JFW-JC

**DEFENDANTS' NOTICE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P. 7.1, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") disclose the following:

- Apple Inc. is a publicly traded company. No publicly held corporation owns 10% or more of its stock.
- Blinding Edge Pictures, Inc., Escape Artists, Inc., and Dolphin Black Productions are privately held companies with no parent corporations. No publicly held corporation owns 10% or more of their stock.
- Uncle George Productions, LLC is a privately held company that is majority owned by Blinding Edge Pictures, Inc.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Francesca Gregorini – Plaintiff
2. Blinding Edge Pictures, Inc. – Defendant
3. Uncle George Productions, LLC – Defendant
4. Apple Inc. – Defendant
5. Escape Artists, Inc. – Defendant
6. Dolphin Black Productions – Defendant
7. M. Night Shyamalan – Defendant
8. Tony Basgallop – Defendant
9. Ashwin Rajan – Defendant
10. Jason Blumenthal – Defendant
11. Todd Black – Defendant



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

12. Steve Tisch – Defendant

13. Hiscox USA – Insurer

DATED: February 14, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendants



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899