NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE
GEORGE PRODUCTIONS, LLC; APPLE INC.;
ESCAPE ARTISTS, INC. (erroneously sued as
ESCAPE ARTISTS LLC); DOLPHIN BLACK
PRODUCTIONS; M. NIGHT SHYAMALAN;
TONY BASGALLOP; ASHWIN RAJAN;
JASON BLUMENTHAL; TODD BLACK;
STEVE TISCH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
| Plaintiff, | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") respectfully request that this Court take judicial notice of the first season of *Servant* (attached as Exhibits 1-10 to the concurrently filed Notice of Lodging and authenticated in the Declaration of Cydney Swofford Freeman) and the *Servant* trailer, as well as certain facts and generic elements common to expressive works.

## I.   THE WORKS AT ISSUE ARE INCORPORATED INTO THE COMPLAINT BY REFERENCE

Courts may consider materials referenced in the complaint on a motion to dismiss, even if the plaintiff did not attach them to the complaint.  *See, e.g.*, *Brown v. Electronic Arts*, 724 F.3d 1235, 1248 n.7 (9th Cir. 2013) (noting that the district court properly considered defendant's video game "as part of the complaint itself through the 'incorporation by reference' doctrine," and that "[w]e do the same"); *Silas v. Home Box Office*, 201 F. Supp. 3d 1158, 1168-69 (C.D. Cal. 2016) (granting motion to dismiss after examining episodes of television series that were referenced in, but not attached to, the complaint), *aff'd*, 713 Fed. Appx. 626 (9th Cir. 2018); *Gadh v. Speigel*, 2014 WL 1778950, at *3 n.2 (C.D. Cal. Apr. 2, 2014) (Walter, J.) (granting motion to dismiss after reviewing and taking judicial notice of works at issue referenced in, but not attached to, plaintiff's complaint; *Zella v. E.W. Scripps*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007) (considering episodes of television program referred to in complaint).

Plaintiff's complaint refers to, and is based upon, Defendants' television series *Servant*.  *E.g.*, Compl. ¶¶ 1, 5-13, 57-78, 83.  For example, Paragraph 1 of the complaint alleges that Apple heavily promoted *Servant* as one of eleven "shows" launching its streaming service, Paragraph 2 alleges that "*Servant* is a wholesale

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4830-4125-8932v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

copy of Plaintiff Francesca Gregorini's 2013 feature film *The Truth About Emanuel*," Paragraph 5 alleges that the "plot description of *Emanuel* could just as easily be applied to *Servant*," and Paragraph 10 alleges that "*Servant* is meant to showcase Apple's new streaming service."  The complaint also specifically relies on an article discussing *the entire season* of *Servant* and notes that defendant Tony Basgallop wrote "all 10 episodes."  *Id.* ¶ 13.  Plaintiff expressly relies on this fact in her allegation that *Servant* missed the female perspective.  *Id.*

Plaintiff purports to restrict her infringement allegations to *Servant*'s first three episodes (Compl. ¶ 83 n.11), and contends that *Servant*'s latter seven episodes merely add "self-contained vignettes or sub-plots" (*id.* ¶ 78).  This is not true.  All ten episodes reveal crucial information about the characters and events *from the first three episodes*, like how Jericho died and why Leanne applied to be the Turners' nanny.  Moreover, some of the complaint's alleged similarities extend beyond the first three episodes. As one example, Plaintiff alleges that "*Servant* includes a *number of scenes* of family and extended-family dinners are around the traditional family dinner table" (*id.* ¶ 64) (emphasis added), and that "scenes of extended-family dinners are *often* used to juxtapose intimacy and tension" (*id.* ¶ 76) (emphasis added), but only one of *Servant*'s extended-family dinners takes place in the first three episodes, while the rest occur later in the season.  Exs. 6-7.

Plaintiff cannot rely on allegations about the entire first season of *Servant* and then attempt to restrict the Court's ability to consider that same content. Accordingly, *Servant*'s first season is incorporated by reference into the complaint and may be considered by the Court.

For these same reasons, the Court may take judicial notice of the official *Servant* trailer, released on YouTube by Apple TV+ and available at https://www.youtube.com/watch?v=N1cOR0sRRIw.  Plaintiff's complaint discusses how "Apple TV+ and M. Night Shyamalan are heavily promoting their original series *Servant*" (Compl. ¶ 1), and alleges that Defendants "distributed and

2

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4830-4125-8932v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1   promoted" *Servant* in California (*id.* ¶ 21).  Accordingly, judicial notice of the

2   *Servant* trailer alongside the ten episodes in its first season is proper.

3        Plaintiff's complaint also frequently refers to her own film, *The Truth About*

4   *Emanuel* ("*Emanuel*").  Plaintiff provided a copy of *Emanuel* to the Court, Dkt. 13,

5   and thus the Court may consider *Emanuel* in connection with Defendants' motion to

6   dismiss.  Additionally, *Emanuel* is available in its entirety (for free) through

7   YouTube Movies at https://www.youtube.com/watch?v=-I5jbIE1GBE.  To the

8   extent the Court deems it necessary to take judicial notice of *Emanuel*, Defendants

9   so request.

10  **II.**    **THE COURT SHOULD TAKE JUDICIAL NOTICE OF FACTS THAT**

11        **ARE NOT SUBJECT TO REASONABLE DISPUTE**

12        Federal Rule of Evidence 201(b) provides that a fact is subject to judicial

13   notice when it is "not subject to reasonable dispute because it: (1) is generally

14   known within the trial court's territorial jurisdiction; or (2) can be accurately and

15   readily determined from sources whose accuracy cannot reasonably be questioned."

16   Fed. R. Evid. 201(b)(1-2).  *See also Heusey v. Emmerich*, 2015 WL 12765115, at

17   *4 (C.D. Cal. Apr. 9, 2015) (taking judicial notice of "occupations and lifetimes of

18   historical characters, family trees, historical events, theories commonly-held by

19   historians, and the political atmosphere of the Elizabethan era" because these facts

20   could be "accurately and reasonably determined from sources whose accuracy

21   cannot be reasonably questioned"), *aff'd*, 692 Fed. Appx. 928 (9th Cir. 2017);

22   *Marcus v. ABC Signature Studios*, 279 F. Supp. 3d 1056, 1062-1063 (C.D. Cal.

23   2017) (taking judicial notice of U.S. Census Bureau data regarding most popular

24   last names).

25        Defendants request that the Court take judicial notice that **using a doll to**

26   **cope with grief is a widely known therapeutic technique in real life**, a fact not

27   subject to reasonable dispute.  Myriad news outlets have covered the phenomenon

28   of using a doll to cope with grief.  In particular, this widespread coverage has

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4830-4125-8932v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

zeroed in on the concept of "reborn dolls," like those used in *Emanuel* and *Servant*:
lifelike dolls made with "as much realism as possible," often including real human
hair and eyelashes, and even "'wafers' to give the doll a baby smell," in order to
give the buyer "the same experience as holding a real baby." *See* Rebekah Cilia,
"Lifelike baby dolls to be used therapeutically for women who have lost a baby,"
*Malta Independent* (Sept. 23, 2018), available at
https://www.independent.com.mt/articles/2018-09-23/local-news/Lifelike-baby-
dolls-to-be-used-therapeutically-for-women-who-have-lost-a-baby-6736196695
("Just the rooting of the hair, one at a time, takes about 40 hours.  Each hair is
individually rooted and then a special glue is used on the inside of the head to keep
the hair in place so that it can be washed and brushed.")  These dolls are often
recommended to grieving parents who have lost a child, like Linda in *Emanuel* and
Dorothy in *Servant*.  *See id.*; Freeman Decl. Exs. 1-10; Dk. 13.  *See also*
http://rebornbabydolls.org/reborn-dolls/ (Reborn Dolls website noting that many are
purchased by "parents who have lost a child or newborn").

These dolls are a widely discussed phenomenon in popular culture, and a real
therapy technique to deal with a variety of mental issues, including grief, anxiety,
dementia, and Alzheimer's.  For example, in 2008, the *Today Show* published a
psychiatrist's analysis of women nurturing "reborn" babies to cope with sadness
and anxiety, noting that the dolls provide their owners with "moments of relief and
reprieve, when they can escape the stark reality of their loss, and instead have those
familiar feelings of coddling a baby, cooing over it, and all those other nice
moments that temporarily undo the harsh reality."  *See* Dr. Gail Saltz, "Fake babies
ease women's anxiety, sadness," *Today* (Oct. 1, 2008), available at
https://www.today.com/health/fake-babies-ease-womens-anxiety-sadness-
wbna26974105.  *See also, e.g.,* Alley Einstein, "Abuse survivor reveals how reborn
dolls have helped her find peace after the pain of giving up her own babies for
adoption," *Daily Mail* (Sept. 6, 2016), available at

4

1   https://www.dailymail.co.uk/femail/article-3780178/Abuse-survivor-reveals-

2   reborn-dolls-helped-peace-giving-babies-adoption.html; Rita Pezzati et al., "Can

3   Doll therapy preserve or promote attachment in people with cognitive, behavioral,

4   and emotional problems?," *Frontiers in Psychology* (Apr. 21, 2014), available at

5   https://www.frontiersin.org/articles/10.3389/fpsyg.2014.00342/full; Caitlin O'Kane,

6   "Two women deliver baby dolls to people with Alzheimer's and dementia to give

7   them comfort," *CBS News* (Dec. 11, 2018), available at

8   https://www.cbsnews.com/news/pearls-memory-babies-kentucky-women-deliver-

9   baby-dolls-to-people-with-alzheimers-and-dementia-to-give-them-comfort/.

10      Dozens of documentaries and television news and talk programs also have

11   covered the phenomenon of reborn dolls.  *See, e.g.*,

12   https://www.youtube.com/watch?v=HKmz002fbQY (ABC News affiliate segment

13   titled "These hyper-realistic baby dolls are a kind of therapy for anxiety and grief");

14   https://www.youtube.com/watch?v=RZ5lfsoFsvQ  (*This Morning* segment titled

15   "My Children Are Dolls and I Take Them Everywhere," covering "why these

16   'reborn dolls' have acted as therapy for her during the toughest period of her life");

17   https://www.youtube.com/watch?v=EkyUZJDGvMY (*VICE* documentary about

18   reborn dolls); https://www.youtube.com/watch?v=frl-R3C9ac0 (award-winning

19   *New Yorker* short documentary *Dollhouse* about reborn doll artist);

20   https://www.youtube.com/watch?v=HltieVIclHY (Fox4 News Kansas City segment

21   titled "Woman finds her 'reborn' doll healing");

22   https://www.youtube.com/watch?v=PzEqYhUZAoc (BBC *Inside Out* segment on

23   reborn dolls); https://www.youtube.com/watch?v=Dt-lQepN1kA (*Dr. Phil* segment

24   on reborn dolls); https://www.youtube.com/watch?v=JyYkVCJfbIA (*Today Show*

25   segment on reborn dolls); https://www.youtube.com/watch?v=VuXG696Ofts (*The*

26   *Doctors* segment on reborn dolls); https://www.youtube.com/watch?v=I0LgtBC-

27   9yc (*Anderson* segment on reborn dolls);

28   https://www.youtube.com/watch?v=47ZqPyrbhn4 (ITV News story titled "Meet the

lifelike dolls bringing women together");

https://www.youtube.com/watch?v=6iR1ngUGy44 (Australian news channel story

on reborn dolls); https://www.youtube.com/watch?v=F_X-PrN8ev4 (UK news

segment titled "Reborn Baby Dolls are giving this woman her life back").

Accordingly, Defendants respectfully request that this Court judicially notice

the fact that using a doll to cope with grief is a widely known therapeutic technique

in real life.

## III.    THE COURT SHOULD TAKE JUDICIAL NOTICE OF GENERIC ELEMENTS COMMON TO EXPRESSIVE WORKS

Courts frequently take judicial notice of generic elements that are prevalent in

particular genres of expressive works like movies and television shows.  *See Zella,*

*529 F. Supp. 2d at 1129* ("In the context of copyright claims, the Court may take

judicial notice of generic elements of creative works.") (taking judicial notice of

generic elements of talk and cooking shows, like (1) a host, (2) guest celebrities,

(3) an interview, and (4) a cooking segment).  In *Fillmore v. Blumhouse Prods.*, for

example, the court took judicial notice that "[t]he possibility of resurrection is a

common element in religious works," that "[b]ringing the dead back to life" is a

common trope in horror, fantasy, and sci-fi books and movies, and that "[d]ream

sequences are a common narrative device in works of fiction."  2017 WL 4708018,

at *3 (C.D. Cal. July 7, 2017).  And in *DuckHole v. NBC Universal*, 2013 WL

5797279, at *4 (C.D. Cal. Sep. 6, 2013), the court took judicial notice of generic

elements of veterinary-themed sitcoms, like (1) settings of an operating room, exam

room, and lobby, (2) pets, (3) a comedic tone, and (4) romantic relationships.  *See*

*also Reflex Media v. Pilgrim Studios*, 2018 WL 6566561, at *3 n.3 (C.D. Cal. Aug.

27, 2018) (taking judicial notice of "generic elements common to reality dating

shows," including "(1) casting young attractive singles, (2) filming multiple-day

dates in exotic locations, (3) contestants participating in bonding activities, and (4) a

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4830-4125-8932v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  theme and mood of fun, adventure, and anticipation for the prospect of burgeoning

2  romantic feelings between the participants on the show").

3          Here, Defendants ask the Court to take judicial notice of the following

4  elements ubiquitous to expressive works:

5          **a.      Many expressive works feature a character treating a doll as their**

6  **child.**  Numerous films, television shows, books, comic books, video games, and

7  other works feature the idea of a character treating a doll as their child.  Indeed,

8  more than a century ago, the children's novel *Pinocchio* featured a father who

9  creates a wooden doll that he treats as his son (and which later comes alive).  *See*

10  https://en.wikipedia.org/wiki/Pinocchio.  This concept is so ubiquitous that it has its

11  own entry on a website dedicated to identifying "tropes" in entertainment.  *See*

12  "Baby-Doll Baby," https://tvtropes.org/pmwiki/pmwiki.php/Main/BabyDollBaby

13  ("This trope is when a mother, in a delusion, thinks that a doll is her child.")

14  (compiling examples).  *See also* "The Doll Episode,"

15  https://tvtropes.org/pmwiki/pmwiki.php/Main/TheDollEpisode (explaining that

16  "just about every horror, suspense and mystery series that runs for long enough will

17  have a doll-themed episode" that is "incredibly creepy and unusually upsetting,"

18  and often involves dolls "made to replicate/replace a lost loved one") (compiling

19  examples).

20          As one example, in the 2016 film *The Boy*, a young American woman

21  becomes a nanny to a wealthy couple's young son, who the nanny soon learns is

22  actually a doll that the couple treats as their son, after their real son's apparent death

23  years earlier.  *See* "The Boy": Plot, *IMDb*, available at

24  https://www.imdb.com/title/tt3882082/plotsummary; "The Boy": About the Film,

25  *STX Entertainment*, available at http://stxmovies.com/theboy/.  And in the 2014

26  film *Maria Leonora Teresa*, a psychiatrist prescribes life-sized dolls to assist

27  couples coping with losing their young children in a tragic accident.  *See* "Maria

28  Leonora Teresa": Plot, *IMDb*, available at

7

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

https://www.imdb.com/title/tt3772364/plotsummary; "Maria Leonora Teresa,"
*Wikipedia*, available at https://en.wikipedia.org/wiki/Maria_Leonora_Teresa.

Other examples include:

- *Anne of Greene Gables* author L.M. Montgomery's 1929 *Magic for Marigold*, which includes a passage about a relative's life-size wax doll made to look like a relative's three-year-old daughter who died. The relative "kept [the doll] beside her always and talked to it as if it had been alive." *See* http://gutenberg.net.au/ebooks03/0300681h.html at ¶ 13 (*Magic for Marigold* full text).

- The 1987 novel *Arrow's Flight*, in which the protagonist encounters a "Weatherwitch" who cares for a doll as if it were her own child, despite the fact that her child drowned years earlier (due to the witch's inattention). *See* https://tinyurl.com/wxprs2s (*Arrow's Flight* on Google Books).

- The 2006 novel *The Children of Men*, in which the narrator notes that years after babies have stopped being born, dolls "have become for some half-demented women a substitute for children." *See* https://www.amazon.com/gp/product/0307275434/ref=ppx_yo_dt_b_asin_image_o00_s00?ie=UTF8&psc=1 ("Look Inside" at p. 10).

- The 2009 BBC television series *Psychoville*, in which a character is convinced a doll is her real child and forces her husband to treat the doll as if it were real. *See* https://en.wikipedia.org/wiki/Psychoville.

- Episode 147 of the ABC series *Desperate Housewives* (2011), in which main character Gaby begins to treat a doll as if it were a real child after finding out her daughter was switched at birth with another infant. Gaby tries to save the doll during an armed carjacking, screaming, "My daughter!" *See* https://en.wikipedia.org/wiki/I%27m_Still_Here_(Desperate_Housewives).

- Video game *Dead Rising 2: Off the Record* (2011), featuring a character who becomes delusional after losing his daughter and carries around a life-sized

8

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4830-4125-8932v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

doll on his back, believing the doll to be his daughter and vowing to protect her.  *See* https://deadrising.fandom.com/wiki/Katey_Greene.

- The 2014 film *H.*, which features a woman caring for a reborn doll as if it were her real child.  *See* https://itunes.apple.com/us/movie/h/id1122924169 (noting that a main character "takes care of an eerily lifelike baby doll called a 'Reborn Doll,' which she cares for as if she is alive").

- Harlan Ellison's short story "Soft Monkey" (published in the 2016 anthology *Angry Candy*), in which a homeless woman treats a doll as her son, after her son froze to death.  *See* http://harlanellison.com/review/angry.htm#soft.

*See also* Dr. Gail Saltz, "Fake babies ease women's anxiety, sadness," *Today* (Oct. 1, 2008), available at https://www.today.com/health/fake-babies-ease-womens-anxiety-sadness-wbna26974105 ("But, can an inanimate doll – one so realistic it looks alive – really replace a living being?  In many ways, such a notion feels like a page from the Stepford Wives or Invasion of the Body Snatchers.  It's a disturbing thought to have something un-alive take the place of a real human – **which is why such a conceit is often the basis for fantasy or horror tales**.") (emphasis added).

Given the volume of works featuring the premise of treating a doll as a child, Defendants ask the Court to judicially notice that the concept is common in expressive works.

**b.     Many expressive works feature the premise of hiring a nanny or babysitter.**  Hundreds of expressive works, if not thousands, include the premise of hiring a nanny or babysitter.  Sometimes the nannies are practically perfect (like in the 1964 classic *Mary Poppins*, https://www.imdb.com/title/tt0058331/). Sometimes the nannies are evil (like in the aptly titled 2016 movie *Evil Nanny*, https://www.imdb.com/title/tt6354166/).  Sometimes the nannies are supernatural (like in the 1980 movie *The Guardian*, https://www.imdb.com/title/tt0099710/).

Sometimes the nannies or babysitters are hired even though the child they are to watch has passed away.  In the 1994 film *Exotica*, a man whose child died years

9

earlier continues to hire his niece to babysit.  *See* "*Exotica* (film)," *Wikipedia*,
available at https://en.wikipedia.org/wiki/Exotica_(film).  And *The Boy* revolves
around a nanny hired to care for a wealthy couple's doll they treat as their actual
son, despite their son's apparent death years earlier.  *See* "The Boy": Plot, *IMDb*,
available at https://www.imdb.com/title/tt3882082/plotsummary; "The Boy": About
the Film, *STX Entertainment*, available at http://stxmovies.com/theboy/.

It cannot be reasonably disputed that hiring a nanny or babysitter is a
common premise of many expressive works.  Accordingly, Defendants ask the
Court to take judicial notice of that generic element.

### IV.   CONCLUSION

For all the reasons set forth above, Defendants ask this Court to take judicial
notice of the following:

1. The first season of Defendants' series *Servant* (Episodes 1-10) and the
   *Servant* trailer.

2. The fact that using a doll to cope with grief is a widely known
   therapeutic technique in real life.

3. The following generic premises common to expressive works:

   a. A character treating a doll as their child.

   b. Hiring a nanny or a babysitter.

DATED: February 18, 2020          DAVIS WRIGHT TREMAINE LLP
                                  NICOLAS A. JAMPOL
                                  DIANA PALACIOS
                                  CYDNEY SWOFFORD FREEMAN
                                  CAMILA PEDRAZA

                                  By:   /s/ Nicolas A. Jampol
                                            Nicolas A. Jampol

                                  Attorneys for Defendants

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899