NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>              Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE** |

1

FREEMAN DECLARATION ISO DEFTS' MTD & RJN
4850-7779-7300v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am an associate in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc. ("Apple"), Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. If called to testify, I could and would competently testify to these facts.

2. In support of their concurrently filed motion to dismiss, Defendants are separately lodging with the Court ten DVDs containing **Exhibits 1 through 10**. Each exhibit is an episode of Defendants' television series *Servant*, as obtained from Apple, with an added watermark as required by Apple's corporate policy.

   a. **Exhibit 1** is a true and correct copy of episode 101 ("Reborn"), which was released to Apple TV+ subscribers on November 28, 2019.

   b. **Exhibit 2** is a true and correct copy of episode 102 ("Wood"), which was released to Apple TV+ subscribers on November 28, 2019.

   c. **Exhibit 3** is a true and correct copy of episode 103 ("Eel"), which was released to Apple TV+ subscribers on November 28, 2019.

   d. **Exhibit 4** is a true and correct copy of episode 104 ("Bear"), which was released to Apple TV+ subscribers on December 6, 2019.

   e. **Exhibit 5** is a true and correct copy of episode 105 ("Cricket"), which was released to Apple TV+ subscribers on December 13, 2019.

   f. **Exhibit 6** is a true and correct copy of episode 106 ("Rain"), which was released to Apple TV+ subscribers on December 20, 2019.

   g. **Exhibit 7** is a true and correct copy of episode 107 ("Haggis"), which was released to Apple TV+ subscribers on December 27, 2019.

FREEMAN DECLARATION ISO DEFTS' MTD & RJN
4850-7779-7300v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

     h.    **Exhibit 8** is a true and correct copy of episode 108 ("Boba"), which was released to Apple TV+ subscribers on January 3, 2020.

     i.    **Exhibit 9** is a true and correct copy of episode 109 ("Jericho"), which was released to Apple TV+ subscribers on January 10, 2020.

     j.    **Exhibit 10** is a true and correct copy of episode 110 ("Balloon"), which was released to Apple TV+ subscribers on January 17, 2020.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 18th day of February, 2020, in Los Angeles, California.

                                    *Cydney Swofford Freeman*
                                    Cydney Swofford Freeman

3

FREEMAN DECLARATION ISO DEFTS' MTD & RJN
4850-7779-7300v.2 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899