```
 1  NICOLAS A. JAMPOL (State Bar No. 244867)
       nicolasjampol@dwt.com
 2  DIANA PALACIOS (State Bar No. 290923)
       dianapalacios@dwt.com
 3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
       cydneyfreeman@dwt.com
 4  CAMILA PEDRAZA (State Bar No. 329984)
       camilapedraza@dwt.com
 5  DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
 6  Los Angeles, California 90017-2566
    Telephone:  (213) 633-6800
 7  Fax:  (213) 633-6899

 8  Attorneys for Defendants
    BLINDING EDGE PICTURES, INC.; UNCLE
 9  GEORGE PRODUCTIONS, LLC; APPLE INC.;
    ESCAPE ARTISTS, INC. (erroneously sued as
10  ESCAPE ARTISTS LLC); DOLPHIN BLACK
    PRODUCTIONS; M. NIGHT SHYAMALAN;
11  TONY BASGALLOP; ASHWIN RAJAN;
    JASON BLUMENTHAL; TODD BLACK;
12  STEVE TISCH
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
|---|---|
| Plaintiff, | **DEFENDANTS' AMENDED NOTICE OF INTERESTED PARTIES** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") disclose the following:

- Apple Inc. is a publicly traded company.  No publicly held corporation owns 10% or more of its stock.
- Blinding Edge Pictures, Inc., Escape Artists, Inc., and Dolphin Black Productions are privately held companies with no parent corporations. No publicly held corporation owns 10% or more of their stock.
- Uncle George Productions, LLC is a privately held company that is owned by Blinding Edge Pictures, Inc. and 947 Providence Road LLC.

Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel for Defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Francesca Gregorini – Plaintiff
2. Uncle George Productions, LLC – Defendant
3. Blinding Edge Pictures, Inc. – Defendant and part owner of Uncle George Productions, LLC
4. 947 Providence Road LLC – Part owner of Uncle George Productions, LLC
5. Apple Inc. – Defendant
6. Escape Artists, Inc. – Defendant
7. Dolphin Black Productions – Defendant
8. M. Night Shyamalan – Defendant
9. Tony Basgallop – Defendant
10. Ashwin Rajan – Defendant

1
DEFENDANTS' AMENDED NOTICE OF INTERESTED PARTIES
4827-5973-5220v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

11. Jason Blumenthal – Defendant

12. Todd Black – Defendant

13. Steve Tisch – Defendant

14. Hiscox USA – Insurer

DATED: February 18, 2020

D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
       Nicolas A. Jampol

Attorneys for Defendants

2
DEFENDANTS' AMENDED NOTICE OF INTERESTED PARTIES
4827-5973-5220v.1 0113237-000003

D<small>AVIS</small> W<small>RIGHT</small> T<small>REMAINE</small> LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899