| | |
|---|---|
| 1 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   | nicolasjampol@dwt.com |
| 2 | DIANA PALACIOS (State Bar No. 290923) |
|   | dianapalacios@dwt.com |
| 3 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766) |
|   | cydneyfreeman@dwt.com |
| 4 | CAMILA PEDRAZA (State Bar No. 329984) |
|   | camilapedraza@dwt.com |
| 5 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 6 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 7 | Fax: (213) 633-6899 |

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
| Plaintiff, | **DECLARATION OF LEAD TRIAL COUNSEL** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

DECLARATION OF LEAD TRIAL COUNSEL
4829-4034-8596v.1 0113237-000003

## DECLARATION OF LEAD TRIAL COUNSEL

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner at the law firm of Davis Wright Tremaine LLP, and I am the lead trial counsel for defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. If called to testify, I could and would competently testify to these facts.

2. I am registered as an CM/ECF User.

3. My e-mail address of record is nicolasjampol@dwt.com.

4. I have read the Court's Standing Order and the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 18th day of February 2020, in Los Angeles, California.

By:  /s/ Nicolas A. Jampol
Nicolas A. Jampol
Attorneys for Defendants

1

DECLARATION OF LEAD TRIAL COUNSEL
4829-4034-8596v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899