ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>          Defendants. | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS [DKT 20] AND INTENT TO FILE AMENDED COMPLAINT IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)**<br><br>Complaint Filed: January 15, 2020 |

Plaintiff Francesca Gregorini hereby reports that she will not be filing an opposition to Defendants' Motion to Dismiss brought under Federal Rule of Civil Procedure Rule 12(b)(6) (Docket 20) (the "Motion"). Instead, Plaintiff intends to file an amended complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). Plaintiff will timely file her amended complaint by March 10, 2020, 21 days after the Motion was filed and served.

DATED: March 2, 2020            ERIKSON LAW GROUP

                                By: _____
                                    DAVID A. ERIKSON
                                    Attorneys for Plaintiff Francesca Gregorini


## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 200 North Larchmont Boulevard, Los Angeles, CA 90004.

On **March 2, 2020**, I served true copies of the foregoing document(s) described as: **NOTICE OF NON-OPPOSITION TO MOTION TO DISMISS AND INTENT TO FILE AMENDED COMPLAINT IN ACCORDANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 15(a)(1)** on the interested parties in this action as follows:

☑ BY CM/ECF.

☐ BY MAIL: I placed a true and correct copy of the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ BY PERSONAL SERVICE: I caused the document listed above to be personally delivered to the persons at the address set forth below.

Nicolas Jampol
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Email: nicolasjampol@dwt.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 2, 2020**, at Los Angeles, California.

                                           */s/ David A. Erikson*
                                           David A. Erikson