NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE
GEORGE PRODUCTIONS, LLC; APPLE INC.;
ESCAPE ARTISTS, INC. (erroneously sued as
ESCAPE ARTISTS LLC); DOLPHIN BLACK
PRODUCTIONS; M. NIGHT SHYAMALAN;
TONY BASGALLOP; ASHWIN RAJAN;
JASON BLUMENTHAL; TODD BLACK;
STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**JOINT STIPULATION TO SET HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUE SCHEDULING CONFERENCE** |

1
STIPULATION RE: MTD AND SCHEDULING CONFERENCE
4824-3960-4663v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Case 2:20-cv-00406-SSS-JC   Document 26   Filed 03/11/20   Page 2 of 4   Page ID #:276

This joint stipulation is entered into by and between plaintiff Francesca Gregorini ("Plaintiff"), on the one hand, and defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants"), on the other hand, with reference to the following facts:

1. On January 15, 2020, Plaintiff filed this action, which was served on all Defendants on January 27, 2020. Dkt. 1.

2. On February 18, 2020, Defendants timely filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with a hearing set for March 23, 2020. Dkt. 20.

3. Two days later, on February 20, 2020, this Court set the scheduling conference for April 6, 2020, i.e., two weeks after the hearing date set for Defendants' motion to dismiss the complaint. Dkt. 23.

4. On March 2, 2020, Plaintiff filed a notice of non-opposition to the motion to dismiss, informing the Court and Defendants that she intended to file an amended complaint. Dkt. 24. She filed her first amended complaint ("FAC") on March 10, 2020. Dkt. 25.

5. Defendants have reviewed the FAC and intend to file a motion to dismiss the FAC on or before their current deadline of March 24, 2020. Declaration of Nicolas A. Jampol ("Jampol Decl.") ¶ 2.

6. Counsel for the parties have met and conferred, and due to scheduling concerns, the parties have agreed to request that the hearing on Defendants' motion to dismiss the FAC be set for May 4, 2020. Jampol Decl. ¶ 3. Because this date is more than 35 calendar days after the motion to dismiss will be filed and served, the parties must seek the Court's permission to set the hearing on this date. *See* Dkt. 15 (Standing Order) at 7; Jampol Decl. ¶ 3.


2

STIPULATION RE: MTD AND SCHEDULING CONFERENCE
4824-3960-4663v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7. The parties further agreed that if the Court agrees to set the hearing on Defendants' motion to dismiss the FAC, Plaintiff will file her opposition on or before April 8, 2020, and Defendants will file their reply on or before April 20, 2020. Jampol Decl. ¶ 4.

8. In addition, the scheduling conference is currently scheduled to take place on April 6, 2020, which is before the hearing on Defendants' motion to dismiss the FAC. Dkt. 23. Given that the Court set the scheduling conference for two weeks after the scheduled hearing date on Defendants' initial motion, the parties agreed to request that the Court move the scheduling conference to two weeks after the proposed hearing date on Defendants' motion to dismiss the FAC, i.e., to May 18, 2020 at 1:15 p.m. This postponement would enable the parties to focus on the briefing for the motion to dismiss, and then once briefing is completed, to fulfill their obligations pursuant to Federal Rule of Civil Procedure 26. It would also enable the Court to hold the scheduling conference after the hearing on the Defendants' motion to dismiss the action. *See* Jampol Decl. ¶ 5.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, should the Court approve, the hearing on Defendants' forthcoming motion to dismiss Plaintiff's FAC will be set for May 4, 2020 and the scheduling conference currently set for April 6, 2020 at 1:15 p.m. shall be continued to May 18, 2020 at 1:15 p.m.

DATED: March 11, 2020            DAVIS WRIGHT TREMAINE LLP

                                 By: /s/ Nicolas A. Jampol
                                        Nicolas A. Jampol

                                 Attorneys for Defendants

DATED: March 11, 2020            ERIKSON LAW GROUP

                                 By: /s/ David A. Erikson
                                        David A. Erikson

                                 Attorneys for Plaintiff

3
STIPULATION RE: MTD AND SCHEDULING CONFERENCE
4824-3960-4663v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix his electronic signature to this document.

DATED: March 11, 2020                           DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendants

4
STIPULATION RE: MTD AND SCHEDULING CONFERENCE
4824-3960-4663v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899