```
 1  NICOLAS A. JAMPOL (State Bar No. 244867)
      nicolasjampol@dwt.com
 2  DIANA PALACIOS (State Bar No. 290923)
      dianapalacios@dwt.com
 3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
      cydneyfreeman@dwt.com
 4  CAMILA PEDRAZA (State Bar No. 329984)
      camilapedraza@dwt.com
 5  DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
 6  Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
 7  Fax: (213) 633-6899

 8  Attorneys for Defendants
    BLINDING EDGE PICTURES, INC.; UNCLE
 9  GEORGE PRODUCTIONS, LLC; APPLE INC.;
    ESCAPE ARTISTS, INC. (erroneously sued as
10  ESCAPE ARTISTS LLC); DOLPHIN BLACK
    PRODUCTIONS; M. NIGHT SHYAMALAN;
11  TONY BASGALLOP; ASHWIN RAJAN;
    JASON BLUMENTHAL; TODD BLACK;
12  STEVE TISCH
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**DECLARATION OF NICOLAS A. JAMPOL IN SUPPORT OF JOINT STIPULATION TO SET HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUE SCHEDULING CONFERENCE** |

---
DECLARATION OF NICOLAS A. JAMPOL
4810-5076-6007v.1 0113237-000003

# DECLARATION OF NICOLAS A. JAMPOL

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am an partner in the law firm of Davis Wright Tremaine LLP, and I am lead trial counsel for defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. If called to testify, I could and would competently testify to these facts.

## Motion to Dismiss Hearing and Related Dates

2. After Defendants moved to dismiss plaintiff Francesca Gregorini's ("Plaintiff") complaint on February 18, 2020, Plaintiff filed a first amended complaint ("FAC") on March 10, 2020. Defendants have reviewed the FAC and intend to file a motion to dismiss the FAC on or before their current deadline of March 24, 2020.

3. Counsel for the parties have met and conferred regarding scheduling. Plaintiff's counsel has requested that Defendants set the motion's hearing date for May 4, 2020, due to scheduling concerns. Defendants are amenable to that date, but require the Court's permission as the date falls more than 35 calendar days after their motion will be filed and served.

4. Because the local rules set opposition deadlines from the date of a motion's hearing, setting a hearing date more than 35 days from the motion's service will provide Plaintiff with significant additional time to draft their opposition. The parties have agreed that if the motion to dismiss is set for a May 4, 2020 hearing, Plaintiff shall have until April 8, 2020 to file her opposition, and Defendants will have until April 20, 2020 to file their reply.

DECLARATION OF NICOLAS A. JAMPOL
4810-5076-6007v.1 0113237-000003

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## Scheduling Conference

5. In addition, the scheduling conference is currently scheduled to take place on April 6, 2020, which is before the hearing on Defendants' motion to dismiss the FAC. Dkt. 23. Given that the Court set the scheduling conference for two weeks after the scheduled hearing date on Defendants' initial motion, Defendants requested that Plaintiff agree to jointly request that the Court move the scheduling conference to two weeks after the proposed hearing date on Defendants' own motion to dismiss the FAC, i.e., to May 18, 2020 at 1:15 p.m. This postponement would enable the parties to focus on the briefing for the motion to dismiss, and then once that is completed, to fulfill their obligations pursuant to Federal Rule of Civil Procedure 26. It would also enable the Court to hold the scheduling conference after the hearing on the Defendants' motion to dismiss the action. Plaintiff agreed to make this joint request.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on the 11th day of March 2020, in Los Angeles, California.

*/s/ Nicolas A. Jampol*
Nicolas A. Jampol

2

DECLARATION OF NICOLAS A. JAMPOL
4810-5076-6007v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899