NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

*[signature]*
3/16/20

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>              Plaintiff,<br><br>      vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION TO SET HEARING DATE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONTINUE SCHEDULING CONFERENCE** |

1

[PROPOSED] ORDER
4830-7373-1511v.1 0113237-000003

# ORDER

Plaintiff Francesca Gregorini ("Plaintiff") and defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") filed a stipulation to set a motion to dismiss hearing date for more than 35 calendar days after the motion will be filed, and to continue the scheduling conference to two weeks following that hearing. Having considered the stipulation, and for good cause appearing, it is **HEREBY ORDERED** that:

1. Defendants' motion to dismiss Plaintiff's first amended complaint shall be heard on May 4, 2020.
2. Plaintiff shall file her opposition to the motion by April 8, 2020.
3. Defendants shall file their reply by April 20, 2020.
4. The scheduling conference currently set for April 6, 2020 at 1:15 p.m. is hereby moved to May 18, 2020 at 1:15 p.m.

**IT IS SO ORDERED.**

Dated: _____       By: _____DENIED_____
                                   Honorable John F. Walter
                                   United States District Judge

[PROPOSED] ORDER
4830-7373-1511v.1 0113237-000003