NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**JOINT STATEMENT REGARDING PRE-FILING CONFERENCE OF COUNSEL** |

JOINT STATEMENT
4827-3728-7351v.1 0113237-000003

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Section 5(b) of the Court's Standing Order (Dkt. 15), defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists, LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") and plaintiff Francesca Gregorini ("Plaintiff") jointly submit the following statement detailing the conference of counsel held pursuant to Local Rule 7-3 in advance of Defendants' motion to dismiss Plaintiff's first amended complaint ("FAC"):

1. On January 15, 2020, Plaintiff filed her initial complaint against Defendants. On February 11, 2020, counsel for the parties met and conferred in person at Plaintiff's counsel's office regarding Defendants' motion to dismiss the initial complaint. Nicolas Jampol and Cydney Swofford Freeman attended the conference on behalf of Defendants. David Erikson attended on behalf of Plaintiff. The conference lasted approximately thirty-five minutes.

2. At the conference, the parties determined that they could not resolve their differences, and on February 18, 2020, Defendants filed their motion to dismiss the initial complaint. On March 2, 2020, Plaintiff filed a notice of non-opposition and, on March 10, 2020, filed the FAC.

3. After reviewing the FAC, Defendants determined to file a motion to dismiss the FAC and a request for judicial notice in support of the motion. On March 13, 2020, Defendants' counsel emailed the Courtroom Deputy Clerk Shannon E. Reilly to determine whether counsel could meet and confer regarding Defendants' motion to dismiss by videoconference given the precautions recommended by government agencies and various judicial bodies. Ms. Reilly responded that same day that she believed a real-time videoconference would be acceptable.

4. On March 16, 2020, counsel for the parties met and conferred by real-time videoconference. Nicolas Jampol participated in the videoconference on

2

JOINT STATEMENT
4827-3728-7351v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

behalf of Defendants. David Erikson participated on behalf of Plaintiff. The conference lasted approximately twenty minutes.

5. During the conference, counsel for the parties reiterated their positions discussed in their initial meet and confer, which are set forth below.

6. Defendants' counsel informed Plaintiff's counsel that Defendants would move to dismiss the FAC's first cause of action, which alleges that Defendants' television series *Servant* infringed Plaintiff's alleged copyright in the film *The Truth About Emanuel* ("*Emanuel*"). Specifically, Defendants' counsel argued that most of the alleged similarities between *Emanuel* and *Servant* consist of unprotectable ideas, elements that flow from those unprotectable ideas (so-called *scenes a faire*), and generic elements that are commonplace in film and television. Defendants' counsel argued that once these unprotectable elements are removed (as required under the Ninth Circuit's substantial similarity test), there is no substantial similarity of protected expression between the works.

7. Defendants' counsel also informed Plaintiff's counsel that Defendants would move to dismiss the newly asserted second and third causes of action, which allege that two iterations of the scripts for the first three episodes of *Servant* (the "Scripts") infringe on *Emanuel*. Defendants' counsel argued that the alleged similarities between *Emanuel* and the Scripts are a subset of the alleged similarities between *Emanuel* and *Servant*, and thus fail with the first cause of action. Defendants' counsel also argued that the claims are improperly based on information and belief.

8. As to the fourth cause of action for contributory and vicarious copyright infringement, Defendants' counsel argued that the claim fails because the claims for direct infringement fail.

9. Defendants' counsel stated that Defendants would also seek judicial notice of the first season of *Servant*, along with certain facts and generic elements that are drawn from real life or found in other works, including that using a doll (in

JOINT STATEMENT
4827-3728-7351v.1 0113237-000003

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

particular a "reborn" doll) to cope with grief is a widely known therapy, and that many works feature a character who treats a doll as their child, or feature the premise of hiring a nanny or babysitter.

10. Plaintiff's counsel disagreed with Defendants' formulation of the Ninth Circuit's substantial similarity test, and told Defendants' counsel that Plaintiff would argue that the Court should consider whether the "selection and arrangement" of literary elements is substantially similar, whether or not each element is copyright-protected standing alone.

11. Plaintiff's counsel also told Defendants' counsel that Plaintiff would argue that even under Defendants' test, *Emanuel* and *Servant* were substantially similar; and that Defendants' conception of unprotectable *scenes a faire* and generic elements was overbroad. Plaintiff also questioned whether the facts Defendants will seek to judicially notice are proper subjects of judicial notice.

12. The parties determined that they could not resolve these differences, and Defendants will move forward with filing their motion to dismiss the FAC. Plaintiff will oppose that motion.

DATED: March 18, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
    Nicolas A. Jampol

    Attorneys for Defendants

DATED: March 18, 2020

ERIKSON LAW GROUP
DAVID ALDEN ERIKSON
ANTOINETTE WALLER
S. RYAN PATTERSON

By: /s/ David A. Erikson
    David Erikson

    Attorneys for Plaintiff

4

JOINT STATEMENT
4827-3728-7351v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix his electronic signature to this document.

DATED: March 18, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
   Nicolas A. Jampol

   Attorneys for Defendants

5

JOINT STATEMENT
4827-3728-7351v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899