NICOLAS A. JAMPOL (State Bar No. 244867)
 nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
 dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
 cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
 camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>            Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") respectfully request that this Court take judicial notice of the first season of *Servant* (attached as Exhibits 1-10 to the concurrently filed Notice of Lodging and authenticated in the Declaration of Cydney Swofford Freeman) and the *Servant* trailer, as well as certain facts and generic elements common to expressive works.

## I. THE WORKS AT ISSUE ARE INCORPORATED INTO THE FIRST AMENDED COMPLAINT BY REFERENCE

Courts may consider materials referenced in a complaint on a motion to dismiss, even if the plaintiff did not attach them to the complaint. *See, e.g.*, *Brown v. Electronic Arts*, 724 F.3d 1235, 1248 n.7 (9th Cir. 2013) (noting that the district court properly considered defendant's video game "as part of the complaint itself through the 'incorporation by reference' doctrine," and that "[w]e do the same"); *Silas v. Home Box Office*, 201 F. Supp. 3d 1158, 1168-69 (C.D. Cal. 2016) (granting motion to dismiss after examining episodes of television series that were referenced in, but not attached to, the complaint), *aff'd*, 713 Fed. Appx. 626 (9th Cir. 2018); *Gadh v. Speigel*, 2014 WL 1778950, at *3 n.2 (C.D. Cal. Apr. 2, 2014) (Walter, J.) (granting motion to dismiss after reviewing and taking judicial notice of works at issue referenced in, but not attached to, plaintiff's complaint); *Zella v. E.W. Scripps*, 529 F. Supp. 2d 1124, 1128 (C.D. Cal. 2007) (considering episodes of television program referred to in complaint).

Plaintiff's FAC refers to, and is based upon, Defendants' television series *Servant*. *E.g.*, FAC ¶¶ 1, 14, 17, 60-61, 63-82. For example, Paragraph 1 of the FAC alleges that Apple heavily promoted *Servant* as one of eleven "shows" launching its streaming service, and Paragraph 14 alleges that "*Servant* is meant to

1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

showcase Apple's new streaming service." The FAC also specifically relies on an article discussing *the entire season* of *Servant* and notes that defendant Tony Basgallop wrote "all 10 episodes." *Id.* ¶ 17. Plaintiff expressly relies on this fact in her allegation that *Servant* missed the female perspective. *Id.*

Plaintiff purports to restrict her infringement allegations to *Servant*'s first three episodes (FAC ¶ 2 n.1), and contends that *Servant*'s latter seven episodes merely add "new vignettes, characters, or sub-plots" (*id.* ¶ 13). This is not true. All ten episodes reveal crucial information about the characters and events *from the first three episodes*, like how Jericho died and why Leanne applied to be the Turners' nanny. Moreover, some of the FAC's own alleged similarities extend beyond the first three episodes. For example, Paragraph 78 emphasizes that "the nanny in *Servant* is revealed to have targeted the mother," which is first suggested at the end of Episode 4, and not explained until the season finale (Episode 10). Ex. 4 at 30:50; Ex. 10 at 12:20. Additionally, Plaintiff alleges that "*Servant* includes a *number of scenes* of family and extended-family dinners" (FAC ¶ 68) (emphasis added), and that "scenes of family dinners are *often* used to juxtapose intimacy and tension" (*id.* ¶ 80) (emphasis added), but only one of *Servant*'s extended-family dinners takes place in the first three episodes, while the rest occur later in the season. Exs. 6-7. Plaintiff cannot rely on allegations about the entire first season of *Servant* and then attempt to restrict the Court's ability to consider that same content. Accordingly, *Servant*'s first season is incorporated by reference into the FAC and may be considered by the Court.

For these same reasons, the Court may take judicial notice of the official *Servant* trailer, released on YouTube by Apple TV+ and available at https://www.youtube.com/watch?v=N1cOR0sRRIw. Plaintiff's FAC *begins* by alleging how "Apple TV+ and M. Night Shyamalan are heavily promoting their original series *Servant*" (FAC ¶ 1), and alleges that Defendants "distributed and

2

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

promoted" *Servant* in California (*id.* ¶ 25). Accordingly, judicial notice of the *Servant* trailer alongside the ten episodes in its first season is proper.

Plaintiff's FAC also frequently refers to her own film, *The Truth About Emanuel* ("*Emanuel*"). Plaintiff provided a copy of *Emanuel* to the Court, Dkt. 13, and thus the Court may consider *Emanuel* in connection with Defendants' motion to dismiss. Additionally, *Emanuel* is available in its entirety (for free) through YouTube Movies at https://www.youtube.com/watch?v=-I5jbIE1GBE. To the extent the Court deems it necessary to take judicial notice of *Emanuel*, Defendants so request.

## II. THE COURT SHOULD TAKE JUDICIAL NOTICE OF FACTS THAT ARE NOT SUBJECT TO REASONABLE DISPUTE

Federal Rule of Evidence 201(b) provides that a fact is subject to judicial notice when it is "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(1-2). *See also Heusey v. Emmerich*, 2015 WL 12765115, at *4 (C.D. Cal. Apr. 9, 2015) (taking judicial notice of "occupations and lifetimes of historical characters, family trees, historical events, theories commonly-held by historians, and the political atmosphere of the Elizabethan era" because these facts could be "accurately and reasonably determined from sources whose accuracy cannot be reasonably questioned"), *aff'd*, 692 Fed. Appx. 928 (9th Cir. 2017); *Marcus v. ABC Signature Studios*, 279 F. Supp. 3d 1056, 1062-1063 (C.D. Cal. 2017) (taking judicial notice of U.S. Census Bureau data regarding most popular last names).

Defendants request that the Court take judicial notice that **using a doll to cope with grief is a widely known therapeutic technique in real life**, a fact not subject to reasonable dispute. Myriad news outlets have covered the phenomenon of using a doll to cope with grief. In particular, this widespread coverage has

3

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

zeroed in on the concept of "reborn dolls," like those used in *Emanuel* and *Servant*: lifelike dolls made with "as much realism as possible," often including real human hair and eyelashes, and even "'wafers' to give the doll a baby smell," in order to give the buyer "the same experience as holding a real baby." *See* Rebekah Cilia, "Lifelike baby dolls to be used therapeutically for women who have lost a baby," *Malta Independent* (Sept. 23, 2018), available at https://www.independent.com.mt/articles/2018-09-23/local-news/Lifelike-baby-dolls-to-be-used-therapeutically-for-women-who-have-lost-a-baby-6736196695 ("Just the rooting of the hair, one at a time, takes about 40 hours.  Each hair is individually rooted and then a special glue is used on the inside of the head to keep the hair in place so that it can be washed and brushed.")  These dolls are often recommended to grieving parents who have lost a child, like Linda in *Emanuel* and Dorothy in *Servant*.  *See id.*; Freeman Decl. Exs. 1-10; Dk. 13.  *See also* http://rebornbabydolls.org/reborn-dolls/ (Reborn Dolls website noting that many are purchased by "parents who have lost a child or newborn").

These dolls are a widely discussed phenomenon in popular culture, and a real therapy technique to deal with a variety of mental issues, including grief, anxiety, dementia, and Alzheimer's.  For example, in 2008, the *Today Show* published a psychiatrist's analysis of women nurturing "reborn" babies to cope with sadness and anxiety, noting that the dolls provide their owners with "moments of relief and reprieve, when they can escape the stark reality of their loss, and instead have those familiar feelings of coddling a baby, cooing over it, and all those other nice moments that temporarily undo the harsh reality." *See* Dr. Gail Saltz, "Fake babies ease women's anxiety, sadness," *Today* (Oct. 1, 2008), available at https://www.today.com/health/fake-babies-ease-womens-anxiety-sadness-wbna26974105.  And in 2014, an article titled "How 'Reborn Dolls' Really Can Help Us Cope With Miscarriage & Infant Loss," featured commentary on the topic from psychologist Aline P. Zoldbrod, Ph.D., author of the book *Men, Women, and*

4

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*Infertility*, and psychologist David J. Diamond, Ph.D., cofounder and co-director of the Center for Reproductive Psychology. The article stated that Dr. Zoldbrod believed that carrying around a doll "can be a powerful way to allow the brief to manifest," and that "[b]onding with a reborn doll can also help to ease the sorrow of letting go." *See* Jacqueline Burt Cote, "How 'Reborn Dolls' Really Can Help Us Cope With Miscarriage & Infant Loss," *Cafemom* (Sept. 29, 2016), available at https://thestir.cafemom.com/pregnancy/200832/how_reborn_dolls_really_can. *See also, e.g.*, Rita Pezzati et al., "Can Doll therapy preserve or promote attachment in people with cognitive, behavioral, and emotional problems?," *Frontiers in Psychology* (Apr. 21, 2014), available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4001059/.

Dozens of documentaries and television news and talk programs also have covered the phenomenon of reborn dolls. *See, e.g.*, https://www.youtube.com/watch?v=HKmz002fbQY (ABC News affiliate segment titled "These hyper-realistic baby dolls are a kind of therapy for anxiety and grief"); https://www.youtube.com/watch?v=RZ5lfsoFsvQ (*This Morning* segment titled "My Children Are Dolls and I Take Them Everywhere," covering "why these 'reborn dolls' have acted as therapy for her during the toughest period of her life"); https://www.youtube.com/watch?v=EkyUZJDGvMY (*VICE* documentary about reborn dolls); https://www.youtube.com/watch?v=frl-R3C9ac0 (award-winning *New Yorker* short documentary *Dollhouse* about reborn doll artist); https://www.youtube.com/watch?v=HltieVIclHY (Fox4 News Kansas City segment titled "Woman finds her 'reborn' doll healing"); https://www.youtube.com/watch?v=PzEqYhUZAoc (BBC *Inside Out* segment on reborn dolls); https://www.youtube.com/watch?v=Dt-lQepN1kA (*Dr. Phil* segment on reborn dolls); https://www.youtube.com/watch?v=JyYkVCJfbIA (*Today Show* segment on reborn dolls); https://www.youtube.com/watch?v=VuXG696Ofts (*The Doctors* segment on reborn dolls); https://www.youtube.com/watch?v=I0LgtBC-

5

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9yc (*Anderson* segment on reborn dolls); https://www.youtube.com/watch?v=6iR1ngUGy44 (Australian news channel story on reborn dolls); https://www.youtube.com/watch?v=F_X-PrN8ev4 (UK news segment titled "Reborn Baby Dolls are giving this woman her life back").

Accordingly, Defendants respectfully request that this Court judicially notice the fact that using a doll to cope with grief is a widely known therapeutic technique in real life.

## III. THE COURT SHOULD TAKE JUDICIAL NOTICE OF GENERIC ELEMENTS COMMON TO EXPRESSIVE WORKS

Courts frequently take judicial notice of generic elements that are prevalent in particular genres of expressive works like movies and television shows. *See Zella, 529 F. Supp. 2d at 1129* ("In the context of copyright claims, the Court may take judicial notice of generic elements of creative works.") (taking judicial notice of generic elements of talk and cooking shows, like (1) a host, (2) guest celebrities, (3) an interview, and (4) a cooking segment). In *Fillmore v. Blumhouse Prods.*, for example, the court took judicial notice that "[t]he possibility of resurrection is a common element in religious works," that "[b]ringing the dead back to life" is a common trope in horror, fantasy, and sci-fi books and movies, and that "[d]ream sequences are a common narrative device in works of fiction." 2017 WL 4708018, at *3 (C.D. Cal. July 7, 2017). And in *DuckHole v. NBC Universal*, 2013 WL 5797279, at *4 (C.D. Cal. Sep. 6, 2013), the court took judicial notice of generic elements of veterinary-themed sitcoms, like (1) settings of an operating room, exam room, and lobby, (2) pets, (3) a comedic tone, and (4) romantic relationships. *See also Reflex Media v. Pilgrim Studios*, 2018 WL 6566561, at *3 n.3 (C.D. Cal. Aug. 27, 2018) (taking judicial notice of "generic elements common to reality dating shows," including "(1) casting young attractive singles, (2) filming multiple-day dates in exotic locations, (3) contestants participating in bonding activities, and (4) a

6

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

theme and mood of fun, adventure, and anticipation for the prospect of burgeoning romantic feelings between the participants on the show").

Here, Defendants ask the Court to take judicial notice of the following elements ubiquitous to expressive works:

**a.   Many expressive works feature a character treating a doll as their child.** Numerous films, television shows, books, comic books, video games, and other works feature the idea of a character treating a doll as their child. Indeed, more than a century ago, the children's novel *Pinocchio* featured a father who creates a wooden doll that he treats as his son (and which later comes alive). *See* https://en.wikipedia.org/wiki/Pinocchio. This concept is so ubiquitous that it has its own entry on a website dedicated to identifying "tropes" in entertainment. *See* "Baby-Doll Baby," https://tvtropes.org/pmwiki/pmwiki.php/Main/BabyDollBaby ("This trope is when a mother, in a delusion, thinks that a doll is her child.") (compiling examples). *See also* "The Doll Episode," https://tvtropes.org/pmwiki/pmwiki.php/Main/TheDollEpisode (explaining that "just about every horror, suspense and mystery series that runs for long enough will have a doll-themed episode" that is "incredibly creepy and unusually upsetting," and often involves dolls "made to replicate/replace a lost loved one") (compiling examples).

As one example, in the 2016 film *The Boy*, a young American woman becomes a nanny to a wealthy couple's young son, who the nanny soon learns is actually a doll that the couple treats as their son, after their real son's apparent death years earlier. *See* "The Boy": Plot, *IMDb*, available at https://www.imdb.com/title/tt3882082/plotsummary; "The Boy": About the Film, *STX Entertainment*, available at http://stxmovies.com/theboy/. And in the 2014 film *Maria Leonora Teresa*, a psychiatrist prescribes life-sized dolls to assist couples coping with losing their young children in a tragic accident. *See* "Maria Leonora Teresa": Plot, *IMDb*, available at

7

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

https://www.imdb.com/title/tt3772364/plotsummary; "Maria Leonora Teresa," *Wikipedia*, available at https://en.wikipedia.org/wiki/Maria_Leonora_Teresa.

Other examples include:

- *Anne of Greene Gables* author L.M. Montgomery's 1929 *Magic for Marigold*, which includes a passage about a relative's life-size wax doll made to look like a relative's three-year-old daughter who died. The relative "kept [the doll] beside her always and talked to it as if it had been alive." *See* http://gutenberg.net.au/ebooks03/0300681h.html at ¶ 13 (*Magic for Marigold* full text).

- The 1987 novel *Arrow's Flight*, in which the protagonist encounters a "Weatherwitch" who cares for a doll as if it were her own child, despite the fact that her child drowned years earlier (due to the witch's inattention). *See* https://tinyurl.com/wxprs2s (*Arrow's Flight* on Google Books).

- The 2006 novel *The Children of Men*, in which the narrator notes that years after babies have stopped being born, dolls "have become for some half-demented women a substitute for children." *See* https://www.amazon.com/gp/product/0307275434/ref=ppx_yo_dt_b_asin_image_o00_s00?ie=UTF8&psc=1 ("Look Inside" at p. 10).

- The 2009 BBC television series *Psychoville*, in which a character is convinced a doll is her real child and forces her husband to treat the doll as if it were real. *See* https://en.wikipedia.org/wiki/Psychoville.

- Episode 147 of the ABC series *Desperate Housewives* (2011), in which main character Gaby begins to treat a doll as if it were a real child after finding out her daughter was switched at birth with another infant. Gaby tries to save the doll during an armed carjacking, screaming, "My daughter!" *See* https://en.wikipedia.org/wiki/I%27m_Still_Here_(Desperate_Housewives).

- Video game *Dead Rising 2: Off the Record* (2011), featuring a character who becomes delusional after losing his daughter and carries around a life-sized

8

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

      doll on his back, believing the doll to be his daughter and vowing to protect her.  *See* https://deadrising.fandom.com/wiki/Katey_Greene.

- The 2014 film *H.*, which features a woman caring for a reborn doll as if it were her real child.  *See* https://itunes.apple.com/us/movie/h/id1122924169 (noting that a main character "takes care of an eerily lifelike baby doll called a 'Reborn Doll,' which she cares for as if she is alive").

- Harlan Ellison's short story "Soft Monkey" (published in the 2016 anthology *Angry Candy*), in which a homeless woman treats a doll as her son, after her son froze to death.  *See* http://harlanellison.com/review/angry.htm#soft.

*See also* Dr. Gail Saltz, "Fake babies ease women's anxiety, sadness," *Today* (Oct. 1, 2008), available at https://www.today.com/health/fake-babies-ease-womens-anxiety-sadness-wbna26974105 ("But, can an inanimate doll – one so realistic it looks alive – really replace a living being?  In many ways, such a notion feels like a page from the Stepford Wives or Invasion of the Body Snatchers.  It's a disturbing thought to have something un-alive take the place of a real human – **which is why such a conceit is often the basis for fantasy or horror tales**.") (emphasis added).

      Given the volume of works with the premise of treating a doll as a child, Defendants ask the Court to judicially notice that the concept is common in expressive works.

      **b.**    **Many expressive works feature the premise of hiring a nanny or babysitter.**  Hundreds of expressive works, if not thousands, include the premise of hiring a nanny or babysitter.  Sometimes the nannies are practically perfect (like in the 1964 classic *Mary Poppins*, https://www.imdb.com/title/tt0058331/).  Sometimes the nannies are evil (like in the aptly titled 2016 movie *Evil Nanny*, https://www.imdb.com/title/tt6354166/).  Sometimes the nannies are supernatural (like in the 1980 movie *The Guardian*, https://www.imdb.com/title/tt0099710/).

      Sometimes the nannies or babysitters are hired even though the child they are to watch has passed away.  In the 1994 film *Exotica*, a man whose child died years

9

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

earlier continues to hire his niece to babysit. *See* "*Exotica* (film)," *Wikipedia*, available at https://en.wikipedia.org/wiki/Exotica_(film). And *The Boy* revolves around a nanny hired to care for a wealthy couple's doll they treat as their actual son, despite their son's apparent death years earlier. *See* "The Boy": Plot, *IMDb*, available at https://www.imdb.com/title/tt3882082/plotsummary; "The Boy": About the Film, *STX Entertainment*, available at http://stxmovies.com/theboy/.

It cannot be reasonably disputed that hiring a nanny or babysitter is a common premise of many expressive works. Accordingly, Defendants ask the Court to take judicial notice of that generic element.

## IV.  CONCLUSION

For all the reasons set forth above, Defendants ask this Court to take judicial notice of the following:

1. The first season of Defendants' series *Servant* (Episodes 1-10) and the *Servant* trailer.
2. The fact that using a doll to cope with grief is a widely known therapeutic technique in real life.
3. The following generic premises common to expressive works:
    a. A character treating a doll as their child.
    b. Hiring a nanny or a babysitter.

DATED: March 24, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By:  /s/ Nicolas A. Jampol
         Nicolas A. Jampol

Attorneys for Defendants

10

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
4838-2091-9479v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899