1  NICOLAS A. JAMPOL (State Bar No. 244867)
   nicolasjampol@dwt.com
2  DIANA PALACIOS (State Bar No. 290923)
   dianapalacios@dwt.com
3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
   cydneyfreeman@dwt.com
4  CAMILA PEDRAZA (State Bar No. 329984)
   camilapedraza@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
7  Fax: (213) 633-6899

8  Attorneys for Defendants
   BLINDING EDGE PICTURES, INC.; UNCLE
9  GEORGE PRODUCTIONS, LLC; APPLE INC.;
   ESCAPE ARTISTS, INC. (erroneously sued as
10 ESCAPE ARTISTS LLC); DOLPHIN BLACK
   PRODUCTIONS; M. NIGHT SHYAMALAN;
11 TONY BASGALLOP; ASHWIN RAJAN;
   JASON BLUMENTHAL; TODD BLACK;
12 STEVE TISCH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On March 24, 2020, I served the following document(s):

1. **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT;**

2. **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE;**

3. **DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE;**

4. **DEFENDANTS' NOTICE OF LODGING OF EXHIBITS 1-10 (TEN DVDS);**

5. **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE; AND**

6. **PROOF OF SERVICE**

by placing a true copy in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| David A Erikson, Esq. (david@daviderikson.com) Antoinette S Waller, Esq. (antoinette@daviderikson.com) S. Ryan Patterson, Esq. (ryan@daviderikson.com) Erikson Law Group 200 North Larchmont Boulevard Los Angeles, CA 90004 323-465-3100 Fax: 323-465-3177 | Attorneys for Plaintiff, Francesca Gregorini |
| Honorable John F. Walter United States District Court, Central District 350 W. 1st Street, Courtroom 7A Los Angeles, CA 90012 | 2 FULL SETS FOR CHAMBERS & COURTESY COPIES |
| Judge John F. Walter c/o Clerk of Court 255 E. Temple Street, Suite TS-134 Los Angeles, CA 90012-3332 | |

1

PROOF OF SERVICE
4830-9087-9156v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am familiar with the practice at my place of business for collection and processing of correspondence for overnight delivery by Federal Express.  Such correspondence will be deposited with a facility regularly maintained by Federal Express for receipt on the next business day.

     Executed on March 24, 2020, at Los Angeles, California.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Vicky Isensee | /s/ Vicky Isensee |
|---|---|
| Print Name | Signature |

2

PROOF OF SERVICE
4830-9087-9156v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899