ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
   david@daviderikson.com
Antoinette Waller (SBN 152895)
   antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
   ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                 Plaintiff,<br><br>        v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>                 Defendants. | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br><br>**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   April 27, 2020<br>Time:  1:30 p.m.<br>Crtrm: 7A |

NOTICE OF LODGING OF PLAINTIFF'S
PROPOSED STATEMENT OF DECISION
DENYING MOTION TO DISMISS

TO THE COURT, TO ALL PARTIES, AND TO ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's Standing Order (Dkt. 15), plaintiff Francesca Gregorini hereby lodges her [Proposed] Statement of Decision denying defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists LLC, Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch's (collectively "Defendants") motion to dismiss plaintiff's first amended complaint.

DATED: 4/15/2020                    ERIKSON LAW GROUP

By: _____

DAVID A. ERIKSON
Attorneys for Plaintiff Francesca Gregorini

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

PLAINTIFF'S [PROPOSED] STATEMENT OF
DECISION DENYING MOTION TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **PROOF OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 200 North Larchmont Boulevard, Los Angeles, CA 90004.

On **April 15, 2020**, I served true copies of the foregoing document(s) described as: **NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

☑ BY CM/ECF.

☐ BY MAIL: I placed a true and correct copy of the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ BY PERSONAL SERVICE: I caused the document listed above to be personally delivered to the persons at the address set forth below.

Nicolas Jampol
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Email: nicolasjampol@dwt.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

3          PLAINTIFF'S [PROPOSED] STATEMENT OF
DECISION DENYING MOTION TO DISMISS

1

Executed on **April 15, 2020**, at Los Angeles, California.

2

3

/s/ David A. Erikson
David A. Erikson

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PLAINTIFF'S [PROPOSED] STATEMENT OF
DECISION DENYING MOTION TO DISMISS