1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  DIANA PALACIOS (State Bar No. 290923)
     dianapalacios@dwt.com
3  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
4  CAMILA PEDRAZA (State Bar No. 329984)
     camilapedraza@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800; Fax:  (213) 633-6899
7
   Attorneys for Defendants
8
   DAVID ALDEN ERIKSON (State Bar No. 189838)
9    david@davidirerikson.com
   ANTOINETTE WALLER (State Bar No. 152895)
10   antoinette@davidirerikson.com
   S. RYAN PATTERSON (State Bar No. 279474)
11   ryan@davidirerikson.com
   ERIKSON LAW GROUP
12 200 North Larchmont Boulevard
   Los Angeles, California 90004
13 Tel.: 323.465.3100; Fax: 323.465.3177

14 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

1

NOTICE OF LODGING
4850-0944-5054v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**PLEASE TAKE NOTICE** that pursuant to the Court's order entered May 28, 2020, plaintiff Francesca Gregorini ("Plaintiff") and defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") jointly lodge the attached [Proposed] Judgment.

DATED: June 5, 2020                 DAVIS WRIGHT TREMAINE LLP

                                    By: /s/ Nicolas A. Jampol
                                        Nicolas A. Jampol

                                    Attorneys for Defendants

DATED: June 5, 2020                 ERIKSON LAW GROUP

                                    By: /s/ David A. Erikson
                                        David A. Erikson

                                    Attorneys for Plaintiff

### FILER'S ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix the above electronic signature to this document.

DATED: June 5, 2020                 DAVIS WRIGHT TREMAINE LLP

                                    By: /s/ Nicolas A. Jampol
                                        Nicolas A. Jampol

                                    Attorneys for Defendants

2

NOTICE OF LODGING
4850-0944-5054v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899