JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**JUDGMENT** |

1

[PROPOSED] JUDGMENT
4816-4862-8926v.3 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# JUDGMENT

Plaintiff Francesca Gregorini ("Plaintiff") brought this action for copyright infringement against defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants"), and Defendants moved to dismiss this action. The Court granted Defendants' motion to dismiss on May 28, 2020, and dismissed this action with prejudice. Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE** in its entirety and judgment is entered in favor of Defendants on all claims in this action.
2. Plaintiff takes nothing in her action.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

DATED: June 9, 2020

_____
Honorable John F. Walter
U.S. DISTRICT COURT JUDGE

[PROPOSED] JUDGMENT
4816-4862-8926v.3 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899