NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE
GEORGE PRODUCTIONS, LLC; APPLE INC.;
ESCAPE ARTISTS, INC. (erroneously sued as
ESCAPE ARTISTS LLC); DOLPHIN BLACK
PRODUCTIONS; M. NIGHT SHYAMALAN;
TONY BASGALLOP; ASHWIN RAJAN;
JASON BLUMENTHAL; TODD BLACK;
STEVE TISCH

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCESCA GREGORINI, <br><br>         Plaintiff, <br><br>     vs. <br><br> APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, <br><br>         Defendants. | Case No. 2:20-cv-00406-JFW-JC <br><br> **JOINT STATEMENT REGARDING PRE-FILING CONFERENCE OF COUNSEL** |

1

JOINT STATEMENT
4849-6846-2528v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Section 5(b) of the Court's Standing Order (Dkt. 15), defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists, LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") and plaintiff Francesca Gregorini ("Plaintiff") jointly submit the following statement detailing the conference of counsel held pursuant to Local Rule 7-3 in advance of Defendants' motion for attorneys' fees:

1. On June 16, 2020, Nicolas Jampol (counsel for Defendants) and David Erikson (counsel for Plaintiff) met and conferred telephonically (due to the inability to meet in person) regarding Defendants' forthcoming motion for attorneys' fees pursuant to 17 U.S.C. § 505. The telephone call lasted approximately ten minutes.

2. During the call, Defendants' counsel explained that Defendants would be moving to recover a portion of the attorneys' spent in connection with this case. In support of the motion, Defendants' counsel argued that (a) Defendants achieved a complete victory on the merits of their motion to dismiss Plaintiff's FAC, (b) Plaintiff's claims were objectively unreasonable, (c) certain of Plaintiff's decisions demonstrated bad faith, such as asserting claims against several individuals who had no creative involvement with Defendants' series and making extensive allegations regarding injustice in the entertainment industry even though they were expressly not part of Plaintiff's "formal claim," and (d) a fee award is appropriate to deter other potential plaintiffs (and Plaintiff herself) from asserting similarly unreasonable claims against others.

3. Defendants' counsel also argued that the overall amount that they sought to recover is highly reasonable, particularly as they are not seeking reimbursement for the extensive time they spent on discovery or for time spent by certain attorneys and paralegals who worked on the case.

2

JOINT STATEMENT
4849-6846-2528v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899


4. Plaintiff's counsel disagreed with Defendants' counsel's contentions. Specifically, Plaintiff's counsel argued that Plaintiff's claims were not unreasonable, and that Plaintiff did not demonstrate any bad faith in connection with her claims. Plaintiff contends that Defendants are not entitled to any attorneys' fees in connection with this case.

DATED: June 18, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
    Nicolas A. Jampol

Attorneys for Defendants

DATED: June 18, 2020

ERIKSON LAW GROUP
DAVID ALDEN ERIKSON
ANTOINETTE WALLER
S. RYAN PATTERSON

By: /s/ David Erikson
    David Erikson

Attorneys for Plaintiff

JOINT STATEMENT
4849-6846-2528v.1 0113237-000003

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to David A. Erikson, counsel for plaintiff Francesca Gregorini, and I have obtained his authorization to affix his electronic signature to this document.

DATED: June 18, 2020

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
DIANA PALACIOS
CYDNEY SWOFFORD FREEMAN
CAMILA PEDRAZA

By: /s/ Nicolas A. Jampol
　　　Nicolas A. Jampol

　　　Attorneys for Defendants

4

JOINT STATEMENT
4849-6846-2528v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899