# EXHIBIT 1



920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T  206.622.3150
F  206.757.7700
Federal ID # 
**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Uncle George Productions LLC
Attn: Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073

April 21, 2020
Invoice #
**ELECTRONIC BILLING**

**Matter Name**: Gregorini Claim
**Firm Matter Number**: 0113237.000003
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:**

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

| | |
|---|---|
| Total Current Fees | |
| Total Current Costs | |
| **Total Amount Due This Invoice** | $ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ███████
Page **2** of **7**

**PROFESSIONAL FEES RENDERED:**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol


Davis Wright
Tremaine LLP

Invoice #
Page **3** of **7**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|------------|------|----------|-------|--------|-----------|

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ██████
Page **4** of **7**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| ████ | ████ | ██ | ██ | ██ | ████████ | ████████████████ |
| ████ | ████ | ██ | ██ | ██ | ████████ | ████████████████ |
| ████ | ████ | ██ | ██ | ██ | ████████ | ████████████████ |
| ████ | ████ | ██ | ██ | ██ | ████ | ████████████████ |
| 11/29/19 | N. Jampol | L120 | A104 | 6.60 | 3,570.60 | Review Episodes 1 through 6 and prepare notes regarding same |
| 11/30/19 | N. Jampol | L120 | A106 | 0.60 | 324.60 | Review correspondence from claimant's counsel and communicate with client regarding same |
| ████ | ████ | ██ | ██ | ██ | ████ | ████████████████ |
| 11/30/19 | N. Jampol | L120 | A104 | 3.60 | 1,947.60 | Review Episodes 7 through 10 and prepare notes regarding same |
| **TOTAL** | | | | ████ | ████████ | |

# Davis Wright
# Tremaine LLP

Suite 3300
920 Fifth Avenue
Seattle, WA 98104-1610
206.622.3150 tel
206.757.7700 fax

Federal ID # █████████

www.dwt.com

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Uncle George Productions LLC
Attn: Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073

January 07, 2020
Invoice No. █████████
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS
## ELECTRONIC BILLING - DO NOT MAIL
FOR FILING PURPOSES ONLY

Matter No.:       0113237-000003
Gregorini Claim

Client Reference:   ███████



| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|-------------------------|
| 12/01/19 | N. Jampol | L120 | A103 | 1.80 | 973.80 | Prepare preliminary assessment of substantial similarity and communicate with client regarding same |
| 12/02/19 | N. Jampol | L210 | A104 | 2.60 | 1,406.60 | Review and analyze draft complaint and communicate with client, Apple, and Ms. Verdi regarding same |



Uncle George Productions LLC
Invoice No. ███████
Page 2

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|-------------------------|
| ███████ | ████████████ | ████ | | ███ | | ███████████████████ |
| | | | | | | ████████████████████ |
| | | | | | | ██████████████████ |
| 12/03/19 | N. Jampol | L120 | A104 | 0.80 | 432.80 | Preliminary review of ████████ and prepare brief analysis regarding same in connection with assessment of claim |
| ████████████ | | ████ | | ███ | | █████████████ |
| 12/04/19 | C. Pedraza | L110 | A102 | 1.50 | 421.50 | Research and analyze ████████ ████████████████████████ update memorandum to aid motion to dismiss |
| ████████ | | ████ | | ██ | ██████ | ███████████████████ |
| ████████ | | ████ | | ██ | ██████ | ████████████████ |
| | | | | | | ██████████ |
| ████████ | | ████ | | ██ | ██████ | ████████████████████ |
| | | | | | | ████████████████████ |
| | | | | | | ██████████ |
| 12/05/19 | C. Pedraza | L110 | A102 | 1.10 | 309.10 | Review and analyze substantially similar elements in various works and prepare memorandum to aid in motion to dismiss |
| 12/05/19 | N. Jampol | L120 | A106 | 1.10 | 595.10 | Review correspondence from claimant's counsel and communicate with client and Apple regarding response to same |
| ████████ | | ████ | | ███ | █████████████████ | ███████████████ |
| ████████ | | ████ | | ███ | ████ | ███████████████ |
| | | | | | | ███████████████ |
| | | | | | | ██████████████ |
| 12/06/19 | N. Jampol | L120 | A107 | 1.10 | 595.10 | Communicate with client and claimant's counsel regarding ████████ ████████████████████ |
| 12/09/19 | N. Jampol | L120 | A107 | 1.30 | 703.30 | Review correspondence from claimant's counsel regarding potential defendants and conduct preliminary research regarding ████████████████ ██████████ |



Uncle George Productions LLC
Invoice No. ▆▆▆▆▆
Page 3

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|-------------|----------|-----------|------|--------|------------------------|
| 12/10/19 | N. Jampol | L120 | A107 | 2.30 | 1,244.30 | Review correspondence to Apple regarding allegations, communicate with Apple, client, and Hiscox regarding same, and communicate with claimant's counsel regarding same |
| 12/11/19 | N. Jampol | L210 | A106 | 1.60 | 865.60 | Communicate with client ▆▆▆▆ ▆▆▆▆▆▆▆▆ regarding ▆▆▆▆▆ and communicate with claimant's counsel regarding same |
| ▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆▆▆▆ |
| 12/13/19 | N. Jampol | L120 | A106 | 0.30 | 162.30 | Communicate with client regarding allegations and potential responses |
| 12/14/19 | C. Pedraza | L213 | A102 | 1.00 | 281.00 | Review and analyze substantially similar elements in various works and update memorandum to aid in motion to dismiss |
| 12/15/19 | C. Pedraza | L110 | A102 | 1.80 | 505.80 | Review and analyze substantially similar elements in various works and update memorandum to aid in motion to dismiss |
| 12/16/19 | C. Pedraza | L110 | A102 | 3.60 | 1,011.60 | Review and analyze substantially similar elements in various works and update memorandum to aid in motion to dismiss |
| 12/17/19 | C. Freeman | L240 | A103 | 2.20 | 796.40 | Prepare outline for motion to dismiss complaint and identify areas of research for same |
| 12/17/19 | C. Pedraza | L110 | A102 | 2.80 | 786.80 | Review and analyze substantially similar elements in various works and update memorandum to aid in motion to dismiss |
| ▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆ | ▆▆▆▆ | ▆▆▆▆▆▆▆▆ |
| 12/18/19 | C. Pedraza | L110 | A102 | 3.60 | 1,011.60 | Review and analyze substantially similar elements in various works and update memorandum to aid in motion to dismiss |
| ▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆ | ▆▆▆▆▆ | ▆▆▆▆▆▆▆▆ |
| ▆▆▆▆▆ | | ▆▆▆▆▆ | | ▆▆▆ | ▆▆▆ | ▆▆▆▆▆▆▆▆ |
| 12/27/19 | C. Freeman | L240 | A104 | 0.60 | 217.20 | Analyze purported similarities between plaintiff's work and Servant in connection with motion to dismiss |



Uncle George Productions LLC
Invoice No.  ██████
Page 4

| DATE | PROFESSIONAL | ABA CODE | ACT. CODE | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|------|--------------|----------|-----------|------|--------|--------------------------|
| 12/27/19 | N. Jampol | L120 | A103 | 1.30 | 703.30 | Review ██████ ██ ██████ and strategize ██████ ██████ ██████ ██████ |
| 12/30/19 | C. Freeman | L240 | A104 | 2.40 | 868.80 | Review works at issue and prepare notes regarding same for purposes of motion to dismiss complaint for lack of substantial similarity |
| 12/31/19 | C. Freeman | L240 | A104 | 2.10 | 760.20 | Continue review of works at issue and prepare notes regarding same for purposes of motion to dismiss complaint for lack of substantial similarity |
| 12/31/19 | N. Jampol | L120 | A107 | 0.10 | 54.10 | Communicate with Plaintiff's counsel regarding complaint |
| | Total Services | | | ████ | ██████ | |



920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T   206.622.3150
F   206.757.7700
Federal ID # ███████
**DWT.COM**

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

Uncle George Productions LLC
Attn: Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073

February 29, 2020
Invoice # ███████
**ELECTRONIC BILLING**

**Matter Name**: Gregorini Claim
**Firm Matter Number**: 0113237.000003
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number**: ███████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

| | |
|---|---|
| Total Current Fees | ███ |
| Total Current Costs | |
| **Total Amount Due This Invoice** | $ ███ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮
Page **2** of **10**

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| 01/02/20 | N. Jampol | L120 | A107 | 1.30 | 703.30 | Communicate with Mr. Basgallop regarding allegations and response, and prepare correspondence to Plaintiff's counsel regarding allegations in complaint |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮▮▮▮ |
| 01/02/20 | C. Freeman | L240 | A104 | 5.10 | 1,846.20 | Review works at issue and take notes regarding same to draft motion to dismiss |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| 01/05/20 | C. Pedraza | L110 | A102 | 3.30 | 927.30 | Analyze ▮▮▮▮▮ for motion to dismiss |
| 01/06/20 | N. Jampol | L120 | A106 | 0.30 | 162.30 | Communicate with client regarding ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| 01/07/20 | N. Jampol | L120 | A106 | 0.20 | 108.20 | Communicate with client regarding ▮▮▮ |
| 01/07/20 | C. Freeman | L120 | A104 | 0.90 | 325.80 | Review other works featuring similar concepts in connection with motion to dismiss |
| 01/10/20 | N. Jampol | L213 | A104 | 2.30 | 1,244.30 | Review alleged similarities and research regarding each, and strategize regarding treatment of same in motion to dismiss |
| 01/10/20 | C. Pedraza | L110 | A102 | 4.00 | 1,124.00 | Analyze ▮▮▮▮▮ for motion to dismiss |
| 01/11/20 | C. Pedraza | L110 | A102 | 3.00 | 843.00 | Analyze ▮▮▮▮▮ for motion to dismiss |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ |  | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ |  | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮▮ |



To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮
Page **3** of **10**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 01/13/20 | C. Pedraza | L110 | A102 | 2.00 | 562.00 | Analyze substantial similarity elements and different extrinsic elements for motion to dismiss |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 01/14/20 | C. Freeman | L120 | A102 | 2.70 | 977.40 | Research ▮▮ |
| 01/14/20 | C. Pedraza | L110 | A102 | 3.70 | 1,039.70 | Analyze substantial similarity elements and different extrinsic elements for motion to dismiss |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| 01/14/20 | C. Pedraza | L110 | A102 | 1.00 | 281.00 | Analyze information regarding ▮▮ for motion to dismiss |
| 01/15/20 | N. Jampol | L120 | A104 | 4.60 | 2,488.60 | Review complaint and research regarding similar works and statements by plaintiff, and strategize with clients regarding response to lawsuit and motion to dismiss |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| | | | | | | |
| 01/15/20 | C. Pedraza | L110 | A102 | 1.80 | 505.80 | Analyze ▮▮ for motion to dismiss |
| 01/15/20 | C. Pedraza | L110 | A102 | 1.00 | 281.00 | Analyze information regarding ▮▮ for motion to dismiss |
| ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ | |
| 01/16/20 | N. Jampol | L120 | A104 | 2.60 | 1,406.60 | Review information about ▮▮ regarding substantial similarity assessments on motions to dismiss, |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮▮
Page **4** of **10**

| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| ▮▮▮ | | | | | | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 01/16/20 | C. Freeman | L240 | A103 | 1.50 | 543.00 | Analyze ▮▮▮▮▮▮▮▮▮▮▮ to incorporate into motion to dismiss |
| 01/16/20 | C. Pedraza | L110 | A102 | 1.20 | 337.20 | Analyze ▮▮▮▮▮▮▮▮▮ for motion to dismiss |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮▮▮▮▮▮▮ |
| 01/17/20 | C. Pedraza | L110 | A102 | 0.60 | 168.60 | Analyze ▮▮▮▮▮▮▮▮ for motion to dismiss |
| 01/18/20 | N. Jampol | L213 | A104 | 5.30 | 2,867.30 | Review cases regarding lists of similarities, review underlying briefing regarding same, and review descriptions of potentially similar works for purposes of motion to dismiss |
| 01/18/20 | C. Freeman | L240 | A103 | 2.30 | 832.60 | Draft factual and procedural background section of motion to dismiss |
| 01/18/20 | C. Pedraza | L110 | A102 | 1.10 | 309.10 | Analyze ▮▮▮▮▮▮▮▮▮ for motion to dismiss |
| 01/19/20 | N. Jampol | L213 | A103 | 5.80 | 3,137.80 | Strategize regarding theme and structure of motion to dismiss and prepare introduction to same |
| 01/19/20 | C. Freeman | L240 | A103 | 0.60 | 217.20 | Review and incorporate additional research from C. Pedraza into motion to dismiss |
| 01/19/20 | C. Pedraza | L213 | A104 | 0.30 | 84.30 | Analyze numerous elements of alleged similarities that do not amount to substantial similarity for motion to dismiss |
| 01/19/20 | C. Pedraza | L213 | A104 | 0.70 | 196.70 | Analyze alleged similarities in first episode of Servant for motion to dismiss |
| 01/19/20 | C. Pedraza | L213 | A104 | 0.70 | 196.70 | Analyze alleged similarities in second episode of Servant for motion to dismiss |
| 01/19/20 | C. Pedraza | L213 | A104 | 0.70 | 196.70 | Analyze alleged similarities in third episode of Servant for motion to dismiss |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮
Page **5** of **10**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| 01/20/20 | N. Jampol | L120 | A104 | 1.10 | 595.10 | Communicate with client regarding service of complaint and responsive motion |
| 01/20/20 | N. Jampol | L213 | A103 | 2.40 | 1,298.40 | Strategize regarding structure of motion to dismiss and revise proposed outline for same |
| 01/20/20 | C. Freeman | L240 | A103 | 2.80 | 1,013.60 | Draft outline of legal arguments for motion to dismiss |
| 01/20/20 | C. Pedraza | L110 | A102 | 1.40 | 393.40 | Analyze generic elements for judicial notice for motion to dismiss |
| 01/21/20 | C. Freeman | L240 | A103 | 3.50 | 1,267.00 | Research and draft sections of motion to dismiss arguing that substantial similarity may be decided at the MTD phase and that courts must filter out unprotected elements in determining substantial similarity |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 01/22/20 | C. Freeman | L240 | A103 | 4.90 | 1,773.80 | Research and draft plot and sequence of events sections of substantial similarity argument for motion to dismiss |
| 01/23/20 | N. Jampol | L120 | A106 | 2.30 | 1,244.30 | Prepare for and communicate with clients regarding service of complaint, assigned judge, and dispositive motions |
| 01/23/20 | N. Jampol | L210 | A107 | 0.10 | 54.10 | Communicate with Plaintiff's counsel regarding service of complaint |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | |
| 01/24/20 | N. Jampol | L213 | A106 | 0.30 | 162.30 | Communicate with Mr. Koehler regarding motion to dismiss |
| 01/24/20 | C. Freeman | L240 | A103 | 3.40 | 1,230.80 | Research and draft theme section of substantial similarity argument for motion to dismiss |
| 01/26/20 | C. Freeman | L240 | A103 | 5.50 | 1,991.00 | Research and draft theme character section of substantial similarity argument for motion to dismiss |
| 01/26/20 | C. Pedraza | L213 | A104 | 1.20 | 337.20 | Analyze ▮▮▮▮▮ for motion to dismiss |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 01/27/20 | C. Freeman | L240 | A103 | 4.60 | 1,665.20 | Research and draft mood and characters sections of substantial similarity argument for motion to dismiss |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ████
Page **6** of **10**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|---|---|---|---|---|---|---|
| 01/28/20 | N. Jampol | L210 | A106 | 0.80 | 432.80 | Communicate with clients and Plaintiff's counsel regarding service of complaint and response to same |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 01/28/20 | C. Freeman | L240 | A103 | 0.50 | 181.00 | Revise motion to dismiss legal arguments |
| 01/29/20 | N. Jampol | L213 | A104 | 3.30 | 1,785.30 | Review cases regarding unprotectable elements under copyright law and judicial skepticism of lists of similarities in complaints in connection with motion to dismiss |
| 01/29/20 | C. Freeman | L240 | A103 | 3.40 | 1,230.80 | Research and draft pace and dialogue sections of substantial similarity argument for motion to dismiss |
| 01/30/20 | N. Jampol | L213 | A103 | 3.10 | 1,677.10 | Review preliminary draft of motion to dismiss and prepare comments regarding structure and organization of brief |
| 01/30/20 | C. Freeman | L240 | A103 | 4.80 | 1,737.60 | Refine and revise motion to dismiss |
| 01/31/20 | C. Freeman | L120 | A104 | 0.30 | 108.60 | Review judge's standing order to determine additional required filings (.3) |
| **TOTAL** | | | | ████ | ████ | |



Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T   206.622.3150
F   206.757.7700
Federal ID # ███████
**DWT.COM**

Uncle George Productions LLC
Attn: Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073

April 21, 2020
Invoice # ███████
**ELECTRONIC BILLING**

**Matter Name**: Gregorini Claim
**Firm Matter Number**: 0113237.000003
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ███████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

| | |
|---|---|
| Total Current Fees | █████ |
| Total Current Costs | |
| **Total Amount Due This Invoice** | $   █████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice #
Page **2** of 9

---

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| 02/01/20 | N. Jampol | L213 | A104 | 2.60 | 1,406.60 | Factual research regarding scenes a faire and generic elements in connection with motion to dismiss |
| 02/03/20 | C. Pedraza | L110 | A102 | 1.90 | 533.90 | Analyze underwater scenes in different works for argument in motion to dismiss ███████ |
| 02/04/20 | N. Jampol | L213 | A103 | 6.80 | 3,678.80 | Review and revise motion to dismiss complaint for lack of substantial similarity |
| 02/04/20 | C. Pedraza | L110 | A102 | 0.30 | 84.30 | Review and analyze ██████████ |
| 02/04/20 | C. Pedraza | L110 | A102 | 5.80 | 1,629.80 | Analyze episodes of Servant to review and assess alleged similarities for motion to dismiss |
| 02/05/20 | N. Jampol | L213 | A107 | 0.20 | 108.20 | Communicate with Plaintiff's counsel regarding meet and confer in connection with motion to dismiss |
| 02/05/20 | N. Jampol | L213 | A103 | 5.30 | 2,867.30 | Further revisions to motion to dismiss complaint for lack of substantial similarity |
| 02/05/20 | C. Pedraza | L110 | A102 | 1.40 | 393.40 | Analyze descriptions of claimant's film and themes from articles and interviews for motion to dismiss |
| 02/05/20 | C. Pedraza | L110 | A102 | 4.10 | 1,152.10 | Research regarding limiting similarity analysis to certain episodes (as Plaintiff has argued) in connection with motion to dismiss |
| 02/06/20 | N. Jampol | L213 | A103 | 4.70 | 2,542.70 | Further revisions to motion to dismiss complaint for lack of substantial similarity |
| ██████ | ██████ | ███ | ███ | ███ | ██████ | ████████████████████ |
| 02/06/20 | C. Freeman | L240 | A103 | 2.00 | 724.00 | Review and revise motion to dismiss to reflect comments from clients |
| 02/07/20 | N. Jampol | L213 | A103 | 3.80 | 2,055.80 | Further revisions to motion to dismiss complaint for lack of substantial similarity and communicate with clients regarding same |
| ██████ | ██████ | ███ | ███ | ███ | ██████ | ████████████████████ |
| 02/09/20 | N. Jampol | L213 | A103 | 0.30 | 162.30 | Review and revise joint statement regarding conference of counsel in connection with motion to dismiss |
| ██████ | ██████ | ███ | ███ | ███ | ██████ | ████████████████████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice #: ▮▮▮▮▮▮
Page **3** of **9**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| 02/10/20 | N. Jampol | L213 | A103 | 2.60 | 1,406.60 | Review comments by client and revise motion to dismiss to reflect same |
| 02/10/20 | N. Jampol | L213 | A104 | 3.30 | 1,785.30 | Review cases regarding limiting similarity analysis to particular episodes and prepare section of request for motion to dismiss and request for udicial notice regarding the court's consideration of all episodes |
| 02/10/20 | C. Freeman | L240 | A103 | 1.30 | 470.60 | Draft request for judicial notice in support of motion to dismiss |
| 02/11/20 | N. Jampol | L213 | A107 | 3.30 | 1,785.30 | Prepare for and attend conference of counsel regarding motion to dismiss, revise joint statement regarding same, and communicate with clients regarding same |
| 02/11/20 | N. Jampol | L213 | A106 | 2.70 | 1,460.70 | Communicate with Mr. Koehler regarding motion to dismiss and revise brief to reflect comments regarding same |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 02/12/20 | N. Jampol | L213 | A106 | 4.30 | 2,326.30 | Communicate with clients regarding motion to dismiss and further revise brief to reflect comments regarding same |
| 02/12/20 | C. Freeman | L240 | A103 | 4.70 | 1,701.40 | Continue research in connection with request for judicial notice and continue preparation of request for judicial notice |
| 02/13/20 | N. Jampol | L213 | A107 | 1.80 | 973.80 | Communicate with Plaintiff's counsel regarding joint statement about conference of counsel, review revisions to same, communicate with clients regarding same, and revise to reflect same |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 02/13/20 | C. Freeman | L240 | A103 | 6.90 | 2,497.80 | Continue research for request for judicial notice, including works featuring a parents treating a doll as a child, and prepare request for judicial notice to reflect same |
| 02/13/20 | C. Pedraza | L110 | A102 | 2.10 | 590.10 | Research regarding reborn doll therapy in connection with motion to dismiss and request for judicial notice |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # █████████
Page **4** of **9**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|------------|------|----------|-------|--------|-----------|
| 02/14/20 | N. Jampol | L213 | A103 | 2.80 | 1,514.80 | Review request for judicial notice in support of motion to dismiss, revise same, and communicate with clients regarding same |
| 02/14/20 | N. Jampol | L213 | A106 | 1.80 | 973.80 | Communicate with clients regarding joint statement in connection with motion to dismiss, revise in connection with same, and communicate with Plaintiff's counsel regarding same |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ | ███ |
| 02/14/20 | C. Freeman | L240 | A103 | 2.10 | 760.20 | Continue preparation of request for judicial notice in support of motion to dismiss |
| 02/14/20 | C. Freeman | L240 | A103 | 1.10 | 398.20 | Draft declaration to support request for judicial notice and motion to dismiss |
| 02/15/20 | N. Jampol | L213 | A103 | 5.80 | 3,137.80 | Further revise motion to dismiss plaintiff's complaint and supporting documents, including request for judicial notice, and communicate with clients regarding same |
| ███ | ███ | ███ | ███ | ███ | ███ | |
| 02/15/20 | C. Freeman | L240 | A103 | 9.80 | 3,547.60 | Revise motion to dismiss and request for judicial notice to incorporate comments from clients, and draft supporting documents |
| ███ | ███ | ███ | ███ | ███ | ███ | |
| 02/16/20 | N. Jampol | L213 | A103 | 5.30 | 2,867.30 | Communicate with clients regarding motion to dismiss and further revise motion to dismiss plaintiff's complaint to reflect same |
| 02/17/20 | N. Jampol | L213 | A103 | 5.80 | 3,137.80 | Communicate with clients regarding motion to dismiss and further revise motion to dismiss plaintiff's complaint and request for judicial notice to reflect same |
| 02/17/20 | C. Freeman | L240 | A103 | 7.20 | 2,606.40 | Review and revise motion to dismiss and request for judicial notice to incorporate comments from clients |
| 02/17/20 | C. Pedraza | L110 | A102 | 2.50 | 702.50 | Analyze complaint and motion to dismiss to ensure that all alleged similarities were addressed in motion to dismiss, and prepare comments in connection with same |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ███████
Page **5** of **9**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| ████ | ████ | | | | | ███████████████████ |
| 02/18/20 | C. Freeman | L240 | A103 | 6.80 | 2,461.60 | Review and revise motion to dismiss, declaration, request for judicial notice, proposed order, and notice of lodging to ████████████ |
| ████ | ████ | ███ | ███ | ██ | ████████ | ██████████████████ |
| ████ | ████ | ███ | ███ | ██ | ████████ | ████████████████ |
| ████ | ████ | ███ | ███ | ██ | ████████ | ████████████████ |
| 02/26/20 | C. Freeman | L240 | A108 | 0.20 | 72.40 | Review communications from plaintiff's counsel regarding amending complaint and strategize motion to dismiss same |
| **TOTAL** | | | | ████ | ██████ | |



Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T   206.622.3150
F   206.757.7700
Federal ID # ████████
**DWT.COM**

Uncle George Productions LLC
Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073

April 21, 2020
Invoice # ████████
**ELECTRONIC BILLING**

**Matter Name**: Gregorini Claim
**Firm Matter Number**: 0113237.000003
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ██████

### Invoice for Fees and Costs

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

| | |
|---|---|
| Total Current Fees | ███ |
| Total Current Costs | ██ |
| **Total Amount Due This Invoice** | $   ████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮▮
Page **2** of **8**

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| 03/02/20 | N. Jampol | L213 | A106 | 0.30 | 162.30 | Communicate with clients regarding ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 03/10/20 | N. Jampol | L210 | A104 | 1.80 | 973.80 | Review first amended complaint and communicate with clients regarding same |
| 03/10/20 | C. Freeman | L240 | A104 | 1.80 | 651.60 | Review allegations in first amended complaint to draft motion to dismiss same |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 03/11/20 | N. Jampol | L213 | A106 | 0.60 | 324.60 | Communicate with clients regarding amended complaint and motion to dismiss same |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |
| 03/12/20 | C. Freeman | L240 | A103 | 5.80 | 2,099.60 | Conduct research and draft argument in motion to dismiss amended complaint regarding failure of claims relating to draft scripts |
| 03/13/20 | N. Jampol | L213 | A103 | 0.20 | 108.20 | Communicate with Plaintiff's counsel and court clerk regarding meet and confer for motion to dismiss amended complaint |
| 03/13/20 | C. Freeman | L240 | A103 | 4.30 | 1,556.60 | Prepare introduction and statement of facts for motion to dismiss first amended complaint |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | | ▮▮▮ | ▮▮▮ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ███████
Page **3** of **8**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| 03/13/20 | C. Pedraza | L110 | A102 | 1.00 | 281.00 | Review and analyze ███████ ████ regarding therapy using reborn dolls in connection with request for judicial notice |
| ████ | ████ | ████ | ████ | ████ | ████ | ███████████ |
| 03/14/20 | C. Freeman | L240 | A103 | 3.20 | 1,158.40 | Update arguments from motion to dismiss initial complaint to reflect additional or changed allegations in connection with motion to dismiss first amended complaint |
| ████ | ████ | ████ | ████ | ████ | | ██████████ |
| 03/16/20 | N. Jampol | L213 | A103 | 5.30 | 2,867.30 | Review and revise motion to dismiss first amended complaint |
| 03/16/20 | C. Freeman | L240 | A103 | 1.50 | 543.00 | Review ██████ ████ to potentially incorporate into motion to dismiss |
| 03/16/20 | C. Pedraza | L110 | A102 | 5.20 | 1,461.20 | Review and analyze issue of ████ ████ for motion to dismiss |
| 03/17/20 | N. Jampol | L213 | A103 | 3.80 | 2,055.80 | Continue revisions to motion to dismiss first amended complaint and communicate with clients regarding same |
| ████ | ████ | ████ | ████ | ████ | | ██████████ |
| 03/17/20 | C. Freeman | L240 | A103 | 3.80 | 1,375.60 | Review and review motion to dismiss first amended complaint |
| 03/18/20 | N. Jampol | L213 | A106 | 2.10 | 1,136.10 | Communicate with clients regarding motion to dismiss first amended complaint and revise motion in connection with same |
| ████ | ████ | ████ | ████ | ████ | | ██████████ |
| 03/18/20 | C. Freeman | L240 | A103 | 3.40 | 1,230.80 | Prepare request for judicial notice in support of motion to dismiss first amended complaint |
| ████ | ████ | ████ | ████ | ████ | | ██████████ |
| 03/19/20 | N. Jampol | L213 | A106 | 0.30 | 162.30 | Communicate with clients regarding motion to dismiss first amended complaint |
| 03/20/20 | N. Jampol | L213 | A103 | 2.60 | 1,406.60 | Review and revise request for judicial notice and supporting documents, and communicate with clients regarding same |
| ████ | ████ | ████ | ████ | ████ | ████ | ██████████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ▮▮▮▮▮
Page **4** of **8**

| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|---|---|
| 03/20/20 | C. Freeman | L240 | A103 | 1.60 | 579.20 | Revise declaration, notice of lodging, and proposed order to conform to first amended complaint, and communicate with court clerk regarding same |
| 03/21/20 | C. Freeman | L240 | A104 | 0.40 | 144.80 | Analyze C.D. Cal. orders on COVID-19 procedures in preparation for motion-to-dismiss filing |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 03/23/20 | N. Jampol | L120 | A107 | 0.20 | 108.20 | Communicate with Ms. Birla regarding status and strategy |
| 03/23/20 | C. Freeman | L240 | A103 | 3.40 | 1,230.80 | Review and revise motion to dismiss and related papers to reflect additional changes and comments from clients |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 03/24/20 | N. Jampol | L213 | A106 | 0.20 | 108.20 | Communicate with clients regarding motion to dismiss first amended complaint |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # █████████
Page **5** of **8**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| ████ | ████████ | ████ | ████ | ████ | ████ | ████████████ |
| **TOTAL** | | | | ████ | ████████ | |



**Davis Wright Tremaine** LLP

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.

920 Fifth Avenue
Suite 3300
Seattle, WA 98104-1610
T   206.622.3150
F   206.757.7700
Federal ID # ███████
**DWT.COM**

Uncle George Productions LLC
Catherine Wolf McGrath
18 Camps Blvd., Suite 100
Newtown Square, PA 19073
cat@blindingedgepictures.com

May 14, 2020
Invoice # ██████
**ELECTRONIC BILLING**

**Matter Name**: Gregorini Claim
**Firm Matter Number**: 0113237.000003
**DWT Attorney**: Nicolas Jampol (nicolasjampol@dwt.com)

**Client's Matter Number:** ████████

**Invoice for Fees and Costs**

**ELECTRONIC BILLING – DO NOT MAIL**
**FOR FILING PURPOSES ONLY**

| | |
|---|---|
| Total Current Fees |  |
| Total Current Costs | |
| **Total Amount Due This Invoice** | $  ████████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ████████
Page **2** of **10**

**PROFESSIONAL FEES RENDERED:**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 04/06/20 | N. Jampol | L213 | A104 | 2.10 | 1,136.10 | Review opposition to motion to dismiss first amended complaint and communicate with clients regarding same |
| | | | | | | |
| 04/06/20 | C. Freeman | L240 | A103 | 2.90 | 1,049.80 | Prepare outline for reply brief in further support of motion to dismiss first amended complaint |
| | | | | | | |
| | | | | | | |
| 04/07/20 | C. Freeman | L240 | A102 | 9.60 | 3,475.20 | Analyze additional cases and prepare argument regarding substantial similarity in connection with primary copyright claim and response to selection and arrangement theory for reply brief in support of motion to dismiss first amended complaint |
| 04/07/20 | C. Pedraza | L110 | A102 | 2.60 | 730.60 | Research regarding similar scenes in third-party works to those identified by plaintiff for reply brief in further support of motion to dismiss first amended complaint |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol


Davis Wright
Tremaine LLP

Invoice # ████
Page **3** of **10**

| Date | Timekeeper | Task | Activity | Hours | Amount | Narrative |
|------|-----------|------|----------|-------|--------|-----------|
| 04/08/20 | C. Freeman | L240 | A103 | 7.60 | 2,751.20 | Analyze additional cases and prepare argument regarding substantial similarity in connection with additional script claims section of reply brief in support of motion to dismiss first amended complaint |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 04/09/20 | N. Jampol | L213 | A103 | 8.80 | 4,760.80 | Review and revise reply in support of motion to dismiss first amended complaint and communicate with clients regarding same |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 04/10/20 | N. Jampol | L213 | A103 | 3.30 | 1,785.30 | Communicate with clients regarding motion to dismiss and review and revise motion to reflect same |
| 04/10/20 | N. Jampol | L213 | A103 | 1.30 | 703.30 | Review and revise response to Plaintiff's objections to request for judicial notice |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 04/10/20 | C. Freeman | L240 | A103 | 6.60 | 2,389.20 | Prepare reply brief in support of request for judicial notice |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| 04/13/20 | N. Jampol | L213 | A103 | 1.10 | 595.10 | Review and revise proposed statement of decision and communicate with clients regarding same |
| 04/13/20 | N. Jampol | L213 | A106 | 1.30 | 703.30 | Communicate with clients regarding motion to dismiss and revise same |
| 04/13/20 | C. Freeman | L240 | A103 | 3.70 | 1,339.40 | Prepare proposed statement of decision on motion to dismiss first amended complaint, as required by Judge Walter's standing order |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ████████
Page **4** of **10**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|
| 04/15/20 | N. Jampol | L213 | A104 | 0.30 | 162.30 | Review Plaintiff's proposed statement of decision in connection with motion to dismiss first amended complaint |

Client Name: Uncle George Productions LLC
Firm Matter Number: 0113237.000003
DWT Attorney: Nicolas Jampol



Invoice # ██████
Page **5** of **10**



| DATE | TIMEKEEPER | TASK | ACTIVITY | HOURS | AMOUNT | NARRATIVE |
|------|-----------|------|----------|-------|--------|-----------|

**TOTAL**