NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE
GEORGE PRODUCTIONS, LLC; APPLE INC.;
ESCAPE ARTISTS, INC. (erroneously sued as
ESCAPE ARTISTS LLC); DOLPHIN BLACK
PRODUCTIONS; M. NIGHT SHYAMALAN;
TONY BASGALLOP; ASHWIN RAJAN;
JASON BLUMENTHAL; TODD BLACK;
STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>              Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Date:   July 27, 2020<br>Time:  1:30 p.m.<br>Dept.:  7A |

[PROPOSED] ORDER
4816-7485-8433v.1 0113237-000003

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# ORDER

After successfully moving to dismiss plaintiff Francesca Gregorini's first amended complaint, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") filed a motion to recover certain of their attorneys' fees pursuant to 17 U.S.C. § 505.

Having reviewed and considered the motion and all other papers and any argument, the motion is **GRANTED.** The Court finds that:

1. Defendants are the prevailing parties in this copyright infringement action and are entitled to an award of attorneys' fees under 17 U.S.C. § 505. The factors courts consider in determining whether a prevailing copyright litigant is entitled to recover its fees favor a fee award in this case: (a) Defendants prevailed completely on the copyright claims; (b) Plaintiff's copyright claims were objectively unreasonable; (c) certain of Plaintiff's litigation decisions were not made for legitimate purposes under copyright law; and (d) a fee award would further the Copyright Act's goals and deter meritless litigation.

2. The amount of fees requested is reasonable. Defense counsel's billing rates are reasonable. Defense counsel handled their defense efficiently and economically, and the number of hours expended are reasonable in light of the number of defendants represented, the degree of success, and the complexity of the issues.

//
//
//

[PROPOSED] ORDER

4816-7485-8433v.1 0113237-000003

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**IT IS ORDERED THAT** Plaintiff, within 30 days of this date, shall pay to Defendants the amount of $_____ in attorneys' fees incurred defending against Plaintiff's copyright claims.

**IT IS SO ORDERED.**

Dated: _____      By:_____
                                                   Honorable John F. Walter
                                                   United States District Judge

[PROPOSED] ORDER
4816-7485-8433v.1 0113237-000003

3

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899