ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>        Defendants. | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents plaintiff-appellant Francesca Gregorini. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), plaintiff-appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, facsimile number, and e-mail.

*Counsel for plaintiff-appellant Francesca Gregorini*:

David Alden Erikson, email: david@daviderikson.com
Antoinette Waller, email: antoinette@daviderikson.com
S. Ryan Patterson, email: ryan@daviderikson.com
ERIKSON LAW GROUP
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

*Counsel for defendants-appellees Blinding Edge Pictures, Inc.; Uncle George Productions, LLC; Apple Inc.; Escape Artists, Inc. (Erroneously Sued As Escape Artists LLC); Dolphin Black Productions; M. Night Shyamalan; Tony Basgallop; Ashwin Rajan; Jason Blumenthal; Todd Black; Steve Tisch*

Nicolas A. Jampol, email: nicolasjampol@dwt.com
Diana Palacios, email: dianapalacios@dwt.com
Cydney Swofford Freeman, email: cydneyfreeman@dwt.com
Camila Pedraza, email: camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

DATED: June 29, 2020　　　　　ERIKSON LAW GROUP

By: _____
DAVID A. ERIKSON
Attorneys for Plaintiff Francesca Gregorini