| | |
|---|---|
| 1 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   |   nicolasjampol@dwt.com |
| 2 | DIANA PALACIOS (State Bar No. 290923) |
|   |   dianapalacios@dwt.com |
| 3 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766) |
|   |   cydneyfreeman@dwt.com |
| 4 | CAMILA PEDRAZA (State Bar No. 329984) |
|   |   camilapedraza@dwt.com |
| 5 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 6 | Los Angeles, California 90017-2566 |
|   | Telephone:  (213) 633-6800 |
| 7 | Fax:  (213) 633-6899 |

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
| Plaintiff, | **DECLARATION OF NICOLAS A. JAMPOL IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

1

JAMPOL DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES
4847-3359-8658v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF NICOLAS A. JAMPOL

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc. ("Apple"), Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. I spoke with Plaintiff's counsel David Erikson a number of times before Plaintiff filed her complaint. We communicated several times specifically regarding the individual non-writing producers Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch. I explained to Mr. Erikson that these producers did not create or distribute *Servant*, and should not be named as defendants in the lawsuit. I noted that if discovery revealed anything different, Plaintiff could name them at that point. Mr. Erikson told me that these individuals would not be named as defendants in the initial complaint, but Plaintiff decided to sue them anyway.

3. I also communicated with Mr. Erikson regarding the timing of Plaintiff's complaint, as I was told Plaintiff did not want to wait until all ten episodes of the first season had been released before deciding whether to file this lawsuit. I encouraged Mr. Erikson to recommend to his client that she wait until the entire season had been released before deciding whether to file suit, and informed him that later episodes refuted some of the alleged similarities between *Emanuel* and *Servant* that Plaintiff's counsel had shared with me. I stated that while Plaintiff was free to argue that her complaint relied only on certain episodes, Defendants would argue that the full first season of *Servant* should be assessed as a whole.

2

JAMPOL DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES
4847-3359-8658v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

4.     Defendants do not seek reimbursement for the fees incurred in responding to the 17 sets of discovery that Plaintiff served on Defendants.  Those requests included 670 requests for production across the 11 defendants.  Defendants prepared and provided timely written responses and objections to each of these requests by the time the case was dismissed.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 13th day of July, 2020, in Los Angeles, California.

*/s/ Nicolas A. Jampol*
Nicolas A. Jampol

3

JAMPOL DECLARATION IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES
4847-3359-8658v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899