ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
david@daviderikson.com
Antoinette Waller (SBN 152895)
antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

FRANCESCA GREGORINI,

Plaintiff,

v.

APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive

Defendants.

Case No. 2:20-cv-00406-JFW-JC
Hon. John F. Walter

**NOTICE OF LODGING OF PLAINTIFF'S [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

Date: July 27, 2020
Time: 1:30 p.m.
Crtrm: 7A

TO THE COURT, TO ALL PARTIES, AND TO ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to this Court's Standing Order (Dkt. 15), plaintiff Francesca Gregorini hereby lodges her [Proposed] Statement of Decision denying defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists LLC, Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch's motion for attorneys' fees.

DATED: July 15, 2020

ERIKSON LAW GROUP

By: /s/
David A. Erikson
Attorneys for Plaintiff