ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>           Plaintiff,<br><br>     v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>           Defendants. | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

NOTICE OF APPEAL; AND REPRESENTATION STATEMENT

# NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiff Francesca Gregorini ("Plaintiff"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Statement of Decision Granting Defendants' Motion for Attorneys' Fees filed July 21, 2020 as docket no. 53 in this action.

On June 29, 2020, Plaintiff previously appealed from the Court's May 28, 2020 Order Granting Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and resulting Judgment entered in this action on June 9, 2020. That appeal is pending, assigned as case no. 20-55664.

DATED: August 18, 2020           ERIKSON LAW GROUP

                                 By: /s/ David A. Erikson
                                     DAVID A. ERIKSON
                                 Attorneys for Plaintiff Francesca Gregorini

## Representation Statement

The undersigned represents plaintiff-appellant Francesca Gregorini along with Antoinette Waller and S. Ryan Patterson as identified below. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), plaintiff-appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, facsimile number, and e-mail.

**Counsel for plaintiff-appellant** Francesca Gregorini:

David Alden Erikson, email: david@daviderikson.com
Antoinette Waller, email: antoinette@daviderikson.com
S. Ryan Patterson, email: ryan@daviderikson.com
ERIKSON LAW GROUP
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

**Counsel for defendants-appellees** Blinding Edge Pictures, Inc.; Uncle George Productions, LLC; Apple Inc.; Escape Artists, Inc. (Erroneously Sued As Escape Artists LLC); Dolphin Black Productions; M. Night Shyamalan; Tony Basgallop; Ashwin Rajan; Jason Blumenthal; Todd Black; Steve Tisch

Nicolas A. Jampol, email: nicolasjampol@dwt.com
Diana Palacios, email: dianapalacios@dwt.com
Cydney Swofford Freeman, email: cydneyfreeman@dwt.com
Camila Pedraza, email: camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

DATED: August 18, 2020

ERIKSON LAW GROUP

By: _____
DAVID A. ERIKSON
Attorneys for Plaintiff Francesca Gregorini