ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>   Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**STIPULATION FOR POSTING OF SECURITY RE: ORDER ON ATTORNEYS' FEES** |

| | |
|---|---|
| 1<br>2<br>3<br>4 | RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>Defendants. |

*TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:*

IT IS HEREBY STIPULATED AND AGREED between and among the parties hereto, through their counsel of record, as follows:

**WHEREAS**, on July 21, 2020 the Court filed as docket no. 53 in this action a Statement of Decision Granting Defendants' Motion for Attorneys' Fees in the amount of $162,467.30 (the "Fee Award");

**WHEREAS**, Plaintiff has timely filed a Notice of Appeal as regarding the Fee Award, and that appeal is currently pending;

**WHEREAS**, the parties have met and conferred regarding Plaintiff's intent to deposit a supersedeas bond pursuant to Federal Rule of Civil Procedure 62(b) to stay payment on the Fee Award pending appeal;

**WHEREAS**, the parties have stipulated that Plaintiff shall remit to the Court a cashier's check in the full amount of the Fee Award (the "Cashier's Check") in order to secure the Fee Award; and

**WHEREAS**, the parties have agreed that if Plaintiff is ultimately successful in reversing, overturning, or vacating the Fee Award, the parties shall file a joint stipulation requesting that the Fee Award be returned to Plaintiff's counsel. If Plaintiff is ultimately unsuccessful in reversing, overturning, or vacating the Fee Award, the parties shall file a joint stipulation requesting that the Fee Award be paid to Defendants' counsel;

**THEREFORE**, in light of the foregoing, the parties, by and through their counsel of record, hereby stipulate that, within three days of the Court's order on this stipulation, Plaintiff shall remit to the Court a cashier's check in the amount of

$162,467.30, that will serve as the full bond or undertaking pursuant to Federal Rule of Civil Procedure 62(b) to stay enforcement of the Fee Award pending appeal.

If Plaintiff is successful in reversing, overturning, or vacating the Fee Award, and Defendants have exhausted any potential to further appellate review, the parties shall file a joint stipulation requesting that the Fee Award be returned to Plaintiff's counsel.  If Plaintiff is unsuccessful in reversing, overturning, or vacating the Fee Award, and Plaintiff has exhausted any potential to further appellate review, the parties shall file a joint stipulation requesting that the Fee Award be paid to Defendants' counsel.

IT IS SO STIPULATED.

DATED: August 26, 2020			ERIKSON LAW GROUP

					By:	/s/ David A. Erikson
						DAVID A. ERIKSON
						Attorneys for Plaintiff

DATED: August 26, 2020			DAVIS WRIGHT TREMAINE LLP

					By:	/s/ Nicolas A. Jampol
						Nicolas A. Jampol
						Attorneys for Defendants

# **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicolas A. Jampol, counsel for Defendants, and I have obtained his authorization to affix the below electronic signature to this document.

DATED: August 26, 2020　　　　　　ERIKSON LAW GROUP

　　　　　　　　　　　　　　　　　　By: /s/ David A. Erikson
　　　　　　　　　　　　　　　　　　　　David A. Erikson

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff