ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
  ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
  camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER ON STIPULATION FOR POSTING OF SECURITY RE: ORDER ON ATTORNEYS' FEES** |

RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive

Defendants.

FOR GOOD CAUSE APPEARING THE FOLLOWING IS HEREBY ORDERED:

Within three days of this Order, Plaintiff shall remit to the Court a cashier's check in the amount of $162,467.30 (the " Fee Award"), which will serve as the full bond or undertaking pursuant to Federal Rule of Civil Procedure 62(b) to stay enforcement of the Fee Award pending appeal.

If Plaintiff is successful in reversing, overturning, or vacating the Fee Award, and Defendants have exhausted any potential to further appellate review, the parties shall file a joint stipulation requesting that the Fee Award be returned to Plaintiff's counsel.  If Plaintiff is unsuccessful in reversing, overturning, or vacating the Fee Award, and Plaintiff has exhausted any potential to further appellate review, the parties shall file a joint stipulation requesting that the Fee Award be paid to Defendants' counsel.

IT IS SO ORDERED.

By: _____
HON. JOHN F. WALTER