ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
   david@daviderikson.com
Antoinette Waller (SBN 152895)
   antoinette@daviderikson.com
S. Ryan Patterson (SBN 279474)
   ryan@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
   nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
   dianapalacios@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
   cydneyfreeman@dwt.com
CAMILA PEDRAZA (State Bar No. 329984)
   camilapedraza@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual, <br><br> Defendants. | Case No. 2:20-cv-00406-JFW-JCx <br> Hon. John F. Walter <br><br> **ORDER ON STIPULATION FOR POSTING OF SECURITY RE: ORDER ON ATTORNEYS' FEES** |

1          FOR GOOD CAUSE APPEARING THE FOLLOWING IS HEREBY ORDERED:

2          Within three days of this Order, Plaintiff shall remit to the Court a cashier's check in the

3 amount of $162,467.30 (the " Fee Award"), which will serve as the full bond or undertaking

4 pursuant to Federal Rule of Civil Procedure 62(b) to stay enforcement of the Fee Award pending

5 appeal.

6          If Plaintiff is successful in reversing, overturning, or vacating the Fee Award, and

7 Defendants have exhausted any potential to further appellate review, the parties shall file a joint

8 stipulation requesting that the Fee Award be returned to Plaintiff's counsel.  If Plaintiff is

9 unsuccessful in reversing, overturning, or vacating the Fee Award, and Plaintiff has exhausted any

10 potential to further appellate review, the parties shall file a joint stipulation requesting that the Fee

11 Award be paid to Defendants' counsel.

12

13          IT IS SO ORDERED.

14

15          By: _____

16 **CC: FISCAL**          HON. JOHN F. WALTER

17

18

19

20

21

22

23

24

25

26

27

28

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

    ORDER ON STIPULATION FOR POSTING OF
SECURITY