1 | ERIKSON LAW GROUP
2 | David Alden Erikson (SBN 189838)
    david@davidentrikson.com
3 | Antoinette Waller (SBN 152895)
    antoinette@davidentrikson.com
4 | S. Ryan Patterson (SBN 279474)
    ryan@davidentrikson.com
5 | 200 North Larchmont Boulevard
  Los Angeles, California 90004
6 | Telephone: 323.465.3100
  Facsimile: 323.465.3177
7
  Attorneys for Plaintiff
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>     Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>     Defendants. | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF CASHIER'S CHECK AS SECURITY IN LIEU OF BOND PENDING APPEAL OF ATTORNEYS' FEE AWARD** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Francesca Gregorini hereby provides notice that pursuant to the Court's Order dated August 27, 2020 and entered August 28, 2020 as docket no. 57 ("Court's Order"), she hereby deposits with the Clerk of the Court a cashier's check in the amount of $162,467.30 ("Cashier's Check"), dated August 31, 2020 and drawn on a Wells Fargo Bank account. Due to restrictions resulting from the current Covid-19 pandemic and at the Court's instruction, Plaintiff is delivering the Cashier's Check via federal express sent by overnight delivery on August 31, 2020 addressed to the Court, 255 East Temple Street, Suite 1178, Los Angeles, CA 90012. Pursuant to the parties' stipulation and the Court's Order, the Cashier's Check serves as security in lieu of a bond or other undertaking pursuant to Federal Rules of Civil Procedure Rule 62(b) staying enforcement of the Court's award of attorneys' fee in this matter pending appeal.

As set out in the Court's Order, if Plaintiff is successful in reversing, overturning, or vacating the fee award in this matter, the deposited funds will be returned to Plaintiff pursuant to a joint stipulation to be filed by the parties. If Plaintiff is unsuccessful in reversing, overturning, or vacating the fee award in this matter, the deposited funds will be paid to Defendants' counsel pursuant to a joint stipulation to be filed by the parties.

DATED: August 31, 2020          ERIKSON LAW GROUP

By:   /s/ David A. Erikson
DAVID A. ERIKSON
Attorneys for Plaintiff