UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANCESCA GREGORINI, Plaintiff - Appellant, v. APPLE INC.; et al., Defendants - Appellees. | No. 20-55664  D.C. No. 2:20-cv-00406-JFW-JC U.S. District Court for Central California, Los Angeles  **MANDATE** |
| FRANCESCA GREGORINI, Plaintiff - Appellant, v. APPLE INC.; et al., Defendants - Appellees. | No. 20-55846  D.C. No. 2:20-cv-00406-JFW-JC U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered February 22, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $300.94.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7