ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>        Plaintiff,<br><br>        v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**STIPULATION FOR RELEASE OF SECURITY** |

1  inclusive

2          Defendants.

3

4

5      *TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:*

6

7      IT IS HEREBY STIPULATED AND AGREED between and among the parties

8  hereto, through their counsel of record, as follows:

9

10      **WHEREAS**, on July 21, 2020, the Court filed as docket no. 53 in this action a

11  Statement of Decision Granting Defendants' Motion for Attorneys' Fees in the

12  amount of $162,467.30 (the "Fee Award");

13

14      **WHEREAS**, Plaintiff timely filed a Notice of Appeal as regarding the Fee

15  Award;

16

17      **WHEREAS**, on August 31, 2020, Plaintiff lodged with the Court a cashier's

18  check in the amount of $162,467.30 to secure the Fee Award (see U.S.D.C. Dkt. No.

19  58);

20

21      **WHEREAS**, on February 22, 2022, the Fee Award was vacated by the Ninth

22  Circuit (see U.S.D.C. Dkt. No. 60);

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

**THEREFORE**, considering the foregoing, the parties hereby stipulate that the Clerk of the Court disburse all funds held by the Court as security in connection with this action, and do so by tendering to David A. Erikson, attorney for Plaintiff the $162,467.30 (plus, to the extent appropriate, interest) currently held by the Court.

**IT IS SO STIPULATED.**

DATED: May 4, 2022                    ERIKSON LAW GROUP


                                      By:    /s/ *Antoinette Waller*_____
                                             Antoinette Waller
                                             Attorneys for Plaintiff


DATED: May 4, 2022                    DAVIS WRIGHT TREMAINE LLP


                                      By:    /s/ *Nicolas A. Jampol*_____
                                             Nicolas A. Jampol
                                             Attorneys for Defendants

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

3          STIPULATION FOR RELEASE OF SECURITY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicolas A. Jampol, counsel for Defendants, and I have obtained his authorization to affix the below electronic signature to this document.

DATED: May 4, 2022                          ERIKSON LAW GROUP

By: /s/ *Antoinette Waller*

Antoinette Waller
Attorneys for Plaintiff

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

4                STIPULATION FOR RELEASE OF SECURITY