ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
　david@daviderikson.com
Antoinette Waller (SBN 152895)
　antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
　nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
　cydneyfreeman@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
　samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, | Case No. 2:20-cv-00406-JFW-JC<br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER FOR RELEASE OF SECURITY RE: ORDER ON ATTORNEYS' FEES** |

1  inclusive

2  Defendants.

3

4

5  FOR GOOD CAUSE APPEARING, it is HEREBY ORDERED that the Clerk

6  of the Court disburse all funds held by the Court as security in connection with this

7  action and do so by tendering to David A. Erikson, attorney for Plaintiff, the

8  $162,467.30 (plus, to the extent appropriate, interest) currently held by the Court.

9

10  **IT IS SO ORDERED**.

By: _____
HON. JOHN F. WALTER

CC: FISCAL