UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-JFW-JCx<br>Hon. John F. Walter<br><br>**ORDER FOR RELEASE OF SECURITY RE: ORDER ON ATTORNEYS' FEES** |

　　FOR GOOD CAUSE APPEARING, it is HEREBY ORDERED that the Clerk of the Court disburse all funds held by the Court as security in connection with this action and do so by tendering to David A. Erikson, attorney for Plaintiff, the $162,467.30 (plus, to the extent appropriate, interest) currently held by the Court.

　　**IT IS SO ORDERED**.

Date: May 5, 2022

　　　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER

CC: Fiscal