NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice* forthcoming)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-JFW-JC |
| Plaintiff, | **ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, defendants Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"), Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Escape Artists Defendants") hereby respond to plaintiff Francesca Gregorini's ("Plaintiff") First Amended Complaint ("FAC") as follows:

## INTRODUCTION

1.      Escape Artists Defendants admit that *Servant* is an original series. Except as otherwise admitted, Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 1 and deny them on that basis.

2.      Escape Artists Defendants admit that *Servant*'s first three episodes were made available for streaming on Apple TV+ on November 28, 2019.  As to the remaining allegations, to the extent that the allegations in Paragraph 2 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 2.

3.      Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 3 and deny them on that basis.

4.      Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 4 and deny them on that basis.

5.      To the extent that the allegation in Paragraph 5 is a legal argument or conclusion, it requires no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegation in Paragraph 5.

6.      To the extent that the allegations in Paragraph 6 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 6.

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

7.      To the extent that the allegations in Paragraph 7 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 7.

8.      To the extent that the allegations in Paragraph 8 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 8.

9.      To the extent that the allegations in Paragraph 9 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 9.

10.     To the extent that the allegations in Paragraph 10 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 10.

11.     To the extent that the allegations in Paragraph 11 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 11.

12.     To the extent that the allegations in Paragraph 12 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 12.

13.     To the extent that the allegations in Paragraph 13 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants admit that *Servant*'s first three episodes were made available for streaming on Apple TV+ on November 28, 2019 (Thanksgiving). Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 13.

14.     Escape Artists Defendants admit that *Servant* is available on Apple TV+. Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 14 regarding *Emanuel* and

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

deny them on that basis.  Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 14.

15.     To the extent that the allegations in Paragraph 15 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 15.

16.     To the extent that the allegations in Paragraph 16 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 16.

17.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations regarding the purported article from *The Atlantic* in Paragraph 17 and deny them on that basis.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 17.

18.     Escape Artists Defendants agree that a diverse perspective in filmmaking, including gender diversity, is vital, and that the film industry must continue to work to support diverse filmmakers.  Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the statistics Plaintiff provides in Paragraph 18 and deny them on that basis.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 18.

19.     To the extent that the allegations in Paragraph 19 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 19.

20.     To the extent that the allegations in Paragraph 20 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants admit that what ultimately became *Servant* was conceived long before *Emanuel* was released.  Escape Artists Defendants lack sufficient knowledge or information to form a belief as to whether M. Night

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Shyamalan or Tony Basgallop have watched *Emanuel* and deny those allegations on that basis.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 20.

21.    To the extent that the allegations in Paragraph 21 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the allegations in Paragraph 21 regarding Shyamalan and deny them on that basis.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 21.

## JURISDICTION AND VENUE

22.    Escape Artists Defendants admit that this action arises under 17 U.S.C. § 101 *et seq.*

23.    Escape Artists Defendants admit that this Court has subject matter jurisdiction over this matter.

24.    Escape Artists Defendants do not contest that venue in this District is proper.

25.    To the extent that the allegations in Paragraph 25 are legal arguments or conclusions, they require no answer.  To the extent an answer may be required, Escape Artists Defendants do not contest that Escape Artists Defendants are subject to the personal jurisdiction of this Court in this matter.  Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 25.

## THE PARTIES

26.    Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 26 and deny them on that basis.

4

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

27.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 27 and deny them on that basis.

28.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 28 and deny them on that basis.

29.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 29 and deny them on that basis.

30.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30 and deny them on that basis.

31.     Escape Artists Defendants admit that Escape Artists does business in California, with its principal place of business located in Culver City, California. Escape Artists Defendants admit that Tisch, Black, and Blumenthal are principals of Escape Artists.  Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 31.

32.     Escape Artists Defendants admit that Steve Tisch is a resident of California.

33.     Escape Artists Defendants admit that Todd Black is a resident of California.

34.     Escape Artists Defendants admit that Jason Blumenthal is a resident of California.

35.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 35 and deny them on that basis.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

36.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 36 and deny them on that basis.

37.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 37 and deny them on that basis.

38.     To the extent that the allegations in Paragraph 38 are legal arguments or conclusions, they require no answer.  To the extent that an answer is required, Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 38 and deny them on that basis.

39.     To the extent that the allegations in Paragraph 39 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants deny the allegations in Paragraph 39.

## **GENERAL ALLEGATIONS**

40.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 40 and deny them on that basis.

41.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 41 and deny them on that basis.

42.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 42 and deny them on that basis.

43.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 43 and deny them on that basis.

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

44.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 44 and deny them on that basis.

45.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 45 and deny them on that basis.

46.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 46 and deny them on that basis.

47.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 47 and deny them on that basis.

48.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 48 and deny them on that basis.

49.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 49 and deny them on that basis.

50.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 50 and deny them on that basis.

51.     To the extent that the allegations in Paragraph 51 are legal arguments or conclusions, they require no answer. To the extent that an answer is required, Escape Artists Defendants lack sufficient knowledge or information to form a belief as to when Plaintiff wrote or registered *Emanuel* and deny those allegations on that basis.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 51.

7

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

52.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 52 and deny them on that basis.

53.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 53 and deny them on that basis.

54.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 54 and deny them on that basis.

55.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 55 and deny them on that basis.

56.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 56 and deny them on that basis.

57.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 57 and deny them on that basis.

58.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 58 and deny them on that basis.

59.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 59 and deny them on that basis.

60.     Escape Artists Defendants admit that *Servant*'s first three episodes were made available on Apple TV+ on November 28, 2019 (Thanksgiving).  Escape Artists Defendants admit that *Servant* was renewed for a second season prior to the

8

Davis Wright Tremaine LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

release of the first three episodes on Apple TV+. Except as otherwise admitted, Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 60 and deny them on that basis.

61.     Escape Artists Defendants admit that *Servant* was executive produced by M. Night Shyamalan and written and created by Tony Basgallop.

62.     Escape Artists Defendants admit that Apple was given drafts of scripts for *Servant*'s first three episodes, among other material, when being pitched the series. Escape Artists Defendants admit that a deal was reached to distribute *Servant* on Apple TV+. Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 62.

63.     To the extent that the allegations in Paragraph 63 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 63.

64.     To the extent that the allegations in Paragraph 64 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants admit that *Emanuel* and *Servant* have been provided to the Court. Escape Artists Defendants deny the remaining allegations in Paragraph 64.

65.     To the extent that the allegations in Paragraph 65 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 65.

66.     To the extent that the allegations in Paragraph 66 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 66.

67.     To the extent that the allegations in Paragraph 67 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 67.

9

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

68.     To the extent that the allegations in Paragraph 68 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 68.

69.     To the extent that the allegations in Paragraph 69 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 69.

70.     To the extent that the allegations in Paragraph 70 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 70.

71.     To the extent that the allegations in Paragraph 71 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 71.

72.     To the extent that the allegations in Paragraph 72 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants admit that the concept of "a mother so traumatized by her baby's death that she cares for a doll she believes to be her real baby" is a "basic premise."  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 72.

73.     To the extent that the allegations in Paragraph 73 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 73.

74.     To the extent that the allegations in Paragraph 74 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 74.

75.     To the extent that the allegations in Paragraph 75 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 75.

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

76.     To the extent that the allegations in Paragraph 76 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 76.

77.     To the extent that the allegations in Paragraph 77 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 77.

78.     To the extent that the allegations in Paragraph 78 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 78.

79.     To the extent that the allegations in Paragraph 79 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 79.

80.     To the extent that the allegations in Paragraph 80 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 80.

81.     To the extent that the allegations in Paragraph 81 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants deny the allegations in Paragraph 81.

82.     To the extent that the allegations in Paragraph 82 are legal arguments or conclusions, they require no answer. To the extent that an answer may be required, Escape Artists Defendants admit that there are a multitude of significant differences between *Emanuel* and *Servant*.  Except as otherwise answered, Escape Artists Defendants deny the allegations in Paragraph 82.

## **FIRST CLAIM FOR RELIEF**

(For Copyright Infringement re *Servant* – Against All Defendants)

83.     Escape Artists Defendants incorporate and reallege their responses set forth in the preceding paragraphs of this answer.

11

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

84.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the allegations in Paragraph 84 and deny them on that basis.

85.     Escape Artists Defendants lack sufficient knowledge or information to form a belief as to the allegations in Paragraph 85 and deny them on that basis.

86.     Escape Artists Defendants deny the allegations in Paragraph 86.

87.     Escape Artists Defendants deny the allegations in Paragraph 87.

88.     Escape Artists Defendants deny the allegations in Paragraph 88.

89.     Escape Artists Defendants admit that they did not have permission from Plaintiff in connection with *Servant* because Plaintiff's permission was not required.  Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 89.

90.     Escape Artists Defendants deny the allegations in Paragraph 90.

91.     Escape Artists Defendants deny the allegations in Paragraph 91.

92.     Escape Artists Defendants deny the allegations in Paragraph 92.

## SECOND CLAIM FOR RELIEF

(For Copyright Infringement re Early *Servant* Script – Against Basgallop and Blumenthal)

93.     Escape Artists Defendants incorporate and reallege their responses set forth in the preceding paragraphs of this answer.

94.     Jason Blumenthal denies the allegations in Paragraph 94.

These allegations are not raised against Escape Artists, Steve Tisch, or Todd Black; accordingly, no response is required.  To the extent a response is required, Escape Artists, Tisch, and Black deny the allegations in Paragraph 94.

95.     Jason Blumenthal denies the allegations in Paragraph 95.

These allegations are not raised against Escape Artists, Steve Tisch, or Todd Black; accordingly, no response is required.  To the extent a response is required, Escape Artists, Tisch, and Black deny the allegations in Paragraph 95.

12

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

96.     Jason Blumenthal admits that he did not have permission from Plaintiff in connection with *Servant* because Plaintiff's permission was not required.  Except as otherwise admitted, Blumenthal denies the allegations in Paragraph 96.

The allegations in Paragraph 96 are not raised against Escape Artists, Steve Tisch, or Todd Black; accordingly, no response is required.  To the extent a response is required, Escape Artists, Tisch, and Black admit that they did not have permission from Plaintiff in connection with *Servant* because Plaintiff's permission was not required.  Except as otherwise admitted, Escape Artists, Tisch, and Black deny the allegations in Paragraph 96.

97.     Jason Blumenthal denies the allegations in Paragraph 97.

The allegations in Paragraph 97 are not raised against Escape Artists, Steve Tisch, or Todd Black; accordingly, no response is required.  To the extent a response is required, Escape Artists, Tisch, and Black deny the allegations in Paragraph 97.

98.     Jason Blumenthal denies the allegations in Paragraph 98.

The allegations in Paragraph 98 are not raised against Escape Artists, Steve Tisch, or Todd Black; accordingly, no response is required.  To the extent a response is required, Escape Artists, Tisch, and Black deny the allegations in Paragraph 98.

### **THIRD CLAIM FOR RELIEF**

(For Copyright Infringement re Later *Servant* Script – Against all Defendants except Apple Inc.)

99.     Escape Artists Defendants incorporate and reallege their responses set forth in the preceding paragraphs of this answer.

100.    Escape Artists Defendants deny the allegations in Paragraph 100.

101.    Escape Artists Defendants deny the allegations in Paragraph 101.

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

102.   Escape Artists Defendants admit that they did not have permission from Plaintiff in connection with *Servant* because Plaintiff's permission was not required.  Except as otherwise admitted, Escape Artists Defendants deny the allegations in Paragraph 102.

103.   Escape Artists Defendants deny the allegations in Paragraph 103.

104.   Escape Artists Defendants deny the allegations in Paragraph 104.

## FOURTH CLAIM FOR RELIEF

(For Contributory and Vicarious Copyright Infringement – Against all Defendants)

105.   Escape Artists Defendants incorporate and reallege their responses set forth in the preceding paragraphs of this answer.

106.   Escape Artists Defendants deny the allegations in Paragraph 106.

107.   Escape Artists Defendants deny the allegations in Paragraph 107.

## PRAYER

Plaintiff's prayer for relief does not require a response.

## ADDITIONAL DEFENSES

Escape Artists Defendants assert the following additional and affirmative defenses in response to the allegations in the FAC.  Escape Artists Defendants reserve the right to amend this answer with additional defenses as further information is obtained.  By alleging these additional defenses, Escape Artists Defendants are not in any way agreeing or conceding that they have the burden of proof or persuasion on any of these issues.

### First Additional Defense

1.     The complaint and each of its causes of action fail to state a claim upon which relief can be granted.

14

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Second Additional Defense**

2.      Plaintiff's claims are barred, in whole or in part, because Plaintiff has not demonstrated that she possesses a valid, registered copyright for the allegedly infringed work.

**Third Additional Defense**

3.      Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff does not own the allegedly infringed work.

**Fourth Additional Defense**

4.      Plaintiff's claims are barred, in whole or in part, because Plaintiff cannot demonstrate access.

**Fifth Additional Defense**

5.      Plaintiff's claims are barred, in whole or in part, because the allegedly infringed work is not substantially similar to *Servant*.

**Sixth Additional Defense**

6.      Plaintiff's claims are barred, in whole or in part, because the alleged selection and arrangement of elements in Plaintiff's work is not infringed by Defendants' works.

**Seventh Additional Defense**

7.      Plaintiff's claims are barred, in whole or in part, because *Servant* does not contain any protectable expression owned by Plaintiff.

**Eighth Additional Defense**

8.      Plaintiff's claims are barred, in whole or in part, because the allegedly infringed elements are not protectable under copyright law or are in the public domain.

**Ninth Additional Defense**

9.      Plaintiff's claims are barred, in whole or in part, because the allegedly infringed elements are not sufficiently original.

15

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Tenth Additional Defense**

10. Plaintiff's claims are barred, in whole or in part, because *Servant* was independently created.

**Eleventh Additional Defense**

11. Plaintiff's secondary liability claims are barred, in whole or in part, because Plaintiff fails to state a claim for direct infringement.

**Twelfth Additional Defense**

12. Plaintiff has suffered no injury or damage as a result of any act or conduct by Defendants.

**Thirteenth Additional Defense**

13. To the extent Plaintiff's purported copyright was not validly registered before the alleged infringement occurred, Plaintiff's request for attorneys' fees is barred.

**Fourteenth Additional Defense**

14. Plaintiff's request for punitive damages is barred because punitive damages are not available in statutory copyright actions.

**Fifteenth Additional Defense**

15. Plaintiff's request for punitive damages is barred because Defendants acted in good faith at all times relevant to the complaint.

**Sixteenth Additional Defense**

16. The complaint and each of its causes of action are barred by the doctrine of unclean hands.

**Seventeenth Additional Defense**

17. Plaintiff has failed to mitigate her damages, if any.

16

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### Eighteenth Additional Defense

18.    The complaint's claims for damages are barred because Plaintiff's alleged damages are speculative or uncertain in their nature and are not susceptible of proof with reasonable certainty.

### Nineteenth Additional Defense

19.    The complaint, to the extent that it seeks injunctive relief, is barred because the injury or damage allegedly suffered by Plaintiff, if any, would be adequately compensated in an action at law for damages, and therefore Plaintiff is not entitled to seek equitable relief.

### Twentieth Additional Defense

20.    The complaint, to the extent that it seeks statutory, exemplary, or punitive damages, violates Escape Artists Defendants' rights under the Fifth and Fourteenth Amendments of the United States Constitution, and Article I, § 7 and Article IV, § 16 of the California Constitution.


Escape Artists Defendants pray for relief as follows:

1.    A judgment in favor of Escape Artists Defendants denying Plaintiff all requested relief and dismissing the complaint with prejudice;

2.    That Escape Artists Defendants be awarded their costs of suit, including, without limitation, reasonable attorneys' fees, pursuant to 17 U.S.C. § 505; and

3.    That the Court award Escape Artists Defendants such other and further relief as the Court deems just and proper.

DATED: May 25, 2022

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN

By:    /s/ Cydney Swofford Freeman
        Cydney Swofford Freeman

Attorneys for Defendants

17

ESCAPE ARTISTS DEFENDANTS' ANSWER TO PLAINTIFF'S FAC
4855-0143-5681v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899