1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  MEENAKSHI KRISHNAN (*pro hac vice* forthcoming)
     meenakshikrishnan@dwt.com
4  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
5  Los Angeles, California 90017-2566
   Tel.:  (213) 633-6800
6  Fax:  (213) 633-6899

7  Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO BIFURCATE DISCOVERY**<br><br>Date:   June 27, 2022<br>Time:  1:30 p.m.<br>Dept.:  7A |

**[PROPOSED] ORDER**

Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") filed a motion to bifurcate discovery into an initial phase of discovery solely as to substantial similarity. Having considered the parties' submissions and arguments in support of and in opposition to the motion, the Court finds that bifurcating discovery will save the parties and the Court substantial time, resources, and expense, while not prejudicing any party to this litigation.

Defendants' motion to bifurcate discovery is thus **GRANTED**. Discovery into other liability and damages issues is **STAYED** pending this Court's resolution of Defendants' motion for summary judgment on lack of substantial similarity. The Court orders the following schedule:

- Expert reports on substantial similarity due within 30 days from the date of this Order;
- Rebuttal expert reports on substantial similarity, if any, due within 60 days from the date of this Order;
- Expert discovery on substantial similarity will close in 90 days from the date of this Order; and
- Defendants shall file a motion for summary judgment on substantial similarity within 110 days from the date of this Order.

If the Court denies Defendants' initial motion for summary judgment, they may file a second summary judgment motion on the remaining issues in the case.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                 Hon. John F. Walter
                                 United States District Judge

1

[PROPOSED] ORDER
4881-9016-8862v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899