NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice* forthcoming)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>          Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**NOTICE OF ERRATA REGARDING DKT. 77** |

On May 25, 2022, defendants Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"), Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Escape Artists Defendants") answered plaintiff Francesca Gregorini's First Amended Complaint. Dkt. 80. The Escape Artists Defendants' Answer was initially and erroneously filed on behalf of solely Escape Artists, Inc. at Dkt. 77. The same document was then filed at Dkt. 80 on behalf of all filing parties. Escape Artists Defendants respectfully request that this Court strike the duplicative Answer filed at Dkt. 77.

DATED: May 26, 2022

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN

By:  /s/ Cydney Swofford Freeman
     Cydney Swofford Freeman

Attorneys for Defendants

NOTICE OF ERRATA REGARDING DKT. 77
4870-5001-5522v.1 0113237-000003

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899