NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-00406-JFW-JC |
| v. | |
| APPLE INC., et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Krishnan, Meenakshi                    of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial*         1301 K Street NW, Suite 500 East
(202) 973-4200           (202) 973-4499                              Washington, D.C. 20050
*Telephone Number*       *Fax Number*
MeenakshiKrishnan@dwt.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

All Defendants
*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Jampol, Nicolas A.                     of    Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           865 South Figueroa Street, 24th Floor
244867            (213) 633-6800         (213) 633-6899             Los Angeles, California 90017-2566
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nicolasjampol@dwt.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:    ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

                                                    **U.S. District Judge/U.S. Magistrate Judge**