NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-00406-JFW-JCx |
| v. | |
| APPLE INC., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Krishnan, Meenakshi
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 973-4200    (202) 973-4499
*Telephone Number*    *Fax Number*
MeenakshiKrishnan@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20050
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

All Defendants
*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Jampol, Nicolas A.
*Designee's Name (Last Name, First Name & Middle Initial*
244867    (213) 633-6800    (213) 633-6899
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
nicolasjampol@dwt.com
*E-Mail Address*

of Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: 6/1/22

*[signature: John F. Walter]*
U.S. District Judge ~~/ U.S. Magistrate Judge~~

G-64 Order (05/16)    ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1