| | |
|---|---|
| 1 | NICOLAS A. JAMPOL (State Bar No. 244867) |
|   |   nicolasjampol@dwt.com |
| 2 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766) |
|   |   cydneyfreeman@dwt.com |
| 3 | MEENAKSHI KRISHNAN (*pro hac vice*) |
|   |   meenakshikrishnan@dwt.com |
| 4 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 5 | Los Angeles, California 90017-2566 |
|   | Tel.: (213) 633-6800 |
| 6 | Fax: (213) 633-6899 |
| 7 | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>          Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>          Defendants. | Case No. 2:20-cv-00406-JFW-JC<br><br>**NOTICE OF LODGING OF DEFENDANTS' [PROPOSED] STATEMENT OF DECISION GRANTING MOTION TO BIFURCATE DISCOVERY AND PERMITTING INITIAL SUMMARY JUDGMENT MOTION ON SUBSTANTIAL SIMILARITY**<br><br>Date:    June 27, 2022<br>Time:   1:30 p.m.<br>Dept.:   7A |

**TO THE COURT, PLAINTIFF, AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to this Court's Amended Standing Order (Dkt. 63), defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") hereby lodge their [Proposed] Statement of Decision granting their Motion to Bifurcate Discovery and Permit Initial Summary Judgment Motion on Substantial Similarity (Dkt. 81).

DATED: June 15, 2022

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN

By:  /s/ Nicolas A. Jampol
        Nicolas A. Jampol

Attorneys for Defendants

1

NOTICE OF LODGING
4867-3576-0165v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899