FILED
CLERK, U.S. DISTRICT COURT

June 21, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SUNSHINE SUZANNE SYKES | ORDER OF THE CHIEF JUDGE<br><br>**22-117** |

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John. F. Walter to the calendar of Judge Sunshine Suzanne Sykes:

| | |
|---|---|
| 2:20-cv-00406-JFW-JCx | Francesca Gregorini v. Apple Inc., et al. |
| 2:21-cv-03902-JFW-AGR | Raylonzo Lee Roberts v. B. Cates |
| 2:21-cv-05259-JFW-KSx | Saniyyah Rasheed v. Mt. San Antonio College, et al. |
| 2:21-cv-08553-JFW-ASx | Kimberly Snover, et al. v. FCA US LLC., et al. |
| 2:21-cv-08604-JFW-KS | Kevin Potts v. Danny Samuel |
| 2:21-cv-09271-JFW-Ex | Adrian Mitilica, et al. v. BMW of North America, LLC |
| 2:21-cv-09922-JFW-ASx | Rashyn R. Reynolds v. Northeast Valley Health Corporation, et al. |
| 2:21-cv-10006-JFW-GJSx | Shannon Hausey v. The City of Los Angeles, et al. |
| 2:22-cv-01279-JFW-MARx | Latosha Lowery-Lewis v. Freedom Mortgage Corporation, et al. |
| 2:22-cv-01671-JFW-PLAx | The Cincinnati Insurance Company v. Leonard M. Ross |
| 2:22-cv-01906-JFW-RAOx | Gabriel Dorsey v. Claremont Star, L.P. |
| 2:22-cv-03226-JFW-JPRx | Valley Forge Insurance Company, et al. v. Mindbody, Inc., et al. |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes                                                                         2
_____

    2:22-cv-03391-JFW-PLAx    Edward Pena v. International Medical Devices, Inc., et al.
    5:22-cv-00703-JFW-SPx    Conti LLC v. Siemens Industry, Inc., et al.

    On all documents subsequently filed in the case, please substitute the Judge initials SSS after the case number in place of the initials of the prior Judge.

DATED: June 21, 2022

                                                Chief Judge Philip S. Gutierrez