# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI<br><br>Plaintiff(s),<br><br>v.<br><br>APPLE INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:20-cv-00406-SSS-JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __6/29/2022__

Document Number(s):   __95__

Title of Document(s):   __NOTICE RE-SETTING HEARING ON DEFENDANTS MOTION TO BIFURCATE__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events Motions and Related Filings Responses/Replies/Other Motion Related Documents – select – Notice of Motion

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __June 29, 2022__       By:  __/s/ Sharon Hall-Brown  213-894-3651__
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G-112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS