1  ERIKSON LAW GROUP
2  David Alden Erikson (SBN 189838)
     david@daviderikson.com
3  Antoinette Waller (SBN 152895)
     antoinette@daviderikson.com
4  Jeffrey J. Miles (SBN 293869)
     jeff@daviderikson.com
5  200 North Larchmont Boulevard
   Los Angeles, California 90004
6  Telephone: 323.465.3100

7  Attorneys for Plaintiff Francesca Gregorini

8

9              UNITED STATES DISTRICT COURT

10         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11 | FRANCESCA GREGORINI, | Case No. 2:20-cv-00406- SSS-JC
|---|---|
12 | Plaintiff, | Hon. Sunshine S. Sykes
13 | v. | Referred to: Hon. Jacqueline Choolijian, United States Magistrate Judge
14 | APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive | —DISCOVERY MATTER—
15 | | **NOTICE OF MOTION FOR JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANT UNCLE GEORGE PRODUCTIONS' PRODUCTION OF DOCUMENTS**
16 | |
17 | |
18 | | Hearing Date:      May 30, 2023
19 | | Time:              9:30am
20 | | Courtroom:         750
21 | | Discovery cutoff:  July 14, 2023
   | | Pretrial conference: December 15, 2023
   | Defendants. | Trial:             January 8, 2024
   | | Complaint Filed:   January 15, 2020

1    NOTICE OF MOTION FOR JOINT
     STIPULATION RE PLAINTIFF'S MOTION TO
     COMPEL DEFENDANT'S DOCUMENT
     PRODUCTION

1  To the Court, defendants, and counsel, please take notice that Plaintiff Francesca Gregorini ("Plaintiff") hereby pursues and files concurrently with this notice, a motion to compel via a joint stipulation in accordance with this Court's local rules against Defendant Uncle George Productions, LLC ("Defendant" or "Uncle George"). The motion will be heard before the Hon. Jacqueline Choolijian on *Tuesday May 30, 2023,* at 9:30 a.m., or as soon thereafter as the matter may be heard. The hearing will be in Courtroom 750, located on the 7th Floor of the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA 90012, or as otherwise may be ordered by the Court.

Plaintiff brings this motion to compel pursuant to the Federal Rules of Civil Procedure, Rules 26, 34, and 37; and Central District of California Local Rule 37-2. Plaintiff seeks an order compelling Defendant Uncle George Productions, LLC's production of documents in response to Plaintiff's document request nos. 106-111.

Concurrently with this notice Plaintiff files the parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Defendant Uncle George Productions, LLC's Production of Documents. The motion is presented in the form of a joint stipulation, as per L.R. 37-2, and consists of a notice; a joint stipulation; the declaration of Antoinette Waller with Exhibits 1 to 5; the declaration of Nicolas A. Jampol with Exhibits 6 to 11; on the supplemental memoranda that the parties will file per L.R. 37-2.3; on the pleadings and records on file in this action; and on such argument and evidence as may be heard at the hearing in this matter.

DATED: May 4, 2023  ERIKSON LAW GROUP

By: /s/Antoinette Waller
ANTOINETTE WALLER
Attorneys for Plaintiff Francesca Gregorini