ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
Jeffrey J. Miles (SBN 293869)
  jeff@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100

Attorneys for Plaintiff Francesca Gregorini

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>       Plaintiff,<br><br>       v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>       Defendants. | Case No. 2:20-cv-00406- SSS-JC<br>Hon. Sunshine S. Sykes<br><br>Referred to: Hon. Jacqueline Choolijian, United States Magistrate Judge<br><br>**—DISCOVERY MATTER—**<br><br>**NOTICE OF ERRATA AND RE-FILING OF ECF DOCKET NO. 105-2, EXHIBITS 1-5 TO DECLARATION OF ANTOINETTE WALLER IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANT UNCLE GEORGE PRODUCTIONS' PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:    May 30, 2023<br>Time:           9:30am<br>Courtroom:     750<br>Discovery cutoff:  July 14, 2023<br>Pretrial conference: December 15, 2023<br>Trial:          January 8, 2024<br>Complaint Filed:  January 15, 2020 |

On May 4, 2023, Plaintiff Francesca Gregorini ("Plaintiff") filed the parties' Local Rule 37-2 joint stipulation and related papers regarding Plaintiff's motion to compel Defendant Uncle George Productions, LLC's production of documents in response to Plaintiff's requests for production, request nos. 106-111. The filing consists of ECF docket no. 104 (notice of motion) and ECF docket nos. 105-105-4 (joint stipulation, declarations, and exhibits). ECF docket no. 105-2 is Exhibits 1-5 to the Declaration of Antoinette Waller in support of the motion (the "Exhibits 105 to Waller Decl."). The filings were accepted.

It appears an error occurred with ECF docket no. 105-2 as the document does not download when attempted to be retrieved through ECF. Rather an error returns stating that the file 105-2.pdf is empty. For that reason, Plaintiff hereby refiles docket no. 105-2, Exhibits 1-5 to Waller Decl.

DATED: May 5, 2023                    ERIKSON LAW GROUP


By:    */s/David Erikson*
       DAVID ERIKSON
Attorneys for Plaintiff Francesca Gregorini

NOTICE OF ERRATA AND RE-FILING OF
EXHIBITS 1-5 TO WALLER DECLARATION IN
SUPORT OF PLAINTIFF'S MOTION TO
COMPEL DEFENDANT'S DOCUMENT
PRODUCTION

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA