NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants
BLINDING EDGE PICTURES, INC.; UNCLE GEORGE PRODUCTIONS, LLC; APPLE INC.; ESCAPE ARTISTS, INC. (erroneously sued as ESCAPE ARTISTS LLC); DOLPHIN BLACK PRODUCTIONS; M. NIGHT SHYAMALAN; TONY BASGALLOP; ASHWIN RAJAN; JASON BLUMENTHAL; TODD BLACK; STEVE TISCH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**SUPPLEMENTAL DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL UNCLE GEORGE PRODUCTIONS' PRODUCTION OF DOCUMENTS**<br><br>Date: May 30, 2023<br>Time: 9:30 a.m.<br>Courtroom: 750 |

1

JAMPOL SUPPLEMENTAL DECLARATION
4864-1378-9284v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc. ("Apple"), Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. As in my prior declaration, the term "Uncle George" here refers collectively to defendants Uncle George and Blinding Edge. *See* Jampol Decl. ¶ 2 (ECF No. 105-3).

3. On May 4, 2023, defendants Apple, Tony Basgallop, Uncle George, and Escape Artists, Inc. made their first document production of 8,810 documents to Plaintiff. Of those documents, Uncle George produced 3,206 documents. That same day, at my direction, a colleague at my law firm provided Plaintiff's counsel with further information regarding which custodians correspond to the various Bates stamp prefixes that appear in the production. My colleague stated that the "BE-GREGO" prefix corresponds to documents produced from Blinding Edge and Uncle George. Attached as Exhibit 1 is a true and correct copy of my colleague's May 4, 2023 email to Plaintiff's counsel.

4. On May 11, 2023, Plaintiff's counsel emailed Uncle George's counsel with the following questions: "Has Uncle George produced the documents responsive to RFP nos. 106-111?" and "If so, what are the bates numbers for those documents?" On May 15, 2023, I responded that "Blinding Edge/Uncle George produced documents responsive to RFPs 106-111 on May 4, 2023" and that "further documents will be produced over the next few weeks, including some this week." I also reiterated that those documents "have the Bates prefix 'BE-GREGO.'" I

2

JAMPOL SUPPLEMENTAL DECLARATION
4864-1378-9284v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

further stated that Request No. 106 " depends on when [she will] be producing [Plaintiff's] documents as Blinding Edge/Uncle George will be relying on information about Emanuel that is solely in your client's possession."  Finally, I informed Plaintiff's counsel that "[i]n terms of bates numbers, pursuant to FRCP 34(b)(2)(E)(i), we are producing documents as they are kept in the usual course of business, and thus our clients are not obligated to organize and label the documents to correspond to the categories in your requests."

5. In response, Plaintiff's counsel insisted that these documents "could not have been produced 'as they are kept in the usual course of business' as they are documents that [Uncle George] gathered and identified three years ago" in connection with Uncle George's initial disclosures.  Plaintiff's counsel further claimed that Uncle George "continues to take the position that it need not produce or identify its initial disclosure documents even though Plaintiff specifically requested those documents in her requests for production."  Uncle George never took the position that it need not produce its initial disclosure documents.  In reality, I have stated, repeatedly, that Uncle George and the other Defendants will produce those documents (and I have confirmed to Plaintiff's counsel that Uncle George has begun producing those documents).  We anticipate completing Uncle George's productions in the next few weeks.  Attached as Exhibit 2 is a true and correct copy of Plaintiff's counsel's email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 16th day of May 2023, in Los Angeles, California.

*/s/ Nicolas A. Jampol*
Nicolas A. Jampol

3

JAMPOL SUPPLEMENTAL DECLARATION
4864-1378-9284v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899