# EXHIBIT 1

# Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Krishnan, Meenakshi |
| **Sent:** | Thursday, May 4, 2023 8:10 PM |
| **To:** | Antoinette Waller; David Erikson; Melanie Wilbur |
| **Cc:** | Jampol, Nicolas; Planchon, Ben |
| **Subject:** | Gregorini - 5/4/23 document production |

Hi Antoinette, David, Melanie,

By now you have received the credentials to access Defendants' 5/4/2023 document production. We wanted to provide some more information about the custodians that correspond to the various Bates stamp prefixes:

- BE-GREGO_00001: corresponds to documents produced from Blinding Edge and Uncle George
- TB_GREGO_00001: corresponds to documents produced from Tony Basgallop
- APL-GREGO_000001: corresponds to documents produced from Apple
- EA-GREGO_00001: corresponds to documents produced from Escape Artists

Please note that we previously produced the insurance policy under a "UG" prefix because Uncle George is the insured entity.

Thanks!
Meenu

**Meenakshi Krishnan** | Davis Wright Tremaine LLP
Associate
1301 K Street NW, Suite 500 East | Washington, D.C. 20005
Tel: (202) 510-5204 | Fax: (202) 973-4439
Email: meenakshikrishnan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

# EXHIBIT 2

## Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Monday, May 15, 2023 10:03 PM |
| **To:** | Jampol, Nicolas; Krishnan, Meenakshi |
| **Cc:** | David Erikson; Melanie Wilbur |
| **Subject:** | Re: Gregorini v Apple - Rule 37-2, Joint Stipulation to Compel Defendant's Document Production |

**[EXTERNAL]**

Thanks for your email, Nick. We understand your response to say that Uncle George has produced some, but not all its initial disclosure documents as requested in requests for production nos. 106-111. Uncle George also refuses to identify what initial disclosure documents have been produced to date, what initial disclosure documents have not yet been produced, or to identify any initial disclosure documents that have been produced by bates-number.

Request for production Nos. 106-111 asked Uncle George to produce the documents identified in its initial disclosures. Those documents were identified by Uncle George on April 8, 2020, as documents Uncle George *had in its possession, custody, or control* and may use to support its claims or defenses. The documents are not Plaintiff's documents and have nothing to do with any discovery served by defendants on Plaintiff. They are documents exclusively within Uncle George's control and knowledge.

The documents also could not have been produced "as they are kept in the usual course of business" as they are documents that your client gathered and identified three years ago, for purposes of serving the initial disclosures in this lawsuit.

It is nonsensical that Uncle George continues to take the position that it need not produce or identify its initial disclosure documents even though Plaintiff specifically requested those documents in her requests for production.

Defendants' ongoing actions in obstructing discovery and denying Plaintiff even the most basic information concerning defendants' defenses continues to highly prejudice Plaintiff and impede her efforts to prepare for trial.

Best,
Antoinette

---

**From:** Jampol, Nicolas <NicolasJampol@dwt.com>
**Sent:** Monday, May 15, 2023 8:41:41 AM
**To:** Antoinette Waller; Krishnan, Meenakshi
**Cc:** David Erikson; Jeff Miles; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - Rule 37-2, Joint Stipulation to Compel Defendant's Document Production

Hi Antoinette,

Blinding Edge/Uncle George produced documents responsive to RFPs 106-111 on May 4, 2023, and further documents will be produced over the next few weeks, including some this week. Those documents have the Bates prefix "BE-

GREGO." Although keep in mind that RFP 106 depends on when you'll be producing your client's documents as Blinding Edge/Uncle George will be relying on information about Emanuel that is solely in your client's possession.

In terms of bates numbers, pursuant to FRCP 34(b)(2)(E)(i), we are producing documents as they are kept in the usual course of business, and thus our clients are not obligated to organize and label the documents to correspond to the categories in your requests.

Thanks,
Nick.

**Nicolas Jampol** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
(213) 633-8651 | nicolasjampol@dwt.com | www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Thursday, May 11, 2023 9:33 AM
**To:** Jampol, Nicolas <NicolasJampol@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Jeff Miles <jeff@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** Re: Gregorini v Apple - Rule 37-2, Joint Stipulation to Compel Defendant's Document Production

**[EXTERNAL]**

Nick and Meenu -

Has Uncle George produced the documents responsive to RFP nos. 106-111?

If so, what are the bates numbers for those documents?

Please advise.

Thanks.

Best,
Antoinette