NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-00406- SSS-JC<br>    Hon. Sunshine S. Sykes<br><br>Referred to: Hon. Jacqueline Chooljian, United States Magistrate Judge<br><br>—DISCOVERY MATTER—<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFF'S FURTHER INTERROGATORY RESPONSES AND PRODUCTION OF DOCUMENTS**<br><br>Discovery cutoff:    July 14, 2023<br>Pretrial conference:  December 15, 2023<br>Trial:               January 8, 2024<br><br>Hearing Date:    June 27, 2023<br>Time:            9:30 am<br>Courtroom:       750<br><br>Complaint Filed: January 15, 2020 |

**TO THE COURT, PLAINTIFF, AND ALL PARTIES:**

PLEASE TAKE NOTICE that on June 27, 2023 at 9:30 am or as soon as may be heard in Courtroom 750 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA 90012, Defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc. ("Blinding Edge") (together, "Defendants"), will and hereby do move this Court to compel Plaintiff to provide further responses to Interrogatories Nos. 1, 2-3, 7-10, and 17 issued by Blinding Edge and Interrogatories Nos. 3, 18, and 20-21 issued by Uncle George; to compel Plaintiff to produce documents in response to Requests for Production 2-11, 12-13, 15, 17-27, 35-54, 66-82, 84, 93, and 97 issued by Uncle George; and to award Defendants their attorneys' fees and costs in pursuing this motion.[1]

This motion is brought pursuant to Federal Rules of Civil Procedure 26, 33, and 34, and Local Rule 37, and on the following grounds:

The motion is based on this Notice of Motion, the accompanying Joint Stipulation Regarding Defendants' Motion to Compel Plaintiff's Further Interrogatory Responses and Production of Documents, the declaration of Nicolas A. Jampol with Exhibits 1 to 6, the declaration of Antoinette Waller with Exhibits A to G; on the Supplemental Memoranda that the parties will file per L.R. 37-2.3; the pleadings and papers on file in this action, the matters of which this Court may take judicial notice, and such additional matters and oral argument as may be offered in support of the motion.[2]

---

[1] Following Defendants' service of the Joint Stipulation, Plaintiff's counsel informed Defendants that Plaintiff was entirely withdrawing her claim for actual damages and pursuing only defendants' profits attributable to the alleged infringement. On that basis, Defendants withdrew Interrogatories 4 and 13-16 issued by Blinding Edge and Requests for Production 99-104 issued by Uncle George.

[2] The parties continue to meet and confer regarding the remaining requests and will update the Court in their forthcoming Supplemental Memoranda as to which requests are still in contention.

1

DEFENDANTS' NOTICE OF MOTION TO COMPEL
4864-7203-4408v.1 0113237-000003

1   This Motion is made following the conference of counsel pursuant to Local

2 Rule 37-1, which took place on May 17, 2023.

3

4 DATED: June 6, 2023     DAVIS WRIGHT TREMAINE LLP

5                NICOLAS A. JAMPOL
                 CYDNEY SWOFFORD FREEMAN

6                MEENAKSHI KRISHNAN
                 SAMANTHA LACHMAN

7

                 By: /s/ *Nicolas A. Jampol*

8                    Nicolas A. Jampol

9                 Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF MOTION TO COMPEL

4864-7203-4408v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899