# EXHIBIT C

Re: Gregorini v. Apple et al. - Rule 37-2 Joint Stipulation to Compel Plaintiff's Further Interrogatory Responses and Document Production

**Antoinette Waller**

Wed 5/31/2023 5:45 PM

To: Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>;

Cc: David Erikson <david@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>; Kayla Corrick <Kayla@daviderikson.com>;

Dear Nick and Meenu –

We were shocked to receive your 67-page Joint Stipulation late Friday afternoon of the holiday weekend. As you know, we have been and remain ready and amenable to work cooperatively to address any issues regarding discovery matters. Your Joint Stipulation mischaracterizes our meet and confer efforts and ignores our repeated stated willingness to work to informally resolve any disputes regarding our client's discovery responses.

Defendants waited over seven weeks to raise any issue with Ms. Gregorini's responses served in March. You sent your initial meet and confer letter raising disputes with more than 100 responses only this month. You also waited until after we were forced to pursue our motion to compel Uncle George's production of initial disclosure documents in compliance with its responses to Ms. Gregorini's requests for production.

We endeavored to meet and confer to address your concerns regarding our client's discovery responses, including by responding in writing to your meet and confer letter as you requested. On Friday, shortly after the Court granted our motion to compel, you served your Joint Stipulation without even acknowledging our letter and without providing any opportunity for further comments or discussion.

We propose that you agree to withdraw the Joint Stipulation for the time being, and the parties hold a joint meet/confer session tomorrow afternoon or Friday to discuss all outstanding discovery issues, including the parties' document productions and supplemental responses. We believe many, if not most of the issues can be resolved by the parties informally without the need for court intervention. The meeting would also include the issues as to Blinding Edge's discovery deficiencies as outlined in my May 22 letter.

If you are unwilling to withdraw the Joint Stipulation served May 26, we will have to delay the meeting on Blinding Edge's discovery deficiencies until next week so that we may focus on preparing our opposition to the Joint Stipulation.

When the whole story is told, it becomes transparent that defendants are more interested in scoring points than in moving efficiently towards the truth. Especially given the broader context, I don't know why you think the magistrate is not going to be able to see that.

Please advise by no later than 10:00 am tomorrow whether you are willing to withdraw the Joint Stipulation and conduct a further meet and confer session this week. We also ask that you respond to David's May 26 inquiry about agreeing to extend the expert witness disclosure deadlines.

Best,

Antoinette

---

**From:** Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Sent:** Friday, May 26, 2023 3:07:35 PM
**To:** Antoinette Waller; David Erikson; Melanie Wilbur
**Cc:** Jampol, Nicolas
**Subject:** Gregorini v. Apple et al. - Rule 37-2 Joint Stipulation to Compel Plaintiff's Further Interrogatory Responses and Document Production

Hi Antoinette, David, and Melanie,
Please find attached Defendants Uncle George and Blinding Edge's portion of a Local Rule 37-2 joint stipulation to compel Plaintiff's further interrogatory responses and production of documents. Per Local Rule 37-2.2, please provide Plaintiff's portion of the joint stipulation and any supporting declaration and exhibits within seven days. We have set the motion to compel hearing for June 27, 2023. The combined document will be filed no later than June 6, 2023, which is twenty-one days prior to the June 27 hearing per Local Rule 37-3.

Thanks and have a nice holiday weekend.

Best,
Meenu

**Meenakshi Krishnan** | Davis Wright Tremaine LLP
Associate
1301 K Street NW, Suite 500 East | Washington, D.C. 20005
Tel: (202) 510-5204 | Fax: (202) 973-4439
Email: meenakshikrishnan@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.