ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
 david@daviderikson.com
Antoinette Waller (SBN 152895)
 antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff

NICOLAS A. JAMPOL (State Bar No. 244867)
 nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
 cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
 meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
 samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No. 2:20-cv-00406- SSS-JC<br>Hon. Sunshine S. Sykes<br><br>**JOINT STIPULATION TO CONTINUE THE SCHEDULE OF PRETRIAL AND TRIAL DATES**<br><br>Discovery cutoff:　July 14, 2023<br>Pretrial conference: December 15, 2023<br>Trial:　　　　　　January 8, 2024<br><br>Complaint Filed:　January 15, 2020 |

JOINT STIPULATION TO CONTINUE ALL PRETRIAL AND TRIAL DEADLINES

This joint stipulation is entered into by and between plaintiff Francesca Gregorini ("Plaintiff"), on the one hand, and defendants Blinding Edge Pictures, Inc. ("Blinding Edge"), Uncle George Productions, LLC ("Uncle George"), Apple Inc. ("Apple"), Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"), Dolphin Black Productions ("Dolphin Black"), M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants"), on the other hand, with reference to the following facts:

1.  On August 26, 2022, this Court issued a Civil Trial Order setting forth the Scheduling Order governing this action. ECF No. 100. The Civil Trial Order set the following schedule of pretrial and trial dates:

    a.  Fact Discovery Cut-Off: July 14, 2023
    b.  Expert Disclosure (Initial): June 16, 2023
    c.  Expert Disclosure (Rebuttal): June 30, 2023
    d.  Expert Discovery Cut-Off: July 14, 2023
    e.  Last Date to Hear Motions: September 29, 2023
    f.  Deadline to Complete Settlement Conference: October 20, 2023
    g.  Deadline to File Motions in Limine: November 3, 2023
    h.  Deadline for Oppositions to Motions in Limine: November 17, 2023
    i.  Trial Filings (first round): November 17, 2023
    j.  Trial Filings (second round): December 1, 2023
    k.  Hearing on Motions in Limine: December 1, 2023
    l.  Final Pretrial Conference: December 15, 2023
    m. Trial: January 8, 2024 (estimated duration: 3 days)

2.  Over the last several months, Plaintiff's counsel David Erikson has experienced serious health emergencies, including ongoing chemotherapy treatment for colon cancer, as well as a recent and continuing hospitalization. Mr. Erikson was hospitalized on an emergency basis for several days in May. Most recently, on

1
JOINT STIPULATION TO CONTINUE ALL PRETRIAL AND TRIAL DEADLINES

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

June 5, Mr. Erikson was hospitalized again; he remains in the hospital currently. Mr. Erikson's current chemotherapy treatment is expected to be intense and debilitating for the next several weeks.

3. In addition, this action involves voluminous and complicated discovery involving numerous parties and complex factual and legal issues.

4. In light of Plaintiff's counsel's ongoing health condition, as well as the discovery remaining for the parties to complete, the parties have agreed to request a continuance of all pretrial and trial deadlines in this action of approximately four months.[1]

5. This Court may modify the Scheduling Order for "good cause" under Federal Rule of Civil Procedure 16(b)(4). The parties seek continuance of all pretrial and trial deadlines in good faith and not for any purpose of delay.[2]

6. The parties have made no prior requests for continuance of the deadlines entered in this Court's Scheduling Order (ECF No. 100).

ACCORDINGLY, the parties jointly request that the Court continue all pretrial and trial deadlines in this action as set forth in this Court's Scheduling Order (ECF No. 100) as laid out in the Proposed Schedule of Pretrial and Trial Dates included in the concurrently filed Proposed Order, or another amount of time the Court determines appropriate.

---

[1] As reflected in the Proposed Schedule of Pretrial and Trial Dates included in the concurrently filed Proposed Order, to comply with the Court's preferred timing, an approximate four-month extension of fact and expert discovery deadlines requires a trial date continuance of approximately five months.

[2] The parties further stipulate that Uncle George will comply with the Court's May 26, 2023 Order (ECF No. 110) requiring Uncle George to produce "(1) supplemental responses to RFP Nos. 106-110, identifying by Bates Nos., the corresponding documents produced in response to each of RFP Nos. 106-110; and (2) all documents in its possession, custody or control responsive to RFP Nos. 106-110" no later than June 30, 2023.

2
JOINT STIPULATION TO CONTINUE ALL PRETRIAL AND TRIAL DEADLINES

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | | |
|---|---|---|
| 1 | DATED: June 8, 2023 | ERIKSON LAW GROUP |
| 2 | | |
| 3 | | By: /s/ *Antoinette Waller* |
| 4 | | Antoinette Waller |
| 5 | | Attorneys for Plaintiff Francesca Gregorini |
| 6 | | |
| 7 | DATED: June 8, 2023 | DAVIS WRIGHT TREMAINE LLP<br>NICOLAS A. JAMPOL<br>CYDNEY SWOFFORD FREEMAN<br>MEENAKSHI KRISHNAN<br>SAMANTHA LACHMAN |
| 10 | | By: /s/ *Cydney Swofford Freeman*<br>Cydney Swofford Freeman |
| 11 | | Attorneys for Defendants |

3
JOINT STIPULATION TO CONTINUE ALL PRETRIAL AND TRIAL DEADLINES

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: June 8, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By: /s/ *Cydney Swofford Freeman*
Cydney Swofford Freeman

Attorneys for Defendants

4
JOINT STIPULATION TO CONTINUE ALL PRETRIAL AND TRIAL DEADLINES

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899