| | |
|---|---|
| 1 | ERIKSON LAW GROUP |
| 2 | David Alden Erikson (SBN 189838)<br>  david@daviderikson.com |
| 3 | Antoinette Waller (SBN 152895)<br>  antoinette@daviderikson.com |
| 4 | 200 North Larchmont Boulevard<br>Los Angeles, California 90004 |
| 5 | Telephone: 323.465.3100<br>Facsimile: 323.465.3177 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| 8 | NICOLAS A. JAMPOL (State Bar No. 244867)<br>    nicolasjampol@dwt.com |
| 9 | CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)<br>  cydneyfreeman@dwt.com |
| 10 | MEENAKSHI KRISHNAN (*pro hac vice*)<br>  meenakshikrishnan@dwt.com |
| 11 | SAMANTHA LACHMAN (State Bar No. 331969)<br>  samlachman@dwt.com |
| 12 | DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor |
| 13 | Los Angeles, California 90017-2566<br>Tel.: (213) 633-6800; Fax: (213) 633-6899 |
| 14 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF JOINT STIPULATION TO CONTINUE THE SCHEDULE OF PRETRIAL AND TRIAL DATES** |

1

FREEMAN DECLARATION
4893-0561-2649v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. On January 15, 2020, Plaintiff filed this action. ECF No. 1. Plaintiff filed her first amended complaint ("FAC") on March 10, 2020. ECF No. 25. On March 24, 2020, Defendants filed a motion to dismiss Plaintiff's FAC pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 30. Defendants' motion was granted on May 28, 2020 (ECF No. 39), and Plaintiff filed a notice of appeal on June 29, 2020 (ECF No. 45). On February 22, 2022, the Ninth Circuit Court of Appeals reversed and remanded the case to this Court, and on April 22, 2022, the mandate issued. ECF Nos. 60-61. Defendants answered the FAC on May 25, 2022. ECF Nos. 76-80.

3. On August 26, 2022, this Court issued a Civil Trial Order setting forth the Scheduling Order governing this action. ECF No. 100. The Civil Trial Order set the following schedule of pretrial and trial dates:

    a. Fact Discovery Cut-Off: July 14, 2023
    b. Expert Disclosure (Initial): June 16, 2023
    c. Expert Disclosure (Rebuttal): June 30, 2023
    d. Expert Discovery Cut-Off: July 14, 2023
    e. Last Date to Hear Motions: September 29, 2023
    f. Deadline to Complete Settlement Conference: October 20, 2023
    g. Deadline to File Motions in Limine: November 3, 2023

2

FREEMAN DECLARATION
4893-0561-2649v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

      h. Deadline for Oppositions to Motions in Limine: November 17, 2023

      i. Trial Filings (first round): November 17, 2023

      j. Trial Filings (second round): December 1, 2023

      k. Hearing on Motions in Limine: December 1, 2023

      l. Final Pretrial Conference: December 15, 2023

      m. Trial: January 8, 2024 (estimated duration: 3 days)

4. Discovery is ongoing. The parties have served and responded to requests for production and interrogatories. The parties are engaging in document production and anticipate upcoming depositions.

5. Plaintiff's counsel Antoinette Waller informed me that over the last several months, Plaintiff's lead counsel David Erikson has experienced serious health emergencies, including ongoing chemotherapy treatment for colon cancer, as well as a recent and continuing hospitalization. Ms. Waller informed me that Mr. Erikson was hospitalized on an emergency basis for several days in May. She further informed that most recently, on June 5, Mr. Erikson was hospitalized again and that he remains in the hospital currently. She informed me that Mr. Erikson's current chemotherapy treatment is expected to be intense and debilitating for the next several weeks.

6. Ms. Waller and I have met and conferred, and in light of Mr. Erikson's ongoing health condition and the discovery remaining for the parties to complete, the parties have agreed to request a continuance of all pretrial and trial deadlines in this action according to the dates proposed in the Proposed Schedule of Pretrial and Trial Dates included in the concurrently filed Proposed Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 8th day of June 2023, in Los Angeles, California.

*Cydney Swofford Freeman*
                Cydney Swofford Freeman

3

FREEMAN DECLARATION
4893-0561-2649v.2 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899