UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>            Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00406-SSS-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES [Dkt. 100]**<br><br>**NOTE CHANGES MADE BY COURT** |

1  On August 26, 2022, the Court issued its Civil Trial Order setting pretrial and
2  trial dates in this action.
3  In light of Plaintiff's counsel's ongoing health condition, as well as the
4  discovery remaining for the parties to complete, the parties have agreed to request a
5  continuance of all pretrial and trial deadlines in this action.
6  The Court, having considered the parties' Stipulation to Continue the Schedule
7  of Pretrial and Trial Dates and finding good cause, hereby GRANTS the Stipulation.
8  The new deadlines are set forth in the Scheduling Order chart filed with this Order.
9  All deadlines established by the prior Civil Trial Order [Dkt. 100] are hereby
10 **VACATED.**

12 **IT IS SO ORDERED.**

14 Dated: June 12, 2023

SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 2:20-cv-00406-SSS-JC | | Case Name: | *Francesca Gregorini v. Apple Inc. et al.* | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation[1]** | **Amended Date** |
| Trial | | Monday, 01/08/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days | **Monday at 9:00 a.m.** | Mon, 06/10/2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | Fri, 12/15/2023 | **Friday at 1:00pm at least 17 days before trial** | Fri, 05/24/2024 |
| **Event** <br> **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | CLOSED | **6 weeks after Scheduling Conference** | CLOSED |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motions) | | Fri, 07/14/2023 | **27 weeks before FPTC** | Fri, 11/17/2023 |
| Expert Disclosure (Initial) | | Fri, 06/16/2023 | **26 weeks before FPTC** | Fri, 10/20/2023 |
| Expert Disclosure (Rebuttal) | | Fri, 06/30/2023 | **24 weeks before FPTC** | Fri, 11/03/2023 |
| Expert Discovery Cut-Off | | Fri, 07/14/2023 | **22 weeks before FPTC** | Fri, 11/17/2023 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | Fri, 09/29/2023 | **11 weeks before FPTC** | Fri, 2/2/2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | Fri, 10/20/2023 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation | **8 weeks before FPTC** | Fri, 2/23/2024 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| | | | |
|---|---|---|---|
| Deadline to File Motions in Limine | Fri, 11/03/2023 | **6 weeks before FPTC** | Fri, 4/12/2024 |
| Deadline for Oppositions to Motions in Limine | Fri, 11/17/2023 | **4 weeks before FPTC** | Fri, 4/26/2024 |
| <u>Trial Filings</u> (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | Fri, 11/17/2023 | **4 weeks before FPTC** | Fri, 4/26/2024 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | Fri, 12/01/2023 | **2 weeks before FPTC** | Fri, 5/10/2024 |
| Hearing on Motions in Limine | Fri, 12/01/2023 | **1 week before FPTC** | Fri, 5/17/24 |