NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>              Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. 2:20-cv-00406-SSS-JC<br>Hon. Sunshine S. Sykes<br><br>Referred to: Hon. Jacqueline Chooljian, United States Magistrate Judge<br><br>—DISCOVERY MATTER—<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S FURTHER INTERROGATORY RESPONSES AND PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:   June 27, 2023<br>Time:             9:30 am<br>Courtroom:     750 |

**TO THE COURT, PLAINTIFF, AND ALL PARTIES:**

PLEASE TAKE NOTICE that defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc. ("Blinding Edge") (together, "Defendants") hereby withdraw their Motion to Compel Plaintiff's Further Interrogatory Responses and Production of Documents, scheduled for hearing on June 27, 2023 at 9:30 am in Courtroom 750 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA 90012.

This withdrawal is made in light of: (1) the parties' recent agreements as to a number of discovery requests at issue in the Motion to Compel; (2) the parties' ongoing discussions regarding other outstanding issues raised by the Motion; and (3) the Court's Order granting the parties' joint stipulation to continue the schedule of pretrial and trial dates (ECF No. 114), namely moving the close of fact discovery from July 14, 2023 to November 17, 2023.  This withdrawal is made without prejudice to Defendants filing a new Motion to Compel regarding any remaining requests on which the parties cannot reach agreement.

Defendants accordingly request that the Court vacate the June 27, 2023 hearing.

DATED: June 13, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By:   /s/ *Cydney Swofford Freeman*
          Cydney Swofford Freeman

Attorneys for Defendants

1
NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
4873-9529-9946v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899