```
 1 │ NICOLAS A. JAMPOL (State Bar No. 244867)
   │   nicolasjampol@dwt.com
 2 │ CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
   │   cydneyfreeman@dwt.com
 3 │ MEENAKSHI KRISHNAN (pro hac vice)
   │   meenakshikrishnan@dwt.com
 4 │ SAMANTHA LACHMAN (State Bar No. 331969)
   │   samlachman@dwt.com
 5 │ DAVIS WRIGHT TREMAINE LLP
   │ 865 South Figueroa Street, 24th Floor
 6 │ Los Angeles, California 90017-2566
   │ Tel.: (213) 633-6800
 7 │ Fax: (213) 633-6899
 8 │ Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>             Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00406- SSS-JC<br>         Hon. Sunshine S. Sykes<br><br>Referred to: Hon. Jacqueline Chooljian, United States Magistrate Judge<br><br>—DISCOVERY MATTER—<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFF'S FURTHER PRODUCTION OF DOCUMENTS**<br><br>Discovery cutoff:     November 17, 2023<br>Pretrial conference:  May 24, 2024<br>Trial:                June 10, 2024<br><br>Hearing Date:  September 26, 2023<br>Time:          9:30am<br>Courtroom:     750<br><br>Complaint Filed: January 15, 2020 |

**TO THE COURT, PLAINTIFF, AND ALL PARTIES:**

PLEASE TAKE NOTICE that on September 26, 2023 at 9:30 am or as soon as may be heard in Courtroom 750 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, CA 90012, Defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc. ("Blinding Edge") (together, "Defendants"), will and hereby do move this Court to compel Plaintiff to immediately complete her document productions; and to award Defendants their attorneys' fees and costs in pursuing this motion.

This motion is brought pursuant to Federal Rules of Civil Procedure 26 and 34, and Local Rule 37, and on the following grounds:

The motion is based on this Notice of Motion, the accompanying Joint Stipulation Regarding Defendants' Motion to Compel Plaintiff's Further Production of Documents, the declaration of Cydney Swofford Freeman with Exhibits 1 to 9, the declaration of Antoinette Waller with Exhibits A to H; on any Supplemental Memoranda that the parties may file per L.R. 37-2.3; the pleadings and papers on file in this action; the matters of which this Court may take judicial notice; and such additional matters and oral argument as may be offered in support of the motion.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on August 18, 2023.

DATED: August 31, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By:  /s/ *Cydney Swofford Freeman*
           Cydney Swofford Freeman

Attorneys for Defendants

1

DEFENDANTS' NOTICE OF MOTION TO COMPEL
4880-8670-0669v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899