NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>             Plaintiff,<br><br>      vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S FURTHER PRODUCTION OF DOCUMENTS**<br><br>Date: September 26, 2023<br>Time: 9:30 a.m.<br>Courtroom: 750 |

1

FREEMAN DECLARATION
4891-2636-2985v.1 0113237-000003

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing Defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc. ("Blinding Edge") (together, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of plaintiff Francesca Gregorini's ("Plaintiff") initial disclosures, which she served on April 8, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of Uncle George's first set of requests for production to Plaintiff, served on September 22, 2022.

4. Plaintiff's counsel David Erikson has been hospitalized portions of this year due to a battle with cancer. In light of his health and a death in the family of another of Plaintiff's attorneys, Defendants' counsel granted several extensions for Plaintiff's written discovery responses, ultimately giving Plaintiff six months to prepare and serve her written responses. Plaintiff provided her written discovery responses on March 13 and 14, 2023. Attached as **Exhibit 3** is a true and correct copy of Plaintiff's responses to Uncle George's first set of requests for production, served on March 13, 2023.

5. During a May 17, 2023 meet and confer between Plaintiff's counsel and my co-counsel Nicolas Jampol and Meenakshi Krishnan, Plaintiff's counsel stated that the first of Plaintiff's productions would be served by May 31. No document production was made by that date. Attached as **Exhibit 4** is a true and correct copy of a May 17, 2023 email from Mr. Jampol to Plaintiff's counsel memorializing the parties' agreement that Plaintiff would produce documents by May 31.

2

FREEMAN DECLARATION
4891-2636-2985v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

6. On June 21, 2023, Ms. Krishnan and I participated in a meet and confer with Plaintiff's counsel regarding other discovery disputes not at issue in this Motion. During that meet and confer, Plaintiff's counsel stated that she was "trying" for an initial document production the following week.

7. A week later, on June 27, 2023, Ms. Krishnan and I participated in another meet and confer with Plaintiff's counsel. During that meet and confer, Plaintiff's counsel stated that they were "trying" to produce documents that week but "not promising," and that Plaintiff definitely would produce by the "next week."

8. On June 30, 2023, I emailed Plaintiff's counsel, reminding her of the parties' meet and confer discussions and asking if Plaintiff would make her production that week. In her response, Plaintiff's counsel promised to produce documents by the following week. Attached as **Exhibit 5** is a true and correct copy of my June 30 correspondence with Plaintiff's counsel.

9. On July 7, 2023, Plaintiff made her first production, which contained only 57 documents. In the production's accompanying cover email, Plaintiff's counsel stated, "This is part of a rolling production. Subsequent phases will be produced next week." No document productions were made the following week. **Exhibit 6** includes a true and correct copy of Plaintiff's counsel's July 7 email, with the production link redacted.

10. On July 21, 2023, I emailed Plaintiff's counsel to again request that Plaintiff produce the promised documents. **Exhibit 6** includes a true and correct copy of my July 21 email to Plaintiff's counsel.

11. That same day, by separate cover, I raised that Plaintiff's sole production contained several inappropriately truncated email chains and asked that they be re-produced by July 28, 2023.

12. On July 25, 2023, having received no response, I asked Plaintiff's counsel to "please provide a schedule for Plaintiff's remaining document productions in response to Uncle George's first set of RFPs by Friday 7/28." My

FREEMAN DECLARATION
4891-2636-2985v.1 0113237-000003
3
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  email also stated that if Plaintiff's counsel "[did] not provide a schedule that
2  accounts for substantive completion in the next two weeks, Defendants will be
3  forced to resume the process of a motion to compel next week." **Exhibit 7** includes
4  a true and correct copy of my July 25, 2023 email to Plaintiff's counsel.

5      13. On July 28, 2023, Plaintiff served her second document production of
6  88 documents. In the production's accompanying cover email, Plaintiff's counsel
7  also stated that "[w]e anticipate at least one more phase in this production and that
8  those documents will be produced next week [by August 4]." Plaintiff's counsel
9  also stated, "We are following up on the email chains you cite as incomplete in your
10 July 21 email and will get back to you shortly as to those emails. We will ensure
11 that all responsive email chains are produced in full." Attached as **Exhibit 8** is a
12 true and correct copy of Plaintiff's counsel's July 28 email, with the production link
13 redacted.

14     14. On August 3, 2023, still not having received additional document
15 productions, an anticipated production schedule, or re-productions of the deficient
16 documents from Plaintiff's July 7 production, I once again emailed Plaintiff's
17 counsel to confirm that Plaintiff's document production would be substantially
18 complete by Friday, August 4 given prior representations, or else Defendants would
19 move forward with a motion to compel. Plaintiff's counsel replied on August 4,
20 only to state that she had been "out of pocket for the past two days and [was]
21 working on other deadlines" that afternoon; while she stated that counsel was
22 "working diligently with our client on the discovery matters and will continue to do
23 so," she provided no updated production timeline. **Exhibit 7** includes a true and
24 correct copy of my August 3-August 4, 2023 correspondence with Plaintiff's
25 counsel.

26     15. On August 8, 2023, pursuant to Local Rule 37-1, I sent Plaintiff's
27 counsel a meet and confer letter identifying concerns with Plaintiff's failure to
28 produce documents and re-produce deficient documents, and requesting a

4

FREEMAN DECLARATION
4891-2636-2985v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

conference with counsel.  The letter also addressed certain issues with Plaintiff's discovery responses that since have been resolved.  Attached as **Exhibit 9** is a true and correct copy of my August 8 meet and confer letter to Plaintiff's counsel.

16. On August 18, 2023, Ms. Krishnan and I participated in a Local Rule 37-1 prefiling conference with Plaintiff's counsel.  During that conference, Plaintiff's counsel stated Plaintiff now needed a full additional month, to September 18, 2023, to substantially complete her productions, including re-producing the deficient documents.  Plaintiff's counsel further represented that her production would include any documents identified in her initial disclosures, and Defendants agreed not to serve requests for production specific to Plaintiff's initial disclosures based on that representation.

17. As of August 23, 2023, Plaintiff has not made any additional document productions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 23rd day of August 2023, in Los Angeles, California.

*Cydney Swofford Freeman*
Cydney Swofford Freeman

5
FREEMAN DECLARATION
4891-2636-2985v.1 0113237-000003

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899