# EXHIBIT 4

# Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Jampol, Nicolas |
| **Sent:** | Wednesday, May 17, 2023 6:57 PM |
| **To:** | Antoinette Waller |
| **Cc:** | David Erikson; Freeman, Cydney; Krishnan, Meenakshi; Lachman, Sam |
| **Subject:** | Gregorini/Servant - Meet and Confer Discussion |

Hi Antoinette,

Thanks for today's call regarding our May 1 meet-and-confer letter. Per our discussion, given that you haven't been able to review our letter and consider your responses, we agreed that you would provide us with a written response to our letter by May 22. As I mentioned, to the extent you believe an interrogatory or request is too broad or unclear, please provide a specific proposal to narrow or clarify the request. We would like to resolve as many of these as possible, hopefully all of them, but we are running out of time on discovery, so we may need to start the motion to compel process next week for any requests that we can't resolve. We are always open to conferring at any time to resolve as much as we possibly can and I'm hopeful that we can avoid a motion to compel altogether.

On the document front, you agreed to produce Plaintiff's documents by May 31. For document requests that you believe are overbroad, this production should also include documents that are within the scope that you believe is reasonable, instead of withholding all documents based on the objection. And again, hopefully we can resolve our disagreements on the requests identified in my letter and get the entirety of your production.

Thanks,
Nick.

**Nicolas Jampol** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
(213) 633-8651 | nicolasjampol@dwt.com | www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.