# EXHIBIT 5

# Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Friday, June 30, 2023 9:38 PM |
| **To:** | Freeman, Cydney |
| **Cc:** | Jampol, Nicolas; Krishnan, Meenakshi; David Erikson; Kayla Corrick; Melanie Wilbur |
| **Subject:** | Re: Gregorini/Servant - Plaintiff's Production |

[EXTERNAL]

Hi Cydney -

As discussed, we will be producing documents by next Friday.

Have a good weekend.

Thanks.

Best,
Antoinette

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Friday, June 30, 2023 3:38:01 PM
**To:** Antoinette Waller
**Cc:** Jampol, Nicolas; Krishnan, Meenakshi; David Erikson; Kayla Corrick; Melanie Wilbur
**Subject:** Gregorini/Servant - Plaintiff's Production

Hi Antoinette,

When we spoke last week and this Tuesday, you were preparing to make an initial production this week. We'd like to ingest that as soon as possible once it comes in, so I wanted to see if you're still planning to produce today. If not, we will look for the production no later than next week, as discussed.

Best,
Cydney

**Cydney Swofford Freeman** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8612 | Fax: (213) 633-6899
Email: cydneyfreeman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.