# EXHIBIT 6

## Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Freeman, Cydney |
| **Sent:** | Friday, July 21, 2023 12:15 PM |
| **To:** | Antoinette Waller |
| **Cc:** | Jampol, Nicolas; Krishnan, Meenakshi; David Erikson; Melanie Wilbur; Kayla Corrick |
| **Subject:** | RE: Gregorini v Apple - Gregorini document production - phase 1 |

Hi Antoinette,

Per your email below, we were expecting additional productions from plaintiff last week. When will we receive those productions?

Best,
Cydney

**Cydney Swofford Freeman** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8612 | Fax: (213) 633-6899
Email: cydneyfreeman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Friday, July 7, 2023 6:03 PM
**To:** Jampol, Nicolas <NicolasJampol@dwt.com>; Freeman, Cydney <CydneyFreeman@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Kayla Corrick <Kayla@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Gregorini v Apple - Gregorini document production - phase 1

**[EXTERNAL]**

Dear Counsel –

Here's a link that will allow you to download Ms. Gregorini's Phase I document production. The link is good for 14 days. Please do not share the link with anyone. The documents are confidential and produced subject to the protections of the parties' stipulated protective order in this matter.

███████████████████████████████████████████

This is part of a rolling production. Subsequent phases will be produced next week.

Best,

Antoinette

Antoinette Waller

E R I K S O N   L A W   G R O U P

200 North Larchmont Boulevard – Los Angeles, California 90004

Tel: (323) 465-3100 – Direct Line: (323) 628-6769 – Fax: (323) 465-3177

_____

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.