# EXHIBIT 7

## Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Friday, August 4, 2023 2:36 PM |
| **To:** | Freeman, Cydney |
| **Cc:** | Jampol, Nicolas; Krishnan, Meenakshi; David Erikson; Melanie Wilbur; Kayla Corrick; Antoinette Waller |
| **Subject:** | Re: Gregorini/Servant - Plaintiff's Productions and Remaining Disputed Requests |

**[EXTERNAL]**

Cydney -

I have been out of pocket for the past two days and am working on other deadlines at least through late this afternoon. We ask that you keep in mind that we have two attorneys--David and I--at our firm. As you know, David spent significant time in the hospital recently and is still recovering. We have hired another attorney who will come onboard shortly. In the meantime, we are working diligently with our client on the discovery matters and will continue to do so.

As to the handful of requests that remain in dispute as to our client's discovery responses, we are confident we can reach agreement to avoid motion practice. I will make every effort to have a final answer as to whether we will supplement those requests by late today. If not today, then over the weekend.

Best,
Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Thursday, August 3, 2023 10:50 AM
**To:** Antoinette Waller
**Cc:** Jampol, Nicolas; Krishnan, Meenakshi; David Erikson; Melanie Wilbur; Kayla Corrick
**Subject:** RE: Gregorini/Servant - Plaintiff's Productions and Remaining Disputed Requests

Hi Antoinette,

Your Friday email stated that we would receive a response regarding your position on the requests below by yesterday, but we have not yet received that. Please confirm your positions today, or we will be forced to move forward with a revised joint stipulation.

Thank you for Friday's production of an additional 88 documents. The volume of documents produced to date seems quite low given the requests. Your cover email stated that there would be at least one more phase in this production and that we would receive those documents this week. Please confirm that your production will be substantially complete by this Friday (8/4), including the responsive email chains that previously were produced in an incomplete fashion, or we will be forced to move forward with the motion to compel process.

Best,
Cydney

**Cydney Swofford Freeman** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8612 | Fax: (213) 633-6899
Email: cydneyfreeman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

---

**From:** Freeman, Cydney
**Sent:** Tuesday, July 25, 2023 11:28 AM
**To:** 'Antoinette Waller' <Antoinette@daviderikson.com>
**Cc:** Jampol, Nicolas <NicolasJampol@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; David Erikson <david@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Kayla Corrick <Kayla@daviderikson.com>
**Subject:** Gregorini/Servant - Plaintiff's Productions and Remaining Disputed Requests

Hi Antoinette,

Please provide a schedule for Plaintiff's remaining document productions in response to Uncle George's first set of RFPs **by Friday (7/28)**. If you do not provide a schedule that accounts for substantive completion in the next two weeks, Defendants will be forced to resume the process of a motion to compel next week. We truly want to avoid any unnecessary motion, but given the time-consuming procedural requirements and impending discovery deadline, we will need to move forward unless you are able to confirm that your productions will be substantially completed within the next two weeks.

Additionally, many thanks for meeting and conferring with us and reaching resolution on the majority of our disputed discovery requests. Below, I am including a chart summarizing our various agreements, though of course please let me know if you feel the chart mischaracterizes anything. Defendants do intend to move to compel on Uncle George RFPs 43 and 66-67 for all the reasons we have discussed at length. Defendants will also to move to compel supplemental responses to Uncle George Rogs 20-21 unless Plaintiff produces all information regarding rental numbers, sales, and box office receipts for *Emanuel* or abandons her widespread dissemination theory. And Defendants will move to compel on Uncle George RFPs 75-76 as well unless Plaintiff agrees she will not use any documents or communications regarding licensing *Emanuel* or pitching or creating any adaptation of *Emanuel* or otherwise mention or rely on that information in any way in this case.

Please let us know **by Friday (7/28)** if your positions as to these requests have changed. Otherwise, we will provide you with a revised joint statement to account for our discussions since the prior joint statement was filed.

Best,
Cydney

---

| **Discovery Request** | **Status** |
|---|---|
| Blinding Edge Interrogatory 1 | Plaintiff agreed to supplement this response with Plaintiff's total revenue. |
| Blinding Edge Interrogatories 2-3 | Plaintiff agreed to provide Plaintiff's total revenue in connection with *Emanuel*. |
| Blinding Edge Interrogatories 7-8 | Plaintiff agreed to supplement her responses to identify the manner of her receipt of the *Servant* scripts. |

| | | |
|---|---|---|
| | Blinding Edge Interrogatories 9-10 | The parties did not reach any agreement regarding pitches, discussions, or negotiations to option *Emanuel* for television or for licensing. |
| | Blinding Edge Interrogatory 17 | Plaintiff agreed she will produce all executed agreements related to *Emanuel*, but will not update this response to identify the relevant executed agreements. |
| | Uncle George Interrogatory 3 | Plaintiff agreed to supplement this response with a description or explanation of what specific copyright(s) Well Go USA Ent. holds with respect to *Emanuel*. |
| | Uncle George Interrogatory 18 | Plaintiff agreed to supplement this response to provide information regarding the locations of *Emanuel*'s non-theatrical distribution, including streaming services. |
| | **Uncle George Interrogatories 20-21** | **Plaintiff agreed to provide the total revenue for *Emanuel* but refused to provide information regarding rental numbers, sales, and box office receipts. Defendants intend to move to compel production unless Plaintiff produces this information or abandons her widespread dissemination theory.** |
| | Uncle George RFPs 2-11 | Plaintiff agreed to produce documents concerning copyright ownership of *Emanuel*. |
| | Uncle George RFPs 12-13, 15 | Plaintiff agreed to produce executed agreements regarding *Emanuel*'s copyright but not agreements related to licensing. |
| | Uncle George RFPs 17-26 | Plaintiff agreed to produce documents about *Emanuel*'s creative development, promotion, marketing, release, and distribution. |
| | Uncle George RFPs 35-36, 38 | Plaintiff agreed to produce communications between Sarah Thorp and herself regarding *Emanuel* and/or *Servant*, as well as all executed agreements with Ms. Thorp relating to *Emanuel*. |
| | Uncle George RFPs 37, 39 | Plaintiff agreed to produce communications with or about Tatiana von Furstenberg relating to *Emanuel*. |
| | Uncle George RFPs 40-42 | Plaintiff agreed to produce agreements between Plaintiff and Emanuel Film LLC, documents relating to its organization, and documents relating to its dissolution. |
| | **Uncle George RFP 43** | **Plaintiff did not agree to produce all documents and communications regarding reborn dolls. Defendants intend to move to compel** |

| | |
|---|---|
| | production of these documents and communications if Plaintiff does not produce them. |
| Uncle George RFPs 44-54 | The parties agreed that Plaintiff will produce documents/communications relating to (1) claims made by Plaintiff in this lawsuit and (2) defenses raised by each Defendant. |
| **Uncle George RFPs 66-67** | **Plaintiff agreed to produce communications regarding her submission to direct episodes of *Berlin Station*, but did not agree to provide other communications between Plaintiff and her agent/manager relating to *Emanuel*. Defendants intend to move to compel production of these documents and communications if Plaintiff does not produce them.** |
| Uncle George RFPs 68-72 | Plaintiff agreed to produce her communications with her agents, managers, Jane Lee, Ellen Jones, and ICM Partners about *Servant* relating to Plaintiff's allegations. |
| Uncle George RFPs 73-74 | Plaintiff agreed to produce agreements related to theatrical and non-theatrical distributions and submissions. |
| **Uncle George RFPs 75-76** | **Plaintiff refused to produce documents related to any negotiations and/or pitches relating to developing *Emanuel* into a TV series or other adaptations and/or derivative works. If Plaintiff agrees she will not use any documents or communications regarding licensing Emanuel or pitching or creating any adaptation of Emanuel or otherwise mention or rely on that information in any way in this case, Defendants will not move to compel production of these documents and communications. Otherwise, Defendants will move to compel.** |
| Uncle George RFP 77 | Plaintiff agreed to produce agreements related to *Emanuel*'s theatrical and non-theatrical distribution. |
| Uncle George RFP 78 | Plaintiff agreed to produce documents and communications referring to or about *Servant* with the Defendants' agreement to limit the request to documents/communications dated prior to the filing of Plaintiff's complaint. |
| Uncle George RFPs 79-81 | Plaintiff agreed to produce documents responsive to this request regarding *Servant* scripts with the Defendants' agreement to limit the request to documents/communications dated prior to the filing of Plaintiff's complaint. |

| | |
|---|---|
| Uncle George RFP 82 | Plaintiff agreed to produce documents and communications related to her submission to direct episodes of *Berlin Station*. |
| Uncle George RFP 84 | Plaintiff agreed to produce documents supporting her contention that *Emanuel* was widely disseminated. |
| Uncle George RFP 93 | Plaintiff agreed to produce documents responsive to this request regarding her communications with press about this lawsuit. |
| Uncle George RFP 97 | Plaintiff agreed to produce her total revenue in connection with *Emanuel*. |

**Cydney Swofford Freeman** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8612 | Fax: (213) 633-6899
Email: cydneyfreeman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.