# EXHIBIT 8

**Krishnan, Meenakshi**

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Friday, July 28, 2023 9:01 PM |
| **To:** | Freeman, Cydney; Jampol, Nicolas; Krishnan, Meenakshi |
| **Cc:** | David Erikson; Melanie Wilbur; Kayla Corrick; Antoinette Waller |
| **Subject:** | Gregorini v Apple - Gregorini Document Production - Phase 2 |

[EXTERNAL]

Dear Counsel –

Here's a link that will allow you to download Ms. Gregorini's Phase 2 document production. The link is good for 14 days. Please do not share the link with anyone. The documents are confidential and produced subject to the protections of the parties' stipulated protective order in this matter.

We anticipate at least one more phase in this production and that those documents will be produced next week.

Additionally, we are preparing supplemental responses pursuant to the parties' meet and confer discussions. We expect to serve the supplemental responses by August 18. Cydney, we have your July 21 and July 25 emails regarding discovery issues. We are following up on the email chains you cite as incomplete in your July 21 email and will get back to you shortly as to those emails. We will ensure that all responsive email chains are produced in full. As regarding the matters raised in your July 25 email, we will have our position to you by Wednesday.

Best,
Antoinette

Antoinette Waller
ERIKSON LAW GROUP
200 North Larchmont Boulevard – Los Angeles, California 90004
Tel: (323) 465-3100 – Direct Line: (323) 628-6769 – Fax: (323) 465-3177
_____

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.