# EXHIBIT F

# RE: Gregorini v. Apple et al. - Rule 37-2 Joint Stipulation to Compel Plaintiff's Further Interrogatory Responses and Document Production

**Jampol, Nicolas** <NicolasJampol@dwt.com>

Fri 6/2/2023 12:39 PM

**To:** Antoinette Waller <Antoinette@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>;

**Cc:** David Erikson <david@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Kayla Corrick <Kayla@daviderikson.com>; Freeman, Cydney <CydneyFreeman@dwt.com>;

Antoinette,

On the basis of your confirmation that your client will seek only defendants' profits attributable to the alleged infringement and is <u>not</u> seeking actual damages, we withdraw the below requests. We don't need to amend the joint stipulation, which would restart the clock, but you may indicate in your portion that we have withdrawn each of these requests:

**ROGs (Blinding Edge)**
- <u>Interrogatory 13</u>: "Identify all agreements YOU have entered into to write, direct, or produce any television, film, theatrical, commercial, or other project, including but not limited to the television series "The Dropout," since the release of EMANUEL until the release of SERVANT."
- <u>Interrogatory 14</u>: "Identify all agreements YOU have entered into to write, direct, or produce any television, film, theatrical, commercial, or other project, including but not limited to the television series "The Dropout," since the release of SERVANT."
- <u>Interrogatory 15</u>: "Identify all revenues, and profits obtained by YOU in connection with any television, film, theatrical, commercial, or other project since the release of EMANUEL until the release of SERVANT."
- <u>Interrogatory 16</u>: "Identify all revenues, and profits obtained by YOU in connection with any television, film, theatrical, commercial, or other project since the release of SERVANT."

**RFPs (Uncle George)**
- <u>Request for Production 99</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to direct any television, film, theatrical, commercial or other project since the release of EMANUEL until the release of SERVANT."
- <u>Request for Production 100</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to direct any television, film, theatrical, commercial or other project since the release of SERVANT."
- <u>Request for Production 101</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to write for any television, film, theatrical, commercial or other project since the release of EMANUEL until the release of SERVANT."
- <u>Request for Production 102</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to write for any television, film, theatrical, commercial or other project since the release of SERVANT."
- <u>Request for Production 103</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to produce any television, film, theatrical, commercial or other project since the release of SERVANT."
- <u>Request for Production 104</u>: "All DOCUMENTS, including COMMUNICATIONS, relating to any opportunities for YOU to produce any television, film, theatrical, commercial or other project since the release of EMANUEL until the release of SERVANT."

**Nicolas Jampol** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
(213) 633-8165 | nicolasjampol@dwt.com | www.dwt.com