# EXHIBIT G

# ERIKSON LAW GROUP

## Attorneys

200 N. Larchmont Blvd. Los Angeles CA 90004

Telephone (323) 465-3100 | Facsimile (323) 465-3177 | antoinette@daviderikson.com

August 7, 2023

VIA EMAIL

Nicolas Jampol
NicolasJampol@dwt.com
Cydney Freeman
CydneyFreeman@dwt.com
Meenakshi Krishnan
MeenakshiKrishnan@dwt.com

　　　Re: Gregorini v Apple

Dear Nick, Cydney, and Meenu,

Our understanding is that of the twelve sets of discovery served by Defendants to Plaintiff, seven discovery requests remain in dispute such that Defendants threaten to move to compel unless Plaintiff agrees to supplement. The parties have met and conferred and reached agreement on the hundreds of other disputes Defendants raised. The remaining disputed requests are Uncle George's document demands numbers 43, 66, 67, 75, and 76; and Uncle George's interrogatories numbers 20 and 21.

Without conceding that any of these disputed demands are appropriate, to avoid motion practice and resolve this dispute, Plaintiff will provide supplemental responses as follows:

Interrogatory Nos. 20, 21: Plaintiff will provide supplemental responses, subject to and without waiving the objections, and to the extent the information is available, to provide the box office receipts of *Emanuel* and the number of streaming service rentals/sales.

RFP No. 43: Plaintiff will provide a supplemental response, subject to and without waiving the objections, after a reasonable and diligent search, Plaintiff will produce responsive, non-privileged documents reflecting communications about reborn dolls relating to plaintiff's allegations that are in her possession, custody, or control, if any exist, subject to terms of a protective order entered in this action.

RFP No. 67, 67: Plaintiff will provide supplemental responses, subject to and without waiving the objections, after a reasonable and diligent search, Plaintiff will produce responsive, non-privileged documents reflecting communications with her agent/manager about *Emanuel* relating to plaintiff's allegations that are in her possession, custody, or control, if any exist, subject to terms of a protective order entered in this action.

1

RFP Nos. 75, 76: Plaintiff will provide a supplemental response, subject to and without waiving the objections, after a reasonable and diligent search, Plaintiff will produce responsive, non-privileged documents reflecting negotiations to develop *Emanuel* into a television series, or other adaptions or derivative works that Plaintiff may rely on in this case that are in her possession, custody, or control, if any exist, subject to terms of a protective order entered in this action.

**Defendants' failure to provide responses**

A significant number of document requests remain in dispute as to Defendants' responses. Defendants have previously agreed to meet and confer about the responses to the following requests:

**Requests for Production to defendant Apple:**

RFP Nos. 8, 9 seeking communications between Apple and Naaman Marshall or Scott G. Anderson that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 11, 12 seeking communications between Apple and Douglas Aibel or Stephanie Holbrook that relate to the Episodes, the Scripts, or to *Servant*.

RFP No. 13 seeking documents that relate to the casting process for *Servant*.

RFP Nos. 14, 15, 16 seeking the "show bible" and documents and communications that relate to the "show bible" or other documents used to communicate or record information on characters, settings, and other elements for *Servant*.

RFP Nos. 17, 18 seeking communications with Pam Fuller or Jordan M. Sloane that relate to the Scripts or the Episodes.

RFP No. 19 seeking documents related to any pitch deck or other materials created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 20 seeking documents related to any treatment, synopsis or other summary of *Servant* created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 21 seeking documents related to the script for the pilot episode of *Servant*.

RFP Nos. 26, 27 seeking documents constituting any version of the Scripts and the Episode Scripts.

RFP Nos. 28, 29 seeking communications between Apple and other persons concerning the creation of the Scripts or the Episodes scripts.

RFP Nos. 30, 31 seeking documents relating to the development of the Scripts or the Episodes Scripts.

RFP No. 33 seeking documents reflecting or evidencing how *Servant* came to be created.

RFP No. 34 seeking documents relating to the inspiration for *Servant*.

RFP No. 35 seeking documents relating to or reflecting the background and process for the creation of *Servant*.

RFP No. 36 seeking documents relating to or reflecting the development of the Scripts.

RFP No. 37 seeking documents reflecting or evidencing Apple's knowledge of *Emanuel*.

RFP No. 38 seeking documents reflecting or evidencing Apple's access to *Emanuel*.

RFP No. 83 seeking documents relating to any candidate log line or other short summary of *Servant*.

RFP No. 84 seeking documents relating to creative decisions about the trailer for *Servant*.

RFP No. 92, 93 seeking documents relating to the *Servant* character Leanne's feelings about her mother or her parents' deaths.

RFP No. 95 seeking documents between Apple and any third parties that relate to the advertising or promotion of *Servant*.

**Requests for Production to defendant Tony Basgallop:**

RFP Nos. 9, 10 seeking communications between Mr. Basgallop and Ryan Geffert that relate to the *Episodes*, the Scripts, or to *Servant*.

RFP Nos. 12, 13 seeking communications between Mr. Basgallop and Naaman Marshall or Scott G. Anderson that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 15, 16 seeking communications between Mr. Basgallop and Douglas Aibel or Stephanie Holbrook that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 17 seeking documents relating to the casting process for *Servant*.

RFP Nos. 18, 19, 20 seeking the "show bible" and documents and communications that relate to the "show bible" or other documents used to communicate or record information on characters, settings, and other elements for *Servant*.

RFP No. 21, 22 seeking communications with Pam Fuller or Jordan M. Sloane that relate to the Scripts or the Episodes.

RFP No. 23 seeking documents related to any pitch deck or other materials created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 24 seeking documents related to any treatment, synopsis or other summary of *Servant* created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 25 seeking documents related to the script for the pilot episode of *Servant*.

RFP Nos. 30, 31 seeking documents constituting any version of the Scripts and the Episode Scripts.

RFP Nos. 32, 33 seeking communications between Mr. Basgallop and other persons concerning the creation of the Scripts or the Episodes scripts.

RFP Nos. 34, 35 seeking documents relating to the development of the Scripts or the Episodes Scripts.

RFP No. 37 seeking documents reflecting or evidencing how *Servant* came to be created.

RFP No. 38 seeking documents relating to Mr. Basgallop's inspiration for *Servant*.

RFP No. 39 seeking documents relating to or reflecting the background and process for the creation of *Servant*.

RFP No. 40 seeking documents relating to or reflecting the development of the Scripts.

RFP No. 41 seeking documents reflecting or evidencing Mr. Basgallop's knowledge of *Emanuel*.

RFP No. 42 seeking documents reflecting or evidencing Mr. Basgallop's access to *Emanuel*.

RFP No. 88 seeking documents relating to any candidate log line or other short summary of *Servant*.

RFP No. 89 seeking documents relating to creative decisions about the trailer for *Servant*.

RFP No. 97, 98 seeking documents relating to the *Servant* character Leanne's feelings about her mother or her parents' deaths.

RFP No. 100 seeking documents that relate to the advertising or promotion of *Servant*.

**Requests for Production to defendant Dolphin Black:**

RFP Nos. 9, 10 seeking communications between Dolphin Black and Ryan Geffert that relate to the *Episodes*, the Scripts, or to *Servant*.

RFP Nos. 12, 13 seeking communications between Dolphin Black and Naaman Marshall or Scott G. Anderson that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 15, 16 seeking communications between Dolphin Black and Douglas Aibel or Stephanie Holbrook that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 17 seeking documents relating to the casting process for *Servant*.

RFP Nos. 18, 19, 20 seeking the "show bible" and documents and communications that relate to the "show bible" or other documents used to communicate or record information on characters, settings, and other elements for *Servant*.

RFP No. 21, 22 seeking communications with Pam Fuller or Jordan M. Sloane that relate to the Scripts or the Episodes.

RFP No. 23 seeking documents related to any pitch deck or other materials created for the purpose of developing *Servant* or soliciting interest in *Servant*.

4

RFP No. 24 seeking documents related to any treatment, synopsis or other summary of *Servant* created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 25 seeking documents related to the script for the pilot episode of *Servant*.

RFP Nos. 30, 31 seeking documents constituting any version of the Scripts and the Episode Scripts.

RFP Nos. 32, 33 seeking communications between Dolphin Black and other persons concerning the creation of the Scripts or the Episodes scripts.

RFP Nos. 34, 35 seeking documents relating to the development of the Scripts or the Episodes Scripts.

RFP No. 37 seeking documents reflecting or evidencing how *Servant* came to be created.

RFP No. 38 seeking documents relating to Dolphin Black's inspiration for *Servant*.

RFP No. 39 seeking documents relating to or reflecting the background and process for the creation of *Servant*.

RFP No. 40 seeking documents relating to or reflecting the development of the Scripts.

RFP No. 41 seeking documents reflecting or evidencing Dolphin Black's knowledge of *Emanuel*.

RFP No. 42 seeking documents reflecting or evidencing Dolphin Black's access to *Emanuel*.

RFP No. 88 seeking documents relating to any candidate log line or other short summary of *Servant*.

RFP No. 89 seeking documents relating to creative decisions about the trailer for *Servant*.

RFP No. 97, 98 seeking documents relating to the *Servant* character Leanne's feelings about her mother or her parents' deaths.

RFP No. 100 seeking documents that relate to the advertising or promotion of *Servant*.

**Requests for Production to defendant M. Night Shyamalan:**

RFP Nos. 9, 10 seeking communications between Mr. Shyamalan and Catherine Wolf that relate to the *Episodes*, the Scripts, or to *Servant*.

RFP Nos. 12, 13 seeking communications between Mr. Shyamalan and Naaman Marshall or Scott G. Anderson that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 15, 16 seeking communications between Mr. Shyamalan and Douglas Aibel or Stephanie Holbrook that relate to the Episodes, the Scripts, or to *Servant*.

RFP Nos. 17 seeking documents relating to the casting process for *Servant*.

5

RFP Nos. 18, 19, 20 seeking the "show bible" and documents and communications that relate to the "show bible" or other documents used to communicate or record information on characters, settings, and other elements for *Servant*.

RFP No. 21, 22 seeking communications with Pam Fuller or Jordan M. Sloane that relate to the Scripts or the Episodes.

RFP No. 23 seeking documents related to any pitch deck or other materials created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 24 seeking documents related to any treatment, synopsis or other summary of *Servant* created for the purpose of developing *Servant* or soliciting interest in *Servant*.

RFP No. 25 seeking documents related to the script for the pilot episode of *Servant*.

RFP Nos. 30, 31 seeking documents constituting any version of the Scripts and the Episode Scripts.

RFP Nos. 32, 33 seeking communications between Mr. Shyamalan and other persons concerning the creation of the Scripts or the Episodes scripts.

RFP Nos. 34, 35 seeking documents relating to the development of the Scripts or the Episodes Scripts.

RFP No. 37 seeking documents reflecting or evidencing how *Servant* came to be created.

RFP No. 38 seeking documents relating to Mr. Shyamalan's inspiration for *Servant*.

RFP No. 39 seeking documents relating to or reflecting the background and process for the creation of *Servant*.

RFP No. 40 seeking documents relating to or reflecting the development of the Scripts.

RFP No. 41 seeking documents reflecting or evidencing Mr. Shyamalan's knowledge of *Emanuel*.

RFP No. 42 seeking documents reflecting or evidencing Mr. Shyamalan's access to *Emanuel*.

RFP No. 88 seeking documents relating to any candidate log line or other short summary of *Servant*.

RFP No. 89 seeking documents relating to creative decisions about the trailer for *Servant*.

RFP No. 97, 98 seeking documents relating to the *Servant* character Leanne's feelings about her mother or her parents' deaths.

RFP No. 100 seeking documents that relate to the advertising or promotion of *Servant*.

For each of the above-cited requests, Apple, Dolphin Black, and Messrs. Basgallop and Shyamalan have not provided a response other than stating that they "are willing to meet and confer to clarify the scope of this request." The requests each seek highly relevant information

6

concerning the key matters at issue in this litigation. Defendants served discovery seeking this same information from Plaintiff. Plaintiff will move to compel further responses unless Defendants provide supplemental responses and produce the requested documents. Pursuant to Local Rule 37-1, please provide your availability to meet and confer about these requests.

**Requests for which Defendants provided no response**

Plaintiff also requests to meet and confer pursuant to Rule 37-1 as to the below-noted Requests for Production in response to which Apple, Dolphin Black, and Messrs. Basgallop and Shyamalan each refused to produce documents.

As to Apple, request for production no. 25 seeks documents sufficient to show all revenue Apple received related to *Servant*. Apple objected to the request "as premature, as Apple will move to bifurcate discovery into separate liability and damages phases."

As to Dolphin Black, request for production no. 29 seeks documents sufficient to show all revenue Dolphin Black received related to *Servant*. Dolphin Black objected to the request "as premature, as Dolphin Black will move to bifurcate discovery into separate liability and damages phases."

As to Mr. Basgallop, request for production no. 29 seeks documents sufficient to show all revenue Mr. Basgallop received related to *Servant*. Mr. Basgallop objected to the request "as premature, as Mr. Basgallop will move to bifurcate discovery into separate liability and damages phases."

As to Mr. Shyamalan, request for production no. 29 seeks documents sufficient to show all revenue Mr. Shyamalan received related to *Servant*. Mr. Shyamalan objected to the request "as premature, as Mr. Shyamalan will move to bifurcate discovery into separate liability and damages phases."

As we have discussed, given Defendants' motion to bifurcate was long ago denied, Defendants may not stand on their refusal to produce documents reflecting their revenue for *Servant*. We ask that you immediately confirm that each of the defendants will provide supplemental responses to the noted document requests and will produce documents reflecting their revenue as requested.

We look forward to hearing from you.

Best,

/s/*Antoinette Waller*

Antoinette Waller