NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800; Fax:  (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                         Plaintiff,<br><br>          vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                         Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**SUPPLEMENTAL DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S FURTHER PRODUCTION OF DOCUMENTS**<br><br>Date: September 26, 2023<br>Time: 9:30 a.m.<br>Courtroom: 750 |

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1.     I am an attorney admitted to practice before all courts of the State of California and before this Court.  I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc. ("Blinding Edge") (together, "Defendants") in this matter.  The facts stated below are based on my own personal knowledge.

2.     During the parties' August 18 meet and confer, Defendants agreed to produce additional documents by August 31.  Defendants kept that deadline and produced additional documents on August 31.

3.     As of this filing on September 12, Plaintiff has not made any additional document productions.  Nor has she re-produced any of the deficient documents that I brought to her counsel's attention nearly two months ago, on July 21, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 12th day of September 2023, in Los Angeles, California.


Cydney Swofford Freeman
Cydney Swofford Freeman

FREEMAN SUPPLEMENTAL DECLARATION
4882-7569-5230v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899