ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>          Plaintiff,<br>    v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br>          Defendants. | Case No. 2:20-cv-00406- SSS-JC<br>Hon. Sunshine S. Sykes<br><br>Referred to: Hon. Jacqueline Chooljian, United States Magistrate Judge<br><br>**—DISCOVERY MATTER—**<br><br>**PLAINTIFF'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL PLAINTIFF'S FURTHER PRODUCTION OF DOCUMENTS**<br><br>Hearing Date:   September 26, 2023<br>Time:                   9:30am<br>Courtroom:          750<br><br>Discovery cutoff:   November 17, 2023<br>Pretrial conference: May 24, 2024<br>Trial:                     June 10, 2024<br><br>Complaint Filed:   January 15, 2020 |

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37-2 of this Court, Plaintiff Francesca Gregorini respectfully submits the following Supplemental Memorandum in opposition to Defendants' motion to compel Plaintiff's further production of documents.

Defendants filed their motion prematurely and without basis. Defendants concede there is *no discovery request in dispute*. As Defendants acknowledge and assert, the only purpose of their motion is to act as a placeholder, in the event Defendants are dissatisfied with Plaintiff's forthcoming supplemental document production. This is not a proper basis for filing a motion to compel.

Tellingly, Defendants raise *no quarrel* with Plaintiff's supplemental document production plan. Defendants state that they bring this motion solely to guard against the possibility that Plaintiff does not meet her stated September 25 production deadline because of alleged "broken promises" previously made. The case's history refutes this storytelling.

As the record reflects, contrary to Defendants' contentions, Plaintiff has fulfilled her discovery obligations and has met every deadline imposed upon her. Plaintiff did not request "repeated extensions." Despite the serious health conditions faced by Plaintiff's lead counsel, including spending over a month in the hospital between May and June, Plaintiff produced documents and participated in discovery.[1]

As set out in the joint stipulation papers for the motion, Plaintiff has fully responded to Defendants' document requests and produced over 4,000 pages of documents. [Dkt. No. 117-11, Declaration of Antoinette Waller, ¶¶ 9, 11, 17.] In connection with an August 18, 2023, meet and confer discussion, Plaintiff agreed to supplement her document production. Plaintiff will produce those documents by September 25.

---

[1] Defendants' document demands are largely unlimited in time, seek confidential and proprietary information, encompass decades of Plaintiff's personal, creative, and professional history, and seek materials and communications with dozens of people, businesses, organizations, and groups. See e.g., Dkt. No. 117-3, Defendant Uncle George's first set of document demands to Plaintiff.

ERIKSON
LAW GROUP
ATTORNEYS
LOS ANGELES CA

1     PLAINTIFF'S SUPPEMENTAL MEMO

In June 2023, the parties obtained an extension of the discovery cutoff to November 17, 2023. This provides ample time for the parties to complete discovery over the next two months.

There is nothing for the Court to order here. Defendants have not established a basis to compel any discovery or make any order. Plaintiff respectfully requests that the motion be denied and that Defendants be ordered to pay Plaintiff's attorney's fees and costs incurred in connection with this motion.

DATED: September 12, 2023      ERIKSON LAW GROUP


By:   /s/Antoinette Waller_____
        ANTOINETTE WALLER
Attorneys for Plaintiff Francesca Gregorini