UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00406-SSS-JC | Date | September 26, 2023 |
|---|---|---|---|
| Title | Francesca Gregorini v. Apple Inc., et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | CS 9-26-23 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Antoinette S. Waller | Cydney Swofford Freeman |
| | Nicolas A. Jampol |
| | Meenakshi Krishnan |

**Proceedings:** **TELEPHONIC HEARING ON, AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL ("DEFENDANTS' MOTION") (Docket No. 116)**

Case called. Counsel stated their appearances. Counsel updated the Court on the status of Plaintiff's production of documents responsive to Defendant Uncle George Productions, LLC's Requests for the Production of Documents (Set One). The Court advised counsel of its tentative views on Defendants' Motion and heard argument from counsel.

For the reasons explained on the record, the Court granted in part and denied in part Defendants' Motion as detailed below.

1. To the extent Plaintiff has not already done so, the Court ordered Plaintiff to produce all documents that it agreed to produce to Defendant Uncle George Productions, LLC, that are responsive to its Requests for the Production of Documents (Set One) within fourteen (14) days.

2. The Court denied Defendants' Motion to the extent it sought an order compelling Plaintiff to produce documents identified by Plaintiff in her initial disclosures, except to the extent such documents are also encompassed within the foregoing order.

3. The Court denied Defendants' Motion to the extent it requested an award of fees/costs and denied Plaintiff's cross-request for the same.

|  | 00 | : | 10 |
|---|---|---|---|
| Initials of Clerk | klh | | |