|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 20-cv-00406-SSS (JCx) |
| Plaintiff, | |
| v. | **(PROPOSED) ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES [Dkt. 114]** |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, AN INDIVIDUAL; AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

1  On June 12, 2023, the Court issued its Order Granting Joint Stipulation to
2  Continue Schedule of Pretrial and Trial Dates.
3  Considering Plaintiff's counsel's ongoing health condition, as well as the
4  discovery remaining for the parties to complete, Plaintiff requested a continuance of
5  all pretrial and trial deadlines in this action.
6  The Court, having considered Plaintiff's *Ex Parte* Application to Continue the
7  Schedule of Pretrial and Trial Dates and finding good cause, hereby GRANTS the
8  Application to Continue the Schedule of Pretrial and Trial Dates. The new deadlines
9  are set forth in the Scheduling Order chart filed with this Order.
10 All deadlines established by the prior Civil Trial Order [Dkt. 114] are hereby
11 **VACATED.**

13 **IT IS SO ORDERED.**

15 Dated:

_____
SUNSHINE S. SYKES
United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 20-cv-00406-SSS (JCx) | Case Name: | *Gregorini v Apple Inc.* | | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation[1]** | **Amended Date** |
| Trial | | Monday, 06/10/24 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days | **Monday at 9:00 a.m.** | Monday, 12/09/24 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | Friday, 05/24/24 | **Friday at 1:00pm at least 17 days before trial** | Friday, 11/22/24 |
| **Event** <br> **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | CLOSED | **6 weeks after Scheduling Conference** | CLOSED |
| Fact Discovery Cut-Off <br> (no later than deadline for filing dispositive motions) | | Friday, 11/17/23 | **27 weeks before FPTC** | Friday, 05/17/24 |
| Expert Disclosure (Initial) | | Friday, 10/20/23 | **26 weeks before FPTC** | Friday, 05/24/24 |
| Expert Disclosure (Rebuttal) | | Friday, 11/03/23 | **24 weeks before FPTC** | Friday, 06/07/24 |
| Expert Discovery Cut-Off | | Friday, 11/17/23 | **22 weeks before FPTC** | Friday, 06/21/24 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | Friday, 02/02/24 | **11 weeks before FPTC** | Friday, 09/06/24 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | Friday, 02/23/24 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation | **8 weeks before FPTC** | Friday, 09/27/24 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| Deadline to File Motions in Limine | Friday, 04/12/24 | **6 weeks before FPTC** | Friday, 10/11/24 |
|---|---|---|---|
| Deadline for Oppositions to Motions in Limine | Friday, 04/26/24 | **4 weeks before FPTC** | Friday, 10/25/24 |
| <u>Trial Filings</u> (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | Friday, 04/26/24 | **4 weeks before FPTC** | Friday, 10/25/24 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | Friday, 05/10/24 | **2 weeks before FPTC** | Friday, 11/08/24 |
| Hearing on Motions in Limine | Friday, 05/17/24 | **1 week before FPTC** | Friday, 11/15/24 |