# EXHIBIT 1

**Krishnan, Meenakshi**

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Thursday, October 5, 2023 2:56 PM |
| **To:** | Freeman, Cydney |
| **Cc:** | David Erikson; S. Ryan Patterson; Melanie Wilbur; Jampol, Nicolas; Krishnan, Meenakshi; Antoinette Waller |
| **Subject:** | Re: Gregorini v Apple - pretrial and trial dates continuance |

**[EXTERNAL]**

Dear Cydney –

Thank you for providing defendants' position. We regret that you will not agree to the continuance. It is unclear why you could not state that position yesterday (or last week), or what you needed to consider before relaying your aggressive rejection of a stipulated continuance and your ad hominin attacks.

I reject your characterization of yesterday's discussion. Consistent with our obligations under Judge Sykes' standing order we met and conferred in accord with Rule 7-3 on our request for a stipulated continuance. During our conference you provided no grounds for opposing a continuance and did not suggest that you would oppose our request. You stated only that you were continuing to discuss with your clients and would let us know.

I offered no threats yesterday. I stated the facts. If the parties stipulated to continue dates, we would provide a joint stipulation with mutually agreed language noting the continuance was at plaintiff's request and due to the complexities and amount of discovery needing to be completed. If we were forced to file an *ex parte* application, we would not be presenting a neutral stipulation, but rather would be advising the Court of the case's history, including defendants' scorched earth litigation tactics. Defendants have taken every opportunity to increase the legal fees in this case, and cause as much hardship to Ms. Gregorini as possible.

Your new claim that I "have not diligently pursued discovery," contravenes your firm's prior repeated statements that my client has been too persistent in her discovery efforts. We have been trying to obtain discovery from defendants for over three years. Defendants have consistently thwarted our efforts including by failing to produce discovery and refusing to meet and confer in good faith.

Your position and approach in this instance further highlight defendants' record of intransigence.

Best,
Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Thursday, October 5, 2023 10:43:17 AM
**To:** Antoinette Waller
**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur; Jampol, Nicolas; Krishnan, Meenakshi
**Subject:** RE: Gregorini v Apple - pretrial and trial dates continuance

Antoinette,

1

Defendants do not agree to stipulate to continue the dates in this case and will oppose your motion. We've granted you numerous extensions in this case already and previously agreed to a four-month continuance. You have not diligently pursued discovery in that time, and instead resisted our efforts to obtain information and documents from your client. It took a motion to compel before you finally began to comply with your most basic discovery obligations. And it took subpoenaing a third-party witness to unearth the real origin of *Emanuel*. We have fulfilled all of our discovery obligations, despite your efforts to conjure up deficiencies. We cannot agree to litigate this case in perpetuity, and thus oppose your request.

Moreover, your threats yesterday to air Defendants' purported "dirty deeds" if we did not stipulate to continue the deadlines are, frankly, unprofessional. We have conducted discovery as civilly as possible and continue to do so in the face of your false allegations. We have provided the answers to each of your arguments multiple times before and we have produced our documents.

We will look for your motion.

Best,
Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

P 213.633.8612   E cydneyfreeman@dwt.com
A 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
DWT.COM

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Wednesday, October 4, 2023 12:59 PM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Re: Gregorini v Apple - pretrial and trial dates continuance

[EXTERNAL]

Dear Cydney and Meenu –

Thank you for meeting and conferring with me this afternoon on our client's request for a four-month continuance of pretrial dates and deadlines. You stated that you did not yet have a position from defendants as to whether they will stipulate to the continuance and that you are still discussing with your clients. You stated you would let us know whether your clients would stipulate to the continuance shortly.

We agreed that absent an agreed stipulation from defendants by Friday October 6, we will move forward with an *ex parte* application seeking the continuance.

Thanks.

Best,
Antoinette

**From:** Antoinette Waller
**Sent:** Tuesday, October 3, 2023 5:12 PM
**To:** Freeman, Cydney; Jampol, Nicolas; Krishnan, Meenakshi
**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur; Antoinette Waller
**Subject:** Re: Gregorini v Apple - pretrial and trial dates continuance

Here's the dial in information for tomorrow's 12:30 pm call.

Conference call: Phone #: (971) 292-4608; PIN #: 10894


Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Tuesday, October 3, 2023 4:10 PM
**To:** Antoinette Waller; Jampol, Nicolas; Krishnan, Meenakshi
**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - pretrial and trial dates continuance

Confirmed, we'll hold that time.  Please send a link or dial-in when you're able.

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

P 213.633.8612   E cydneyfreeman@dwt.com
A 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566

DWT.COM

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Tuesday, October 3, 2023 3:41 PM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** Re: Gregorini v Apple - pretrial and trial dates continuance

[EXTERNAL]

Thanks Cydney.

Let's have the meet and confer tomorrow at 12:30pm.

Best,
Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Tuesday, October 3, 2023 3:38 PM
**To:** Antoinette Waller; Jampol, Nicolas; Krishnan, Meenakshi

**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - pretrial and trial dates continuance

Antoinette,

Of course, we disagree with your contentions. We'll need to discuss with our clients, but per your request, we're available to meet and confer in the following windows:

- 11am-1pm PT Wednesday
- 10am-12pm PT Thursday
- 12:30pm-2pm PT Friday

Best,
Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Tuesday, October 3, 2023 10:04 AM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Re: Gregorini v Apple - pretrial and trial dates continuance

**[EXTERNAL]**

Hi Cydney –

In short, the grounds for a continuance are that the necessary discovery and pretrial matters cannot be completed by the current deadlines. Your clients have identified 17 categories of key witnesses in their initial disclosures including dozens of individuals and five business entities identifying unnamed "persons most knowledgeable" expected to testify for defendants. You also have a catchall category that states there are additional "witnesses to be identified" regarding the development of *Servant*. Only one deposition has been taken so far, with dozens more to be set.

The defendants' obstreperous and obstructionist conduct has significantly delayed and thwarted discovery. Although we have been seeking defendants' documents and information since March 2020, we still do not have key materials from your clients. For example, we largely have no documents from Mr. Shyamalan. Although he promised to produce documents in May 2020, as of today we seemingly have nothing from him. His latest supplement to his response to document requests retracts and limits his prior promises to search for and produce relevant material. Now Mr. Shyamalan states he produced documents only through Blinding Edge. The lack of communications and documents from Mr. Shyamalan indicates key documents and requested materials were not produced.

Similarly, Uncle George Productions has purported to limit and retract its prior discovery responses and now

reports that it has produced no documents (other than an insurance policy) and has no independent existence apart from Blinding Edge. This will be a matter of discovery motion practice.

Defendants also refused to comply with their discovery obligations and the promises they had made years earlier to produce their Rule 26 disclosure documents. They forced Ms. Gregorini to pursue a motion to compel before they would produce their initial disclosure documents. Defendants repeatedly stated that it was too difficult, unbearable, overwhelming to produce their own key documents. They refused to produce the documents until the Court ordered that they do so. It wasn't until the past few months that defendants produced any documents whatever. And still, as we undertake the laborious task of wading through the glut of materials finally produced, we are discovering that most/all the substantive material we requested is lacking. Unfortunately, we anticipate further significant motion practice to obtain even the most basic material.

David's health has of course had an impact on discovery capabilities as well.

In June the parties sought a continuance and reported to the Court that "this action involves voluminous and complicated discovery involving numerous parties and complex factual and legal issues". That has not changed; the need for additional time to complete discovery is paramount and irrefutable.

Best,
Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Monday, October 2, 2023 3:03 PM
**To:** Antoinette Waller; Jampol, Nicolas; Krishnan, Meenakshi
**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - pretrial and trial dates continuance

Antoinette,

We'll need to discuss this with our clients.  What are the grounds for your motion?

Best,
Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

P 213.633.8612   E cydneyfreeman@dwt.com
A 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
DWT.COM

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Friday, September 29, 2023 7:03 PM
**To:** Jampol, Nicolas <NicolasJampol@dwt.com>; Freeman, Cydney <CydneyFreeman@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur

<Melanie@daviderikson.com>
**Subject:** Re: Gregorini v Apple - pretrial and trial dates continuance

[EXTERNAL]

Counsel -

Following up on the below email, if you will not stipulate to the continuance, we propose to conduct a Rule 7-3 meeting on the issue on Tuesday, October 3 immediately following the deposition of Olivia Blaustein. Please confirm your agreement to stipulate to the continuance or your availability on Tuesday for a Rule 7-3 conference.

Thanks.

Best,
Antoinette

**From:** Antoinette Waller
**Sent:** Friday, September 29, 2023 6:42:40 PM
**To:** Jampol, Nicolas; Freeman, Cydney; Krishnan, Meenakshi
**Cc:** David Erikson; S. Ryan Patterson; Melanie Wilbur; Antoinette Waller
**Subject:** Gregorini v Apple - pretrial and trial dates continuance

Dear Nick, Cydney, and Meenu –

Plaintiff will request the Court extend all pretrial dates and deadlines in this matter by four months. Let us know if you will stipulate to the extension. If you decline to stipulate, we will proceed with an *ex parte* application next week.

Best,
Antoinette


Antoinette Waller
E R I K S O N   L A W   G R O U P
200 North Larchmont Boulevard – Los Angeles, California 90004
Tel: (323) 465-3100 – Direct Line: (323) 628-6769 – Fax: (323) 465-3177

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.