UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:20-cv-00406-SSS-JCx | Date | October 19, 2023 |
|---|---|---|---|
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION [Dkt. 121].**

The Court is in receipt of Plaintiff's ex parte request for a 180-day continuance of all remaining pretrial and trial deadlines [Dkt. 121] and Defendant's opposition [Dkt. 122].

A party seeking ex parte relief must show that his "cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures," and that he "is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Because they risk depriving other litigants of their full due process rights, ex parte applications are rarely justified. *Id.*; *see also Fuentes v. Shevin*, 407 U.S. 67, 80-82 (1972). Consistent with these well-established principles, this Court's Civil Standing Orders remind counsel that "ex parte applications are solely for extraordinary relief." Under Federal Rule of Civil Procedure 16, "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b). *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992).

      Plaintiff has not demonstrated the exigency required to support the ex parte relief contemplated.  Accordingly, her request is **DENIED without prejudice**. [Dkt. 121].  Plaintiff may file a noticed motion, consistent with Local Rules 7-3 through 7-10, seeking her desired continuance.

      **IT IS SO ORDERED.**