NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>        Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONTINUANCE** |

DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION TO MOTION FOR CONTINUANCE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF NICOLAS A. JAMPOL

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing Defendants Blinding Edge Pictures, Inc. ("Blinding Edge"), Uncle George Productions, LLC ("Uncle George"), Apple Inc. ("Apple"), Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"), Dolphin Black Productions ("Dolphin Black"), M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. On October 20, 2023, David Erikson, counsel for Plaintiff Francesca Gregorini ("Plaintiff"), requested a meet and confer about a motion to continue. Mr. Erikson stated that Plaintiff intended to file the motion that same day.

3. I spoke with Mr. Erikson by phone that same day. On our call, I stated that I believed that my clients would agree to extend all post-discovery deadlines, which would allow the parties to finish out discovery, but still provide Plaintiff's counsel time to focus on his health. On the call, Mr. Erikson stated that he appreciated that suggestion. I explained that the broader continuance that Plaintiff sought would prejudice Defendants in several ways, including Plaintiff's repeated baseless accusations regarding discovery and the unfairness from having to litigate this case in perpetuity. Mr. Erikson did not raise continuing the expert discovery deadlines during this discussion.

4. That same day, I confirmed by email to Plaintiff's counsel (Mr. Erikson, Ms. Waller, and Mr. Patterson) that I had obtained client approval to propose a three-month continuance of all post-discovery dates. Plaintiff's counsel did not respond to my email or provide any other response prior to filing their motion.

1

DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION
TO MOTION FOR CONTINUANCE

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5. Yesterday, October 26, 2023, six days after filing the motion for a continuance (and the day before our opposition was due), Mr. Erikson sent an email asking for us to call him to discuss continuing depositions until after the discovery cutoff. I responded that we had offered to have that discussion before they filed the motion, but nobody responded to me or proposed anything. I told him that I would call him to see if we could figure out some sort of a compromise that would provide some relief to him while not prejudicing our clients.

6. Later that day, I spoke with Mr. Erikson by phone. He was focused on moving some of the fact witness depositions beyond the November 17 discovery cutoff. I told him that my clients would be unwilling to agree to move the expert discovery deadline (including the disclosure deadline that had passed the week before), but if he sent me a targeted a specific proposal about doing some of the depositions after the cutoff, I would discuss with my clients.

7. A few hours later, Ms. Waller sent over a "deposition proposal," which proposed a number of depositions beyond those already noticed. It included depositions for the three noticed deponents – Tony Basgallop, M. Night Shyamalan, and Ashwin Rajan – but also for another individual named Taylor Latham (who Plaintiff's counsel had brought up for the first time earlier that day), and three additional 30(b)(6) depositions, along with expert depositions. Ms. Waller proposed that all of these depositions would take place between November 29 and January 31, including the third-party depositions that Defendants had noticed for the next few weeks.

8. After discussing with our clients, we communicated to Plaintiff's counsel that agreeing to so many proposed depositions occurring after the discovery cutoff, particularly additional depositions that were never previously contemplated or discussed, would be too prejudicial and we thus could not accept their proposal. It was also unclear to me how the parties could complete so many depositions in such a short period of time, particularly given the holidays, and especially given Mr.

DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION
TO MOTION FOR CONTINUANCE

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Erikson's health concerns (to the extent the point of this extension was so that he would be involved in those depositions).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 27th day of October 2023, in Los Angeles, California.

*/s/ Nicolas A. Jampol*
Nicolas A. Jampol

3
DECLARATION OF NICOLAS A. JAMPOL IN OPPOSITION
TO MOTION FOR CONTINUANCE

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899