UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES (Doc. 124)** |

On October 20, 2023, Plaintiff filed a motion to continue all deadlines in this action. Plaintiff seeks a six-month continuance of all pretrial and trial dates, including the now-passed October 20, 2023 initial expert disclosure deadline, the November 3, 2023 rebuttal expert disclosure deadline, and the November 17, 2023 fact and expert discovery cutoff, as well as all future deadlines.

[PROPOSED] ORDER

1   The court, having considered Plaintiff's Motion, finds Plaintiff fails to show
2   good cause justifying a continuance in this action.  The Court hereby DENIES the
3   Motion and ORDERS that the current scheduling order (Doc. 114) remains operative.

5   IT IS SO ORDERED.

7   Dated:

_____
SUNSHINE S. SYKES
United States District Judge

2

[PROPOSED] ORDER