ERIKSON LAW GROUP
David Alden Erikson (SBN 189838)
  david@daviderikson.com
Antoinette Waller (SBN 152895)
  antoinette@daviderikson.com
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: 323.465.3100
Facsimile: 323.465.3177

Attorneys for Plaintiff Francesca Gregorini

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>　　　　　Defendants. | Case No. 2:20-cv-00406-SSS-JC<br>Hon. Sunshine S. Sykes<br><br>**SECOND SUPPLEMENTAL DECLARATION OF DAVID A. ERIKSON IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE SCHEDULE OF PRETRIAL AND TRIAL DATES [DKT. 114]**<br><br>Discovery cutoff:　November 17, 2023<br>Pretrial conference:　May 24, 2024<br>Trial:　June 10, 2024<br><br>**Hearing Date: November 17, 2023**<br>**Time: 2:00 pm**<br>**Place: Remotely via Zoom** |

SUPPLEMENTAL DECLARATION OF DAVID ERIKSON

I, David A. Erikson, declare:

1. I am the lead attorney for Plaintiff Francesca Gregorini. I make this supplemental declaration to update my health status in support of Ms. Gregorini's motion seeking a six-month continuance of pretrial deadlines and the trial date set in this case. If called as a witness, I could and would competently testify with respect to the following statements.

2. I offer this additional declaration to update the Court on my up to the minute health situation as there have been significant developments since I filed my supplemental declaration on Friday November 3, 2023.

3. In my November 3, 2023 declaration I reported that my bleeding patterns from my tumor have presented new problems for the administration of chemotherapy which I restarted on October 5 and as a result, I have been on an alternating schedule of chemotherapy and blood transfusions to ensure my blood counts are sufficient to receive the chemotherapy. Blood transfusions are extremely difficult, for several reasons—as is constant bleeding. I also mentioned that my oncologist had begun to talk to other kinds of doctors (of other specialties) to figure out strategies for this and there was a possibility I could be hospitalized for an extended period.

4. I have also previously reported that my chronic low hemoglobin and bleeding also causes great fatigue and great difficulty in working—as my body devotes all its energy to replenishing what is lost from bleeding.

5. On the morning of Monday November 6, 2023, following a transfusion days before to ensure I had enough blood and hemoglobin, I reported for my regularly scheduled chemotherapy appointment. Unfortunately, while in the waiting area, I experienced an incredible loss of blood (which resulted in blood all around me on the floor). I was rushed to the emergency room to receive emergency treatment and a blood transfusion. I ended up spending the night in the ER and was ultimately admitted to the hospital where I still remain now, over a week later.

6. After several days of tests, it was determined that I had developed a serious blood infection that has basically rendered me unable to work due to intense fatigue. During my limited awake periods I have been engaged in constant interactions with the doctors and hospital staff working to determine the source of the infection. Finally, it was concluded that the likely source of the infection was the port through which I receive nutrition and chemo and that it needed to be removed to treat the infection, and or the PIC line through which I receive intravenous feeding.

7. Several days ago, they removed the PIC line. Yesterday, November 13, I had a procedure to remove the port—a much more invasive procedure that basically took an entire day. The early news is good in that my infection now seems on the wane. My fevers are less and I am able to type this declaration. There is some hope that this will mean the end of some of my problems.

8. I am extremely tired and require substantial sleep right now due to the infection I am fighting. Since my hospitalization, the extent of my communication with my colleagues regarding this case has been limited to merely keeping them updated on my current health status periodically. I am unable to meaningfully participate in any important case preparations right now due to this current hospitalization.

9. I cannot currently predict how much longer I will be kept in the hospital. I must stay here long enough to replace the port and PIC, after the infection goes away. Hopefully, they will get the infection in hand soon and I will be released from the hospital and shortly return to receiving my chemotherapy treatment.

10. Because of my hospitalization, my client's schedule, and the overwhelming number of case issues and scheduling challenges we currently face, we informed Defendants' counsel on November 7, 2023, that the deposition of my client, Francesca Gregorini, scheduled for November 14 would have to be rescheduled. We offered to move the deposition to a mutually agreeable date after the discovery cutoff.

3   SUPPLEMENTAL DECLARATION OF DAVID ERIKSON IN SUPPORT OF MOTION TO CONTINUE

Defendants' counsel rejected our offer.

11. Even though I have been in the hospital since November 6, my colleagues have continued to work on this case. We served Plaintiff's rebuttal expert reports on their due date, November 3. The deposition of witness Ellen Jones was taken on November 8. The deposition of witness Rooney Mara, which Defendants had noticed for November 6, but then moved unexpectedly and essentially without notice to us to November 9, also went forward. We have continued to engage in discovery meet and confer discussions with Defendants including a Local Rule 37-1 meeting as to deficiencies in Apple's interrogatory responses on November 13.

12. However, meeting these obligations given my current health situation which has recently taken a further turn for the worse, has put a substantial strain on my team given the small structure of my practice and our existing obligations in other cases we are responsible for in addition to this one. While I am actively seeking continuances in those other cases as well, the current pace is simply not sustainable right now without the relief requested in our pending motion to continue deadlines–particularly the need to continue the discovery cutoff. I am indispensable to the case as the lead attorney and I hold the primary relationship with the client as a sole-practitioner.

13. As mentioned in my previous declaration, I remind the Court of the overarching hope: that chemotherapy eventually stops the bleeding (and solves a thousand other problems caused by an active cancer) even though it is what is currently causing it. Prior to restarting chemotherapy on October 5, I did not have the problems I do now. I resumed chemotherapy for very good reasons—but I was not quite ready for the temporary problems that arose, and which have now increased significantly.

14. The hope is that once this infection is treated, I will return to chemotherapy and that will put me in a place where I can resume work more fully.

The requested continuance will allow me to either properly participate in this case or if I am unable to, it will allow my client the opportunity to seek the additional counsel that will very much be necessary. As I mentioned in my prior declaration, we are not asking for a stay. There is almost limitless work to complete before the discovery cutoff, even if it is moved back as we request, and my small team will continue to engage in that work until either I or another lead attorney can participate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 14, 2023, at Los Angeles, California.

By:   /s/ *David Alden Erikson*
      David Alden Erikson