1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  MEENAKSHI KRISHNAN (*pro hac vice*)
     meenakshikrishnan@dwt.com
4  SAMANTHA LACHMAN (State Bar No. 331969)
     samlachman@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800; Fax: (213) 633-6899
7
   Attorneys for Defendants
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
|---|---|
| Plaintiff, | **DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF *DEFENDANTS' EX PARTE* APPLICATION TO COMPEL PLAINTIFF'S DEPOSITION AND TO MODIFY THE SCHEDULING ORDER TO ALLOW FOR SAME** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

FREEMAN DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. On September 22, 2022, Defendants noticed Plaintiff's deposition for December 8, 2022. As Plaintiff had not yet produced her documents as the date approached, Defendants took the deposition off-calendar pending Plaintiff's document productions.

3. Nearly a year after they first noticed Plaintiff's deposition, Plaintiff still had not produced the vast majority of her responsive documents in this case. But with the November 17 discovery cutoff looming, on September 20, 2023, Defendants served an amended notice of deposition on Plaintiff for October 20.

4. On October 4, 2023, Plaintiff's counsel, Antoinette Waller, emailed Defendants' counsel asking for dates—for the first time—for the depositions of Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop. In that email, Ms. Waller claimed she was "looking into" the October 20 date and stated that Plaintiff would only appear for a deposition after scheduling depositions for Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop.

5. On October 5, 2023, I informed Ms. Waller that Defendants' counsel had asked Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop for their deposition availability and would revert with available dates. I also reminded Ms. Waller that

FREEMAN DECLARATION
1
DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendants' counsel noticed Plaintiff's October 20 deposition a month in advance, on September 20, and wrote:

> We are more than willing to work with you on a more convenient date, but it must be close in time to October 20. Given that two weeks have already passed since we noticed the deposition, please propose some dates that work for you by tomorrow, October 6. If we can't agree on another date soon, we'll need to move forward with October 20.

6. As of October 11, Plaintiff's counsel had not responded regarding Plaintiff's deposition. I reminded Ms. Waller by email that "Ms. Gregorini's deposition remains noticed for October 20. We are happy to agree on another date close in time to October 20, but so far you have provided no alternative dates. Until we can agree on another date, the October 20 deposition remains calendared."

7. Plaintiff's counsel did not reply until October 17, 2023, three days before Plaintiff's scheduled deposition. Ms. Waller then informed me that "that "[w]e are unavailable October 20 and Ms. Gregorini's deposition will not move forward on that date. We can discuss alternate dates. Currently our only available dates prior to the current deadline are the week of November 14." Defendants' counsel agreed to take the October 20 deposition off-calendar and re-notice it for November 14 if Ms. Waller would confirm that Plaintiff indeed would appear in Defendants' counsel's office on November 14. Ms. Waller confirmed on October 19, and Defendants served an amended notice that same day.

8. On November 7, Ms. Waller notified Defendants' counsel that Plaintiff would not appear for her deposition on November 14 due to Plaintiff's counsel David Erikson's health and "other scheduling issues." Plaintiff's counsel did not provide details as to what those "other scheduling issues" were. My co-counsel Nicolas Jampol responded to explain that because the Court-ordered discovery cutoff was only three days later, the November 14 deposition needed to move forward. Plaintiff's counsel did not reply.

9. On November 14, 2023, Plaintiff failed to appear for her deposition. She has not moved for a protective order. The certificate of non-appearance for Plaintiff's deposition and its exhibits are attached to this declaration as **Exhibit 1**.

10. Plaintiff's counsel also has refused to produce their expert witnesses for deposition prior to the expert discovery cutoff, as well as two third-party fact witnesses who are identified in Plaintiff's initial disclosures as represented by Plaintiff's counsel (Tatiana von Furstenberg and Barbara Bach Starkey). Given the current discovery cutoff, Defendants have not filed for *ex parte* relief on these grounds, but may seek appropriate evidentiary or other sanctions in the future through a duly noticed motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 15th day of November 2023, in Los Angeles, California.

*Cydney Swofford Freeman*
Cydney Swofford Freeman

3

FREEMAN DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   FRANCESCA GREGORINI,          )
                                   )
 5             Plaintiff,          )
                                   )
 6      vs.                        )  No. 2:20-cv-00406-SSS-JC
                                   )
 7   APPLE INC., a California      )  Affidavit of Failure
     corporation; M. NIGHT         )  of Witness to Appear
 8   SHYAMALAN, an individual,     )  for Deposition
     BLINDING EDGE PICTURES, INC.,)
 9   a Pennsylvania corporation;   )
     UNCLE GEORGE PRODUCTIONS, a   )
10   Pennsylvania corporate;       )
     ESCAPE ARTISTS LLC, a         )
11   California limited liability  )
     company; DOLPHIN BLACK        )
12   PRODUCTIONS, a California     )
     corporation; TONY BASGALLOP,  )
13   an individual; ASHWIN RAJAN,  )
     an individual; JASON          )
14   BLUMENTHAL, an individual;    )
     TODD BLACK, an individual;    )
15   STEVE TISCH, an individual;   )
     STEVE TISCH, an individual;   )
16   and DOES 1-10, inclusive,     )
                                   )
17             Defendants.         )
     _____)
18
19
20
21         I, KATHLEEN SIRI, a Certified Shorthand
22   Reporter for the State of California, with principal
23   office in the County of Los Angeles, hereby declare
24   under penalty of perjury the following:
25         On Tuesday, November 14, 2023, at 10:00 a.m., I
```

Page 1

1  made an appearance at the law offices of DAVIS WRIGHT

2  TREMAINE LLP, 865 South Figueroa Street, 24th Floor,

3  Los Angeles, California, for the purpose of reporting

4  the deposition of FRANCESCA GREGORINI.

5       At approximately 10:35 a.m., I was informed by

6  counsel, Cydney SWofford Freeman, that Francesca

7  Gregorini had not appeared for the taking of her

8  deposition.  Accordingly, the deposition was cancelled.

9       In witness thereof, I hereby subscribe my name

10 this 15th day of November 2023.

11

12

13

14            Kathleen Siri, CSR No. 9726

Page 2

```
 1            Scheduled deposition of FRANCESCA GREGORINI, to
 2   have been taken before KATHLEEN SIRI, a Certified
 3   Shorthand Reporter for the State of California, with
 4   principal office in the County of Los Angeles, to have
 5   commenced at 10:00 a.m., Tuesday, November 14, 2023, at
 6   the law offices of DAVIS WRIGHT TREMAINE LLP, 865 South
 7   Figueroa Street, 24th Floor, Los Angeles, California.
 8
 9
10   APPEARANCES OF COUNSEL:
11   FOR PLAINTIFF:
12   ERIKSON LAW GROUP
     BY:  David ALDEN ERIKSON, ESQ.
13   200 North Larchmont Boulevard
     Los Angeles, California 90004
14   (323) 465-3100
     (NOT PRESENT)
15
     FOR DEFENDANTS:
16
     DAVIS WRIGHT TREMAINE LLP
17   BY:  CYDNEY SWOFFORD FREEMAN, ESQ.
          NICOLAS A. JAMPOL, ESQ.
18   865 South Figueroa Street, 24th Floor
     Los Angeles, California 90017
19   (213) 633-6800
20   ALSO PRESENT:
21   JONATHAN HERNANDEZ, VIDEOGRAPHER
22
23
24
25
```

| | E X H I B I T S | |
|---|---|---|
| Exhibit | Description | Page |
| Exhibit 89 | Printout of an e-mail from Victoria Isensee to David Erikson and others, 9/22/22 | 6 |
| Exhibit 90 | Notice of Deposition for 12/8/22 | 6 |
| Exhibit 91 | Printout of an e-mail from Cydney Freeman to David Erikson and others, 11/15/22 | 6 |
| Exhibit 92 | Printout of an e-mail from Cydney Freeman to David Erikson and others, 9/20/23 | 6 |
| Exhibit 93 | Amended Notice of Deposition for 10/20/23 | 7 |
| Exhibit 94 | Printout of an e-mail string between Cydney Freeman and David Erikson and others, 10/19/23 | 7 |
| Exhibit 95 | Amended Notice of Deposition for 11/14/23 | 7 |
| Exhibit 96 | Printout of an e-mail string between Nicolas Jampol and Antoinette Waller and others, 11/8/23 | 7 |
| Exhibit 97 | Printout of an e-mail string between Antoinette Waller and Nicolas Jampol and others, 11/14/23 | 8 |

```
 1              (The following proceedings were held on the
 2   record:)
 3
 4              MS. FREEMAN:  My name is Cydney Swofford
 5   Freeman.  I'm an attorney at Davis Wright Tremaine, LLP.
 6   I'm here today with my colleague, Nicolas Jampol.  We
 7   represent the defendants in the action, Francesca
 8   Gregorini Versus Apple, et al.
 9              We are present in DWT's downtown Los Angeles
10   office at 865 South Figueroa Street, Los Angeles,
11   California 90017.  No other counsel is present or has
12   appeared for this deposition.
13              This record of nonappearance is for the
14   deposition of Plaintiff Francesca Gregorini, pursuant to
15   Federal Rule of Civil Procedure 30, timely noticed for
16   November 14th, 2023 at 10:00 a.m.
17              The corresponding deposition notice was served
18   on Ms. Gregorini's counsel by e-mail on October 19th,
19   2023, as the parties have agreed to e-mail service in
20   this action.
21              It is now approximately 10:35 a.m. on
22   November 14th, 2023 and the witness has not appeared.
23   Counsel for the deponent is not present.
24              Given the witness' nonappearance, I will enter
25   the following exhibits into the record.
```

Page 5

```
 1            (Defendants' Exhibit 89 was marked for
 2   identification by the Certified Shorthand Reporter and
 3   attached hereto.)
 4            MS. FREEMAN:  Exhibit 89 is a true and correct
 5   copy of a September 22nd, 2022 e-mail from our office to
 6   plaintiff's counsel, serving a Notice of Deposition to
 7   Plaintiff Francesca Gregorini for December 8th, 2022.
 8            (Defendants' Exhibit 90 was marked for
 9   identification by the Certified Shorthand Reporter and
10   attached hereto.)
11            MS. FREEMAN:  The Exhibit 90 is the attached
12   Notice of Deposition.
13            (Defendants' Exhibit 91 was marked for
14   identification by the Certified Shorthand Reporter and
15   attached hereto.)
16            MS. FREEMAN:  Exhibit 91 is a true and correct
17   copy of a November 15th, 2022 e-mail to plaintiff's
18   counsel from me taking the December 8th, 2022 deposition
19   off calendar.
20            (Defendants' Exhibit 92 was marked for
21   identification by the Certified Shorthand Reporter and
22   attached hereto.)
23            MS. FREEMAN:  Exhibit 92 is a true and correct
24   copy of a September 20th, 2023 e-mail to plaintiff's
25   counsel from me serving a notice setting Ms. Gregorini's
```

```
 1    deposition for October 20th, 2023.
 2             (Defendants' Exhibit 93 was marked for
 3    identification by the Certified Shorthand Reporter and
 4    attached hereto.)
 5             MS. FREEMAN:  Exhibit 93 is the attached
 6    Amended Notice of Deposition setting Ms. Gregorini's
 7    deposition for October 20th, 2023.
 8             (Defendants' Exhibit 94 was marked for
 9    identification by the Certified Shorthand Reporter and
10    attached hereto.)
11             MS. FREEMAN:  Exhibit 94 is a true and correct
12    copy of e-mail correspondence between plaintiff's
13    counsel and defendants' counsel on October 4th through
14    October 19th, 2023 regarding the October 20th, 2023
15    deposition, ultimately agreeing to move the deposition
16    to November 14th, 2023 at plaintiff's counsel's request.
17             (Defendants' Exhibit 95 was marked for
18    identification by the Certified Shorthand Reporter and
19    attached hereto.)
20             MS. FREEMAN:  Exhibit 95 is the attached
21    Amended Notice of Deposition setting Ms. Gregorini's
22    deposition for November 14th, 2023.
23             (Defendants' Exhibit 96 was marked for
24    identification by the Certified Shorthand Reporter and
25    attached hereto.)
```

Page 7

```
 1              MS. FREEMAN:  Exhibit 96 is a true and correct
 2     copy of e-mail correspondence between plaintiff's
 3     counsel and defendants' counsel on November 7th and
 4     November 8th, 2023 regarding this deposition.
 5              (Defendants' Exhibit 97 was marked for
 6     identification by the Certified Shorthand Reporter and
 7     attached hereto.)
 8              MS. FREEMAN:  And Exhibit 97 is a true and
 9     correct copy of e-mail correspondence between
10     plaintiff's counsel and defendants' counsel on
11     November 13th and November 14th, 2023 regarding this
12     deposition.
13              It is now approximately 10:38 a.m.  Neither the
14     deponent nor her counsel have appeared.  Plaintiff has
15     not filed any protective order as to this notice of
16     deposition or as to any notice of deposition we've
17     served in this action.  Accordingly, this deposition is
18     suspended due to nonappearance.
19              Thank you to the court reporter.  And we are
20     off the record.
21
22              (End of Proceeding.)
23
24
25
```

Page 8

**[00406 - corporation]**

| 0 | 213 3:19 | 94 4:12 7:8,11 | ashwin 1:13 |
|---|---|---|---|
| **00406** 1:6 | **22nd** 6:5 | **95** 4:14 7:17,20 | **attached** 6:3,10 |
| **1** | **24th** 2:2 3:7,18 | **96** 4:16 7:23 8:1 | 6:11,15,22 7:4 7:5,10,19,20,25 8:7 |
| **1-10** 1:16 | **2:20** 1:6 | **97** 4:18 8:5,8 | |
| **10/19/23** 4:13 | **3** | **9726** 2:14 | **attorney** 5:5 |
| **10/20/23** 4:11 | **30** 5:15 | **a** | **b** |
| **10:00** 1:25 3:5 5:16 | **323** 3:14 | **a.m.** 1:25 2:5 3:5 5:16,21 8:13 | **b** 4:1 |
| **10:35** 2:5 5:21 | **4** | **action** 5:7,20 8:17 | **basgallop** 1:12 |
| **10:38** 8:13 | **465-3100** 3:14 | **affidavit** 1:7 | **black** 1:11,14 |
| **11/14/23** 4:15 4:20 | **4th** 7:13 | **agreed** 5:19 | **blinding** 1:8 |
| **11/15/22** 4:8 | **6** | **agreeing** 7:15 | **blumenthal** 1:14 |
| **11/8/23** 4:17 | **6** 4:4,6,7,9 | **al** 5:8 | **boulevard** 3:13 |
| **12/8/22** 4:6 | **633-6800** 3:19 | **alden** 3:12 | **c** |
| **13th** 8:11 | **7** | **amended** 4:11 4:14 7:6,21 | **calendar** 6:19 |
| **14** 1:25 3:5 | **7** 4:11,12,14,16 | **angeles** 1:23 2:3 3:4,7,13,18 5:9,10 | **california** 1:2,7 1:11,12,22 2:3 3:3,7,13,18 5:11 |
| **14th** 5:16,22 7:16,22 8:11 | **7th** 8:3 | **antoinette** 4:17 4:19 | **cancelled** 2:8 |
| **15055** 2:13 | **8** | **appear** 1:7 | **central** 1:2 |
| **15th** 2:10 6:17 | **8** 4:18 | **appearance** 2:1 | **certified** 1:21 3:2 6:2,9,14,21 7:3,9,18,24 8:6 |
| **19th** 5:18 7:14 | **865** 2:2 3:6,18 5:10 | **appearances** 3:10 | **civil** 5:15 |
| **2** | **89** 4:4 6:1,4 | **appeared** 2:7 5:12,22 8:14 | **colleague** 5:6 |
| **200** 3:13 | **8th** 6:7,18 8:4 | **apple** 1:7 5:8 | **commenced** 3:5 |
| **2022** 6:5,7,17 6:18 | **9** | **approximately** 2:5 5:21 8:13 | **company** 1:11 |
| **2023** 1:25 2:10 3:5 5:16,19,22 6:24 7:1,7,14 7:14,16,22 8:4 8:11 | **9/20/23** 4:10 | **artists** 1:10 | **copy** 6:5,17,24 7:12 8:2,9 |
| | **9/22/22** 4:5 | | **corporate** 1:10 |
| | **90** 4:6 6:8,11 | | **corporation** 1:7,9,12 |
| | **90004** 3:13 | | |
| | **90017** 3:18 5:11 | | |
| **20th** 6:24 7:1,7 7:14 | **91** 4:7 6:13,16 | | |
| | **92** 4:9 6:20,23 | | |
| | **93** 4:11 7:2,5 | | |

[correct - los]

**correct** 6:4,16 6:23 7:11 8:1,9
**corresponden...** 7:12 8:2,9
**corresponding** 5:17
**counsel** 2:6 3:10 5:11,18 5:23 6:6,18,25 7:13,13 8:3,3 8:10,10,14
**counsel's** 7:16
**county** 1:23 3:4
**court** 1:1 8:19
**csr** 2:14
**cv** 1:6
**cydney** 2:6 3:17 4:7,9,13 5:4

**d**

**david** 3:12 4:4 4:7,9,13
**davis** 2:1 3:6,16 5:5
**day** 2:10
**december** 6:7 6:18
**declare** 1:23
**defendants** 1:17 3:15 5:7 6:1,8,13,20 7:2 7:8,13,17,23 8:3,5,10
**deponent** 5:23 8:14

**deposition** 1:8 2:4,8,8 3:1 4:6 4:11,14 5:12 5:14,17 6:6,12 6:18 7:1,6,7,15 7:15,21,22 8:4 8:12,16,16,17
**description** 4:2
**district** 1:1,2
**dolphin** 1:11
**downtown** 5:9
**due** 8:18
**dwt's** 5:9

**e**

**e** 4:1,4,7,9,12 4:16,18 5:18 5:19 6:5,17,24 7:12 8:2,9
**edge** 1:8
**enter** 5:24
**erikson** 3:12,12 4:5,7,9,13
**escape** 1:10
**esq** 3:12,17,17
**et** 5:8
**exhibit** 4:2,4,6 4:7,9,11,12,14 4:16,18 6:1,4,8 6:11,13,16,20 6:23 7:2,5,8,11 7:17,20,23 8:1 8:5,8
**exhibits** 5:25

**f**

**failure** 1:7
**federal** 5:15
**figueroa** 2:2 3:7,18 5:10
**filed** 8:15
**floor** 2:2 3:7,18
**following** 1:24 5:1,25
**francesca** 1:4 2:4,6 3:1 5:7 5:14 6:7
**freeman** 2:6 3:17 4:7,9,13 5:4,5 6:4,11,16 6:23 7:5,11,20 8:1,8

**g**

**george** 1:9
**given** 5:24
**gregorini** 1:4 2:4,7 3:1 5:8 5:14 6:7
**gregorini's** 5:18 6:25 7:6 7:21
**group** 3:12

**h**

**h** 4:1
**held** 5:1
**hereto** 6:3,10 6:15,22 7:4,10 7:19,25 8:7

**hernandez** 3:21

**i**

**identification** 6:2,9,14,21 7:3 7:9,18,24 8:6
**inclusive** 1:16
**individual** 1:8 1:13,13,14,14 1:15,15
**informed** 2:5
**isensee** 4:4

**j**

**jampol** 3:17 4:16,19 5:6
**jason** 1:13
**jc** 1:6
**jonathan** 3:21

**k**

**kathleen** 1:21 2:14 3:2

**l**

**larchmont** 3:13
**law** 2:1 3:6,12
**liability** 1:11
**limited** 1:11
**llc** 1:10
**llp** 2:2 3:6,16 5:5
**los** 1:23 2:3 3:4 3:7,13,18 5:9 5:10

[m - united]

| m | office 1:23 3:4 | r | sss 1:6 |
|---|---|---|---|
| m 1:7 | 5:10 6:5 | rajan 1:13 | state 1:22 3:3 |
| made 2:1 | offices 2:1 3:6 | record 5:2,13 | states 1:1 |
| mail 4:4,7,9,12 | order 8:15 | 5:25 8:20 | steve 1:15,15 |
| 4:16,18 5:18 | **p** | regarding 7:14 | street 2:2 3:7 |
| 5:19 6:5,17,24 | page 4:2 | 8:4,11 | 3:18 5:10 |
| 7:12 8:2,9 | parties 5:19 | reporter 1:22 | string 4:12,16 |
| marked 6:1,8 | penalty 1:24 | 3:3 6:2,9,14,21 | 4:18 |
| 6:13,20 7:2,8 | pennsylvania | 7:3,9,18,24 8:6 | subscribe 2:9 |
| 7:17,23 8:5 | 1:9,10 | 8:19 | suspended 8:18 |
| move 7:15 | perjury 1:24 | reporting 2:3 | swofford 2:6 |
| **n** | pictures 1:8 | represent 5:7 | 3:17 5:4 |
| name 2:9 5:4 | plaintiff 1:5 | request 7:16 | **t** |
| neither 8:13 | 3:11 5:14 6:7 | rule 5:15 | t 4:1 |
| nicolas 3:17 | 8:14 | **s** | taken 3:2 |
| 4:16,19 5:6 | plaintiff's 6:6 | s 4:1 | thank 8:19 |
| night 1:7 | 6:17,24 7:12 | scheduled 3:1 | thereof 2:9 |
| nonappearance | 7:16 8:2,10 | september 6:5 | timely 5:15 |
| 5:13,24 8:18 | present 3:14,20 | 6:24 | tisch 1:15,15 |
| north 3:13 | 5:9,11,23 | served 5:17 | today 5:6 |
| notice 4:6,11 | principal 1:22 | 8:17 | todd 1:14 |
| 4:14 5:17 6:6 | 3:4 | service 5:19 | tony 1:12 |
| 6:12,25 7:6,21 | printout 4:4,7 | serving 6:6,25 | tremaine 2:2 |
| 8:15,16 | 4:9,12,16,18 | setting 6:25 7:6 | 3:6,16 5:5 |
| noticed 5:15 | procedure 5:15 | 7:21 | true 6:4,16,23 |
| november 1:25 | proceeding | shorthand 1:21 | 7:11 8:1,8 |
| 2:10 3:5 5:16 | 8:22 | 3:3 6:2,9,14,21 | tuesday 1:25 |
| 5:22 6:17 7:16 | proceedings | 7:3,9,18,24 8:6 | 3:5 |
| 7:22 8:3,4,11 | 5:1 | shyamalan 1:8 | **u** |
| 8:11 | productions | signature 2:13 | ultimately 7:15 |
| **o** | 1:9,12 | siri 1:21 2:14 | uncle 1:9 |
| october 5:18 | protective 8:15 | 3:2 | under 1:24 |
| 7:1,7,13,14,14 | purpose 2:3 | south 2:2 3:6 | united 1:1 |
|  | pursuant 5:14 | 3:18 5:10 |  |

Francesca Gregorini
November 14, 2023

**[versus - x]**

| v |
|---|
| **versus**  5:8 |
| **victoria**  4:4 |
| **videographer**  3:21 |
| **vs**  1:6 |
| **w** |
| **waller**  4:17,19 |
| **we've**  8:16 |
| **witness**  1:7 2:9  5:22,24 |
| **wright**  2:1 3:6  3:16 5:5 |
| **x** |
| **x**  4:1 |

Page 4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.