NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>  Plaintiff,<br><br>  vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF NICOLAS A. JAMPOL IN SUPPORT OF *DEFENDANTS' EX PARTE* APPLICATION TO COMPEL PLAINTIFF'S DEPOSITION AND TO MODIFY THE SCHEDULING ORDER TO ALLOW FOR SAME** |

JAMPOL DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF NICOLAS A. JAMPOL

I, Nicolas A. Jampol, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. On November 13, 2023, my co-counsel Meenakshi Krishnan and I met and conferred with Plaintiff's counsel, Antoinette Waller, on Plaintiff's threatened motion to compel certain of Apple's responses to Plaintiff's interrogatories. During our call, I asked whether Plaintiff would appear at her deposition the next day, on November 14. Ms. Waller said she would not. I explained that with the court-ordered discovery cutoff set for November 17, Defendants would have no choice but to seek relief from the Court if Plaintiff did not appear for her deposition.

3. After our call, on November 13, I sent Ms. Waller an email memorializing our conversation. I confirmed that if Plaintiff did not appear for her deposition on November 14, Defendants would file an *ex parte* application to compel her deposition the week of November 27 and to modify the scheduling order for the sole purpose of allowing the same. I asked whether she would oppose this application.

4. On November 14, 2023, Ms. Waller responded to my email, informing Defendants' counsel that there was "no need" for Defendants' counsel to attend Plaintiff's deposition because it "will not happen." Ms. Waller stated that she opposes Defendants' *ex parte* application and that "neither we nor our client are able to appear for her deposition the week of November 27."

JAMPOL DECLARATION

1

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct, and that this Declaration was
3  executed on the 15th day of November, 2023, in Los Angeles, California.

*/s/ Nicolas A. Jampol*
Nicolas A. Jampol

2

JAMPOL DECLARATION

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899