# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                Plaintiff,<br><br>    vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO COMPEL PLAINTIFF'S DEPOSITION AND TO MODIFY THE SCHEDULING ORDER TO ALLOW FOR SAME (DKT.129)** |

      On November 15, 2023, defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants")

filed an *ex parte* application to compel plaintiff Francesca Gregorini's ("Plaintiff") deposition and to modify the scheduling order to allow for same (the "Application").

Defendants ask the Court to compel Plaintiff to appear for her deposition and to modify the scheduling order to allow her deposition to take place between November 27, 2023 and December 1, 2023. Defendants contend that *ex parte* relief is justified. *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995). Defendants also contend that good cause exists to compel Plaintiff to appear for her deposition. *See United States v. 2.61 Acres of Land*, 791 F.2d 666, 671 (9th Cir. 1985).

The Court, having considered Defendants' Application and finding good cause, hereby GRANTS the Application and ORDERS as follows:

1. Plaintiff Francesca Gregorini shall appear in person at the offices of Davis Wright Tremaine LLP for her deposition during the week of November 27 through December 1, at 10:00 a.m. on a date to be selected by Plaintiff's counsel (and provided to Defendants' counsel by November 22, 2023).

2. The scheduling order is modified to allow Plaintiff's deposition—and only Plaintiff's deposition—to take place after the discovery cutoff, between November 27 and December 1.

IT IS SO ORDERED.

Dated:

_____
SUNSHINE S. SYKES
United States District Judge