1  NICOLAS A. JAMPOL (State Bar No. 244867)
     nicolasjampol@dwt.com
2  CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
     cydneyfreeman@dwt.com
3  MEENAKSHI KRISHNAN (*pro hac vice*)
     meenakshikrishnan@dwt.com
4  SAMANTHA LACHMAN (State Bar No. 331969)
     samlachman@dwt.com
5  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
6  Los Angeles, California 90017-2566
   Tel.: (213) 633-6800; Fax: (213) 633-6899
7
   Attorneys for Defendants
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  FRANCESCA GREGORINI,                  Case No. 2:20-cv-00406-SSS-JC

13              Plaintiff,                **NOTICE OF ERRATA REGARDING DKT. 129-1**

14     vs.

15  APPLE INC., a California corporation;
    M. NIGHT SHYAMALAN, an
16  individual, BLINDING EDGE
    PICTURES, INC., a Pennsylvania
17  corporation; UNCLE GEORGE
    PRODUCTIONS, a Pennsylvania
18  corporate; ESCAPE ARTISTS LLC, a
    California limited liability company;
19  DOLPHIN BLACK PRODUCTIONS, a
    California corporation; TONY
20  BASGALLOP, an individual; ASHWIN
    RAJAN, an individual; JASON
21  BLUMENTHAL, an individual; TODD
    BLACK, an individual; STEVE TISCH,
22  an individual; and DOES 1-10, inclusive,

23              Defendants.

24

25

26

27

28

NOTICE OF ERRATA
4870-6180-3153v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") submit this Notice of Errata in connection with their November 15 *Ex Parte* Application to Compel Plaintiff's Deposition and to Modify the Scheduling Order to Allow for Same. Dkt. 129. Due to a clerical error, the Declaration of Cydney Swofford Freeman, Dkt. 129-1, was filed with pages missing from its Exhibit 1.

Attached to this filing is the corrected Declaration of Cydney Swofford Freeman, which includes all pages to Exhibit 1 and makes no other changes.

DATED: November 16, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By: /s/ *Cydney Swofford Freeman*
Cydney Swofford Freeman

Attorneys for Defendants

1

NOTICE OF ERRATA
4870-6180-3153v.1 0113237-000003

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899