NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800; Fax:  (213) 633-6899

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>                    Plaintiff,<br><br>          vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF *DEFENDANTS' EX PARTE* APPLICATION TO COMPEL PLAINTIFF'S DEPOSITION AND TO MODIFY THE SCHEDULING ORDER TO ALLOW FOR SAME** |

FREEMAN DECLARATION

## <u>DECLARATION OF CYDNEY SWOFFORD FREEMAN</u>

I, Cydney Swofford Freeman, declare as follows:

1.     I am an attorney admitted to practice before all courts of the State of California and before this Court.  I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") in this matter.  The facts stated below are based on my own personal knowledge.

2.     On September 22, 2022, Defendants noticed Plaintiff's deposition for December 8, 2022.  As Plaintiff had not yet produced her documents as the date approached, Defendants took the deposition off-calendar pending Plaintiff's document productions.

3.     Nearly a year after they first noticed Plaintiff's deposition, Plaintiff still had not produced the vast majority of her responsive documents in this case. But with the November 17 discovery cutoff looming, on September 20, 2023, Defendants served an amended notice of deposition on Plaintiff for October 20.

4.     On October 4, 2023, Plaintiff's counsel, Antoinette Waller, emailed Defendants' counsel asking for dates—for the first time—for the depositions of Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop.  In that email, Ms. Waller claimed she was "looking into" the October 20 date and stated that Plaintiff would only appear for a deposition after scheduling depositions for Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop.

5.     On October 5, 2023, I informed Ms. Waller that Defendants' counsel had asked Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop for their deposition availability and would revert with available dates.  I also reminded Ms. Waller that

FREEMAN DECLARATION

1

Defendants' counsel noticed Plaintiff's October 20 deposition a month in advance, on September 20, and wrote:

> We are more than willing to work with you on a more convenient date, but it must be close in time to October 20. Given that two weeks have already passed since we noticed the deposition, please propose some dates that work for you by tomorrow, October 6. If we can't agree on another date soon, we'll need to move forward with October 20.

6.     As of October 11, Plaintiff's counsel had not responded regarding Plaintiff's deposition. I reminded Ms. Waller by email that "Ms. Gregorini's deposition remains noticed for October 20. We are happy to agree on another date close in time to October 20, but so far you have provided no alternative dates. Until we can agree on another date, the October 20 deposition remains calendared."

7.     Plaintiff's counsel did not reply until October 17, 2023, three days before Plaintiff's scheduled deposition. Ms. Waller then informed me that "that "[w]e are unavailable October 20 and Ms. Gregorini's deposition will not move forward on that date. We can discuss alternate dates. Currently our only available dates prior to the current deadline are the week of November 14." Defendants' counsel agreed to take the October 20 deposition off-calendar and re-notice it for November 14 if Ms. Waller would confirm that Plaintiff indeed would appear in Defendants' counsel's office on November 14. Ms. Waller confirmed on October 19, and Defendants served an amended notice that same day.

8.     On November 7, Ms. Waller notified Defendants' counsel that Plaintiff would not appear for her deposition on November 14 due to Plaintiff's counsel David Erikson's health and "other scheduling issues." Plaintiff's counsel did not provide details as to what those "other scheduling issues" were. My co-counsel Nicolas Jampol responded to explain that because the Court-ordered discovery cutoff was only three days later, the November 14 deposition needed to move forward. Plaintiff's counsel did not reply.

FREEMAN DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9.   On November 14, 2023, Plaintiff failed to appear for her deposition. She has not moved for a protective order.  The certificate of non-appearance for Plaintiff's deposition and its exhibits are attached to this declaration as **Exhibit 1**.

10.   Plaintiff's counsel also has refused to produce their expert witnesses for deposition prior to the expert discovery cutoff, as well as two third-party fact witnesses who are identified in Plaintiff's initial disclosures as represented by Plaintiff's counsel (Tatiana von Furstenberg and Barbara Bach Starkey).  Given the current discovery cutoff, Defendants have not filed for *ex parte* relief on these grounds, but may seek appropriate evidentiary or other sanctions in the future through a duly noticed motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 15th day of November 2023, in Los Angeles, California.

*Cydney Swofford Freeman*
Cydney Swofford Freeman

FREEMAN DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# EXHIBIT 1

```
 1                  UNITED STATES DISTRICT COURT
 2                  CENTRAL DISTRICT OF CALIFORNIA
 3
 4    FRANCESCA GREGORINI,          )
                                    )
 5                  Plaintiff,      )
                                    )
 6         vs.                      )   No. 2:20-cv-00406-SSS-JC
                                    )
 7    APPLE INC., a California      )   Affidavit of Failure
      corporation; M. NIGHT        )   of Witness to Appear
 8    SHYAMALAN, an individual,     )   for Deposition
      BLINDING EDGE PICTURES, INC.,)
 9    a Pennsylvania corporation;   )
      UNCLE GEORGE PRODUCTIONS, a   )
10    Pennsylvania corporate;       )
      ESCAPE ARTISTS LLC, a         )
11    California limited liability )
      company; DOLPHIN BLACK        )
12    PRODUCTIONS, a California      )
      corporation; TONY BASGALLOP, )
13    an individual; ASHWIN RAJAN, )
      an individual; JASON          )
14    BLUMENTHAL, an individual;    )
      TODD BLACK, an individual;    )
15    STEVE TISCH, an individual;   )
      STEVE TISCH, an individual;   )
16    and DOES 1-10, inclusive,     )
                                    )
17                  Defendants.     )
      _____)
18
19
20
21         I, KATHLEEN SIRI, a Certified Shorthand
22    Reporter for the State of California, with principal
23    office in the County of Los Angeles, hereby declare
24    under penalty of perjury the following:
25         On Tuesday, November 14, 2023, at 10:00 a.m., I
```

                                                   Page 1

1    made an appearance at the law offices of DAVIS WRIGHT

2    TREMAINE LLP, 865 South Figueroa Street, 24th Floor,

3    Los Angeles, California, for the purpose of reporting

4    the deposition of FRANCESCA GREGORINI.

5            At approximately 10:35 a.m., I was informed by

6    counsel, Cydney SWofford Freeman, that Francesca

7    Gregorini had not appeared for the taking of her

8    deposition.  Accordingly, the deposition was cancelled.

9            In witness thereof, I hereby subscribe my name

10   this 15th day of November 2023.

11

12

13

14        Kathleen Siri, CSR No. 9726

15

16

17

18

19

20

21

22

23

24

25

Page  2

```
 1          Scheduled deposition of FRANCESCA GREGORINI, to
 2  have been taken before KATHLEEN SIRI, a Certified
 3  Shorthand Reporter for the State of California, with
 4  principal office in the County of Los Angeles, to have
 5  commenced at 10:00 a.m., Tuesday, November 14, 2023, at
 6  the law offices of DAVIS WRIGHT TREMAINE LLP, 865 South
 7  Figueroa Street, 24th Floor, Los Angeles, California.
 8
 9
10  APPEARANCES OF COUNSEL:
11  FOR PLAINTIFF:
12  ERIKSON LAW GROUP
    BY:  David ALDEN ERIKSON, ESQ.
13  200 North Larchmont Boulevard
    Los Angeles, California 90004
14  (323) 465-3100
    (NOT PRESENT)
15
    FOR DEFENDANTS:
16
    DAVIS WRIGHT TREMAINE LLP
17  BY:  CYDNEY SWOFFORD FREEMAN, ESQ.
         NICOLAS A. JAMPOL, ESQ.
18  865 South Figueroa Street, 24th Floor
    Los Angeles, California 90017
19  (213) 633-6800
20  ALSO PRESENT:
21  JONATHAN HERNANDEZ, VIDEOGRAPHER
22
23
24
25
```

Page  3

```
 1                    E X H I B I T S
 2    Exhibit              Description                  Page
 3
 4    Exhibit 89    Printout of an e-mail from            6
                    Victoria Isensee to David
 5                  Erikson and others, 9/22/22
 6    Exhibit 90    Notice of Deposition for 12/8/22      6
 7    Exhibit 91    Printout of an e-mail from            6
                    Cydney Freeman to David Erikson
 8                  and others, 11/15/22
 9    Exhibit 92    Printout of an e-mail from            6
                    Cydney Freeman to David Erikson
10                  and others, 9/20/23
11    Exhibit 93    Amended Notice of Deposition          7
                    for 10/20/23
12
      Exhibit 94    Printout of an e-mail string          7
13                  between Cydney Freeman and David
                    Erikson and others, 10/19/23
14
      Exhibit 95    Amended Notice of Deposition          7
15                  for 11/14/23
16    Exhibit 96    Printout of an e-mail string          7
                    between Nicolas Jampol and
17                  Antoinette Waller and others,
                    11/8/23
18
      Exhibit 97    Printout of an e-mail string          8
19                  between Antoinette Waller and
                    Nicolas Jampol and others,
20                  11/14/23
21
22
23
24
25
                                           Page  4
```

```
 1                (The following proceedings were held on the
 2     record:)
 3
 4                MS. FREEMAN:  My name is Cydney Swofford
 5     Freeman.  I'm an attorney at Davis Wright Tremaine, LLP.
 6     I'm here today with my colleague, Nicolas Jampol.  We
 7     represent the defendants in the action, Francesca
 8     Gregorini Versus Apple, et al.
 9                We are present in DWT's downtown Los Angeles
10     office at 865 South Figueroa Street, Los Angeles,
11     California 90017.  No other counsel is present or has
12     appeared for this deposition.
13                This record of nonappearance is for the
14     deposition of Plaintiff Francesca Gregorini, pursuant to
15     Federal Rule of Civil Procedure 30, timely noticed for
16     November 14th, 2023 at 10:00 a.m.
17                The corresponding deposition notice was served
18     on Ms. Gregorini's counsel by e-mail on October 19th,
19     2023, as the parties have agreed to e-mail service in
20     this action.
21                It is now approximately 10:35 a.m. on
22     November 14th, 2023 and the witness has not appeared.
23     Counsel for the deponent is not present.
24                Given the witness' nonappearance, I will enter
25     the following exhibits into the record.
```

Page 5

```
 1              (Defendants' Exhibit 89 was marked for

 2      identification by the Certified Shorthand Reporter and

 3      attached hereto.)

 4              MS. FREEMAN:  Exhibit 89 is a true and correct

 5      copy of a September 22nd, 2022 e-mail from our office to

 6      plaintiff's counsel, serving a Notice of Deposition to

 7      Plaintiff Francesca Gregorini for December 8th, 2022.

 8              (Defendants' Exhibit 90 was marked for

 9      identification by the Certified Shorthand Reporter and

10      attached hereto.)

11              MS. FREEMAN:  The Exhibit 90 is the attached

12      Notice of Deposition.

13              (Defendants' Exhibit 91 was marked for

14      identification by the Certified Shorthand Reporter and

15      attached hereto.)

16              MS. FREEMAN:  Exhibit 91 is a true and correct

17      copy of a November 15th, 2022 e-mail to plaintiff's

18      counsel from me taking the December 8th, 2022 deposition

19      off calendar.

20              (Defendants' Exhibit 92 was marked for

21      identification by the Certified Shorthand Reporter and

22      attached hereto.)

23              MS. FREEMAN:  Exhibit 92 is a true and correct

24      copy of a September 20th, 2023 e-mail to plaintiff's

25      counsel from me serving a notice setting Ms. Gregorini's
```

Page 6

```
 1   deposition for October 20th, 2023.

 2              (Defendants' Exhibit 93 was marked for

 3   identification by the Certified Shorthand Reporter and

 4   attached hereto.)

 5              MS. FREEMAN:   Exhibit 93 is the attached

 6   Amended Notice of Deposition setting Ms. Gregorini's

 7   deposition for October 20th, 2023.

 8              (Defendants' Exhibit 94 was marked for

 9   identification by the Certified Shorthand Reporter and

10   attached hereto.)

11              MS. FREEMAN:   Exhibit 94 is a true and correct

12   copy of e-mail correspondence between plaintiff's

13   counsel and defendants' counsel on October 4th through

14   October 19th, 2023 regarding the October 20th, 2023

15   deposition, ultimately agreeing to move the deposition

16   to November 14th, 2023 at plaintiff's counsel's request.

17              (Defendants' Exhibit 95 was marked for

18   identification by the Certified Shorthand Reporter and

19   attached hereto.)

20              MS. FREEMAN:   Exhibit 95 is the attached

21   Amended Notice of Deposition setting Ms. Gregorini's

22   deposition for November 14th, 2023.

23              (Defendants' Exhibit 96 was marked for

24   identification by the Certified Shorthand Reporter and

25   attached hereto.)
```

Page 7

1          MS. FREEMAN:  Exhibit 96 is a true and correct

2    copy of e-mail correspondence between plaintiff's

3    counsel and defendants' counsel on November 7th and

4    November 8th, 2023 regarding this deposition.

5          (Defendants' Exhibit 97 was marked for

6    identification by the Certified Shorthand Reporter and

7    attached hereto.)

8          MS. FREEMAN:  And Exhibit 97 is a true and

9    correct copy of e-mail correspondence between

10   plaintiff's counsel and defendants' counsel on

11   November 13th and November 14th, 2023 regarding this

12   deposition.

13         It is now approximately 10:38 a.m.  Neither the

14   deponent nor her counsel have appeared.  Plaintiff has

15   not filed any protective order as to this notice of

16   deposition or as to any notice of deposition we've

17   served in this action.  Accordingly, this deposition is

18   suspended due to nonappearance.

19         Thank you to the court reporter.  And we are

20   off the record.

21

22         (End of Proceeding.)

23

24

25

Page  8

Francesca Gregorini
November 14, 2023

[00406 - corporation]

| 0 |
|---|
| **00406**  1:6 |

| 1 |
|---|
| **1-10**  1:16 |
| **10/19/23**  4:13 |
| **10/20/23**  4:11 |
| **10:00**  1:25 3:5 |
| 5:16 |
| **10:35**  2:5 5:21 |
| **10:38**  8:13 |
| **11/14/23**  4:15 |
| 4:20 |
| **11/15/22**  4:8 |
| **11/8/23**  4:17 |
| **12/8/22**  4:6 |
| **13th**  8:11 |
| **14**  1:25 3:5 |
| **14th**  5:16,22 |
| 7:16,22 8:11 |
| **15055**  2:13 |
| **15th**  2:10 6:17 |
| **19th**  5:18 7:14 |

| 2 |
|---|
| **200**  3:13 |
| **2022**  6:5,7,17 |
| 6:18 |
| **2023**  1:25 2:10 |
| 3:5 5:16,19,22 |
| 6:24 7:1,7,14 |
| 7:14,16,22 8:4 |
| 8:11 |
| **20th**  6:24 7:1,7 |
| 7:14 |

| 213  3:19 |
|---|
| **22nd**  6:5 |
| **24th**  2:2 3:7,18 |
| **2:20**  1:6 |

| 3 |
|---|
| **30**  5:15 |
| **323**  3:14 |

| 4 |
|---|
| **465-3100**  3:14 |
| **4th**  7:13 |

| 6 |
|---|
| **6**  4:4,6,7,9 |
| **633-6800**  3:19 |

| 7 |
|---|
| **7**  4:11,12,14,16 |
| **7th**  8:3 |

| 8 |
|---|
| **8**  4:18 |
| **865**  2:2 3:6,18 |
| 5:10 |
| **89**  4:4 6:1,4 |
| **8th**  6:7,18 8:4 |

| 9 |
|---|
| **9/20/23**  4:10 |
| **9/22/22**  4:5 |
| **90**  4:6 6:8,11 |
| **90004**  3:13 |
| **90017**  3:18 |
| 5:11 |
| **91**  4:7 6:13,16 |
| **92**  4:9 6:20,23 |
| **93**  4:11 7:2,5 |

| 94  4:12 7:8,11 |
|---|
| **95**  4:14 7:17,20 |
| **96**  4:16 7:23 |
| 8:1 |
| **97**  4:18 8:5,8 |
| **9726**  2:14 |

| a |
|---|
| **a.m.**  1:25 2:5 |
| 3:5 5:16,21 |
| 8:13 |
| **action**  5:7,20 |
| 8:17 |
| **affidavit**  1:7 |
| **agreed**  5:19 |
| **agreeing**  7:15 |
| **al**  5:8 |
| **alden**  3:12 |
| **amended**  4:11 |
| 4:14 7:6,21 |
| **angeles**  1:23 |
| 2:3 3:4,7,13,18 |
| 5:9,10 |
| **antoinette**  4:17 |
| 4:19 |
| **appear**  1:7 |
| **appearance**  2:1 |
| **appearances** |
| 3:10 |
| **appeared**  2:7 |
| 5:12,22 8:14 |
| **apple**  1:7 5:8 |
| **approximately** |
| 2:5 5:21 8:13 |
| **artists**  1:10 |

| ashwin  1:13 |
|---|
| **attached**  6:3,10 |
| 6:11,15,22 7:4 |
| 7:5,10,19,20,25 |
| 8:7 |
| **attorney**  5:5 |

| b |
|---|
| **b**  4:1 |
| **basgallop**  1:12 |
| **black**  1:11,14 |
| **blinding**  1:8 |
| **blumenthal** |
| 1:14 |
| **boulevard**  3:13 |

| c |
|---|
| **calendar**  6:19 |
| **california**  1:2,7 |
| 1:11,12,22 2:3 |
| 3:3,7,13,18 |
| 5:11 |
| **cancelled**  2:8 |
| **central**  1:2 |
| **certified**  1:21 |
| 3:2 6:2,9,14,21 |
| 7:3,9,18,24 8:6 |
| **civil**  5:15 |
| **colleague**  5:6 |
| **commenced**  3:5 |
| **company**  1:11 |
| **copy**  6:5,17,24 |
| 7:12 8:2,9 |
| **corporate**  1:10 |
| **corporation** |
| 1:7,9,12 |

Page 1

Francesca Gregorini
November 14, 2023

[correct - los]

| | | | |
|---|---|---|---|
| **correct** 6:4,16 | **deposition** 1:8 | **f** | **hernandez** 3:21 |
| 6:23 7:11 8:1,9 | 2:4,8,8 3:1 4:6 | | **i** |
| **corresponden...** | 4:11,14 5:12 | **failure** 1:7 | |
| 7:12 8:2,9 | 5:14,17 6:6,12 | **federal** 5:15 | **identification** |
| **corresponding** | 6:18 7:1,6,7,15 | **figueroa** 2:2 | 6:2,9,14,21 7:3 |
| 5:17 | 7:15,21,22 8:4 | 3:7,18 5:10 | 7:9,18,24 8:6 |
| **counsel** 2:6 | 8:12,16,16,17 | **filed** 8:15 | **inclusive** 1:16 |
| 3:10 5:11,18 | **description** 4:2 | **floor** 2:2 3:7,18 | **individual** 1:8 |
| 5:23 6:6,18,25 | **district** 1:1,2 | **following** 1:24 | 1:13,13,14,14 |
| 7:13,13 8:3,3 | **dolphin** 1:11 | 5:1,25 | 1:15,15 |
| 8:10,10,14 | **downtown** 5:9 | **francesca** 1:4 | **informed** 2:5 |
| **counsel's** 7:16 | **due** 8:18 | 2:4,6 3:1 5:7 | **isensee** 4:4 |
| **county** 1:23 3:4 | **dwt's** 5:9 | 5:14 6:7 | **j** |
| **court** 1:1 8:19 | **e** | **freeman** 2:6 | |
| **csr** 2:14 | | 3:17 4:7,9,13 | **jampol** 3:17 |
| **cv** 1:6 | **e** 4:1,4,7,9,12 | 5:4,5 6:4,11,16 | 4:16,19 5:6 |
| **cydney** 2:6 3:17 | 4:16,18 5:18 | 6:23 7:5,11,20 | **jason** 1:13 |
| 4:7,9,13 5:4 | 5:19 6:5,17,24 | 8:1,8 | **jc** 1:6 |
| **d** | 7:12 8:2,9 | **g** | **jonathan** 3:21 |
| | **edge** 1:8 | | **k** |
| **david** 3:12 4:4 | **enter** 5:24 | **george** 1:9 | |
| 4:7,9,13 | **erikson** 3:12,12 | **given** 5:24 | **kathleen** 1:21 |
| **davis** 2:1 3:6,16 | 4:5,7,9,13 | **gregorini** 1:4 | 2:14 3:2 |
| 5:5 | **escape** 1:10 | 2:4,7 3:1 5:8 | **l** |
| **day** 2:10 | **esq** 3:12,17,17 | 5:14 6:7 | |
| **december** 6:7 | **et** 5:8 | **gregorini's** | **larchmont** 3:13 |
| 6:18 | **exhibit** 4:2,4,6 | 5:18 6:25 7:6 | **law** 2:1 3:6,12 |
| **declare** 1:23 | 4:7,9,11,12,14 | 7:21 | **liability** 1:11 |
| **defendants** | 4:16,18 6:1,4,8 | **group** 3:12 | **limited** 1:11 |
| 1:17 3:15 5:7 | 6:11,13,16,20 | **h** | **llc** 1:10 |
| 6:1,8,13,20 7:2 | 6:23 7:2,5,8,11 | | **llp** 2:2 3:6,16 |
| 7:8,13,17,23 | 7:17,20,23 8:1 | **h** 4:1 | 5:5 |
| 8:3,5,10 | 8:5,8 | **held** 5:1 | **los** 1:23 2:3 3:4 |
| **deponent** 5:23 | **exhibits** 5:25 | **hereto** 6:3,10 | 3:7,13,18 5:9 |
| 8:14 | | 6:15,22 7:4,10 | 5:10 |
| | | 7:19,25 8:7 | |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[m - united]**

| m | | | |
|---|---|---|---|

**m**  1:7
**made**  2:1
**mail**  4:4,7,9,12
5:10 6:5
4:16,18 5:18
5:19 6:5,17,24
7:12 8:2,9
**marked**  6:1,8
6:13,20 7:2,8
7:17,23 8:5
**move**  7:15

| n | | | |
|---|---|---|---|

**name**  2:9 5:4
**neither**  8:13
**nicolas**  3:17
4:16,19 5:6
**night**  1:7
**nonappearance**
5:13,24 8:18
**north**  3:13
**notice**  4:6,11
4:14 5:17 6:6
6:12,25 7:6,21
8:15,16
**noticed**  5:15
**november**  1:25
2:10 3:5 5:16
5:22 6:17 7:16
7:22 8:3,4,11
8:11

| o | | | |
|---|---|---|---|

**october**  5:18
7:1,7,13,14,14

**office**  1:23 3:4
5:10 6:5
**offices**  2:1 3:6
**order**  8:15

| p | | | |
|---|---|---|---|

**page**  4:2
**parties**  5:19
**penalty**  1:24
**pennsylvania**
1:9,10
**perjury**  1:24
**pictures**  1:8
**plaintiff**  1:5
3:11 5:14 6:7
8:14
**plaintiff's**  6:6
6:17,24 7:12
7:16 8:2,10
**present**  3:14,20
5:9,11,23
**principal**  1:22
3:4
**printout**  4:4,7
4:9,12,16,18
**procedure**  5:15
**proceeding**
8:22
**proceedings**
5:1
**productions**
1:9,12
**protective**  8:15
**purpose**  2:3
**pursuant**  5:14

| r | | | |
|---|---|---|---|

**rajan**  1:13
**record**  5:2,13
5:25 8:20
**regarding**  7:14
8:4,11
**reporter**  1:22
3:3 6:2,9,14,21
7:3,9,18,24 8:6
8:19
**reporting**  2:3
**represent**  5:7
**request**  7:16
**rule**  5:15

| s | | | |
|---|---|---|---|

**s**  4:1
**scheduled**  3:1
**september**  6:5
6:24
**served**  5:17
8:17
**service**  5:19
**serving**  6:6,25
**setting**  6:25 7:6
7:21
**shorthand**  1:21
3:3 6:2,9,14,21
7:3,9,18,24 8:6
**shyamalan**  1:8
**signature**  2:13
**siri**  1:21 2:14
3:2
**south**  2:2 3:6
3:18 5:10

**sss**  1:6
**state**  1:22 3:3
**states**  1:1
**steve**  1:15,15
**street**  2:2 3:7
3:18 5:10
**string**  4:12,16
4:18
**subscribe**  2:9
**suspended**  8:18
**swofford**  2:6
3:17 5:4

| t | | | |
|---|---|---|---|

**t**  4:1
**taken**  3:2
**thank**  8:19
**thereof**  2:9
**timely**  5:15
**tisch**  1:15,15
**today**  5:6
**todd**  1:14
**tony**  1:12
**tremaine**  2:2
3:6,16 5:5
**true**  6:4,16,23
7:11 8:1,8
**tuesday**  1:25
3:5

| u | | | |
|---|---|---|---|

**ultimately**  7:15
**uncle**  1:9
**under**  1:24
**united**  1:1

Page 3

**[versus - x]**

| v |
|---|
| **versus**  5:8 |
| **victoria**  4:4 |
| **videographer** |
|   3:21 |
| **vs**  1:6 |

| w |
|---|
| **waller**  4:17,19 |
| **we've**  8:16 |
| **witness**  1:7 2:9 |
|   5:22,24 |
| **wright**  2:1 3:6 |
|   3:16 5:5 |

| x |
|---|
| **x**  4:1 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# EXHIBIT 89

**Krishnan, Meenakshi**

| | |
|---|---|
| **From:** | Isensee, Victoria |
| **Sent:** | Thursday, September 22, 2022 7:18 PM |
| **To:** | 'david@daviderikson.com'; 'antoinette@daviderikson.com'; 'jeff@daviderikson.com'; 'melanie@daviderikson.com' |
| **Cc:** | Jampol, Nicolas; Freeman, Cydney; Krishnan, Meenakshi; Lachman, Sam; Isensee, Victoria |
| **Subject:** | Gregorini v. Apple – RFPs, Interrogatories, Notice of Deposition to Plaintiff |
| **Attachments:** | Gregorini - Discovery to Plaintiff (PDFs).zip |

Counsel:

Please see the attached discovery to plaintiff Francesca Gregorini:

- Defendant Uncle George Productions, LLC's Requests for Production to Plaintiff Francesca Gregorini (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Uncle George Productions, LLC (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Tony Basgallop (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Todd Black (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant  Steve Tisch (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant M. Night Shyamalan (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Jason Blumenthal (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Escape Artists, Inc. (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Dolphin Black Productions (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Blinding Edge Pictures, Inc. (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Ashwin Rajan (Set One)
- Interrogatories to Plaintiff Francesca Gregorini from Defendant Apple Inc. (Set One)
- Notice of Deposition of Plaintiff Francesca Gregorini

Best,

**Vicky Isensee** | Davis Wright Tremaine LLP
Executive Legal Secretary to Cydney Swofford Freeman
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-6853 | Fax: (213) 633-6899
Email: vickyisensee@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**Exhibit 0089**

# EXHIBIT 90

NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800; Fax:  (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **NOTICE OF DEPOSITION OF FRANCESCA GREGORINI** |
| vs. | Date:      December 8, 2022 |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | Time:      10:00 a.m. Location: Davis Wright Tremaine LLP           865 S. Figueroa Street           24th Floor           Los Angeles, CA 90017 |
| Defendants. | |

**Exhibit 0090**

1

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, defendant Uncle George Productions, LLC, by and through its counsel of record, shall take the deposition of Francesca Gregorini on December 8, 2022, commencing at 10:00 a.m.  The deposition will take place at the offices of Davis Wright Tremaine, LLP, located at 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017.

The deposition shall be conducted upon oral examination before a court reporter and notary public authorized to administer oaths in the State of California, and may be recorded by audio, audiovisual, and/or stenographic means.  If, for any reason, the deposition is not completed on the date set forth above, the deposition will continue from day to day thereafter, excluding Saturdays, Sundays, and holidays, until completed, unless otherwise agreed by counsel.

DATED: September 22, 2022          DAVIS WRIGHT TREMAINE LLP
                                   NICOLAS A. JAMPOL
                                   CYDNEY SWOFFORD FREEMAN
                                   MEENAKSHI KRISHNAN
                                   SAMANTHA LACHMAN

                                   By:   /s/ Nicolas A. Jampol
                                            Nicolas A. Jampol

                                   Attorneys for Defendants

2

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On September 22, 2022, I served the foregoing document(s) described as:

**NOTICE OF DEPOSITION OF FRANCESCA GREGORINI**

on the interested parties in this action as stated below:

David Alden Erikson
Antoinette Waller
Jeffrey J. Miles
Erikson Law Group
200 North Larchmont Boulevard
Los Angeles, California 90004
Email: david@daviderikson.com
Email: antoinette@daviderikson.com
Email: jeff@daviderikson.com
Email: melanie@daviderikson.com

Tel.: 323.465.3100
Fax: 323.465.3177

☒      (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

Executed on September 22, 2022 at Los Angeles, California.

☒      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Vicky Isensee | /s/ Vicky Isensee |
|---|---|
| Print Name | Signature |

NOTICE OF DEPOSITION OF PLAINTIFF FRANCESCA GREGORINI
4896-0021-8676v.1 0113237-000003

# EXHIBIT 91

## Krishnan, Meenakshi

| | |
|---|---|
| **From:** | Freeman, Cydney |
| **Sent:** | Tuesday, November 15, 2022 5:07 PM |
| **To:** | DAVID ERIKSON |
| **Cc:** | Jampol, Nicolas; Antoinette Waller; Jeff Miles; Melanie Wilbur |
| **Subject:** | Gregorini v. Apple - Plaintiff's Deposition |

Hi David,

Given the 60-day extension, we won't have your client's discovery responses by the currently noticed deposition date of December 8.  Accordingly, we will take that date off calendar and re-notice the deposition for late January or early February.  We're happy to work with you on dates for that – what dates will work for you and your client?

Best,
Cydney

**Cydney Swofford Freeman** | Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8612 | Fax: (213) 633-6899
Email: cydneyfreeman@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

**Exhibit
0091**

1

# EXHIBIT 92

**Krishnan, Meenakshi**

| | |
|---|---|
| **From:** | Freeman, Cydney |
| **Sent:** | Wednesday, September 20, 2023 2:42 PM |
| **To:** | Antoinette Waller; David Erikson; S. Ryan Patterson; Melanie Wilbur |
| **Cc:** | Jampol, Nicolas; Krishnan, Meenakshi; Isensee, Victoria |
| **Subject:** | Gregorini v. Apple |
| **Attachments:** | Amended Notice of Deposition - Francesca Gregorini.pdf |

Counsel,

Please see the attached amended notice of deposition to Francesca Gregorini, setting her deposition for October 20. This is based on your representation that you will produce your client's remaining documents by September 25.

We are happy to discuss an alternate date if October 20 does not work for Ms. Gregorini, but please let us know as soon as possible.

Best,
Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**



**Exhibit
0092**

1

# EXHIBIT 93

NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800; Fax:  (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **AMENDED NOTICE OF DEPOSITION OF FRANCESCA GREGORINI** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | Date:       October 20, 2023<br>Time:       10:00 a.m.<br>Location: Davis Wright Tremaine LLP<br>            865 S. Figueroa Street<br>            24th Floor<br>            Los Angeles, CA 90017 |
| Defendants. | |

**Exhibit 0093**

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF FRANCESCA GREGORINI
4889-1951-9332v.1 0113237-000003

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, defendant Uncle George Productions, LLC, by and through its counsel of record, shall take the deposition of Francesca Gregorini on October 20, 2023, commencing at 10:00 a.m.  The deposition will take place at the offices of Davis Wright Tremaine, LLP, located at 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017.

The deposition shall be conducted upon oral examination before a court reporter and notary public authorized to administer oaths in the State of California, and may be recorded by audio, audiovisual, and/or stenographic means.  If, for any reason, the deposition is not completed on the date set forth above, the deposition will continue from day to day thereafter, excluding Saturdays, Sundays, and holidays, until completed, unless otherwise agreed by counsel.

DATED: September 20, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By:   /s/ Nicolas A. Jampol
          Nicolas A. Jampol

Attorneys for Defendants

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF FRANCESCA GREGORINI
4889-1951-9332v.1 0113237-000003

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On September 20, 2023, I served the foregoing document(s) described as:

**AMENDED NOTICE OF DEPOSITION OF FRANCESCA GREGORINI**

on the interested parties in this action as stated below:

David Alden Erikson
Antoinette Waller
Erikson Law Group
200 North Larchmont Boulevard
Los Angeles, California 90004
Email: david@daviderikson.com
Email: antoinette@daviderikson.com
Email: melanie@daviderikson.com

Tel.: 323.465.3100
Fax: 323.465.3177

☒      (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

Executed on September 20, 2023, at Los Angeles, California.

☒      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Nicolas A. Jampol | /s/ Nicolas A. Jampol |
|---|---|
| Print Name | Signature |

# EXHIBIT 94

**Krishnan, Meenakshi**

| | |
|---|---|
| **From:** | Freeman, Cydney |
| **Sent:** | Thursday, October 19, 2023 6:48 PM |
| **To:** | Antoinette Waller |
| **Cc:** | David Erikson; Krishnan, Meenakshi; S. Ryan Patterson; Jampol, Nicolas; Melanie Wilbur |
| **Subject:** | RE: Gregorini v Apple - deposition schedule |
| **Attachments:** | 2023-10-19 Amended Notice of Deposition - Francesca Gregorini.pdf |

Antoinette,

Thank you for confirming November 14.  To be crystal clear, we are taking tomorrow's deposition off calendar in reliance on your confirmation below that Ms. Gregorini will appear for her deposition in our office on November 14 at 10:00 a.m.  We are also relying on your representation that November 14 is the earliest date on which your client is available for a deposition.

Please see the attached amended notice.

Best,
Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Thursday, October 19, 2023 8:46 AM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Melanie Wilbur <Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Re: Gregorini v Apple - deposition schedule

**[EXTERNAL]**

Cydney -

We have already confirmed our intention is to appear on November 14 for Ms. Gregorini's deposition.

We continue to await deposition dates for your clients as requested. In particular, you have yet to provide a single date for Mr. Shyamalan's deposition.

**Exhibit
0094**

Best,

Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Thursday, October 19, 2023 8:24 AM
**To:** Antoinette Waller
**Cc:** David Erikson; Krishnan, Meenakshi; S. Ryan Patterson; Jampol, Nicolas; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - deposition schedule

Antoinette,

We have to cancel the court reporter this morning if we are moving tomorrow's deposition.  Please confirm **no later than 11:30am** that Ms. Gregorini will appear in our office on November 14 for her deposition.

Otherwise, we will keep tomorrow's deposition on calendar and will be present at our downtown office at 10am with the court reporter, as noticed.

Best,

Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Freeman, Cydney
**Sent:** Wednesday, October 18, 2023 4:33 PM
**To:** 'Antoinette Waller' <Antoinette@daviderikson.com>
**Cc:** David Erikson <david@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** RE: Gregorini v Apple - deposition schedule

Antoinette,

To be clear – when you say "November 14 is the best date we can offer," are you confirming that Ms. Gregorini will appear in our office on November 14 for her deposition without conditions?  If yes, we will take Friday's date off-calendar and send you a revised notice.

Best,

Cydney

**Cydney Swofford Freeman**
**Counsel,** *Davis Wright Tremaine LLP*
**P** 213.633.8612   **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Wednesday, October 18, 2023 3:16 PM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** Re: Gregorini v Apple - deposition schedule

**[EXTERNAL]**

---

Cydney -

At this time, November 14 is the best date we can offer.

Best,

Antoinette

3

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Wednesday, October 18, 2023 2:11 PM
**To:** Antoinette Waller
**Cc:** David Erikson; Krishnan, Meenakshi; S. Ryan Patterson; Jampol, Nicolas; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - deposition schedule


Antoinette,


We did not demand Ms. Gregorini's deposition.  We noticed her deposition.  We noticed it on September 20, a full month in advance, and at that time we offered to set another date based around your (and her) schedule so long as it was close in time to October 20.  You did not reply for two weeks (and then only to say you were "looking into" the date), and only yesterday – three days before the deposition – did you say that you and/or Ms. Gregorini are unavailable.


If you will confirm in writing that Ms. Gregorini will appear in our office on November 14 for her deposition without conditions, we will re-notice the deposition for November 14.  If you will not confirm, then we will keep the October 20 deposition on calendar, and will be present with a court reporter on Friday.


As to your inaccurate allegations regarding our clients and their document productions, we've answered your questions several times at this point.  Please see our October 5 and October 11 emails below, as well as our October 11 9:35am PT email on the chain re: Gregorini v. Apple, and of course the Defendants' supplemental responses to your requests for production.


Best,

Cydney


**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Tuesday, October 17, 2023 11:11 AM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; S. Ryan
Patterson <Ryan@daviderikson.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Melanie Wilbur
<Melanie@daviderikson.com>
**Subject:** Re: Gregorini v Apple - deposition schedule

[EXTERNAL]

Dear Cydney -

As we have told you many times, we need to agree on a deposition schedule. We need all of defendants'
documents before party depositions proceed. Unilaterally demanding Ms. Gregorini's deposition without
providing dates for your clients' depositions is not acceptable. We are unavailable October 20 and Ms.
Gregorini's deposition will not move forward on that date. We can discuss alternate dates. Currently our only
available dates prior to the current deadline are the week of November 14.

We do not have key documents from your clients. You have not explained why Mr. Shyamalan failed to
produce documents. You claim he produced documents through Blinding Edge. If Blinding Edge has an
existence separate and apart from Mr. Shyamalan, then each defendant must produce documents
individually. The same is true for Uncle George. Unless your clients want to stipulate that Uncle George is a
shell company with no existence separate from Mr. Shyamalan, we are entitled to documents from the
defendant. Likewise, we are entitled to all of Mr. Shyamalan's responsive documents, not just documents that
were communicated through Blinding Edge. Mr. Shyamalan had communications outside of Blinding Edge and
we are entitled to all such responsive materials.

Similarly, you produce no documents for Messrs. Rajan, Tisch, Blumenthal, and Black, stating that those
defendants' documents were produced either through Blinding Edge or Escape Artists. Again, this is not
acceptable. We are entitled to have each defendant produce documents and to know what documents each
defendant is producing.

In contrast to how you claim to have handled Messrs. Shyamalan, Rajan, Tisch, Blumenthal, and
Black's documents, for Mr. Basgallop, you claim he produced his individual documents as well as documents
from Dolphin Black. Why? Your excuse that you did not want to duplicate documents is unavailing. Why have
Blinding Edge and Escape Artists produce Uncle George's and five individual's documents, but have Mr.
Basgallop produce documents for himself and an entity defendant? Again, we are entitled to have documents

from each defendant and to know what documents are being produced by each defendant. If you want to stipulate that Dolphin Black is a shell company with no existence separate and apart from Mr. Basgallop we can discuss.

Otherwise we are entitled to each defendant's documents, not to productions by certain defendants only through other defendants.

We look forward to speaking with you to come up with a document production timeline for the defendants who have yet to produce documents and an acceptable deposition schedule.

Best,

Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Wednesday, October 11, 2023 10:07 AM
**To:** Antoinette Waller
**Cc:** David Erikson; Krishnan, Meenakshi; S. Ryan Patterson; Jampol, Nicolas; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - deposition schedule

Antoinette,

Ms. Gregorini's deposition remains noticed for October 20.  We are happy to agree on another date close in time to October 20, but so far you have provided no alternative dates.  Until we can agree on another date, the October 20 deposition remains calendared.

Mr. Rajan can make himself available November 7, November 8, and November 9.  Mr. Basgallop can make himself available October 26, October 27, October 30, November 2, and November 3, but is unavailable November 4 through the close of fact discovery.  We are working on dates for Mr. Shyamalan.

You misunderstand the structure of Blinding Edge and Uncle George and how that relates to Mr.
Shyamalan.  Blinding Edge is the production company.  Uncle George is a single-purpose entity created for
*Servant*.  There are many employees with Blinding Edge, as is reflected in Blinding Edge's document
production.  Indeed, we named Blinding Edge's director of finance in our initial disclosures.

Yes, Tony Basgallop is the appropriate person to testify as to Dolphin Black.  For Blinding Edge, the right
person or persons will depend on the topics you notice.

Again, as we have told you many times, you have the defendants' documents.

Best,

Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Thursday, October 5, 2023 10:18 PM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; S. Ryan
Patterson <Ryan@daviderikson.com>; Jampol, Nicolas <NicolasJampol@dwt.com>; Melanie Wilbur
<Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Re: Gregorini v Apple - deposition schedule

**[EXTERNAL]**

---

Thanks Cydney -

Those three days do not work for us. We would like to take Mr. Rajan's deposition first, followed by Mr. Basgallop, and Mr. Shyamalan. Please provide dates the first two weeks of November for these depositions. Given David's health situation, we need to schedule the depositions as far out as possible.

Also, on the entity depositions, since you claim that Mr. Shyamalan's two entities, Blinding Edge and Uncle George Productions, have no existence separate from him, we presume that Mr. Shyamalan will be the designated person to testify on behalf of those entities. Please confirm.

Similarly, since you claim that Mr. Basgallop's company, Dolphin Black, has no independent existence, we presume Mr. Basgallop will be the designated person to testify on that company's behalf. Please confirm.

Of course, as stated, we will need all of defendants' documents before the party depositions are taken. Given defendants' refusal to provide documents, we anticipate bringing further motions to compel.

Best,

Antoinette

---

**From:** Freeman, Cydney <CydneyFreeman@dwt.com>
**Sent:** Thursday, October 5, 2023 6:02:04 PM
**To:** Antoinette Waller
**Cc:** David Erikson; Krishnan, Meenakshi; S. Ryan Patterson; Jampol, Nicolas; Melanie Wilbur
**Subject:** RE: Gregorini v Apple - deposition schedule

Antoinette,

Tony Basgallop is available October 26, October 27, and October 30.  Please let us know which works best for your team.

Best,

Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Freeman, Cydney
**Sent:** Thursday, October 5, 2023 11:15 AM
**To:** 'Antoinette Waller' <Antoinette@daviderikson.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** RE: Gregorini v Apple - deposition schedule

Antoinette,

As you know from our other email chain, Defendants will oppose your motion to continue the deadlines in this case.

We have asked Mr. Rajan, Mr. Shyamalan, and Mr. Basgallop for their availability for deposition per your request and will get back to you shortly with proposed dates.

We noticed your client's deposition for October 20 on September 20, giving you a full month's notice.  We are more than willing to work with you on a more convenient date, but it must be close in time to October 20.  Given that two weeks have already passed since we noticed the deposition, please propose some dates that work for you by tomorrow, October 6.  If we can't agree on another date soon, we'll need to move forward with October 20.

To your other point: as we've made amply clear, Defendants' productions are complete.  We have explained our collection and production process to you time and again, including many emails and letters to you throughout 2023 and again in each of the defendants' supplemental responses served September 19.  You have all defendants' documents.

9

Best,

Cydney

**Cydney Swofford Freeman**
**Counsel,** Davis Wright Tremaine LLP

**P** 213.633.8612  **E** cydneyfreeman@dwt.com
**A** 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566
**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Wednesday, October 4, 2023 4:26 PM
**To:** Freeman, Cydney <CydneyFreeman@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>; Jampol, Nicolas <NicolasJampol@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>; Antoinette Waller <Antoinette@daviderikson.com>
**Subject:** Gregorini v Apple - deposition schedule

**[EXTERNAL]**

---

Dear Counsel -

As you know, the current discovery cutoff is November 17. We have requested that defendants stipulate to continue that date and are awaiting your response.

As we await your response, as we've briefly discussed, we need to set a deposition schedule for this matter. You have proposed October 20 for Ms. Gregorini's deposition. We are looking into that date. In order to set a date for Ms. Gregorini's deposition, we will also need dates for defendants' depositions. To start, please provide available dates for depositions for Messrs. Rajan, Shyamalan, and Basgallop.

Any depositions to be taken of defendants depend of course on our receipt of defendants' documents. We still have no documents from Messrs. Blumenthal, Black, Tisch, Shyamalan, and Rajan, or Dolphin Black, and Uncle George. The only defendants that have produced documents are Escape Artists, Blinding Edge, Apple, and Tony Basgallop. Even from those defendants however, we appear to lack key documents. Before any party depositions may be taken, we will need all defendants' documents.

As we discussed today, in addition to the defendants' depositions, we intend on deposing the witnesses identified in defendants' initial disclosures. We will have to set these depositions as well.

We look forward to hearing from you.

Best,

Antoinette

# EXHIBIT 95

NICOLAS A. JAMPOL (State Bar No. 244867)
 nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
 cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
 meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
 samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.:  (213) 633-6800; Fax:  (213) 633-6899

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **AMENDED NOTICE OF DEPOSITION OF FRANCESCA GREGORINI** |
| vs. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | Date:     November 14, 2023<br>Time:     10:00 a.m.<br>Location: Davis Wright Tremaine LLP<br>             865 S. Figueroa Street<br>             24th Floor<br>             Los Angeles, CA 90017 |
| Defendants. | |

**Exhibit 0095**

1

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, defendant Uncle George Productions, LLC, by and through its counsel of record, shall take the deposition of Francesca Gregorini on November 14, 2023, commencing at 10:00 a.m.  The deposition will take place at the offices of Davis Wright Tremaine, LLP, located at 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017.

The deposition shall be conducted upon oral examination before a court reporter and notary public authorized to administer oaths in the State of California, and may be recorded by audio, audiovisual, and/or stenographic means.  If, for any reason, the deposition is not completed on the date set forth above, the deposition will continue from day to day thereafter, excluding Saturdays, Sundays, and holidays, until completed, unless otherwise agreed by counsel.

DATED: October 19, 2023

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
SAMANTHA LACHMAN

By:   /s/ Cydney Swofford Freeman
        Cydney Swofford Freeman

Attorneys for Defendants

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF FRANCESCA GREGORINI
4889-1951-9332v.1 0113237-000003

<u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On October 19, 2023, I served the foregoing document(s) described as:

**AMENDED NOTICE OF DEPOSITION OF FRANCESCA GREGORINI**

on the interested parties in this action as stated below:

David Alden Erikson
Antoinette Waller
Erikson Law Group
200 North Larchmont Boulevard
Los Angeles, California 90004
Email: david@daviderikson.com
Email: antoinette@daviderikson.com
Email: melanie@daviderikson.com

Tel.: 323.465.3100
Fax: 323.465.3177

☒      (BY ELECTRONIC MAIL) I caused such documents to be transmitted via electronic mail to the offices of the addressee(s) at the listed electronic mail address(es).

Executed on October 19, 2023, at Los Angeles, California.

☒      Federal      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| Cydney Swofford Freeman | /s/ Cydney Swofford Freeman |
|---|---|
| Print Name | Signature |

AMENDED NOTICE OF DEPOSITION OF PLAINTIFF FRANCESCA GREGORINI
4889-1951-9332v.1 0113237-000003

# EXHIBIT 96

**Krishnan, Meenakshi**

---

| | |
|---|---|
| **From:** | Jampol, Nicolas |
| **Sent:** | Wednesday, November 8, 2023 9:57 PM |
| **To:** | Antoinette Waller; Freeman, Cydney; Krishnan, Meenakshi |
| **Cc:** | David Erikson; S. Ryan Patterson; Melanie Wilbur |
| **Subject:** | RE: Gregorini v Apple - Francesca's deposition |

Antoinette,

We're in a pickle here because the discovery cutoff is November 17, and obviously we need Ms. Gregorini's deposition, which we initially noticed more than a year ago. We previously moved the deposition to November 14 based on your representation a few weeks ago that it would go forward then. If the Court grants your motion for a continuance between now and then, we would be happy to find a date that works better, but unless/until that happens, we'll have to move forward on the noticed date.

Thanks,
Nick.

**Nicolas Jampol**
**Partner | Davis Wright Tremaine LLP**

**P** 213.633.8651  **E** nicolasjampol@dwt.com

**DWT.COM**

---

**From:** Antoinette Waller <Antoinette@daviderikson.com>
**Sent:** Tuesday, November 7, 2023 4:54 PM
**To:** Jampol, Nicolas <NicolasJampol@dwt.com>; Freeman, Cydney <CydneyFreeman@dwt.com>; Krishnan, Meenakshi <meenakshikrishnan@dwt.com>
**Cc:** David Erikson <david@daviderikson.com>; S. Ryan Patterson <Ryan@daviderikson.com>; Melanie Wilbur <Melanie@daviderikson.com>
**Subject:** Gregorini v Apple - Francesca's deposition

**[EXTERNAL]**

---

Dear Counsel -

Given that David is in the hospital and other scheduling issues, please be advised Ms. Gregorini's deposition will not go forward next week.

We will work with you to schedule the deposition for a mutually agreeable date after the discovery cutoff.

**Exhibit 0096**

1

Best,

Antoinette

Antoinette Waller

E R I K S O N   L A W   G R O U P

200 North Larchmont Boulevard – Los Angeles, California 90004

Tel: (323) 465-3100 – Direct Line: (323) 628-6769 – Fax: (323) 465-3177

_____

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

# EXHIBIT 97

## Krishnan, Meenakshi

**Exhibit 0097**

| | |
|---|---|
| **From:** | Antoinette Waller <Antoinette@daviderikson.com> |
| **Sent:** | Tuesday, November 14, 2023 12:10 PM |
| **To:** | Jampol, Nicolas |
| **Cc:** | David Erikson; S. Ryan Patterson; Freeman, Cydney; Krishnan, Meenakshi; Antoinette Waller |
| **Subject:** | Re: Deposition |

[EXTERNAL]

Thanks for your email Nick.

As we have discussed and reiterated numerous times, David has been in the hospital on an emergency basis since November 6. His hospitalization and inability to work on this case (or any other) has left Ryan and I as the sole attorneys handling all cases for our firm. We are dealing with numerous case urgencies, filings, and deadlines. We previously filed a motion for continuance of all case deadlines in this matter and that motion is pending to be heard on Friday. Given these circumstances, we advised you on November 7 that we would be unable to produce Ms. Gregorini for her deposition this week but that we would work with you to produce her on a mutually agreeable date after the discovery cutoff.

There is no need for you to "be there" today for a deposition that will not happen.

In response to your 6:48 pm email last night, be advised we will oppose the referenced *ex parte*. Neither we nor our client are able to appear for her deposition the week of November 27.

Best,
Antoinette

**From:** Jampol, Nicolas <NicolasJampol@dwt.com>
**Sent:** Monday, November 13, 2023 6:48 PM
**To:** Antoinette Waller
**Cc:** David Erikson; S. Ryan Patterson; Freeman, Cydney; Krishnan, Meenakshi
**Subject:** Meet & Confer / Deposition

Antoinette,

Thanks for the call earlier on your potential motion to compel further responses to Plaintiff's interrogatories served on Apple.

As we discussed, we will provide further responses to Interrogatories 1, 2, 4, 16, 17, and 18. We will let you know our position on Wednesday regarding Interrogatories 3, 7-10, 19, and 20. We will not provide a further response to Interrogatory 5. As discussed, please let us know when you will provide the supplemental responses that you had previously promised.

As for tomorrow's deposition, you reiterated that your client will not be appearing. As I did before, I explained that we have a court-ordered cutoff on November 17, and we cannot, without the Court's permission, agree to conduct a deposition after the cutoff. We have to preserve our rights in this regard, so we will be there tomorrow for Ms.

1

Gregorini's deposition. If she does not appear as promised, we will seek *ex parte* relief from the Court. In particular, we will seek a motion to compel her deposition the week of November 27, along with a modification of the scheduling order for the sole purpose of allowing same. Will you let us know if you oppose?

Thanks,
Nick.

**Nicolas Jampol**
**Partner |** Davis Wright Tremaine LLP

**P** 213.633.8651  **E** nicolasjampol@dwt.com

**DWT.COM**