UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:20-cv-00406-SSS-JCx | Date | November 17, 2023 |
|---|---|---|---|
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:** **ORDER EXTENDING PRETRIAL AND TRIAL SCHEDULE [Dkt. 124], VACATING HEARING, AND DENYING AS MOOT DEFENDANTS' EX PARTE REQUEST [Dkt. 129]**

The Court is in receipt of Plaintiff's motion to continue the current schedule of discovery, pretrial, and trial dates [Dkt. 124]. The motion is fully briefed. [Opp. (Dkt. 125); Reply (Dkt. 126)].

Plaintiff indicates that a six-month continuance is necessary because (1) Plaintiff's counsel is undergoing treatment for cancer and has therefore been unable to fully participate in discovery and trial preparation; and (2) Defendants have refused to timely and adequately respond to Plaintiff's discovery requests.

The Court finds that Plaintiff's counsel's severe health issues, and his resulting inability to participate fully in the instant litigation [*see* Waller Decl. (Dkt. 124-1)] supply good cause to modify the scheduling order. Fed. R. Civ. P. 16(b)(4). The Court therefore **GRANTS** the motion and continues all remaining deadlines for an additional one hundred and eighty (180) days according to the revised schedule set forth below. The hearing previously set for November 17, 2023 is hereby **VACATED**. In light of this order, Defendants' ex parte motion to

continue scheduling deadlines is **DENIED AS MOOT**.  To the extent Defendants seek a court order compelling Plaintiff to appear at deposition, such relief is properly sought before the assigned magistrate and not this Court.

However, the Court notes that this is the second time that Mr. Erikson's medical difficulties have necessitated a lengthy continuance of established case deadlines.  [*See* Dkt. 113; Dkt. 114].  The Court will not grant any further such extensions.  Therefore, Plaintiff and her counsel are strongly advised to identify alternative counsel, or otherwise to ensure that this matter can move forward regardless of Mr. Erikson's participation.

**IT IS SO ORDERED.**

| Case No.: | 2:20-cv-00406-SSS-JC | Case Name: | Francesca Gregorini v. Apple Inc. et al. |
|---|---|---|---|

| Trial and Final Pretrial Conference Dates<br><u>Note</u>: Trial shall begin on Mondays at 9:00 a.m.<br>Final Pretrial Conference shall be on Fridays at 1:00 p.m. | Court Order |
|---|---|
| Trial | **Mon, 12/09/2024**<br>☒ Jury Trial<br>☐ Bench Trial<br>Estimated Duration: 3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | **Fri, 11/22/2024** |
| **Event**<br><u>Note</u>: All deadlines shall be on Fridays.<br>Hearings shall be on Fridays at 2:00 p.m. | **Court Order** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | CLOSED |
| Fact Discovery Cut-Off<br>(no later than deadline for filing dispositive motions) | Fri, 05/17/2024 |
| Expert Disclosure (Initial) | Fri, 05/24/2024 |
| Expert Disclosure (Rebuttal) | Fri, 06/07/2024 |
| Expert Discovery Cut-Off | Fri, 06/21/2024 |
| Last Date to <u>Hear</u> Motions<br>• Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing.<br>• Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | Fri, 09/06/2024 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | Fri, 09/27/2024<br><br>☐ 1. Magistrate Judge<br>☐ 2. Court Mediation Panel<br>☒ 3. Private Mediation |
| Deadline to File Motions in Limine | Fri, 10/11/2024 |
| Deadline for Oppositions to Motions in Limine | Fri, 10/25/2024 |
| Trial Filings (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | Fri, 10/25/2024 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | Fri, 11/08/2024 |
| Hearing on Motions in Limine | Fri, 11/15/2024 |