NICOLAS A. JAMPOL (State Bar No. 244867)
 nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
 cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
 meenakshikrishnan@dwt.com
SAMANTHA LACHMAN (State Bar No. 331969)
 samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Tel.: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>             Plaintiff,<br><br>      vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having considered Defendants Uncle George Productions, LLC ("Uncle George") and Blinding Edge Pictures, Inc.'s Application for Leave to File Under Seal pursuant to Local Rule 79-5.2.2, and the Declaration of Cydney

1

ORDER GRANTING DEFENDANTS' APPLICATION
FOR LEAVE TO FILE UNDER SEAL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Swofford Freeman submitted in support thereof, and having found good cause, hereby ORDERS as follows:

The Application is GRANTED. The following documents shall be filed under seal as follows:

| DOCUMENT | SEALING |
|---|---|
| Exhibit C to Declaration of Emily E. Niles in support of Plaintiff Francesca Gregorini's Opposition to Defendants' Motion to Compel Compliance with Discovery Order and for Sanctions ("Niles Declaration") | Portions of the deposition transcript of Sarah Thorp to be filed under seal: 106:1-25, 121:1-25 |
| Exhibit D to Niles Declaration | Document in its entirety |
| Exhibit E to Niles Declaration | Document in its entirety |
| Exhibit F to Niles Declaration | Portions of the rough draft deposition transcript of Plaintiff to be filed under seal: 1:8-2:25, 39:1-42:25, 49:1-25, 78:1-83:25, 141:1-152:25, 255:1-257:25 |
| Exhibit H to Niles Declaration | Portions of Apple's responses to requests for admission to be filed under seal: Responses to Requests for Admission Nos. 1-3 |
| Exhibit I to Niles Declaration | Portions of the deposition transcript of Olivia Blaustein to be filed under seal: 29:1-36:14 |

IT IS SO ORDERED.

Dated:   April 30, 2024

_____/s/_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

2
ORDER GRANTING DEFENDANTS' APPLICATION
FOR LEAVE TO FILE UNDER SEAL

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899