# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00406-SSS-JCx | Date | May 14, 2024 |
|---|---|---|---|
| Title | Francesca Gregorini v. Apple Inc. et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | CS 5-14-24 | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Emily Niles | Cydney Freeman |
| Annie Huang | Meenakshi Krishnan |

**Proceedings:** **TELEPHONIC HEARING ON AND ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH DISCOVERY ORDER AND FOR SANCTIONS ("DEFENDANTS' MOTION") (DOCKET NO. 143)**

Case called. Counsel stated their appearances. The Court advised counsel of its tentative views on Defendants' Motion. The Court heard updates and argument from counsel.

For the reasons explained on the record, the Court granted in part and denied in part Defendants' Motion and issued the rulings below:

1. The Court ordered Plaintiff – to the extent she has not already done so – to do the following by midnight tomorrow:

    a) comply with the Magistrate Judge's September 26, 2023 Order (Docket No. 120);

    b) produce the documents her original attorneys agreed to produce;

    c) produce supplemental responses to the specific Document Requests discussed in Defendants' Motion (Document Request Nos. 10, 17-20, 23-24, 26, 35-37, 43-72, 74-83, 85 and 93) which reflect:

        (i) whether she does or does not have responsive documents in her possession, custody or control;

        (ii) whether, if she does, she has nor has not produced all such responsive documents in her possession, custody or control;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00406-SSS-JCx | Date | May 14, 2024 |
|---|---|---|---|
| Title | Francesca Gregorini v. Apple Inc. et al. | | |

        (iii)    whether she has withheld production of responsive documents in her possession, custody or control based on objections, and if so, which objection(s); and

        (iv)    whether, if she has withheld production of responsive documents in her possession, custody, or control based on a privilege/work product objection, she has produced a corresponding privilege log;

    d)    produce a privilege log corresponding to any pre-litigation documents in her possession, custody, or control that have been withheld from production based on attorney-client privilege/work product objections; and

    e)    produce the requested ESI declaration(s) from a person/person(s) with personal knowledge of the same.

2.    The Court ordered Plaintiff to pay monetary sanctions for the reasonable attorneys' fees/costs incurred by Defendants in connection with the filing of Defendants' Motion in an amount and by a date that will be the subject of a further Order after the Court's consideration of the parties' further below-ordered submissions:

    a)    The Court ordered Defendants to make a further submission evidencing the reasonable attorneys' fees/costs incurred in connection with the filing of Defendants' Motion by June 4, 2024; and

    b)    The Court ordered Plaintiff to make a responsive submission by June 25, 2024.

3.    The Court directed Defendants to notice Plaintiff's second deposition for this Friday, May 17, 2024 (the discovery cut-off) and ordered Plaintiff to appear for such deposition which may not exceed seven hours, exclusive of reasonable breaks, and to pay the costs attendant to such deposition.

4.    The Court denied Defendants' Motion to the extent it sought other relief (*e.g.*, evidentiary sanctions).

                                                                                                                                                                   : 50

Initials of Clerk     klh