**ROBINS KAPLAN LLP**
Michael A. Geibelson
MGeibelson@RobinsKaplan.com
Patrick M. Arenz (Pro hac vice)
PArenz@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone:   310 552 0130
Facsimile:    310 229 5800

*Attorneys for Plaintiff Francesca Gregorini*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini,<br><br>                   Plaintiff,<br><br>         v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>                   Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF PATRICK M. ARENZ IN SUPPORT OF PLAINTIFF FRANCESCA GREGORINI'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL OF PATRICK M. ARENZ ISO
PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

## DECLARATION OF PATRICK M. ARENZ

I, Patrick M. Arenz, state as follows:

1. I am an attorney representing Plaintiff Francesca Gregorini ("Ms. Gregorini") in this case. I submit this Declaration in Support of Plaintiff Francesca Gregorini's Opposition to Defendants' Motion for Summary Judgment.

2. I have attached as **Exhibit 1** excerpts from the Deposition of Francesca Gregorini, dated April 11, 2024.

3. I have attached as **Exhibit 2** excerpts from the Deposition of David Román, dated June 17, 2024.

4. I have attached as **Exhibit 3** an email regarding *Practically Perfect*, dated March 5, 2015 (TB_GREGO_00001866). FILED UNDER SEAL.

5. I have attached as **Exhibit 4** excerpts from the Deposition of Tony Basgallop, dated April 30, 2024. FILED UNDER SEAL.

6. I have attached as **Exhibit 5** an email regarding *Practically Perfect*, dated March 16, 2015 (Dep. Ex. 152). FILED UNDER SEAL.

7. I have attached as **Exhibit 6** a video titled Tony Basgallop Interview for SERVANT (FG276673).

8. I have attached as **Exhibit 7** a video titled Tony Basgallop Interview for SERVANT (FG276674).

9. I have attached as **Exhibit 8** a video titled Tony Basgallop and Lauren Ambrose Interview for SERVANT (Apple TV+) (FG276649).

10. I have attached as **Exhibit 9** a video titled SERVANT showrunner Basgallop and star Lauren Ambrose on the show's creepiest prop (FG276645).

11. I have attached as **Exhibit 10** excerpts from the Deposition of Jason Blumenthal, dated May 13, 2024. FILED UNDER SEAL.

12. I have attached as **Exhibit 11** an email regarding *Practically Perfect*, dated November 21, 2016 (TB_GREGO_00002664).

13. I have attached as **Exhibit 12** an article titled "'Servant' Boss Breaks

Down Apple TV Plus Collaboration with M. Night Shyamalan" (FG276675)

14. I have attached as **Exhibit 13** excerpts from the Deposition of Taylor Latham, dated May 1, 2024. FILED UNDER SEAL.

15. I have attached as **Exhibit 14** an email chain regarding Tony Basgallop/PRACTICALLY PERFECT, dated November 11, 2019 (EA-GREGO_00005028). FILED UNDER SEAL.

16. I have attached as **Exhibit 15** an email regarding *Practically Perfect*, dated November 16, 2016 (TB_GREGO_00002656). FILED UNDER SEAL.

17. I have attached as **Exhibit 16** is a copy LA Femme Film Festival award for Best Feature Director for the Truth About Emanuel (2013) (FG276777).

18. I have attached as **Exhibit 17** excerpts from the Deposition of Matt Cherniss, dated May 7, 2024. FILED UNDER SEAL.

19. I have attached as **Exhibit 18** excerpts from the Deposition of Max Aronson, dated May 10, 2024. FILED UNDER SEAL.

20. I have attached as **Exhibit 19** a meeting invitation to pitch SERVANT, dated January 24, 2018 (Aronson DX 6). FILED UNDER SEAL.

21. I have attached as **Exhibit 20** an email regarding SERVANT, dated January 26, 2018 (APL-GREGO_00018613). FILED UNDER SEAL.

22. I have attached as **Exhibit 21** an email regarding SERVANT, dated January 26, 2018 (APL-GREGO_00018336). FILED UNDER SEAL.

23. I have attached as **Exhibit 22** excerpts from the Deposition of Jamie Erlicht, dated May 16, 2024. FILED UNDER SEAL.

24. I have attached as **Exhibit 23** excerpts from the Deposition of Zack Van Amburg, dated May 15, 2024. FILED UNDER SEAL.

25. I have attached as **Exhibit 24** an email regarding SERVANT notes, dated March 12, 2018 (Aronson DX 9). FILED UNDER SEAL.

26. I have attached as **Exhibit 25** a video of SERVANT Season 1, Episode 4 (APL-GREGO_00019243).

27. I have attached as **Exhibit 26** a video of SERVANT Season 1, Episode 5 (APL-GREGO_00019244).

28. I have attached as **Exhibit 27** a video of SERVANT Season 1, Episode 6 (APL-GREGO_00019245).

29. I have attached as **Exhibit 28** a video of SERVANT Season 1, Episode 7 (APL-GREGO_00019246).

30. I have attached as **Exhibit 29** a video of SERVANT Season 1, Episode 8 (APL-GREGO_00019247). FILED UNDER SEAL.

31. I have attached as **Exhibit 30** a video of SERVANT Season 1, Episode 9 (APL-GREGO_00019248).

32. I have attached as **Exhibit 31** a video of SERVANT Season 1, Episode 10 (APL-GREGO_00019249).

33. I have attached as **Exhibit 32** an email regarding SERVANT revised cuts, dated June 20, 2019 (Aronson DX 16). FILED UNDER SEAL.

34. I have attached as **Exhibit 33** an email regarding SERVANT 101-109 revised cut (Aronson DX 18). FILED UNDER SEAL.

35. I have attached as **Exhibit 34** an email regarding Apple Notes document (Aronson DX 15). FILED UNDER SEAL.

36. I have attached as **Exhibit 35** an email regarding SERVANT 110, dated February 20, 2019. FILED UNDER SEAL.

37. I have attached as **Exhibit 36** an email regarding SERVANT 110, dated February 11, 2019 (APL-GREGO_00018139). FILED UNDER SEAL.

38. I have attached as **Exhibit 37** an email regarding Toby Kebbell, dated October 10, 2018 (APL-GREGO_00000739). FILED UNDER SEAL.

39. I have attached as **Exhibit 38** excerpts from the Deposition of M. Night Shyamalan, dated May 8, 2024. FILED UNDER SEAL.

40. I have attached as **Exhibit 39** excerpts from the Deposition of Sarah Thorp, dated September 9, 2023.

41. I have attached as **Exhibit 40** an email between Thorp and Gregorini, dated January 26, 2009 (THORP-003).

42. I have attached as **Exhibit 41** an email regarding Emanuel Festival Chart Update, dated August 16, 2013 (FG000641).

43. I have attached as **Exhibit 42** an email regarding Gregorini Invitation to the New Hampshire Film Festival (FG147427).

44. I have attached as **Exhibit 43** excerpts from the Deposition of Oliva Blaustein, dated October 3, 2023.

45. I have attached as **Exhibit 44** an email from Blaustein regarding Berlin Station Episodes, dated March 27, 2017 (FG007185)

46. I have attached as **Exhibit 45** excerpts from the Deposition of Ellen Pittleman, dated June 19, 2024.

47. I have attached as **Exhibit 46** a copy of iTunes Store receipt for The Truth About Emanuel movie, dated November 30, 2013 (FG156189). FILED UNDER SEAL.

48. I have attached as **Exhibit 47** a list of selected cities showing The Truth About Emanuel (FG276779).

49. I have attached as **Exhibit 48** an email regarding Gregorini / Director to Know, dated March 9, 2018 (APL-GREGO_00000631). FILED UNDER SEAL.

50. I have attached as **Exhibit 49** excerpts from the Deposition of Dominic Persechini, dated June 13, 2024. FILED UNDER SEAL.

51. I have attached as **Exhibit 50** the Expert Report of Dominic M. Persechini and Schedules, dated May 24, 2024. FILED UNDER SEAL.

52. I have attached as **Exhibit 51** a video interview with Lady Jenevia (FG276627).

53. I have attached as **Exhibit 52** is the attachment to Exhibit 95, a collection of Gregorini press (FG164823).

54. I have attached as **Exhibit 53** an excerpt of the 2013 Sundance Film

Festival booklet (FG278007).

55. I have attached as **Exhibit 54** a copy of The Truth About Emanuel, Wayback archive, dated June 6, 2016 (FG276527).

56. I have attached as **Exhibit 55** an email regarding Emanuel and the Truth About Fishes (FG143452).

57. I have attached as **Exhibit 56** a letter to F. Gregorini with itinerary to 15th Annual Provincetown International Film Festival (FG151045).

58. I have attached as **Exhibit 57** an email regarding Marafa Film Festival, dated June 12, 2013 (FG144597).

59. I have attached as **Exhibit 58** a copy of The Truth About Emanuel, Wayback archive, dated September 4, 2013 (FG276521).

60. I have attached as **Exhibit 59** a copy of The Truth About Emanuel, IMDb (2013) page.

61. I have attached as **Exhibit 60** a copy of an article titled "Watch 'The Truth About Emanuel' Trailer Starring Jessica Biel and Kaya Scodelario, Tribeca", dated November 6, 2023.

62. I have attached as **Exhibit 61** a list of movies Milwaukee movies off the grid_ March 7-13 from jsonline.com.

63. I have attached as **Exhibit 62** a copy of the Digital Video Distribution Agreement (APL-GREGO_00020155). FILED UNDER SEAL.

64. I have attached as **Exhibit 63** a copy of the iTunes Volume Custom Code Agreement, dated May 1, 2015 (APL-GREGO_00020179). FILED UNDER SEAL.

65. I have attached as **Exhibit 64** a copy of the Amendment to Digital Video Distribution Agreement (APL-GREGO_00020228). FILED UNDER SEAL.

66. I have attached as **Exhibit 65** a copy of the Digital Video Distribution Agreement (APL-GREGO_00020234). FILED UNDER SEAL.

67. I have attached as **Exhibit 66** an email regarding The Truth About

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL OF PATRICK M. ARENZ ISO
PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

1  Emanuel - social media activation, dated January 9, 2014 (FG160295).

2      68.    I have attached as **Exhibit 67** a copy of an article by the Hollywood Reporter titled "Tribeca Film and Well Go Acquire 'Emanuel and the Truth About Fishes'", dated May 13, 2013

3      69.    I have attached as **Exhibit 68** a copy of an article by IndieWire titled "Tribeca Film and Well Go USA Team Up for 'Emanuel and the Truth About Fishes'", dated May 13, 2013.

4      70.    I have attached as **Exhibit 69** a copy of a letter from Tribeca Enterprises LLC to Emanuel Film, LLC, dated July 3, 2013 (WG-GREGO_00000004). FILED UNDER SEAL.

5      71.    I have attached as **Exhibit 70** a copy of a letter from Tribeca Enterprises LLC, dated July 9, 2013 (WG-GREGO_00000030). FILED UNDER SEAL.

6      72.    I have attached as **Exhibit 71** an email regarding Platforms for the Truth About Emanuel and C&D notice received from CEG, dated December 5, 2013 (FG160520).

7      73.    I have attached as **Exhibit 72** a copy of INDEMAND's 'Who We Are' webpage.

8      74.    I have attached as **Exhibit 73** a copy of The Truth About Emanuel Facebook Page (FG276794).

9      75.    I have attached as **Exhibit 74** a copy of T. Basgallop's *Practically Perfect* draft. FILED UNDER SEAL.

10      76.    I have attached as **Exhibit 75** a copy of T. Basgallop's *Practically Perfect* draft (TB_GREGO_00000195). FILED UNDER SEAL.

11      77.    I have attached as **Exhibit 76** a copy of T. Basgallop's *Practically Perfect* Notes, dated April 4, 2007 (TB_GREGO_00001779). FILED UNDER SEAL.

12      78.    I have attached as **Exhibit 77** a copy of T. Basgallop's *Splintered*,

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

DECL OF PATRICK M. ARENZ ISO PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

dated May 2008 (TB_GREGO_00000086). FILED UNDER SEAL.

79. I have attached as **Exhibit 78** excerpts from the Deposition of Ashwin Rajan, dated May 9, 2024. FILED UNDER SEAL.

80. I have attached as **Exhibit 79** a copy of a press release Emanuel and the Truth About Fishes (FG146230).

81. I have attached as **Exhibit 80** an email regarding Notes on *Practically Perfect* (BE-GREGO_00001271). FILED UNDER SEAL.

82. I have attached as **Exhibit 81** an email regarding *Practically Perfect* Meeting Notes, dated 5/4/2017 (BE-GREGO_00012216). FILED UNDER SEAL.

83. I have attached as **Exhibit 82** a copy of *Electric Dreams* on IMDbPro (Aronson DX 22)

84. I have attached as **Exhibit 83** a copy of Content License Agreement for SERVANT, dated November 19, 2018 (APL-GREGO_00000013). FILED UNDER SEAL.

85. I have attached as **Exhibit 84** a copy of the Director and Executive Producer Agreement (BE-GREGO_00018778). FILED UNDER SEAL.

86. I have attached as **Exhibit 85** a copy of the Executive Producer Agreement, dated March 23, 2018 (BE-GREGO_00015989). FILED UNDER SEAL.

87. I have attached as **Exhibit 86** a copy of the Writer and Executive Producer Agreement, dated March 23, 2018 (BE-GREGO_00016038). FILED UNDER SEAL.

88. I have attached as **Exhibit 87** an email regarding SERVANT / Directors, dated July 26, 2018 (BE-GREGO_00001248). FILED UNDER SEAL.

89. I have attached as **Exhibit 88** an email forwarded from A. Rajan regarding Materials: Jimmi Simpson & Matthew Rhys / SERVANT (Apple), dated March 19, 20118 (Rajan Depo. Ex. 11 or BE-GREGO_00008896). FILED UNDER SEAL.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 8 -

DECL OF PATRICK M. ARENZ ISO
PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

90. I have attached as **Exhibit 89** an email forward by A. Rajan regarding SERVANT / 'Sean' Updated Avails & Materials (Rajan Dep. Ex. 12 or BE-GREGO_00000119). FILED UNDER SEAL.

91. I have attached as **Exhibit 90** an email from Rajan regarding jimmi simpson / SERVANT, dated July 10, 2018 (Rajan Dep. Ex. 14 or BE-GREGO_00000392). FILED UNDER SEAL.

92. I have attached as **Exhibit 91** an email forward from Rajan regarding SERVANT / Jimmi Simpson's re-taped read as "Sean", dated July 25, 218 (Rajan Depo. Ex. 15 or BE-GREGO_00000287).

93. I have attached as **Exhibit 92** an email from F. Gregorini to S. Thorp regarding Emanuel, dated January 19, 2012 (THORP-320).

94. I have attached as **Exhibit 93** a copy of the Supplemental Expert Report of Dominic M. Persechini, dated June 11, 2024. FILED UNDER SEAL.

95. I have attached as **Exhibit 94** an email regarding Gregorini - EPK, dated February 4, 2014 (FG164820).

96. I have attached as **Exhibit 95** an email from F. Gregorini regarding EPK, dated February 4, 2014 (FG164822), with attachment at Exhibit 52.

97. I have attached as **Exhibit 96** an email regarding Francesca/Mumbai TED, dated September 17, 2015 (FG226477).

98. I have attached as **Exhibit 97** a copy of F. Gregorini Press (FG279487).

99. I have attached as **Exhibit 98** a copy of Francesca Gregorini's IMDbPro page.

100. I have attached as **Exhibit 99** a copy of SERVANT's Episode Plot Summaries on IMDb.

101. I have attached as **Exhibit 100** a copy of SERVANT's Episode lists (TV Series 2019–2023) on IMDb.

102. I have attached as **Exhibit 101** a video of Emanuel and SERVANT

| | |
|---|---|
| 1 | Comparisons (AL_0000983). |
| 2 | 103. I have attached as **Exhibit 102** a video of Emanuel and SERVANT |
| 3 | Comparison, Clip 1 (AL_0000988). |
| 4 | 104. I have attached as **Exhibit 103** a video of Emanuel and SERVANT |
| 5 | Comparison - Clip 2 (AL_0000989). |
| 6 | 105. I have attached as **Exhibit 104** a video of Emanuel and SERVANT |
| 7 | Comparison - Clip 3 (AL_0000990). |
| 8 | 106. I have attached as **Exhibit 105** a video of Emanuel and SERVANT |
| 9 | Comparison - Clip 4 (AL_0000991). |
| 10 | 107. I have attached as **Exhibit 106** a video of Emanuel and SERVANT |
| 11 | Comparison - Clip 5 (AL_0000992). |
| 12 | 108. I have attached as **Exhibit 107** a video of Emanuel and SERVANT |
| 13 | Comparison - Clip 6 (AL_0000993). |
| 14 | 109. I have attached as **Exhibit 108** a video of Emanuel and SERVANT |
| 15 | Comparison - Clip 7 (AL_0000994). |
| 16 | 110. I have attached as **Exhibit 109** a video of Emanuel and SERVANT |
| 17 | Comparison - Clip 8 (AL_0000995). |
| 18 | 111. I have attached as **Exhibit 110** a video of Emanuel and SERVANT |
| 19 | Comparison - Clip 10 (AL_0000997). |
| 20 | 112. I have attached as **Exhibit 111** a video of Emanuel and SERVANT |
| 21 | Comparison - Clip 10 (AL_0000999). |
| 22 | 113. I have attached as **Exhibit 112** a video of Emanuel and SERVANT |
| 23 | Comparison - Clip 14 (AL_0001001). |
| 24 | 114. I have attached as **Exhibit 113** a video of Emanuel and SERVANT |
| 25 | Comparison - Clip 15 (AL_0001002). |
| 26 | 115. I have attached as **Exhibit 114** a video of Emanuel and SERVANT |
| 27 | Comparison - Clip 16 (AL_0001004). |
| 28 | 116. I have attached as **Exhibit 115** a video of Emanuel and SERVANT |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 10 -

DECL OF PATRICK M. ARENZ ISO
PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

Comparison - Clip 18 (AL_0001005).

117. I have attached as **Exhibit 116** a video of Emanuel and SERVANT Comparison - Clip 18-1 (AL_0001006).

118. I have attached as **Exhibit 117** a video of Emanuel and SERVANT Comparison - Clip 21 (AL_0001008).

119. I have attached as **Exhibit 118** a video of Emanuel and SERVANT Comparison - Clip 27 (AL_0001013).

120. I have attached as **Exhibit 119** a video of Emanuel and SERVANT Comparison - Clip 28 (AL_0001014).

121. I have attached as **Exhibit 120** a video of Emanuel and SERVANT Comparison - Clip 29 (AL_0001015)

122. I have attached as **Exhibit 121** a video of Emanuel and SERVANT Comparison - Clip 30 (AL_0001016).

123. I have attached as **Exhibit 122** a copy of SERVANT (TV series), Wikipedia.

124. I have attached as **Exhibit 123** is a copy of Plaintiff's Supplemental Responses to Defendants' Interrogatories, dated May 17, 2024.

125. I have attached as **Exhibit 124** Email regarding Press Break, Emanuel and the Truth About Fishes, dated December 7, 2012 (FG021032).

126. I have attached as **Exhibit 125** Email regarding Emanuel and the Truth About Fishes, Sundance press day wrap report, dated January 19, 2013 (FG143365).

127. I have attached as **Exhibit 126** Email regarding Emanuel and the Truth About Fishes, Press Break, dated January 22, 2013 (FG143395).

128. I have attached as **Exhibit 127** Email regarding Emanuel and the Truth About Fishes, Press Breaks, dated January 21, 2013 (FG143985).

129. I have attached as **Exhibit 128** Email regarding Emanuel and the Truth About Fishes, Press Breaks, dated January 24, 2013 (FG143465).

130. I have attached as **Exhibit 129** Email regarding Emanuel and the Truth About Fishes, Press Breaks, dated January 8, 2014 (FG161439).

131. I have attached as **Exhibit 130** Email regarding Emanuel and the Truth About Fishes, Press Breaks, dated December 6, 2013 (FG159700).

132. I have attached as **Exhibit 131** Email regarding Emanuel and the Truth About Fishes, Press Breaks, dated December 6, 2013 (FG155284).

133. I have attached as **Exhibit 132** The Truth About Emanuel Release Plan, dated October 24, 2013 (FG155741).

134. I have attached as **Exhibit 133** a copy of an article titled "Francesca Gregorini Dispels Demons in 'Emanuel' and the 'The Truth About Fishes'", Sundance Institute.

135. I have attached as **Exhibit 134** Email regarding Emanuel and the Truth About Emanuel, social media activation, dated January 9, 2014 (FG159863).

136. I have attached as **Exhibit 135** Tribeca Film and Well Go USA Acquires North American Rights to Emanuel and the Truth About Fishes, dated May 13, 2013 (FG282572).

137. I have attached as **Exhibit 136** Email regarding Exclusive clip debut - The Truth About Emanuel, dated November 25, 2013 (FG156064).

138. I have attached as **Exhibit 137** Email regarding Emanuel VOD update, dated November 26, 2013 (FG156872).

139. I have attached as **Exhibit 138** Philip K. Dick's, Electric Dreams, F5 Callsheet 7, dated June 13, 2017 (FG241579). FILED UNDER SEAL.

140. I have attached as **Exhibit 139** Jimmi Simpson Bio, dated July 25, 2018 (BE-GREGO_00000287). FILED UNDER SEAL.

141. I have attached as **Exhibit 140** a copy of 2013 festival winners announced, la femme international film festival, dated October 21, 2013 (FG276595).

142. I have attached as **Exhibit 141** a copy of an article titled "2013 Starz

DECL OF PATRICK M. ARENZ ISO PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

Denver Film Festival Unveils Full Festival Lineup", dated October 20, 2013 (FG276601).

143. I have attached as **Exhibit 142** a copy of Ashland Independent Film Award, Best Acting Ensemble: Feature, The Truth About Emanuel (2013) IMDb (FG276610).

144. I have attached as **Exhibit 143** a copy of Sundance Film Festival (2013) IMDb (FG276614).

145. I have attached as **Exhibit 144** a copy of Brooklyn Film Festival , May 31- June 9, 2024 featuring Emanuel and the Truth About Fishes (FG276785).

146. I have attached as **Exhibit 145** an email regarding Distributor Update, dated on January 22, 2013 (FG143400).

147. I have attached as **Exhibit 146** is a copy of Emanuel and The Truth About Fishes, Wayback archived July 23, 2013 (FG280284).

148. I have attached as **Exhibit 147** is a copy of Emanuel and The Truth About Fishes, Wayback archived September 4, 2013 (FG276521).

149. I have attached as **Exhibit 148** a copy of The Truth About Emanuel premieres in London post, dated May 5, 2014 (FG276780).

150. Ms. Gregorini produced more than 37,000 documents before the close of fact discovery, including documents referencing Ms. Thorp appear to have been produced based on prior counsel's records on July 7, 2023.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 26, 2024

By: */s/ Patrick M. Arenz*
Patrick M. Arenz

Attorney for Plaintiff
Francesca Gregorini

- 13 -   DECL OF PATRICK M. ARENZ ISO PLAINTIFF'S OPP TO DEFENDANTS' MSJ

95124092.1

- 14 -

DECL OF PATRICK M. ARENZ ISO
PLAINTIFF'S OPP TO DEFENDANTS' MSJ

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

95124092.1