# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>      Plaintiff,<br><br>   v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>      Defendants. | Case No. 2:20-cv-00406-SSS-JCx<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING RENEWED SEALING APPLICATION AND HEARING ON DEFENDANTS' PENDING *DAUBERT* MOTIONS AND MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING JOINT STIPULATION

On September 11, 2024, the parties submitted a Joint Stipulation Regarding Renewed Sealing Applications and Hearing on Defendants' Pending *Daubert* Motions and Motion For Summary Judgment.

The Court, having considered the parties' Joint Stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

(1) Defendants shall file an omnibus sealing application by Friday, September 13, 2024;

(2) the current September 12, 2024 and September 19, 2024 deadlines to file publicly any materials addressed by the Court's September 9, 2024 Order and under Local Rule 79-5.2.2(a)-(b) are vacated; and

(3) the Parties shall comply with Local Rule 79-5.2.2(a)-(b) following the Court's forthcoming order on Defendants' omnibus application.

**IT IS SO ORDERED.**

Dated: September 13, 2024

_____
Hon. Sunshine S. Sykes
U.S. District Judge