**ROBINS KAPLAN LLP**
Michael A. Geibelson
MGeibelson@RobinsKaplan.com
Patrick M. Arenz (*Pro hac vice*)
PArenz@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Prateek N. Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone:  310 552 0130
Facsimile:   310 229 5800

*Attorneys for Plaintiff Francesca Gregorini*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini,<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual; BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>         Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF PATRICK M. ARENZ IN SUPPORT OF PLAINTIFF FRANCESCA GREGORINI'S MOTIONS *IN LIMINE* NOS. 1-5** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF PATRICK M. ARENZ
IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-5

## DECLARATION OF PATRICK M. ARENZ

I, Patrick M. Arenz, state as follows:

1. I am an attorney representing Plaintiff Francesca Gregorini ("Ms. Gregorini") in this case. I submit this Declaration in Support of Plaintiff Francesca Gregorini's Motions *in Limine* Nos. 1-5 ("Motions *in Limine*"). I have personal knowledge of the matters stated herein, except where stated my statements are based on information and belief, and if called as a witness, I would and could competently testify thereto.

2. I have attached as **Exhibit A** the Supplemental Expert Report of Dominic M. Persechini FILED UNDER SEAL PURSUANT TO COURT ORDER DATED OCTOBER 9, 2024 (Dkt. 264).

3. I have attached as **Exhibit B** the Expert Report of Dana Trexler FILED UNDER SEAL PURSUANT TO COURT ORDER DATED OCTOBER 9, 2024 (Dkt. 264).

4. I have attached as **Exhibit C** a true and accurate capture of a publication by the Stout firm entitled "Common Errors Committed When Valuing Patents: Part 3 – Focus on the Cost and Market Approaches."

5. I have attached as **Exhibit D** the curriculum vitae of Dana Trexler, as described in Exhibit A of the Expert Report of Dana Trexler.

6. I have attached as **Exhibit E** the Expert Report of Dominic M. Persechini FILED UNDER SEAL PURSUANT TO COURT ORDER DATED OCTOBER 9, 2024 (Dkt. 264).

7. I have attached as **Exhibit F** the Rebuttal Expert Report of Dominic M. Persechini FILED UNDER SEAL PURSUANT TO COURT ORDER DATED OCTOBER 9, 2024 (Dkt. 264).

8. I have attached as **Exhibit G** excerpts of the Deposition of Michael Robert (Bob) Gale on June 21, 2024.

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

DECLARATION OF PATRICK M. ARENZ
IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-5

9.      I have attached as **Exhibit H** Appendix B of the Expert Report of Michael Robert (Bob) Gale.

10.     I have attached as **Exhibit I** Appendix C of the Expert Report of Michael Robert (Bob) Gale.

11.     I have attached as **Exhibit J** excerpts of the Deposition of Francesca Gregorini on April 11, 2024.

12.     I have attached as **Exhibit K** excerpts of the Deposition of Sarah Thorp on September 27, 2023.

13.     I have attached as **Exhibit L** a true and accurate copy of the Screen Credits Manual of the Writers Guild of America West.

14.     I have attached as **Exhibit M** a true and accurate copy of the Motion Picture Authorship Leaflet published by the United States Copyright Office (FG276582).

15.     I have attached as **Exhibit O** a true and accurate copy of the Amended and Restated Screenplay Purchase Agreement (ARSPA) signed by Francesca Gregorini and Sarah Thorp dated December 1, 2011 (Exhibit 132 of the Deposition of Francesca Gregorini).

16.     I have attached as **Exhibit P** the Expert Report of Michael Robert (Bob) Gale.

17.     I have attached as **Exhibit Q** the Supplement to the Expert Report of Michael Robert (Bob) Gale.

18.     I have attached as **Exhibit R** an email chain between Francesca Gregorini and Elizabeth Freund dated January 15, 2020 (FG352426).

19.     I have attached as **Exhibit S** a true and accurate copy of an article in *The Atlantic* dated January 15, 2020 (Exhibit 143 of the Deposition of Francesca Gregorini).

DECLARATION OF PATRICK M. ARENZ
IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-5

20.    I have attached as **Exhibit T** an email chain between Francesca Gregorini and Rachel Morrison dated January 16, 2020 (FG329109).

21.    I have attached as **Exhibit U** an email chain between Sonia Koo Morris of Apple and Rita Cooper Lee of Apple dated January 13, 2020 (APL-GREGO-00005976).

22.    I have attached as **Exhibit V** an email chain between Katherin Rowe and Rita Cooper Lee of Apple dated January 15, 2020 (APL-GREGO_00002062).

23.    I have attached as **Exhibit W** an email chain between Sonia Koo Morris of Apple and Rita Cooper Lee and Sarah Carragher, both of Apple, dated January 15, 2020 (APL-GREGO_00002533).

24.    I have attached as **Exhibit X** an email chain between Katherine Rowe and Ashwin Rajan dated January 15, 2020 (BE-GREGO_00006867).

25.    I have attached as **Exhibit Y** an email chain between Leah Sinderbrand to employees of Blinding Edge dated January 15, 2020 (BE-GREGO_00006871).

26.    I have attached as **Exhibit Z** an email chain between Catherine Wolf McGrath of Blinding Edge and Leah Sinderbrand dated January 15, 2020 (BE-GREGO_00006865).

27.    I have attached as **Exhibit AA** an email chain between Catherine Wolf McGrath of Blinding Edge and Katherine Rowe dated January 15, 2020 (BE-GREGO_00006870).

28.    I have attached as **Exhibit BB** an email chain between Sonia Koo Morris of Apple and Rita Cooper Lee of Apple dated January 15, 2020 (APL-GREGO_00003654).

29.    I have attached as **Exhibit CC** an email chain between Sarah Carragher of Apple and other Apple employees dated January 15, 2020 (APL-GREGO_00004454).

DECLARATION OF PATRICK M. ARENZ
IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-5

1

2

Dated: October 11, 2024

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Patrick M. Arenz*
Patrick M. Arenz

Attorney for Plaintiff
Francesca Gregorini

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

DECLARATION OF PATRICK M. ARENZ
IN SUPPORT OF PLAINTIFF'S
MOTIONS IN LIMINE NOS. 1-5