# EXHIBIT B

REDACTED VERSION OF DOCUMENT
FILED UNDER SEAL PURSUANT TO
ORDER OF THE COURT DATED
OCTOBER 9, 2024 (Dkt. 264)

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                  Page 1

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| FRANCESCA GREGORINI,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-00406-SSS-JC |

---

## EXPERT REPORT OF DANA TREXLER, CPA/CFF

October 20, 2023

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

---

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                    Page 2

TABLE OF CONTENTS

I.    INTRODUCTION ................................................................................................ 3

II.   BASIS FOR ANALYSIS ..................................................................................... 3

III.  SUMMARY OF OPINIONS ............................................................................... 5

IV.   BACKGROUND ................................................................................................. 6

      A.  PARTIES ................................................................................................... 6

V.    ANALYSIS & FINDINGS ................................................................................ 13

      A.  REMEDIES AVAILABLE TO COPYRIGHT OWNER(S) ................................. 13

      B.  CALCULATION OF DEFENDANTS' UNAPPORTIONED PROFITS ................... 14

      C.  SUMMARY OF DEFENDANTS' UNAPPORTIONED PROFITS ......................... 39

      D.  APPORTIONMENT AND CALCULATION OF DEFENDANTS' APPORTIONED PROFITS .... 40

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                Page 3

## I.   INTRODUCTION

1.  On January 15, 2020,[1] Plaintiff Francesca Gregorini ("Plaintiff" or "Gregorini"), filed a Complaint ("Original Complaint") against Apple Inc. ("Apple"); M. Night Shyamalan ("Shyamalan"); Blinding Edge Pictures, Inc. ("Blinding Edge" or "BEP"); Uncle George Productions ("Uncle George" or "UGP"); Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"); Dolphin Black Productions ("Dolphin Black"); Tony Basgallop ("Basgallop"); Ashwin Rajan ("Rajan"); Jason Blumenthal ("Blumenthal"); Todd Black ("Black"); Steve Tisch ("Tisch"); and Does 1-10, inclusive, (collectively, "Defendants").  A first amended Complaint was filed on March 10, 2020 (the "Complaint").[2]

2.  This report contains my opinions, along with the basis for these opinions, to be expressed at trial. My analyses are based on the assumption that Plaintiff prevails and Defendants are found liable in this matter. This assumption is necessary as a basis for my analysis. I have not been engaged to provide opinions on issues relating to liability; therefore, I offer no opinions on liability in this report and do not intend to express any such opinions at trial.  The calculation contained in this report is not a final calculation of the monetary amount to be awarded should Plaintiff prevail. There are other considerations outside the scope of my report that should be considered before determining any monetary awards in this matter.

## II.   BASIS FOR ANALYSIS

3.  The analysis and opinions in this report are based upon the information and documentation identified to date, my education, my experience in performing similar financial analyses and economic damage calculations, documents and testimony in the record, accepted damages methodologies and approaches, and applications of relevant case law.  I am a Managing Director at Stout Risius Ross, LLC, an advisory firm that, among other services, provides business, economic, financial, and consulting services to clients in a variety of industries.  I am a Certified Public Accountant and Certified in Financial Forensics.  My education includes a Master in Business Administration from The Wharton School of the University of Pennsylvania and a Bachelor of Science degree in Accounting from Bucknell University.  My curriculum vitae is attached as EXHIBIT A.

---

[1] Original Complaint, ECF No. 1, pg. 1.
[2] First Amended Complaint; Request for Permanent Injunction and Demand for Jury Trial, ECF No. 25, pg. 1.

Case 2:20-cv-00406-SSS-JC    Document 257-30    Filed 09/13/24    Page 5 of 45    Page
ID #:15455

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**        Page 4

4. I consider various financial documents and data and other relevant documents. In forming my opinion, I consider the documents specifically identified throughout this report and the accompanying exhibits. A list of the documents which I consider in forming my opinions is provided in **EXHIBIT B.** The documents and information I use in my analysis and report are the types of documents and information upon which experts in my field typically rely when performing such an analysis. In addition to the documents produced by the parties, I consider relevant publicly available information, which is also typical of the type of information upon which experts in this field rely. I, and/or members of my team, also spoke with the following individuals:

- Adam Leach, Director of Finance, Blinding Edge ("Mr. Leach");[3]

- Mark Rollins, Senior Finance Manager / Financial Controller, Apple ("Mr. Rollins");[4]

- Dawn Taylor, Finance, Video Programming, Internet Software and Services, Apple ("Ms. Taylor");[5]

- Matt Cherniss, Head of Programming, Apple TV+ ("Mr. Cherniss");[6] and

- David Bloomfield, Partner and Producer, Escape Artists ("Mr. Bloomfield").[7]

5. This report is prepared in accordance with the American Institute of Certified Public Accountants ("AICPA") Statement on Standards for Forensic Services. The work performed does not include the performance of an audit, review, or compilation of financial statements in accordance with Generally Accepted Auditing Standards ("GAAS") or with attest standards established by the AICPA.

6. Should additional information, testimony, or documents that affect my analysis or opinions become available after the issuance of my report, I reserve the right to supplement or update my analysis and/or opinions. I reserve the right to prepare supplemental materials such as summaries, graphical exhibits, or charts for trial, as well as to provide opinions and other materials in response to any additional expert opinions.

---

[3] https://www.linkedin.com/in/adam-leach-4568628/ (visited September 2023).
[4] https://www.linkedin.com/in/marksrollins/ (visited September 2023).
[5] https://www.linkedin.com/in/dawn-taylor-2a8b9011/ (visited September 2023).
[6] https://theorg.com/org/apple/org-chart/matt-cherniss (visited September 2023).
[7] https://www.linkedin.com/in/david-bloomfield-36083a3/ (visited September 2023).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                Page 5

7. My firm is being compensated at a rate of $725 per hour for my time in this matter. My firm's compensation is not contingent upon the outcome of this litigation.

## III. SUMMARY OF OPINIONS

8. Counsel has requested that I calculate the profits generated by each of the defendants from the first three episodes[8] of Season 1 of the *Servant* television series ("Episodes-at-Issue"), as set forth in TABLE 1 below. Season 1 is 10 episodes. As such, in instances where costs are not episode specific, I include 30% of the total season cost, as only the first 3 of the 10 episodes are at issue in this matter.[9]

TABLE 1: DEFENDANTS' ACTUAL PROFITS[10]



9. It is my opinion that the Defendants' profits apportioned to the allegedly infringing material in the scripts for the Episodes-at-Issue (the "Scripts") are not more than those set forth in TABLE 2.[12] I apportion profits attributable to the Scripts at a maximum amount of ▮▮▮▮,[13] with the exception of

---

[8] Complaint, ¶ 64.

[9] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[10] EXHIBIT I.

[11] As explained *infra* SECTION IV.A.3, Uncle George is a production entity of Blinding Edge. Accordingly, throughout this report, I perform a single calculation of the profits earned by Blinding Edge and Uncle George (collectively, "Blinding Edge Defendants") for the Episodes-At-Issue.

[12] I understand that Gregorini also alleges that there are other infringing aspects beyond the Scripts within the Episodes-at-Issue. My calculations in this report are, however, limited to the allegedly infringing Scripts.

[13] As explained *infra* SECTION V.C. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The profits generated by the Episodes-at-Issue are the result of all of the efforts that went into the production including, but not limited to, writing the scripts, production, casting, wardrobe, set design, etc.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 6

Basgallop's profits from the Scripts and his writer services, which are attributable to the Scripts at 100%.[14]

TABLE 2: APPORTIONED DEFENDANTS' PROFITS[15]



## IV.  BACKGROUND

### A.  PARTIES

#### 1.  Francesca Gregorini

10. According to the Complaint, Gregorini is a screenwriter, director, and producer residing in California.[16]  Gregorini alleges that she co-wrote and sold television pilot scripts to both HBO and Paramount before her first directorial feature film, *Tanner Hall* (starring Rooney Mara and Brie Larson).[17]

11. In or around 2013, Gregorini alleges that she wrote, directed, and produced her second feature film, *The Truth About Emanuel* ("the Film" or "*Emanuel*"), a psychological thriller starring Kaya Scodelario, Jessica Biel, and Alfred Molina.[18]  Gregorini alleges that *Emanuel* premiered at the

---

[14] It is important to note that I have been asked to opine on the profits attributable to the first three episodes of *Servant*, and not the profits attributable to the alleged infringement. For that latter calculation, my understanding is that the finder of fact would have to consider additional factors, including whether and to what extent the Scripts' content was independently created, or whether and to what extent Plaintiff owns the content in her Film.
[14] EXHIBIT I.
[15] EXHIBIT I.
[16] Complaint, ¶¶ 3, 26.
[17] Complaint, ¶ 40.
[18] Complaint, ¶¶ 2-4.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 7

Sundance Film Festival in the dramatic competition category in 2013. Gregorini further alleges that the Film was released theatrically in the United States by Tribeca Film and subsequently released on DVD and Blu-ray.[19]

12. According to the Complaint, Gregorini alleges that the Episodes-at-Issue infringe the Film's plot, which she describes as follows:

> the story of a troubled and withholding 18-year old girl, newly hired by a white, pretty, sophisticated, privileged yet gracious, mid-30's, first-time mom—to help care for her new baby. After fleeting images of what the audience assumes to be a healthy three-month-old infant, in the mother's picture-perfect nursery and home, it is dramatically revealed that the "baby" is really an ultra-realistic "reborn" doll—shattering the illusion of an uber-competent modern mom and rendering the orderliness of the house suddenly unsettling. Rather than recoil, the nanny plays along with the mother's delusion even before the father explains that the cause of the mother's delusion is the overwhelming grief of recently losing their real three-month-old baby (the precise cause of death remaining unknown). The nanny buys into the mother's delusion in part for deep-seated reasons relating to the absence and tragic death of her own mother. Finding comfort in the mother's nurturing, the nanny too is soon enough doting over the doll as if it were real, building a deep emotional connection with the mother but also creating danger and ultimately crisis as prying eyes threaten to expose the shared secrets. While the baby's apparent rebirth offers an emotional high point, its "reality" remains open to question.[20]

13. Plaintiff claims that her Film is infringed by *Servant* Season 1, Episodes 1 through 3, the Episodes-at-Issue.[21]  Plaintiff claims that "the first three episodes of *Servant* function as a pilot," and that "Shyamalan and the other Defendants presented the script only to those first three episodes in shopping the series, including to Apple."[22]  Plaintiff also contends that "[the Episodes-at-Issue] make up an organic and self-contained whole, in terms of their story structure and conflict," and that "this self-contained story was judged by Shyamalan and by Apple (and to all who signed on along the way) a sufficient foundation upon which to build an episodic television series."[23]

---

[19] Complaint, ¶ 3.
[20] Complaint, ¶ 4.
[21] Complaint, ¶ 2.
[22] Complaint, ¶ 62.
[23] Complaint, ¶ 62.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                        Page 8

### 2. *Apple*

14. On September 10, 2019, Apple officially announced its premium TV service,[24] Apple TV+, which launched on November 1, 2019, and offers premium, compelling drama and comedy series, feature films, groundbreaking documentaries, and kids and family entertainment.[25]

15. Apple released Season 1 of *Servant* on November 28, 2019 on its streaming service, starring Lauren Ambrose, Toby Kebbell, Nell Tiger Free and Rupert Grint.[26]  Since then, Apple has released a total of four seasons of *Servant* on Apple TV+, with the fourth and final season premiering on January 13, 2023.[27]  Apple's description for *Servant* is as follows:

> From M. Night Shyamalan, Servant follows a Philadelphia couple in mourning after an unspeakable tragedy creates a rift in their marriage and opens the door for a mysterious force to enter their home.[28]

### 3. *Blinding Edge*

16. Blinding Edge, first formed in 1992,[29] is owned and operated by Shyamalan.[30]  Films and series produced by Blinding Edge include *Split*, *Glass*, *The Visit*, *Old*, *Knock at the Cabin*, and *Servant*, among others.[31]  Blinding Edge produced the Episodes-at-Issue.[32]  Based on discussion with Mr. Leach, Uncle George is a production entity of Blinding Edge, specifically established for the

---

[24] https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/ (visited October 2023).

[25] https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/ (visited October 2023).

[26] https://www.apple.com/newsroom/2019/11/apple-premieres-servant-coming-to-apple-tv-plus-november-28/ (visited September 2023).  *See also* https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/ (visited October 2023).

[27] https://www.apple.com/tv-pr/originals/servant/ (visited September 2023).

[28] https://tv.apple.com/us/show/servant/umc.cmc.4y25wuby7pck9o6vaubbbk7gb?ctx_brand=tvs.sbd.4000 (visited September 2023).

[29] Blinding Edge Pictures, Inc. was formed on December 8, 1992 as a Domestic Business Corporation in the state of Pennsylvania. https://file.dos.pa.gov/search/business (visited October 2023). On March 20, 1997, Blinding Edge filed a fictitious name change to Blinding Edge Pictures. https://file.dos.pa.gov/search/business (visited October 2023).

[30] https://325.library.nashville.org/Author/Home?author=%22Blinding%20Edge%20Pictures%2C%22 (visited September 2023); https://productionlist.com/production-contact/blinding-edge-pictures/ (visited September 2023).

[31] https://325.library.nashville.org/Author/Home?author=%22Blinding%20Edge%20Pictures%2C%22 (visited September 2023); https://productionlist.com/production-contact/blinding-edge-pictures/ (visited September 2023).

[32] Episode 1 Company Credits: https://www.imdb.com/title/tt8074088/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 2 Company Credits: https://www.imdb.com/title/tt8074090/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 3 Company Credits: https://www.imdb.com/title/tt8074092/companycredits/?ref_=ttfc_sa_3 (visited September 2023).

Case 2:20-cv-00406-SSS-JC    Document 257-30    Filed 09/13/24    Page 10 of 45    Page ID #:15460

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                    Page 9

production of *Servant*, and therefore, these entities should be treated collectively for purposes of determining the profits earned for the Episodes-at-Issue.[33]   As such, I perform a single calculation of the profits earned by Blinding Edge and Uncle George (collectively, "Blinding Edge Defendants") for the Episodes-at-Issue.

### 4.   Uncle George

17. Effective November 19, 2018, Apple, through Apple Video Programming LLC, signed a Content License Agreement with Uncle George for *Servant* (the "Content License / Distribution Agreement"),[34] under which Uncle George was to act as the studio for the production of *Servant*. Uncle George also executed an agreement with Escape Artists for the executive producer services of Blumenthal, Tisch, and Black ("Executive Producer Agreement").[35] Additionally, Uncle George and Blinding Edge agreed to terms for the director and executive producer services of Shyamalan ("Director Agreement").[36]   Other conditions precedent to the Content License / Distribution Agreement are as follows:



---

[33] According to discussion with Mr. Leach.
[34] Content License / Distribution Agreement for *Servant* between Apple Video Programming LLC and Uncle George Productions, LLC, Section 3 Conditions Precedent (APL-GREGO_00000013 - 00043 at 00013).
[35] Executive Producer Agreement for *Servant* between Uncle George and Escape Artists, furnishing the services of Blumenthal, Tisch, and Black (BE-GREGO_00015989 - 16006).
[36] Director and Executive Producer Agreement for *Servant* between Uncle George and Blinding Edge, furnishing the services of Shyamalan (BE-GREGO_00018778 - 18798).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 10



*5. Shyamalan*

18. "M. Night Shyamalan is a film director, screenwriter, producer, and occasional actor, known for making movies with contemporary supernatural plots."[38]    "Shyamalan gained international recognition when he wrote and directed 1999's *The Sixth Sense* (1999), which was a commercial success and later nominated for six Academy Awards, including Best Picture, Best Director and Best Original Screenplay."[39]  Rotten Tomatoes referred to Shyamalan as "one of the most commercially successful and widely popular directors of his generation."[40]  Shyamalan has also been referred to as "one of Hollywood's most unique and in-demand talents."[41]

19. Shyamalan performed directing and executive producer services as part of the Content License / Distribution Agreement.[42]  Shyamalan directed the pilot episode, one of the three Episodes-at-Issue, and received "executive producer credit" on all three Episodes-at-Issue.[43]

---

[37] Content License / Distribution Agreement, Section 3 Conditions Precedent (APL-GREGO_00000013 - 00043 at 00013).
[38] https://www.imdb.com/name/nm0796117/bio/?ref_=nm_ov_bio_sm (visited September 2023).
[39] https://www.imdb.com/name/nm0796117/bio/?ref_=nm_ov_bio_sm (visited September 2023).
[40] https://www.rottentomatoes.com/celebrity/m_night_shyamalan (visited October 2023).
[41] https://www.cbr.com/m-night-shyamalan-film-ranked-critics/ (visited October 2023).
[42] Content License / Distribution Agreement, Section 3 Conditions Precedent (APL-GREGO_00000013 - 00043 at 00013).
[43] Episode 1 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 2 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 3 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm (visited September 2023).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    Page 11

      *6. Rajan*

20. Rajan is an executive producer for the *Servant* series[44] and is employed by Blinding Edge.[45]  Rajan frequently works with Shyamalan, and has collaborated with him on films including *Split*, *Glass*, *The Visit*, *Knock at the Cabin*, among others.[46]  Rajan received "executive producer credit" for the Episodes-at-Issue.[47]

      *7. Basgallop*

21. Basgallop, a British Academy of Film and Television Arts nominee,[48] performed writing and executive producer services for *Servant* as part of the Content License / Distribution Agreement.[49]

22. Basgallop received "writer credit" and "executive producer (showrunner) credit" for the Episodes-at-Issue.[50]

      *8. Dolphin Black*

23. Dolphin Black is owned and operated by Basgallop,[51] and acts as Basgallop's "loan out" company.[52] Dolphin Black represented Basgallop in signing the Writer and Executive Producer Agreement for

---

[44] https://www.apple.com/tv-pr/news/2022/10/m-night-shyamalans-gripping-apple-original-thriller-servant-returns-for-fourth-and-final-season-friday-january-13-2023-on-apple-tv/ (visited September 2023).

[45] https://variety.com/exec/ashwin-rajan/ (visited September 2023).

[46] https://www.themoviedb.org/person/1121600-ashwin-rajan?language=en-US (visited September 2023).

[47] Episode 1 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 2 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 3 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm (visited September 2023).

[48] https://www.apple.com/tv-pr/news/2022/10/m-night-shyamalans-gripping-apple-original-thriller-servant-returns-for-fourth-and-final-season-friday-january-13-2023-on-apple-tv/ (visited September 2023).

[49] Content License / Distribution Agreement, Section 3 Conditions Precedent (APL-GREGO_00000013 - 00043 at 00013).

[50] Episode 1 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 2 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 3 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm (visited September 2023).

[51] Complaint, ¶ 37; https://opencorporates.com/companies/us_ca/3506757 (visited June 2023); https://www.dolphinblackproductions.com/about-3 (visited September 2023).

[52] I understand that a "loan out" company is generally used by "entertainment professionals to maximize the deductibility of all of their business-related expenses." Through a loan out company, "the entertainment professional becomes an employee of the corporation and the corporation 'loans out' the services of the employee/shareholder." (https://www.frazierdeeter.com/insights/loan-out-corporations-what-are-they-and-how-do-entertainment-professionals-use-them/ (visited October 2023)).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 12

*Servant* ("Writer Agreement").[53]  Dolphin Black's credits[54] and website[55] only contain work related to Basgallop.  Dolphin Black received "production company credit" for the Episodes-at-Issue.[56]

### 9. *Escape Artists*

24. Escape Artists is described on its website as "an independently financed motion picture and television production company with a first-look deal at Sony Pictures Entertainment for film and a first-look deal with MGM Television for TV."[57] Escape Artists is headed by partners Blumenthal, Mr. Bloomfield, Black, and Tisch.[58]  In 2001, Black and Blumenthal's Black & Blu merged with the Tisch Company to form Escape Artists.[59]

25. Escape Artists was contracted to perform non-writing executive producer services as part of the Content License / Distribution Agreement with Apple.[60]  Escape Artists received "production company credit" for the Episodes-at-Issue.[61]

---

[53] Writer Agreement (BE-GREGO_00016038 - 16058 at 16038).
[54] https://www.imdb.com/search/title/?companies=co789450 (visited September 2023); Tony Basgallop's IMDb page contains a link to his "official site" which leads to Dolphin Black's website. https://m.imdb.com/name/nm0059735/?ref_=tt_ov_wr (visited September 2023); https://www.dolphinblackproductions.com/ (visited September 2023).
[55] https://www.dolphinblackproductions.com/about-3 (visited September 2023).
[56] Episode 1 Company Credits: https://www.imdb.com/title/tt8074088/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 2 Company Credits: https://www.imdb.com/title/tt8074090/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 3 Company Credits: https://www.imdb.com/title/tt8074092/companycredits/?ref_=ttfc_sa_3 (visited September 2023).
[57] https://escapeartists.com/about-us/ (visited September 2023).
[58] https://escapeartists.com/about-us/ (visited September 2023).
[59] https://escapeartists.com/about-us/ (visited September 2023).
[60] Content License / Distribution Agreement, Section 3 Conditions Precedent (APL-GREGO_00000013 - 00043 at 00013).
[61] Episode 1 Company Credits: https://www.imdb.com/title/tt8074088/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 2 Company Credits: https://www.imdb.com/title/tt8074090/companycredits/?ref_=ttfc_sa_3 (visited September 2023); Episode 3 Company Credits: https://www.imdb.com/title/tt8074092/companycredits/?ref_=ttfc_sa_3 (visited September 2023).

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                    Page 13

*10. Blumenthal, Black, and Tisch*

26. Blumenthal, Black, and Tisch are all members of Escape Artists,[62] and executive producers for the
*Servant* series,[63] all receiving "executive producer credit" for the Episodes-at-Issue.[64]

## V.    ANALYSIS & FINDINGS

### A.  REMEDIES AVAILABLE TO COPYRIGHT OWNER(S)

27. According to 17 U.S.C. § 504,"[i]n general - Except as otherwise provided by this title, an infringer
of copyright is liable for either-

> (1) the copyright owner's actual damages and any additional profits
> of the infringer, as provided by subsection (b); or
>
> (2) statutory damages, as provided by subsection (c)."[65]

28. Gregorini has "agreed to forego her claims for actual damages and instead focus on her damages
recovery on Defendants' profits."[66]

29. I have been engaged to calculate the respective Defendants' profits generated from the Episodes-at-
Issue, which I apportion to the alleged infringement of the copyrighted script, considering factors
contributing to profits other than the copyrighted work.  17 U.S.C. § 504(1)(b) states the burdens of
the alleged infringer in proving expenses and profit apportionment, are as follows:[67]

> (b) Actual Damages and Profits -The copyright owner is entitled to
> recover the actual damages suffered by him or her as a result of the
> infringement, and any profits of the infringer that are attributable to
> the infringement and are not taken into account in computing the
> actual damages.  In establishing the infringer's profits, the copyright
> owner is required to present proof only of the infringer's gross

---

[62] https://escapeartists.com/about-us/ (visited September 2023).

[63] https://www.apple.com/tv-pr/news/2022/10/m-night-shyamalans-gripping-apple-original-thriller-servant-returns-for-fourth-and-final-season-friday-january-13-2023-on-apple-tv/ (visited September 2023).

[64] Episode 1 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 2 Full Cast & Crew Credits:
https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 3 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm (visited September 2023).

[65] Per 17 U.S.C. § 504(b) (https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title17-section504&num=0&edition=prelim).

[66] Declaration of Antoinette Waller in Opposition to Defendants' Motion to Compel Plaintiff's Further Interrogatory Responses and Production of Documents, dated June 5, 2023, ECF No. 112-8 ¶ 29.

[67] 17 U.S.C. § 504(b) (https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title17-section504&num=0&edition=prelim).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                          Page 14

revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work.

30. Profits apportioned for each Defendant are calculated as follows:

|  | Receipts |
|---|---|
| Less: | Deductible Costs |
| Equals: | Defendants' Unapportioned Profits |
| Times | Apportionment Percentage |
| Equals: | Defendants' Apportioned Profits |

31. I calculate receipts as amounts received by each of the Defendants related to production of the Episodes-at-Issue and deduct the expenses and out-of-pocket costs incurred by the Defendants for the services related to the production of the Episodes-at-Issue. I then apportion these profits to the alleged infringing use of the Scripts.

B. CALCULATION OF DEFENDANTS' UNAPPORTIONED PROFITS

32. The following sections represent the calculation of each Defendant's profits based upon records of receipts, tax benefits, and costs directly related to the production of the Episodes-at-Issue. In the next section, I discuss the apportionment of these profits to the alleged infringing use of the Scripts.

1. *Blinding Edge Defendants*

33. As discussed, Uncle George is a production entity of Blinding Edge, and as such, I perform a single calculation of the profits earned by Blinding Edge Defendants for the Episodes-at-Issue. I understand that Shyamalan was paid by Blinding Edge for his director services, executive producer services, ████████████████████████████████████████████, but for purposes of this analysis, I present profits separately for Blinding Edge Defendants and Shyamalan.

34. The calculation includes ████████████████████████████████████████ ██████████████████████, less deductions for expenses directly related to the production of *Servant.* TABLE 3 summarizes total profits attributable to the Episodes-at-Issue, the determination of which is explained in the following subsections:

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 15

TABLE 3: BLINDING EDGE DEFENDANTS' UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE [68]



     *a.  Receipts*

35. Total  receipts  from  Apple ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ [69] as set forth in **TABLE 4**, each of which I describe in the sections which follow:

TABLE 4: BLINDING EDGE DEFENDANTS' RECEIPTS FOR EPISODES-AT-ISSUE [70]

    i.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

36. Based on my understanding of the Content License / Distribution Agreement, ▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

---

[68] **EXHIBIT 2.**

[69] **EXHIBIT 2.**

[70] **EXHIBIT 2.**

[71] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[72] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[73] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[74] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 16



37. With respect to ████████████████████████ of the Content License / Distribution Agreement states:[76]

38. Per the Blinding Edge Defendants Consolidated Summary and Detail Cost Report ("Cost Report") and the Apple Studios Net Cost Summary for Season 1 of *Servant*, ██████████████ ████████████████████████████████████████[77] ███████████████.  According to the Apple Studios Net Cost Summary, ███████████ ████████████████████[78]  This amount is the Production Costs, net of a Pennsylvania film production tax credit ("Tax Credit") and costs incurred that were not allowable based on an audit performed for Apple by Deloitte ("Audit Disallowances").

39. To determine how much of the ████████████ to allocate to the Episodes-at-Issue, I rely upon the Cost Report that ██████████████████████████, and I quantify Production Costs of amounts totaling ████████,[79] specifically for the Episodes-at-Issue.  As previously discussed, the ████████████████████████ ████████████████  As such, I adjust the ██████████████████ ████████████████████████████████ ████████████████.

---

[75] Content License / Distribution Agreement, Section 8 Program License Fees; Payment Schedule (APL-GREGO_00000013 - 00043 at 00015).

[76] Content License / Distribution Agreement, Section 9 Budget Approval (APL-GREGO_00000013 - 00043 at 00016).

[77] **EXHIBIT 2 & EXHIBIT 10.1.** Apple Studios' *Servant* S1 Blinding Edge Total Net Cost Summary (BE-GREGO_00018764); *Servant* Season 1 Cost Report, pg. 1, "Gross EFC," and pg. 2, "Estimated Final Cost" (BE-GREGO_00018746 - 18763 at 18746-18747).

[78] **EXHIBIT 2 & EXHIBIT 10.1.**

[79] **EXHIBIT 10.1.** Per review of the Cost Report, ████████████████████ ████████████████ (BE-GREGO_00018746 - 18763 at 18746).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                     Page 17

40. I include ██ [80] ███████████████████████████ to attribute amounts to the Episodes-at-Issue, yielding the total amounts reimbursed by Apple as the Production License Fees associated with the Episodes-at-Issue in **TABLE 5** as follows:

**TABLE 5: SUMMARY OF APPLE PRODUCTION LICENSE FEE PAID** [81]



  ii.   Premium License Fee

41. ████████████████████████████████████████████████
████████████████████████████████████████████ [84]
Specifically, the Content License / Distribution Agreement states: [85]



42. With respect to the amount of the ████████████, the Content License / Distribution Agreement states: [86]

---

[80] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[81] **EXHIBIT 10.1.**
[82] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[83] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[84] **EXHIBIT 10.**
[85] Content License / Distribution Agreement, Section 7 Series Order Pattern (APL-GREGO_00000013 - 00043 at 00014).
[86] Content License / Distribution Agreement, Section 8 Program License Fees; Payment Schedule (APL-GREGO_00000013 - 00043 at 00015).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** Page 18



43. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I describe the calculation of these amounts retained by Blinding Edge Defendants in the following sections.

### 1) MAGR – Studio Portion

44. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **TABLE 6** sets forth the distributions and the calculation of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,[87] retained by Blinding Edge Defendants for the Episodes-at-Issue.

**TABLE 6: PREMIUM LICENSE FEE DISTRIBUTION[88]**



---

[87] **EXHIBIT 10.**
[88] **EXHIBIT 10.**
[89] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 19



45. Based on discussion with Mr. Leach and ███████████████████████

46. According to the statements provided by Blinding Edge ████████████

TABLE 7: OVERHEAD CALCULATION[91]

47. ████████████████████████████████████

---

[90] Executive Producer Agreement (BE-GREGO_00015989 - 16006 at 990).
[91] BE-GREGO_00018765. Amounts subject to rounding.
[92] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[94] Writer Agreement (BE-GREGO_00016038 - 16058 at 16041) and Executive Producer Agreement (BE-GREGO_00015989 - 16006 at 15990).
[95] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                               Page 20

48. Based on discussion with Mr. Leach, I understand that Blinding Edge Defendants fronted the costs for production for the Season 1 of *Servant* using loan proceeds received from East West Bank, originally intended for the production of *Glass,* a 2019 film written, directed and produced by Shyamalan.[96]  I discuss the interest expense incurred in SECTION V.B.1.b.iii.

49. According to the Profit Participation Statements, [redacted]

[redacted] [97]

50. [redacted] [98]

[redacted]. According to the *Servant* S1 Production Cost Interest Schedule as of September 30, 2020, provided by Blinding Edge, [redacted]

[redacted] [99]

51. Based on my understanding of the Cost Report and the Content License / Distribution Agreement, [redacted]

[redacted]. [100]

            iii.    Tax Credit

52. [redacted]

[redacted] [101]

[redacted]

---

[96] Loan Agreement (BE-GREGO_00018805 - 18866 at 18805) and https://www.imdb.com/title/tt6823368/ (visited September 2023).
[97] EXHIBIT 2.
[98] Executive Producer Agreement (BE-GREGO_00015989 - 16006 at 990).
[99] BE-GREGO_00018775.
[100] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00015).
[101] Form of Tax Credit Certificate, dated December 6, 2018 (BE-GREGO_00018743).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 21



.[102]

*b. Deductible Costs and Calculation of Defendants' Profits*

53. I calculate total costs incurred by Blinding Edge Defendants for the production of *Servant* Season 1 and the Episodes-at-Issue, as set forth in **TABLE 8**, and described in the sections which follow:



TABLE 8: SUMMARY OF DEDUCTIBLE COSTS[103]

    i.    Production Costs Net of Disallowed Costs

54. According to the Cost Report, Production Costs totaled ▮▮▮▮▮ for *Servant* Season 1.[108]  The expenses detailed in the Cost Report include, but are not limited to, producer, director, cast, costumes, lighting, travel, editing, and insurance costs and appear to be directly related to the production.

55. According to the Apple Studios Net Cost Summary, Apple disallowed ▮▮▮▮▮[109] of Production Costs ("Disallowed Costs") submitted for reimbursement.  Based on my review of the supporting detail, I note that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[102] Form of Tax Credit Certificate, dated December 6, 2018 (BE-GREGO_00018743).
[103] **EXHIBIT 2**.
[104] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[105] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[106] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[107] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[108] Cost Report (BE-GREGO_00018746 - 18763 at 18763-18764).
[109] Apple Studios' *Servant* S1 Blinding Edge Total Net Cost Summary (BE-GREGO_00018764).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 22

███ [110] As such, I conservatively exclude the Disallowed Costs from my determination of Production Costs.

### ii.    Financing and Related Costs

56.    I understand a loan agreement was executed on November 9, 2017 to borrow ███ from East West Bank to fund a "portion of the expenses of producing, completing and delivering and the associated financing costs of the motion picture tentatively entitled *Glass*."[111] I understand from my discussions with Mr. Leach and my analysis of the loan summary ("Loan Summary")[112] that a portion of the proceeds were used in the production of *Glass* and, when Blinding Edge Defendants began production of *Servant* Season 1, around September 2018, there was a ███ outstanding loan balance.[113]    According to the Loan Summary, there was a ███ production advance received on September 19, 2018, [114] which I understand was used to fund the production of *Servant.* Based on my discussions with Mr. Leach and my analysis of the Loan Summary, from September 19, 2018 through December 10, 2019,[115] Blinding Edge Defendants incurred ███ [116] of bank fees and legal fees related to the production advances received by Blinding Edge Defendants for *Servant* Season 1.

57.    Based on information contained in the Apple Studios Net Cost Summary and the Cost Report, these amounts were not reimbursed by Apple or included in the Cost Report. As such, I include this amount as an additional deduction from Receipts as a cost to Blinding Edge Defendants.

### iii.    Interest

58.    As discussed, Blinding Edge Defendants received advances to fund the production of *Servant* until Blinding Edge Defendants received reimbursement via the Production License Fees from Apple. Based upon my review of the Loan Summary, Blinding Edge was accruing interest related to both

---

[110] BE-GREGO_00018774.
[111] BE-GREGO_00018805 - 18866 at 18805.
[112] BE-GREGO_00018801; BE-GREGO_00018868.
[113] BE-GREGO_00018801.
[114] BE-GREGO_00018801; BE-GREGO_00018868.
[115] BE-GREGO_00018868.
[116] **EXHIBIT 11.**  The Apple Studios' *Servant* S1 Blinding Edge Total Net Cost Summary (BE-GREGO_00018764) includes ███ in financing and related legal costs; however, Blinding Edge Defendants was only able to provide support for the ███ as such, I conservatively do not deduct the ███

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 23

the outstanding balance associated with *Glass* and on the production advances received to fund the production of *Servant* Season 1.

59. To allocate the interest accrued for the loan balance for production advances related to *Servant,* I analyze the loan payments made by Blinding Edge from the start of production around September 19, 2018.  The outstanding loan balance at that point in time was ▮▮▮▮▮[117] related to *Glass.* Based on my review of payments made, the ▮▮▮▮▮ was paid off around January 18, 2019.[118] As such, I calculate the interest expense of ▮▮▮▮▮[119] accrued for the period January 19, 2019 through the date of the release of the final episode of Season 1, January 16, 2020,[120] to determine the interest expense related to *Servant* Season 1.  I then include 30%[121] of the total interest expense for Season 1 as attributable to the Episodes-at-Issue, resulting in interest expense of ▮▮▮▮▮.[122]

60. Based on review of the Loan Summary, I understand that additional interest accrued on *Servant* Season 1 advances post release of the Season 1; however, I conservatively do not include that interest in the calculation as it would be speculative to determine how much interest related to the production advances for Season 1 vs. Season 2.

### iv.    Overhead Costs Paid to Endeavor Content

61. According to Section 9 of the Content License / Distribution Agreement for *Servant*, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[123] As such, per my review of the Cost Report, ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[117] BE-GREGO_00018801.
[118] Exhibit 2.1.
[119] Exhibit 2.1.
[120] https://www.apple.com/tv-pr/originals/servant/episodes-images/ (visited September 2023).
[121] Exhibit 2. The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[122] Exhibit 2.
[123] Content License / Distribution Agreement, Section 9 Budget Approval (APL-GREGO_00000013 - 00043 at 00017).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 24

62. I understand from Mr. Leach that Blinding Edge Defendants paid Endeavor Content, LLC a total of ████████ and, based on the Endeavor Content, LLC invoices, its services were for production legal, labor legal, and other back-office support services for *Servant*.[124]

63. As , I include the remaining ████ of expenses incurred for services provided by Endeavor Content for Season 1 as an additional deductible cost and include 30%[125] of the overhead amount, or ████, as attributable to the Episodes-at-Issue.[126]



        *2.  Shyamalan*

64. As previously discussed, I calculate profits attributed directly to Shyamalan separately from the profits earned by his production company, Blinding Edge,[127] as he is a separate Defendant named in the Complaint. Even though he was ultimately paid by Blinding Edge for his director services, executive producer services, and his portion of ████, he was contracted individually for his services.

        *a.  Receipts*

65. According to the Content License / Distribution Agreement, the Director Agreement, and financial records provided by Blinding Edge, Shyamalan was entitled to the following compensation amounts:

    • ████████████████████████████[128]

    • ████████████████████████████████████████[129]



---

[124] See Endeavor Content Invoice #026 (BE-GREGO_00018867); Endeavor Content Invoice #080 (BE-GREGO_00018776); Endeavor Content Invoice #08082018 (BE-GREGO_00018742); Endeavor Content Invoice #1126201801 (BE-GREGO_00018744).
[125] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[126] **EXHIBIT 2.** The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[127] Blinding Edge's profits are calculated along with Uncle George's profits, collectively referred to as Blinding Edge Defendants.
[128] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00022).
[129] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00022). Per my review of the Cost Report, Blinding Edge Defendants ultimately paid Shyamalan a $7,500 royalty for all 10 episodes in Season 1 - a total of $75,000 (BE-GREGO_00018746 - 18763). Therefore, I have included Director Royalty Fees for the pilot in addition to the second and third episodes.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 25

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;[130] and

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.[131]

66. I calculate the amounts attributable to the Episodes-at-Issue in **TABLE 9**. For compensation that is not already designated on a per episode basis in the Content License / Distribution Agreement or Director Agreement, I include 30%[132] of the amounts as attributable to the Episodes-at-Issue.



**TABLE 9: CALCULATION OF SHYAMALAN'S UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE[133]**

*b. Deductible Costs and Calculation of Defendant's Profits*

67. I am unaware of any additional expenses to be deducted from the compensation received by Shyamalan for his directing and producing services.  Should support for any expenses become available, I reserve the right to supplement this calculation and my report.  Otherwise, the profits attributed to Shyamalan are as set forth in **TABLE 9**.

---

[130] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00022) and **EXHIBIT 3.**
[131] Director Agreement (BE-GREGO_00018778 - 18798 at 18779).
[132] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[133] **EXHIBIT 3.**
[134] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[135] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[136] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                          Page 26

     3.  *Rajan*

       *a.  Receipts*

68. Based upon ▮▮▮▮▮▮ of the Content License / Distribution Agreement for *Servant,* I understand that Rajan ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[137].

69. I calculate the amounts attributable to the Episodes-at-Issue in **TABLE 10**. For compensation that is not already designated on a per episode basis in the Content License / Distribution Agreement, I include 30%[138] of the amounts as attributable to the Episodes-at-Issue.

**TABLE 10: CALCULATION OF RAJAN'S UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE[139]**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

      *b.  Deductible Costs and Calculation of Defendant's Profits*

70. I am unaware of any additional expenses to be deducted from the compensation received by Rajan. Should support for any expenses become available, I reserve the right to supplement this calculation and my report. Otherwise, the profits attributed to Rajan are as set forth in **TABLE 10**.

     4.  *Basgallop / Dolphin Black*

71. I understand that Basgallop received compensation as both a writer and producer for *Servant*. I consider his receipt of compensation for each of these services separately in my analysis. I do not calculate separate profits generated by Dolphin Black Productions, as I understand this entity is

---

[137] **EXHIBIT 4.**
[138] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[139] **EXHIBIT 4.**
[140] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 27

owned and operated by Tony Basgallop, and profits generated by Tony Basgallop and Dolphin Black Productions are one and the same and are addressed in the next section.

      *a. Receipts*

          i.    Writer Compensation Paid to Basgallop for *Servant*

72. Based upon the payroll ledger activity provided for Basgallop / Dolphin Black, his Profit Participation Statement, the Content License / Distribution Agreement, and the Writer Agreement, Basgallop was entitled to be compensated for the Episodes-at-Issue as a writer as follows:



73. The total writer compensation received by Basgallop for *Servant* is set forth in **TABLE 11**:

---

141 Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00022).
142 Writer Agreement (BE-GREGO_00016038 - 16058 at 16039).
143 **EXHIBIT 5.**
144 Writer Agreement (BE-GREGO_00016038 - 16058 at 16042).
145 **EXHIBIT 5:** ███████████████████████████████████████
146 BE-GREGO_00018800.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 28

TABLE 11: CALCULATION OF BASGALLOP'S WRITER COMPENSATION[147]



    ii.    Producer Compensation Paid to Basgallop for *Servant*

74. Basgallop was also paid for his services as a Producer for Season 1.  Specifically,

- [151]

75. The total producer compensation received by Basgallop for *Servant* is set forth in **TABLE 12**:

---

[147] EXHIBIT 5.

[148] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[149] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[150] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[151] Writer Agreement (BE-GREGO_00016038 - 16058 at 16039-16040).

[152] EXHIBIT 5.

[153] EXHIBIT 5;

[154] BE-GREGO_00018800.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 29

TABLE 12: CALCULATION OF BASGALLOP'S PRODUCER COMPENSATION[155]



### b.  Deductible Costs and Calculation of Defendant's Profits

76. With respect to deductible costs related to the production of *Servant*, based on the check remittance

for the portion of Basgallop's ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████[158]

████████████████████████████████████████████████

████████████████████████████[159]████████████

████████████████████[160]

77. **TABLE 13** summarizes total compensation received by Basgallop for writer services, net of out-of-
pocket expenses incurred by Basgallop for Season 1.  For compensation that is not already designated
on a per episode basis in the Content License / Distribution Agreement or Writer Agreement or
attributed to specific episodes per Basgallop / Dolphin Black's payroll ledger activity, I include
30%[161] of the amounts as attributable to the Episodes-at-Issue.

---

[155] **EXHIBIT 5.**

[156] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3
of the 10 episodes in Season 1 (3/10=30%).

[157] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3
of the 10 episodes in Season 1 (3/10=30%).

[158] **EXHIBIT 5.** Since these amounts were netted against the ██████████████████████████
██████████, I assume that these costs were associated with Season 1 (TB_GREGO_00013711).

[159] ██ ████████████████████████████

[161] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3
of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                   Page 30

TABLE 13: CALCULATION OF BASGALLOP'S UNAPPORTIONED PROFITS FOR WRITER SERVICES FROM EPISODES-AT-ISSUE[162]



78. **TABLE 14** summarizes total compensation received by Basgallop for producer services, net of out-of-pocket expenses incurred by Basgallop for Season 1. For compensation that is not already designated on a per episode basis in the Content License / Distribution Agreement or Writer Agreement or attributed to specific episodes per Basgallop / Dolphin Black's payroll ledger activity, I include 30%[167] of the amounts as attributable to the Episodes-at-Issue.

---

[162] **EXHIBIT 5.**
[163] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[164] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[165] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[166] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[167] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

Case 2:20-cv-00406-SSS-JC    Document 257-30    Filed 09/13/24    Page 32 of 45    Page ID #:15482

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 31

**TABLE 14: CALCULATION OF BASGALLOP'S UNAPPORTIONED PROFITS FOR PRODUCER SERVICES FROM EPISODES-AT-ISSUE[168]**



79. **TABLE 15** summarizes total unapportioned profits received by Basgallop for his writer and producer services for Season 1.

**TABLE 15: CALCULATION OF BASGALLOP'S UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE[172]**

80. I am unaware of any additional direct or indirect expenses to be netted against the compensation received by Basgallop for his writer and production services. Should additional support for expenses become available, I reserve the right to supplement this calculation and my report.

### 5. Apple

81. I understand that Apple neither allocates Apple TV+ subscription revenues by series nor on a per episode basis.[173] As a result, Apple cannot provide a profit and loss statement specific to the *Servant*

---

[168] **EXHIBIT 5.**
[169] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[170] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[171] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[172] **EXHIBIT 5.**
[173] According to discussions with Mr. Rollins and Ms. Taylor.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 32

series, let alone specific to *Servant* Season 1 or the Episodes-at-Issue.  Therefore, I perform an analysis utilizing the information available to determine Apple profits, if any, associated with the Episodes-at-Issue, as discussed in the following sections.

    *a.   Receipts*

82. Apple TV+ launched in and around November 2019.[174]  Apple TV+ generates revenues by offering "subscription-based digital content streaming services," and Apple TV+ "offers exclusive original content."[175]  Apple TV+ subscription revenues are reported in Apple TV+ 10-K filings, in aggregate, in the "Services" category.[176]  Apple TV+ charges a flat monthly subscription fee to users for access to its original content,[177] rather than charging on a per show or per viewing basis.

83. Apple provided an Apple TV Limited Contribution Margin calculation for Fiscal Year 2020-Fiscal Year 2022.[178]  According to discussion with Ms. Taylor, the net revenue amounts provided per the Limited Contribution Margin Calculation represent Apple TV+ subscription revenues only.[179]  At the time *Servant* was launched, most of the Apple TV+ viewers received the service for free for a limited time through an equipment bundle.

84. To estimate the portion of Apple TV+'s subscription revenues attributed to *Servant* Season 1, I consider the Apple TV Limited Contribution Margin Calculation, which includes net revenues for Fiscal Year 2020 to Fiscal Year 2022 in the amount of ▮▮▮▮▮▮▮▮▮▮[180] I consider this time period because *Servant*  Season 1 episodes were released between November 28, 2019 and January 16,

---

[174] https://s2.q4cdn.com/470004039/files/doc_financials/2019/ar/_10-K-2019-(As-Filed).pdf (visited September 2023).

[175] https://s2.q4cdn.com/470004039/files/doc_financials/2019/ar/_10-K-2019-(As-Filed).pdf (visited September 2023).

[176] https://s2.q4cdn.com/470004039/files/doc_financials/2019/ar/_10-K-2019-(As-Filed).pdf (visited September 2023); https://s2.q4cdn.com/470004039/files/doc_financials/2020/ar/_10-K-2020-(As-Filed).pdf (visited September 2023).

[177] https://tv.apple.com/ (visited September 2023).

[178] APL-GREGO_00020147 - 20149 at 20147.

[179] I understand that in addition to a standalone subscription to Apple TV+, Apple also offers Apple TV+ as part of the Apple One bundle that offers up to 6 of their services (Apple TV+, Apple Music, iCloud+, Apple Arcade, Apple Fitness+ and Apple News+).  The net revenue amount includes an allocation of revenue from Apple One bundle that is based on Apple TV+ pro rata share of the bundled price, relative to the pricing of the other bundled services.

[180] APL-GREGO_00020147 - 20149 at 20147.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 33

2020,[181] and the final episode of the series aired on March 16, 2023;[182] therefore, this provides the most comprehensive annual financial information for the series available as of the date of this report.

85.  ████████████████████████████ ████████████████████████████
████████████████████████████ ███ ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████

- ████████████████████████████████████████
- ████████████████████████████████████████
████████████████████████████████

- ████████████████████████████████████████
████████████████████████

86.  ████████████████████████████████████████
████████████████  I then apply 30%[185] of the Season 1 Subscription Revenue to attribute revenues to the Episodes-at-Issue, as set forth in **TABLE 16** below.

TABLE 16: ALLOCATION OF APPLE TV+ REVENUE TO EPISODES-AT-ISSUE[186]



---

[181] https://www.apple.com/tv-pr/originals/servant/episodes-images/ (visited September 2023).
[182] https://www.apple.com/tv-pr/originals/servant/episodes-images/ (visited September 2023).
[183] APL-GREGO_00020147 - 20149 at 20149.
[184] APL-GREGO_00020147 - 20149 at 20149.
[185] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[186] **EXHIBIT 6.**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                    Page 34

*b.  Deductible Costs and Calculation of Defendant's Profits*

87. I then determine the amount of costs to deduct from the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ to arrive at the unapportioned profits generated from the Episodes-at-Issue
by Apple.

88. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[187]  The total amounts paid by Apple
generally reconcile, within an immaterial amount, to the amounts received by Blinding Edge
Defendants from Apple for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮[188]   I include 30%[189] of the total amounts paid by Apple for Season 1 as
attributable to the Episodes-at-Issue.

89. **TABLE 17** sets forth the calculation of Apple's resulting loss attributable to the Episodes-at-Issue.

TABLE 17: CALCULATION OF APPLE TV+ UNAPPORTIONED PROFITS (LOSS) ATTRIBUTABLE TO EPISODES-AT-ISSUE[190]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

90. In summary, based upon my analysis of the financial information provided for Apple TV+, ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which is discussed in the following
section.

---

[187] APL-GREGO_00020147 - 20149 at 20148.
[188] I note an immaterial reconciliation difference of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮
[189] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[190] **EXHIBIT 6.**
[191] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 35

        *c.  Reasonableness Check*

91. ████████████████████████████████████████████████████████████████

    ███████████████████████████████████[192]

92. Based on research and discussions with Ms. Taylor and Mr. Rollins, since at least 2019, Apple has focused on investing heavily in its original content, specifically with respect to its streaming service, Apple TV+.  A 2019 article in *The Verge* titled "Apple TV Plus can afford to gamble $6 billion in a way that Disney and Hulu can't," states the following, "Apple is reportedly spending $6 billion on its initial lineup of TV shows, documentary series, and other originals that will land on its streaming service, Apple TV Plus."[193]  Furthermore, a July 4, 2022 article in the *Motley Fool* titled "Will Apple TV+ Ever Become Profitable*, states, "While Apple's series and films have garnered critical acclaim, it's not clear its strategy is paying off to become a profitable service for the tech giant…Bernstein analyst Toni Sacconaghi estimates Apple generates between $1 billion and $2 billion per year in subscription revenue, but it's spending $3 billion per year on content."[194]

93. Apple provided ███████████████████████████████████████

    ███████████[195]  From November 1, 2019, when Apple TV+ was released, through June 30, 2023,

    ███████████████████████████████████████████████████████████████

    ███████████████████████████████████████████████████████████████

    ███████████████████████████████████[196]

94. Taking all of this into consideration, ███████████████████████████████

    ███████████████████████████████████████████████████

---

[192] APL-GREGO_00020147 - 20149 at 20147.
[193] Alexander, J. (2019, August 20). "Apple TV Plus can afford to gamble $6billion in a way that Disney and Hulu can't." *The Verge*. https://www.theverge.com/2019/8/20/20813761/apple-tv-plus-budget-money-disney-netflix-hulu-warnermedia-hbo-amazon (visited September 2023).
[194] Levy, A. (2022, July 4). "Will Apple TV+ Ever Become Profitable?" *The Motley Fool*. https://www.fool.com/investing/2022/07/04/will-apple-tv-ever-become-profitable/ (visited June 2023).
[195] APL-GREGO_00020147 - 20149 at 20149.
[196] APL-GREGO_00020147 - 20149 at 20149.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                           Page 36

      6.  *Escape Artists*

        a.  *Receipts*

95. Based on the Season 1 profit and loss statement provided by Escape Artists ("Escape Artists P&L"), the Executive Producer Agreement, and the Content License / Distribution Agreement, I understand that Escape Artists ███████████ ██████████████████████████████ ███████████████████████████ ████████████████████████████████[199]

96. I calculate the amounts attributable to the Episodes-at-Issue in **TABLE 18**. For compensation that is not already designated on a per episode basis in the Content License / Distribution Agreement or Executive Producer Agreements, I include 30%[200] of the amounts as attributable to the Episodes-at-Issue.

**TABLE 18: CALCULATION OF ESCAPE ARTISTS' RECEIPTS[201]**



        b.  *Deductible Costs and Calculation of Defendant's Profits*

97. Based on the Escape Artists P&L, Escape Artists ██████████████████████████████ ███████████████████████████████████[203] ████████, as shown in

---

[197] **EXHIBIT 7.**

[198] **EXHIBIT 7** and BE-GREGO_00018777.

[199] Although not included in the Escape Artists P&L, per my review of the Content License / Distribution Agreement, ██████████████████████████ (APL-GREGO_00000013 - 00043 at 00022).

[200] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[201] **EXHIBIT 7.**

[202] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[203] Taylor Latham is Escape Artists' President of Television and was a co-executive producer for the Episodes-at-Issue. https://www.backstage.com/resources/detail/productioncompany/escape-artists-52249/ (visited October 2023); Episode 1 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 2 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm (visited September 2023); Episode 3 Full Cast & Crew Credits: https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm (visited September 2023).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**    Page 37

**TABLE 19**.[204]  Furthermore, based on the Content License / Distribution Agreement, I understand that



As of the date of my report, I am unaware of any additional deductible costs incurred by Escape Artists for out-of-pocket expenses for the production of the Episodes-at-Issues.

98.  For receipts and deductible costs that were not episode-specific, I include 30%[206] of the total amount received for Season 1 as attributable to the Episodes-at-Issue.  My calculation of profits attributable to Escape Artists for the Episodes-at-Issue are as follows:

**TABLE 19: CALCULATION OF ESCAPE ARTISTS' UNPORTIONED PROFITS FROM EPISODES-AT-ISSUE[207]**



---

[204] **EXHIBIT 7.**
[205] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00022).
[206] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[207] **EXHIBIT 7.**
[208] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 38

      7.  *Blumenthal*

        a.  *Receipts*

99. Based on the Season 1 Escape Artists P&L, I understand that Blumenthal received ███████ ████████ as an executive producer for Season 1.[209] To allocate Black's receipts to the Episodes-at-Issue, I include 30%[210] of the disbursements, or ██████, as attributable to the Episodes-at-Issue.[211]

        b.  *Deductible Costs and Calculation of Defendant's Profits*

100.  As of the date of my report, I am unaware of any additional deductible costs incurred by Escape Artists for out-of-pocket expenses for the production of the Episodes-at-Issue.

101.  My calculation of profits attributable to Blumenthal for the Episodes-at-Issue are as follows:

TABLE 20: CALCULATION OF BLUMENTHAL'S UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE[212]



      8.  *Black*

        a.  *Receipts*

102.  Based on the Season 1 Escape Artists P&L provided by Escape Artists, I understand that Black earned ██████████████ as an executive producer for Season 1.[214] To allocate Black's

---

[209] **EXHIBIT 7 & EXHIBIT 8;** Escape Artists P&L (EA-GREGO_00007883).
[210] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[211] **EXHIBIT 7 & EXHIBIT 8.**
[212] **EXHIBIT 8** and Escape Artists P&L (EA-GREGO_00007883).
[213] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).
[214] **EXHIBIT 7 & EXHIBIT 9.**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 39

receipts to the Episodes-at-Issue, I include 30%[215] of the disbursements, or ██████ as attributable to the Episodes-at-Issue.[216]

### b. Deductible Costs and Calculation of Defendant's Profits

103. As of the date of my report, I am unaware of any additional deductible costs incurred by Black for out-of-pocket expenses for the production of the Episodes-at-Issue.

104. My calculation of profits attributable to Black for the Episodes-at-Issue are as follows:



TABLE 21: CALCULATION OF BLACK'S UNAPPORTIONED PROFITS FROM EPISODES-AT-ISSUE[217]

### 9. Tisch

105. Based upon my review of Season 1 Escape Artists P&L provided by Escape Artists[219] and discussions with Mr. Bloomfield, Tisch did not receive any compensation from *Servant* Season 1.

### C. SUMMARY OF DEFENDANTS' UNAPPORTIONED PROFITS

106. The preceding sections represent the calculation of each Defendant's Unapportioned profits based upon records of receipts, tax benefits, and costs directly related to the production of the Episodes-at-Issue, as summarized in TABLE 22 below.

---

[215] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[216] EXHIBIT 7 & EXHIBIT 9.

[217] EXHIBIT 9.

[218] The amounts attributed to the Episodes-at-Issue are 30% of the total for Season 1, as the Episodes-at-Issue are 3 of the 10 episodes in Season 1 (3/10=30%).

[219] EXHIBIT 7 and Escape Artists P&L (EA-GREGO_00007883).

Case 2:20-cv-00406-SSS-JC     Document 257-30     Filed 09/13/24     Page 41 of 45     Page ID #:15491

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                    Page 40

TABLE 22: DEFENDANTS' UNAPPORTIONED PROFITS[220]



D. APPORTIONMENT AND CALCULATION OF DEFENDANTS' APPORTIONED PROFITS

107. As discussed, under 17 U.S.C. § 504(b), "the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work."[221]

108. In my analysis of the amount of unapportioned profits for the Episodes-at-Issue that should be apportioned to the alleged infringed copyright, as opposed to non-accused elements, I consider that "the screenplay is only one component of a motion picture. The director, cast, set and costume design, cinematography, special effects, and other factors contribute to a film's financial success and must be considered in apportioning profits."[222]  Although the copyrighted Scripts are not for a motion picture, I understand the same components are also relevant to a television series.  In an effort to attribute the Defendants' profits to the Scripts for the Episodes-at-Issue, factoring in the other elements that contribute to the success of the series, I consider the investment made by Blinding Edge to compensate the writer for the Scripts for the Episodes-at-Issue compared to its overall investment in the production of the Episodes-at-Issue, which includes the investment dollars associated with all the other components that contributed to the success of the series.

---

[220] EXHIBIT 1.
[221] 17 U.S.C. § 504(b) (https://uscode.house.gov/view.xhtml?req=granuleid:USC-prelim-title17-section504&num=0&edition=prelim).
[222] Burns v. Imagine Films Entm't, Inc., 2001 WL 34059379, *6 (W.D.N.Y.2001). https://casetext.com/case/burns-v-imagine-films-entertainment-inc (visited April 2023).

Case 2:20-cv-00406-SSS-JC    Document 257-30    Filed 09/13/24    Page 42 of 45    Page ID #:15492

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 41

109.  I understand that it is typical for production companies like Blinding Edge to finance films or series[223] and directly invest in writers and scripts. The total amounts spent to produce the Episodes-at-Issue reflect the investments Blinding Edge made to create content that would attract a streaming service, such as Apple TV+, to purchase for its content library, and only a portion of the investment dollars were allocated to the Scripts.[224]

110.  I analyze the costs associated with the Scripts for the Episodes-at-Issue, ███████████ ████████████████████████████████████████████████████ ███████████████████████████████    Based on my discussion with Mr. Leach, ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ████████████████████████████████

111.  In my determination of the apportionment percentage related to the alleged copyrighted material, I calculate the costs of the Scripts as a percentage of the Total Production Costs, net of disallowed costs, that were invested by Blinding Edge Defendants in the production of the Episodes-at-Issue.

112.  I calculate an apportionment percentage of ██████ to be applied to the Defendants' unapportioned profits within TABLE 23 below:

---

[223] "[Production companies or studios] license properties, write stories, film the production and create typically the final product that reaches the screen." https://smartasset.com/investing/how-to-invest-in-movies-and-tv-shows (visited October 2023). Additionally, "[t]he most common way to raise money for movies … is through film studios." https://filmlifestyle.com/movie-financing/ (visited October 2023).

[224] My analysis conservatively does not include any costs incurred by Apple TV+ to promote the *Servant* series.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 42

TABLE 23: CALCULATION OF APPORTIONMENT % ATTRIBUTABLE TO THE SCRIPTS FOR EPISODES-AT-ISSUE[225]



113. I understand that a profit participation percentage between 2 and 5% is typical in the industry for screenwriters.[226] Additionally, based on discussion with Mr. Cherniss, Shyamalan's involvement was critical to Apple's purchasing decision. Specifically, Mr. Cherniss stated that they had read the Scripts and had confidence in Shyamalan's ability to execute, craft, and tonally elevate the series to transcend into the horror genre, based on Shyamalan's previous films. Per Mr. Cherniss, absent Shyamalan's involvement, Apple would not have moved forward with the series. Furthermore, according to the Content License / Distribution Agreement Condition Precedent section, ███████
███████████████████████████████████████████████████████████████████████████████
███████████████████████████████[227]

114. The ██████ apportionment percentage is appropriate to apply to the profits for each defendant, as that is the portion that relates to the writing versus all of the other efforts that went into the production of those episodes. The profits generated by the Episodes-at-Issue are the result of all of the efforts that went into the production of those episodes including, but not limited to, writing the scripts,

---

[225] **EXHIBIT 1.1.**
[226] https://gointothestory.blcklst.com/reader-question-do-screenwriters-get-a-percentage-of-the-back-end-ee6fc8fc30d5 (visited October 2023).
[227] Content License / Distribution Agreement (APL-GREGO_00000013 - 00043 at 00030).

Case 2:20-cv-00406-SSS-JC    Document 257-30    Filed 09/13/24    Page 44 of 45    Page
ID #:15494

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 43

production, casting, wardrobe, set design, etc.  Said another way, the Episodes-at-Issue would not exist without all of these efforts.  Therefore, my apportionment percentage of 4.2% is determined by dividing the total amounts paid to the writer for writing services divided by the total production costs.

115.    Apportioning ▇▇ to the Scripts for the Episodes-at-Issue is conservative, especially when considering the importance of Shyamalan's involvement as director and executive producer in Apple's decision to purchase the series, as the ▇▇ apportionment factor does not attribute any amount to Shyamalan's talent, well-established brand, and significant following.[228]   Had Shyamalan's involvement been factored into the ▇▇ apportionment factor, the factor would have been lower.

116.    As such, **TABLE 24** represents the Defendants' profits based upon the apportionment of ▇▇ to the Scripts for the Episodes-at-Issue.  For Basgallop only, I have included 100% of the earnings directly related to Scripts and writing services performed for the Episodes-at-Issue (as that compensation is 100% related to writing the Episodes-at-Issue) and apportioned his remaining earnings for producer services by ▇▇.  The following summarizes my calculation of each defendant's profits.

TABLE 24: APPORTIONED DEFENDANTS' PROFITS[229]



\*      \*      \*      \*      \*      \*

---

[228] https://www.rottentomatoes.com/celebrity/m_night_shyamalan (visited October 2023).
[229] **EXHIBIT 1.**
[230] 100% of profits earned by Basgallop for script and writer services are attributable to the alleged infringement.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                    Page 44

117.  The procedures performed were limited to those described herein based on the documents provided to date and other information obtained.  Information obtained subsequent to the date of this report may affect this analysis and this effect may be material.  If requested, I will update my analysis.

118.  My procedures were performed solely with respect to the above referenced litigation.  This report is not to be reproduced, distributed, disclosed or used for any other purpose.


**STOUT**


_Dana Trexler_

Dana M. Trexler, CPA/CFF