**ROBINS KAPLAN LLP**
Michael A. Geibelson
MGeibelson@RobinsKaplan.com
Patrick M. Arenz (Pro hac vice)
PArenz@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Prateek N. Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone:  310 552 0130
Facsimile:   310 229 5800

*Attorneys for Plaintiff Francesca Gregorini*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **PLAINTIFF FRANCESCA GREGORINI'S INDEX OF EXHIBITS AND EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, | |
| Defendants. | |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF'S INDEX OF EXHIBITS IN
SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

Plaintiff files the following pleadings and exhibits to the Declaration of Patrick Arenz in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

| No. | Description |
|---|---|
| **3** | An email regarding *Practically Perfect*, dated March 5, 2015 (TB_GREGO_00001866) |
| **4** | Excerpts from the Deposition of Tony Basgallop, dated April 30, 2024 |
| **5** | An email regarding Practically Perfect, dated March 16, 2015 (Dep. Ex. 152) |
| **11** | An email regarding *Practically Perfec*t, dated November 21, 2016 (TB_GREGO_00002664) |
| **13** | Excerpts from the Deposition of Taylor Latham, dated May 1, 2024 |
| **14** | An email chain regarding Tony Basgallop/PRACTICALLY PERFECT, dated November 11, 2019 (EA-GREGO_00005028) |
| **15** | An email regarding *Practically Perfect*, dated November 16, 2016 (TB_GREGO_00002656) |
| **17** | Excerpts from the Deposition of Matt Cherniss, dated May 7, 2024 |
| **18** | Excerpts from the Deposition of Max Aronson, dated May 10, 2024 |
| **19** | A meeting invitation to pitch SERVANT, dated January 24, 2018 (Aronson DX 6) |
| **20** | An email regarding SERVANT, dated January 26, 2018 (APL-GREGO_00018613) |

| No. | Description |
|-----|-------------|
| 21 | An email regarding SERVANT, dated January 26, 2018 (APL-GREGO_00018336) |
| 22 | Excerpts from the Deposition of Jamie Erlicht, dated May 16, 2024 |
| 23 | Excerpts from the Deposition of Zack Van Amburg, dated May 15, 2024 |
| 24 | An email regarding SERVANT notes, dated March 12, 2018 (Aronson DX 9) |
| 32 | An email regarding SERVANT revised cuts, dated June 20, 2019 (Aronson DX 16) |
| 33 | An email regarding SERVANT 101-109 revised cut (Aronson DX 18) |
| 34 | An email regarding Apple Notes document (Aronson DX 15) |
| 35 | An email regarding SERVANT 110, dated February 20, 2019 |
| 36 | An email regarding SERVANT 110, dated February 11, 2019 (APL-GREGO_00018139) |
| 37 | An email regarding Toby Kebbell, dated October 10, 2018 (APL-GREGO_00000739) |
| 48 | An email regarding Gregorini / Director to Know, dated March 9, 2018 (APL-GREGO_00000631) |
| 49 | Excerpts from the Deposition of Dominic Persechini, dated June 13, 2024 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF'S INDEX OF EXHIBITS IN
SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

| No. | Description |
|---|---|
| **50** | The Expert Report of Dominic M. Persechini and Schedules, dated May 24, 2024 |
| **62** | A copy of the Digital Video Distribution Agreement (APL-GREGO_00020155) |
| **63** | A copy of the itunes Volume Custom Code Agreement, dated May 1, 2015 (APL-GREGO_00020179) |
| **64** | A copy of the Amendment to Digital Video Distribution Agreement (APL-GREGO_00020228) |
| **65** | A copy of the Digital Video Distribution Agreement (APL-GREGO_00020234) |
| **69** | A copy of a letter from Tribeca Enterprises LLC to Emanuel Film, LLC, dated July 3, 2013 (WG-GREGO_00000004) |
| **70** | A copy of a letter from Tribeca Enterprises LLC, dated July 9, 2013 (WG-GREGO_00000030) |
| **74** | A copy of T. Basgallop's *Practically Perfect* draft |
| **75** | A copy of T. Basgallop's *Practically Perfect* draft (TB_GREGO_00000195) |
| **76** | Copy of T. Basgallop's *Practically Perfect* Notes, dated April 4, 2007 (TB_GREGO_00001779) |
| **77** | A copy of T. Basgallop's *Splintere*d, dated May 2008 (TB_GREGO_00000086) |
| **78** | Excerpts from the Deposition of Ashwin Rajan, dated May 9, 2024 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF'S INDEX OF EXHIBITS IN
SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT

| No. | Description |
|-----|-------------|
| **80** | An email regarding Notes on *Practically Perfect* (BE-GREGO_00001271) |
| **81** | An email regarding *Practically Perfect* Meeting Notes, dated 5/4/2017 (BE-GREGO_00012216) |
| **83** | A copy of Content License Agreement for SERVANT, dated November 19, 2018 (APL-GREGO_00000013) |
| **84** | A copy of the Director and Executive Producer Agreement (BE-GREGO_00018778) |
| **85** | A copy of the Executive Producer Agreement, dated March 23, 2018 (BE-GREGO_00015989) |
| **86** | A copy of the Writer and Executive Producer Agreement, dated March 23, 2018 (BE-GREGO_00016038) |
| **87** | An email regarding SERVANT / Directors, dated July 26, 2018 (BE-GREGO_00001248) |
| **88** | An email forwarded from A. Rajan regarding Materials: Jimmi Simpson & Matthew Rhys / SERVANT (Apple), dated March 19, 20118 (Rajan Depo. Ex. 11 or BE-GREGO_00008896) |
| **89** | An email forwarded by A. Rajan regarding SERVANT / 'Sean' Updated Avails & Materials (Rajan Dep. Ex. 12 or BE-GREGO_00000119) |
| **90** | An email from A. Rajan regarding Jimmi Simpson / SERVANT, dated July 10, 2018 (Rajan Dep. Ex. 14 or BE-GREGO_00000392) |
| **93** | A copy of the Supplemental Expert Report of Dominic M. Persechini, dated June 11, 2024 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

PLAINTIFF'S INDEX OF EXHIBITS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1

2

Dated: October 15, 2024

3

4

By: */s/ Patrick M. Arenz*
Patrick M. Arenz

5

6

Attorney for Plaintiff
Francesca Gregorini

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

- 5 -

PLAINTIFF'S INDEX OF EXHIBITS IN
SUPPORT OF OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT