# EXHIBIT 50

REDACTED VERSION OF DOCUMENT
FILED UNDER SEAL PURSUANT TO
ORDER OF THE COURT DATED
OCTOBER 9, 2024 (Dkt. 264)

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# Case No. 2:20-cv-00406-SSS-JC

# FRANCESCA GREGORINI

## v.

# APPLE INC., et al.

_____

## Expert Report of Dominic M. Persechini
## May 24, 2024
## Volume 1

**Persechini Consulting, LLC**

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**FRANCESCA GREGORINI**
**v. APPLE INC., et al.**

**Table of Contents**

**Expert Report of Dominic M. Persechini**

**Volume 1**

---

| Tab # | Description |
| --- | --- |
| 1 | Expert Report of Dominic M. Persechini |
| 2 | Damages Analysis |
| 3 | Curriculum Vitae of Dominic M. Persechini |
| 4 | List of Documents Considered |

# Tab 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **EXPERT REPORT OF Dominic M. Persechini** |
| v. | |
| APPLE INC., et al., | **May 24, 2024** |
| Defendants. | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# **Table of Contents**

1.  Introduction ...................................................................................................................1
   1.1.  Scope of Work .......................................................................................................1
   1.2.  Qualifications .........................................................................................................1
2.  Summary of Opinions ...................................................................................................3
   2.1.  Defendants' Revenue Associated with Servant ..................................................3
      2.1.1.  Revenue Earned by Each Defendant Associated with Servant Seasons 1 – 4 .......3
      2.1.2.  Revenue Earned by Each Defendant Associated with Servant Season 1 Episodes 1 - 3 ..............................................................................................3
      2.1.3.  Revenue Earned by Defendants Associated with Servant Seasons 1 – 4, Removing Duplicative Revenue ...................................................................4
      2.1.4.  Revenue Earned by Defendants Associated with Servant Episodes 1 – 3, Removing Duplicative Revenue ...................................................................4
3.  Parties ..........................................................................................................................5
   3.1.  Francesca Gregorini ..............................................................................................5
   3.2.  Defendants .............................................................................................................6
      3.2.1.  Apple Inc. ..........................................................................................................6
      3.2.2.  Uncle George Productions ...............................................................................6
      3.2.1.  Blinding Edge Pictures, Inc. .............................................................................9
      3.2.2.  Escape Artists ..................................................................................................11
      3.2.3.  Dolphin Black Productions ..............................................................................12
      3.2.4.  M. Night Shyamalan .......................................................................................14
      3.2.5.  Tony Basgallop ...............................................................................................15
      3.2.6.  Ashwin Rajan ..................................................................................................16
      3.2.7.  Jason Blumenthal ............................................................................................17
      3.2.8.  Todd Black .......................................................................................................17
      3.2.9.  Steve Tisch .....................................................................................................18
4.  Background ..................................................................................................................19
   4.1.  The Truth About Emanuel .....................................................................................19
   4.2.  Servant ...................................................................................................................20
      4.2.1.  Season 1 – Episodes 1 through 3 ...................................................................21
      4.2.2.  Seasons 1 through 4 ........................................................................................22
   4.3.  Apple TV+ ..............................................................................................................24
5.  Legal Principles ...........................................................................................................25
6.  Damages ......................................................................................................................27
   6.1.  Defendants' Revenue Associated with *Servant* ................................................27
      6.1.1.  Apple Inc.'s Revenues .....................................................................................27
         Revenues Related to Season 1 ...............................................................27

Total Revenues Related to Seasons 1 through 4 ........................................29

Revenues Related to Episodes 1 through 3 of Season 1 ......................31

6.1.2.   Blinding Edge Pictures, Inc.'s Revenues and Uncle George Productions'
Revenues ...............................................................................................32

Revenues Related to Season 1 .............................................................32

Total Revenues Related to Seasons 1 through 4 ........................................32

Revenues Related to Episodes 1 through 3 of Season 1 ......................34

6.1.3.   Ashwin Rajan's Revenues ........................................................................35

Revenues Related to Season 1 .............................................................35

Total Revenues Related to Seasons 1 through 4 ........................................35

Revenues Related to Episodes 1 through 3 of Season 1 ......................37

6.1.4.   M. Night Shyamalan's Revenues ..............................................................38

Revenues Related to Season 1 .............................................................38

Total Revenues Related to Seasons 1 through 4 ........................................38

Revenues Related to Episodes 1 through 3 of Season 1 ......................40

6.1.5.   Dolphin Black Productions' Revenues and Tony Basgallop's Revenues ................41

Revenues Related to Season 1 .............................................................41

Total Revenues Related to Seasons 1 through 4 ........................................43

Revenues Related to Episodes 1 through 3 of Season 1 ......................45

6.1.6.   Escape Artists LLC's Revenues ................................................................46

Revenues Related to Season 1 .............................................................46

Total Revenues Related to Seasons 1 through 4 ........................................47

Revenues Related to Episodes 1 through 3 of Season 1 ......................48

6.1.7.   Jason Blumenthal's Revenues ..................................................................49

Revenues Related to Season 1 .............................................................49

Total Revenues Related to Seasons 1 through 4 ........................................49

Revenues Related to Episodes 1 through 3 of Season 1 ......................50

6.1.8.   Todd Black's Revenues ............................................................................50

Revenues Related to Season 1 .............................................................50

Total Revenues Related to Seasons 1 through 4 ........................................51

Revenues Related to Episodes 1 through 3 of Season 1 ......................51

6.1.9.   Steve Tisch's Revenues ...........................................................................52

Total Revenues Related to Seasons 1 through 4 ........................................52

Revenues Related to Episodes 1 through 3 of Season 1 ......................52

6.1.10.  Overall Revenues ....................................................................................52

Total Revenues Related to Seasons 1 through 4 ........................................52

Revenues Related to Episodes 1 through 3 of Season 1 ......................53

7.   Potential Additional Analyses to Perform ................................................................54

8.   Compensation and Signature ..................................................................................55

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 1. Introduction

## 1.1.  Scope of Work

1.      I have been retained on behalf of Francesca Gregorini, (hereafter, "Plaintiff" or "Ms. Gregorini") in the matter of *Francesca Gregorini v. Apple Inc., et al.*[1]  I have been asked to render an opinion with respect to damages due Ms. Gregorini from Apple Inc.'s, M. Night Shyamalan's, Blinding Edge Pictures, Inc.'s, Uncle George Productions', Escape Artists LLC's, Dolphin Black Productions', Tony Basgallop's, Ashwin Rajan's, Jason Blumenthal's, Todd Black's, and Steve Tisch's (collectively "Defendants") infringement of Ms. Gregorini's copyrights.[2]  I also expect to review and analyze any opinions set forth by the Defendants' damages expert(s).  In forming the opinions I express in this report, I have assumed that the Defendants have infringed Ms. Gregorini's copyrights at issue in this matter.

## 1.2.  Qualifications

2.      I am the founder of Persechini Consulting, LLC.  I have spent my entire 19-plus year career providing consulting and expert services in numerous complex, high-stakes commercial litigation matters.  I have been involved in over 145 cases, with my role in the majority of those cases relating to the calculation of financial damages.

3.      I have counseled clients in matters involving financial aspects of alleged patent infringement, trade secret misappropriation, trademark infringement, copyright infringement, breach of contract, Lanham Act violations, wage and hour violations, and antitrust monopolization.  I have consulted with clients in many industries, such as consumer products, computer software, biotechnology, telecommunications, entertainment, banking, insurance, and energy exploration.  I have also co-authored a series of articles in Law360 and authored an article for *The Witness Chair*, published by the California Society of Certified Public Accountants.

---

[1]  First Amended Complaint: Request for Permanent Injunction and Demand for Jury Trial, January 15, 2020 (hereafter, "First Amended Complaint"). [2.1]

[2]  First Amended Complaint, p. 1. [2.1]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

4.      Prior to starting Persechini Consulting, I served as a Managing Director of Intensity, LLC[3] and as a Senior Consultant at the boutique economic consulting firm LitiNomics, Inc.  Before working with LitiNomics, I worked for Charles River Associates.

5.      I earned an M.B.A. from the Booth School of Business at the University of Chicago and a B.A. in Economics from Stanford University.  I am a Certified Management Accountant and a member of the Licensing Executives Society.  Volume 1, Tab 3 contains my curriculum vitae listing my qualifications, publications, work history, and cases in which I have testified at deposition, trial, or arbitration.

---

[3]  I am currently a Senior Advisor with Secretariat Advisors, the successor company to Intensity.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

---

# 2. Summary of Opinions

## 2.1. Defendants' Revenue Associated with Servant

### 2.1.1. Revenue Earned by Each Defendant Associated with Servant Seasons 1 – 4

6.    Defendants have earned the following revenues associated with Servant Seasons 1 – 4:

Figure 1: Revenues Attributable to Servant Seasons 1 – 4, by Defendant[4]



### 2.1.2. Revenue Earned by Each Defendant Associated with Servant Season 1 Episodes 1 - 3

7.    Defendants have earned the following revenues associated with Servant episodes 1 – 3:

Figure 2: Revenues Attributable to Servant Season 1 Episodes 1 – 3, by Defendant[5]



---

[4]  Schedule 1.2 [1.2]
[5]  Schedule 1.2. [1.2]

---

CONFIDENTIAL – ATTORNEYS-EYES ONLY

### 2.1.3.    Revenue Earned by Defendants Associated with Servant Seasons 1 – 4, Removing Duplicative Revenue

8.    Removing duplicative revenue, Defendants have earned the following revenues associated with Servant Seasons 1 – 4:

**Figure 3: Revenues Attributable to Servant Seasons 1-4, Excluding Duplicative Revenue[6]**



### 2.1.4.    Revenue Earned by Defendants Associated with Servant Episodes 1 – 3, Removing Duplicative Revenue

9.    Removing duplicative revenue, Defendants have earned the following revenues associated with Servant Season 1 Episodes 1 – 3:

**Figure 4: Revenues Attributable to Servant Episodes 1 - 3, Excluding Duplicative Revenue[7]**



---

[6]  Schedule 1.1. [1.2]
[7]  Schedule 1.1. [1.2]

CONFIDENTIAL – ATTORNEYS-EYES ONLY

# 3. Parties

## 3.1.  Francesca Gregorini

10.      Francesca Gregorini is a writer and director of film and television known for bringing a worldly, passionate, and unique sensibility to her filmmaking.[8] Her character driven films are visceral and darkly humorous, stylistically bold, with undertones of the magical/surreal.[9] Ms. Gregorini sold scripts to both HBO and Paramount before her directorial debut *Tanner Hall* (2009) starring Rooney Mara, which was an official selection at the 2009 Toronto Film Festival.[10]

11.      Ms. Gregorini wrote and directed *The Truth About Emanuel* (2013) starring Kaya Scodelario, Jessica Biel, and Alfred Molina, which premiered in the U.S. Dramatic Competition at the Sundance Film Festival in 2013.[11] Ms. Gregorini alleges that Defendants misappropriated *The Truth About Emanuel* for use as their first three episodes of the *Servant* series, which were written as a unit long before all other episodes and constitute the entirety of what Mr. Shyamalan and his colleagues shopped to Apple when pitching the series.[12]

---

[8]  IMDb, Francesca Gregorini Biography, <https://www.imdb.com/name/nm1036527/bio/?ref_=nm_ov_bio_sm>, accessed May 10, 2024, PDF page 1. [2.2]. *See also*, Curtis Brown Group, Francesca Gregorini, <https://www.curtisbrown.co.uk/client/francesca-gregorini>, accessed May 10, 2024, PDF page 1. [2.3]

[9]  IMDb, Francesca Gregorini Biography, <https://www.imdb.com/name/nm1036527/bio/?ref_=nm_ov_bio_sm>, accessed May 10, 2024, PDF page 1. [2.2]. *See also*, Curtis Brown Group, "Francesca Gregorini", <https://www.curtisbrown.co.uk/client/francesca-gregorini>, accessed May 10, 2024, PDF page 1. [2.3]

[10]  IMDb, Francesca Gregorini Biography, <https://www.imdb.com/name/nm1036527/bio/?ref_=nm_ov_bio_sm>, accessed May 10, 2024, PDF page 1. [2.2]. *See also*, Curtis Brown Group, Francesca Gregorini, <https://www.curtisbrown.co.uk/client/francesca-gregorini>, accessed May 10, 2024, PDF page 1. [2.3]

[11]  IMDb, Francesca Gregorini Biography, <https://www.imdb.com/name/nm1036527/bio/?ref_=nm_ov_bio_sm>, accessed May 10, 2024, PDF page 1. [2.2]. *See also*, Curtis Brown Group, Francesca Gregorini, <https://www.curtisbrown.co.uk/client/francesca-gregorini>, accessed May 10, 2024, PDF page 1. [2.3]

[12]  First Amended Complaint, pp. 6-7. [2.1]

---

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 3.2.    Defendants

### 3.2.1.    Apple Inc.

12.     Apple Inc. ("Apple") designs, manufactures, and markets smartphones, personal computers, tablets, wearables, and accessories, and sells a variety of related services including advertising, AppleCare, cloud services, digital content, and payment services.[13] As part of its digital content offering, Apple offers exclusive original content and live sports through its subscription-based Apple TV+.[14]

### 3.2.2.    Uncle George Productions

13.     Uncle George Productions ("Uncle George") is a production entity of Blinding Edge created specifically for the production of the *Servant* series.[15]



---

[13]  Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, pp. 1-2. [2.4]
[14]  Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, pp. 2. [2.4]
[15]  Deposition of Ashwin Rajan, May 9, 2024, pp. 35-36. [2.5]
[16]  Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '013. [2.6]
[17]  Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '013. [2.6]

CONFIDENTIAL - ATTORNEYS' EYES ONLY



---

18  Content License Agreement between Apple Video Programming LLC and Uncle George
    Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '013-014. [2.6]
19  Content License Agreement between Apple Video Programming LLC and Uncle George
    Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '014-015. [2.6]
20  Content License Agreement between Apple Video Programming LLC and Uncle George
    Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '015-016. [2.6]

CONFIDENTIAL – ATTORNEYS' EYES ONLY



21  Content License Agreement between Apple Video Programming LLC and Uncle George
   Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016-017. [2.6]
22  Content License Agreement between Apple Video Programming LLC and Uncle George
   Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]



19.    ███████████████████████████████████████████████

████████████████████████████████████.[23]

20.    Effective as of November 19, 2018, Apple Video Programming and Uncle George entered into Amendment No. 1 to the Content License Agreement.[24] ███████████

████████████████████████████████████████████████████████████████████████

██████████████████████████ Mr. Cherniss testified that "Breakage is an amount above and beyond the agreed-upon budget of the series that we determined as necessary to produce the show, and thus we fund it, or a portion thereof."[26]

### 3.2.1.    Blinding Edge Pictures, Inc.

21.    Blinding Edge Pictures, Inc. ("Blinding Edge") is an entertainment production company owned and founded by Mr. Shyamalan that produces film and TV projects.[27]  There are currently nine people employed by Blinding Edge, including Mr. Shyamalan and Mr. Rajan.[28]

22.    Uncle George and Blinding Edge entered into a Director and Executive Producer Agreement furnishing the services of Mr. Shyamalan in connection with his director

---

[23]  Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '018. [2.6]
[24]  Amendment No. 1 to the Servant Content License Agreement, December 20, 2018, APL-GREGO_0000010-012 at '10.  [5.15]
[25]  Amendment No. 1 to the Servant Content License Agreement, December 20, 2018, APL-GREGO_0000010-012 at '10.  [5.15]
[26]  Deposition of Matt Cherniss, May 7, 2024, pp. 116-117. [6.7]
[27]  Deposition of Ashwin Rajan, May 9, 2024, p. 23. [2.5]
[28]  Deposition of Ashwin Rajan, May 9, 2024, pp. 24-25. [2.5]

and executive producer services to be rendered for the pilot and/or series of episodes for

*Servant*.[29] ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████[31]██████████████████████████████

████████████████████████████████████████████████

███████████████████.[32]

23.    ████████████████████████████████████████████

████████████████████



───────────────────

29  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '778. [2.7]

30  A Series Cycle refers to a production season.  *See*, Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '778. [2.7]

31  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '778. [2.7]

32  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '780. [2.7]

33  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '778. [2.7]

34  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '779. [2.7]

35  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '780. [2.7]

CONFIDENTIAL - ATTORNEYS' EYES ONLY



### 3.2.2.    Escape Artists

24.    The Escape Artists website describes the company as follows:[37]

Escape Artists is an independently financed motion picture and television production company with a first-look deal at Sony Pictures Entertainment for film and a first-look deal with MGM Television for TV, headed by Partners Todd Black, Jason Blumenthal, Steve Tisch and David Bloomfield.  In 2000, Todd Black and Jason Blumenthal's Black & Blu merged with the Steve Tisch Company to form Escape Artists.

25.    Effective March 23, 2018, Uncle George and Escape Artists entered into an Executive Producer Agreement furnishing the services of Jason Blumenthal, Steve Tisch, and Todd Black in connection with their non-writing executive producer services to be rendered on *Servant*.[38]



26.

_____

[36]  Director and Executive Producer Agreement for Servant between Uncle George Productions, LLC and Blinding Edge Pictures, Inc., Undated copy, BE-GREGO_00018778-798 at '780. [2.7]

[37]  Escape Artists, About Us, <https://escapeartists.com/about-us/>, accessed May 11, 2024, PDF page 1. [2.8]

[38]  Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-6006 at '5989. [2.9]

[39]  Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-6006 at '5989. [2.9]

[40]  Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-6006 at '5990-5991. [2.9]

[41]  "Cycle" refers to the number of episodes, of any length, ordered by the Network in any twelve month period.  *See*, Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-6006 at '5989. [2.9]

CONFIDENTIAL - ATTORNEYS' EYES ONLY



### 3.2.3.    Dolphin Black Productions

27.    Dolphin Black Productions ("Dolphin Black") is a loan-out company formed by Mr. Basgallop in 2012 or 2013.[42]  Dolphin Black does not have any employees.[43]  Mr. Basgallop confirmed that "Dolphin Black Productions and Tony Basgallop are one and the same."[44]

28.    Effective March 23, 2018, Signatory, LLC and Dolphin Black entered into a Writer and Executive Producer Agreement for the services of Tony Basgallop, ███████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████.[45]

29.    ████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████.[46]

30.    ████████████████████████████████████

████.[47]

---

[42] Deposition of Tony Basgallop, April 30, 2024, pp. 34-35. [2.10]
[43] Deposition of Tony Basgallop, April 30, 2024, p. 34. [2.10]
[44] Deposition of Tony Basgallop, April 30, 2024, p. 34. [2.10]
[45] Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black Productions, March 23, 2018, BE-GREGO_00016038-058 at '038. [2.11]
[46] Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black Productions, March 23, 2018, BE-GREGO_00016038-058 at '038. [2.11]
[47] Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black Productions, March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]

CONFIDENTIAL - ATTORNEYS' EYES ONLY



48 Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black
Productions, March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]
49 Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black
Productions, March 23, 2018, BE-GREGO_00016038-058 at '039-040. [2.11]
50 Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black
Productions, March 23, 2018, BE-GREGO_00016038-058 at '040. [2.11]
51 Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black
Productions, March 23, 2018, BE-GREGO_00016038-058 at '039-040. [2.11]



### 3.2.4.    M. Night Shyamalan

35.    M. Night Shyamalan is a director, screenwriter, and actor who emerged during the late 1990s and became best known for creating psychological thrillers that explore

---

52  Writer and Executive Producer Agreement for Servant between Signatory, LLC and Dolphin Black Productions, March 23, 2018, BE-GREGO_00016038-058 at '040-041. [2.11]

supernatural themes.[53]   Mr. Shyamalan's major works include *The Sixth Sense* (1999), *Unbreakable* (2000), *Signs* (2002), *The Village* (2004), and *Split* (2016).[54]

36.    Mr. Shyamalan is one of the executive producers of all four seasons of *Servant,* including the first three episodes of season one.[55]   He also directed five episodes throughout *Servant*'s run, including its pilot episode.[56]

### 3.2.5.    Tony Basgallop

37.    Tony Basgallop is a writer, producer, and showrunner for several U.S. and U.K. television series and films.[57]   Mr. Basgallop is credited as the creator of *Servant*.[58]   Mr.

---

[53]  Britannica, M. Night Shyamalan, <https://www.britannica.com/biography/M-Night-Shyamalan>, accessed May 8, 2024. [2.12]. *See also*, IMDb, M. Night Shyamalan, <https://www.imdb.com/name/nm0796117/?ref_=ttfc_fc_dr3>, accessed May 8, 2024. [2.13]

[54]  Britannica, M. Night Shyamalan, <https://www.britannica.com/biography/M-Night-Shyamalan>, accessed May 8, 2024. [2.12]. *See also*, IMDb, M. Night Shyamalan, <https://www.imdb.com/name/nm0796117/?ref_=ttfc_fc_dr3>, accessed May 8, 2024. [2.13]

[55]  Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", Variety, November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]
See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]
See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]
See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]
See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]
See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2]
See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3]

[56]  IMDb, M. Night Shyamalan, <https://www.imdb.com/name/nm0796117/?ref_=ttfc_fc_dr3>, accessed May 8, 2024. [2.13]  See also, IMDb, Servant, Season 1 Episode 1 Overview, <https://www.imdb.com/title/tt8074088/?ref_=ttep_ep1>, accessed May 13, 2024. [3.4]

[57]  Dolphin Black Productions, About, <https://www.dolphinblackproductions.com/about-3>, accessed May 11, 2024. [3.5]

[58]  IMDb, Servant, <https://www.imdb.com/title/tt8068860/?ref_=nm_flmg_t_1_prd>, accessed May 17, 2024. [3.6]

Basgallop is also a writer and an executive producer of the first two seasons of *Servant,* including the first three episodes of season one.[59]

### 3.2.6.      Ashwin Rajan

38.      Ashwin Rajan is currently a producer and the President of Production for Blinding Edge Pictures.[60]  Mr. Rajan has been a producer since 2009 and has been the President of Production for Blinding Edge since around 2012.[61]  According to Mr. Rajan, he has worked with Mr. Shyamalan since mid-2009.[62]  Mr. Rajan is an executive producer of all four seasons of *Servant,* including the first three episodes of season one.[63]

---

[59]  Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", Variety, November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]
See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", October 22, 2020, Deadline, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]
See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]
See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2].
See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3].
See also, Deposition of Taylor Latham, May 1, 2024, p. 71. [3.7].

[60]  Deposition of Ashwin Rajan, May 9, 2024, p. 14. [2.5]

[61]  Deposition of Ashwin Rajan, May 9, 2024, pp. 14, 18. [2.5]

[62]  Deposition of Ashwin Rajan, May 9, 2024, p. 17. [2.5]

[63]  Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", Variety, November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]
See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", October 22, 2020, Deadline, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]
See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]
See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]
See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]
See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2]
See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3]

---

### 3.2.7.    Jason Blumenthal

39.    Jason Blumenthal is a producer and has been a partner at Escape Artists since its inception.[64]  Mr. Blumenthal is an executive producer of all four seasons of *Servant,* including the first three episodes of season one.[65]

### 3.2.8.    Todd Black

40.    Todd Black is a producer at Escape Artists.[66]  Mr. Black is an executive producer of all four seasons of *Servant,* including the first three episodes of season one.[67]

---

[64] Escape Artists, Jason Blumenthal, < https://escapeartists.com/about/jason-blumenthal/>, accessed May 11, 2024. [3.8]

[65] Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]
See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]
See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]
See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]
See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]
See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2]
See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3]

[66] Escape Artists, Todd Black, <https://escapeartists.com/about/todd-black/>, accessed May 11, 2024. [3.9]

[67] Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", Variety, November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]
See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]
See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]
See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-

CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 3.2.9.      Steve Tisch

41.      Steve Tisch is a producer and partner at Escape Artists.[68]  Mr. Tisch received credit as an executive producer for all four seasons of *Servant,* including the first three episodes of season one.[69]  Although Mr. Tisch was credited as an executive producer, he had no responsibilities on Servant and received no payments even though he is a partner at Escape Artists.[70]

---

pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]

See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]

See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2]

See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3]

[68]  Escape Artists, Steve Tisch, <https://escapeartists.com/about/steve-tisch/>, accessed May 11, 2024. [3.10]

[69]  Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-1203413812/>, accessed May 17, 2024. [2.14]

See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]

See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]

See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]

See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1]

See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2]

See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3]

[70]  Deposition of Jason Blumenthal, May 13, 2024, pp. 102-104. [3.11]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# 4. Background

## 4.1. The Truth About Emanuel

42.      *The Truth About Emanuel* is a film written, directed, and produced by Ms. Gregorini that premiered on January 18, 2013 at the Sundance Film Festival.[71]  *The Truth About Emanuel* is available for sale or rental through streaming platforms including Apple's iTunes.[72]

43.      The storyline for *The Truth About Emanuel* can be summarized as follows:[73]

Emanuel, a trouble[d] girl, becomes preoccupied with her mysterious new neighbor Linda, who bears a striking resemblance to Emanuel's dead mother. In offering to baby-sit Linda's newborn, Emanuel unwittingly enters a fragile, fictional world, of which she becomes the gatekeeper.

44.      The following figure includes a summary of *The Truth About Emanuel.*

---

[71]  IMDb, The Truth About Emanuel Overview,
<https://www.imdb.com/title/tt1838520/?ref_=ttrel_ov_i>, accessed May 22, 2024. [4.1]
See also, IMDb, The Truth About Emanuel Release Date,
<https://www.imdb.com/title/tt1838520/releaseinfo/?ref_=tt_dt_rdat>, accessed May 13, 2024. [4.2]
 See also, IMDb, The Truth About Emanuel Full Cast and Crew,
<https://www.imdb.com/title/tt1838520/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [4.3]
[72]  Apple TV, The Truth About Emanuel, <https://tv.apple.com/us/movie/the-truth-about-emanuel/umc.cmc.3jvbhx3wldjojwaxupmrnjn3>, accessed May 13, 2024. [4.4]
[73]  IMDb, The Truth About Emanuel Overview,
<https://www.imdb.com/title/tt1838520/?ref_=ttrel_ov_i>, accessed May 22, 2024. [4.1]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | *The Truth About Emanuel*[74] |
|---|---|
| Release Date | January 18, 2013 (Sundance Film Festival) |
| Length | 1 Hour, 35 minutes |
| Director | Francesca Gregorini |
| Screenplay Writer | Francesca Gregorini |
| Top Cast | Kaya Scodelario, Jessica Biel, Frances O'Connor, Alfred Molina |
| Executive Producers | Alice Bamford, Juan Carlos Segura G, Julia Godzinskaya, Kenny Goodman, Jonathan Gray, Kevin Iwashina, Michael Sackler, Alex Sagalchik, Paul Schiff, Olga Segura, Brent Stiefel |

## 4.2.  Servant

45.    *Servant* is an Apple TV+ series created by Tony Basgallop and executive produced and directed in part by M. Night Shyamalan.[75]  Servant was filmed and made in the

---

[74] IMDb, The Truth About Emanuel Overview, <https://www.imdb.com/title/tt1838520/?ref_=ttrel_ov_i>, accessed May 22, 2024. [4.1] See also, IMDb, The Truth About Emanuel Release Date, <https://www.imdb.com/title/tt1838520/releaseinfo/?ref_=tt_dt_rdat>, accessed May 13, 2024. [4.2] See also, IMDb, The Truth About Emanuel Full Cast and Crew, <https://www.imdb.com/title/tt1838520/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [4.3]

[75] IMDb, Servant Full Cast & Crew, <https://www.imdb.com/title/tt8068860/fullcredits/?ref_=tt_cl_sm>, accessed May 16, 2024. [4.5]. *See also*, Josh Wigler, "'Servant': M. Night Shyamalan on Crafting an 'Urban Nightmare' for Apple TV+", The Hollywood Reporter, <https://www.hollywoodreporter.com/tv/tv-news/servant-m-night-shyamalan-apple-tv-series-explained-1258170/>, accessed May 22, 2024. [4.6]

United States, primarily in Philadelphia and Bethel Township, Pennsylvania.[76]  The storyline for *Servant* can be summarized as follows:[77]

> *Servant* follows Dorothy and Sean, a TV reporter and world-class chef, respectively.  Despite their professional triumphs, Dorothy and Sean are living in an unending nightmare, following the death of their infant son.  Not yet ready to accept his death, Dorothy chooses to believe her son is still alive in the form of a reborn doll.  Not yet ready to shatter his wife's illusion, Sean plays along with Dorothy's fantasy, the two of them inviting a nanny into their home: Leanne[.]

46.    The *Servant* series premiered on November 28, 2019 and continued for four seasons until its final episode aired on March 17, 2023.[78]  All four seasons of Servant continue to be available on Apple TV+.[79]

### 4.2.1.    Season 1 – Episodes 1 through 3

47.    The first three episodes of season 1 of *Servant* were released on November 28, 2019, available to watch exclusively on Apple TV+.[80]  Ms. Gregorini alleges that the first three episodes of season 1 of *Servant* were written as a unit long before all other episodes and constitute the entirety of what Mr. Shyamalan and his colleagues shopped to Apple when pitching the series.[81]  The following figure includes a summary of the first three episodes of season 1 of *Servant*.

---

[76] IMDb, Servant, Filming and Production, <https://www.imdb.com/title/tt8068860/locations/?ref_=tt_dt_loc>, accessed May 23, 2024, PDF page 1. [6.3]
See also, Pat Ralph, "Filming for third season of M. Night Shyamalan's 'Servant' is underway in Philly," PhillyVoice, April 18, 2021, <https://www.phillyvoice.com/servant-third-season-filming-production-philadelphia/>, accessed May 23, 2024. [6.4]

[77] Josh Wigler, "'Servant': M. Night Shyamalan on Crafting an 'Urban Nightmare' for Apple TV+", The Hollywood Reporter, <https://www.hollywoodreporter.com/tv/tv-news/servant-m-night-shyamalan-apple-tv-series-explained-1258170/>, accessed May 22, 2024. [4.6]

[78] IMDb, Servant Season 1 Episode List, <https://www.imdb.com/title/tt8068860/episodes/?season=1>, accessed May 13, 2024. [4.7]
See also, IMDb, Servant Season 4 Episode List, <https://www.imdb.com/title/tt8068860/episodes/?season=4>, accessed May 13, 2024. [4.8]

[79] Deposition of Zack Van Amburg, May 15, 2024, pp. 71-72. [6.1]

[80] Apple Inc. Press Release, "Apple premieres 'Servant,' coming to Apple TV+ November 28", November 19, 2019, <https://www.apple.com/newsroom/2019/11/apple-premieres-servant-coming-to-apple-tv-plus-november-28/>. [4.9]

[81] First Amended Complaint, pp. 6-7. [2.1]

---

CONFIDENTIAL – ATTORNEYS' EYES ONLY

|  | Season 1, Episode 1[82] | Season 1, Episode 2[83] | Season 1, Episode 3[84] |
|---|---|---|---|
| Episode Title | *Reborn* | *Wood* | *Eel* |
| Description | *Young nanny Leanne is hired to care for baby Jericho. But all is not as it seems.* | *As Leanne settles in, Sean worries that Dorothy and Jericho are not in good hands.* | *Sean enlists Dorothy's brother Julian to monitor her relationship with Leanne.* |
| Air Date | November 28, 2019 | November 28, 2019 | November 28, 2019 |
| Episode Length | 34 minutes | 31 minutes | 30 minutes |
| Director | M. Night Shyamalan | Daniel Sackheim | Daniel Sackheim |
| Writer | Tony Basgallop | Tony Basgallop | Tony Basgallop |
| Top Cast | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint |
| Executive Producers | M. Night Shyamalan, Tony Basgallop, Todd Black, Jason Blumenthal, Ashwin Rajan Steve Tisch | M. Night Shyamalan, Tony Basgallop, Todd Black, Jason Blumenthal, Ashwin Rajan Steve Tisch | M. Night Shyamalan, Tony Basgallop, Todd Black, Jason Blumenthal, Ashwin Rajan Steve Tisch |

### 4.2.2.    Seasons 1 through 4

48.    Servant ran for four seasons, with each season comprising ten episodes. The following figure includes information related to each season of *Servant*.

---

[82] IMDb, Servant, Season 1 Episode 1 Overview, <https://www.imdb.com/title/tt8074088/?ref_=ttep_ep1>, accessed May 13, 2024. [3.4] See also, IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, <https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.1] See also, Rotten Tomatoes, Season 1 Episode 1 Overview, <https://www.rottentomatoes.com/tv/servant/s01/e01>, accessed May 13, 2024. [4.10]

[83] IMDb, Servant, Season 1 Episode 2 Overview, <https://www.imdb.com/title/tt8074090/?ref_=ttep_ep2>, accessed May 13, 2024. [4.11] See also, IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, <https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.2] See also, Rotten Tomatoes, Season 1 Episode 2 Overview, <https://www.rottentomatoes.com/tv/servant/s01/e02>, accessed May 13, 2024. [4.12]

[84] IMDb, Servant, Season 1 Episode 3 Overview, <https://www.imdb.com/title/tt8074092/?ref_=ttep_ep3>, accessed May 13, 2024. [4.13] See also, IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, <https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm>, accessed May 13, 2024. [3.3] See also, Rotten Tomatoes, Season 1 Episode 3 Overview, <https://www.rottentomatoes.com/tv/servant/s01/e03>, accessed May 13, 2024. [4.14]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | Season 1[85] | Season 2[86] | Season 3[87] | Season 4[88] |
|---|---|---|---|---|
| Number of Episodes | 10 | 10 | 10 | 10 |
| Season Premiere | November 28, 2019 | January 15, 2021 | January 21, 2022 | January 13, 2023 |
| Season Finale | January 17, 2020 | March 19, 2021 | March 25, 2022 | March 17, 2023 |
| Directors | M. Night Shyamalan, Daniel Sackheim, Nimrod Antal, Alexis Ostrander, Lisa Bruhlmann, and John Dahl | M. Night Shyamalan, Ishana Night Shyamalan, Isabella Eklof, Julia Ducournau, Lisa Bruhlmann, Nimrod Antal | M. Night Shyamalan, Ishana Night Shyamalan, Carlo Mirabella-Davis, Dylan Holmes Williams, Celine Held & Logan George, Kitty Green, Veronika Franz & Severin Fiala | M. Night Shyamalan, Ishana Night Shyamalan, Carlo Mirabella-Davis, Dylan Holmes, Celine Held, Logan George, Kitty Green, Nimród Antal, Veronika Franz, Severin Fiala |
| Writers | Tony Basgallop | Tony Basgallop, Ishana Night Shyamalan, Nina Braddock | Ryan Scott, Ishana Night Shyamalan, Alyssa Clark, Laura Marks, Henry Chaisson, Amy Louise Johnson, Kara Lee Corthon | Ishana Night Shyamalan, Alyssa Clark, Laura Marks, Devin Conroy, Henry Chaisson, Amy Louise Johnson, Kara Lee Corthron |
| Top Cast | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint | Lauren Ambrose, Toby Kebbell, Nell Tiger Free, Rupert Grint |
| Executive Producers | M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, Steve Tisch | M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, Steve Tisch | M. Night Shyamalan, Jason Blumenthal, Todd Black, Steve Tisch, Ashwin Rajan, Taylor Latham | M. Night Shyamalan, Ashwin Rajan, Jason Blumenthal, Taylor Latham, Larissa E. Michel, Steve Tisch, Todd Black |

---

85  IMDb, Servant Season 1 Episode List,
   <https://www.imdb.com/title/tt8068860/episodes/?season=1>, accessed May 13, 2024. [4.7]
   See also, Seth Harris, "TV Review – Servant Season 1", Pop Cult, January 18, 2020,
   <https://popcult.blog/2020/01/18/tv-review-servant-season-1/>, accessed May 21, 2024. [4.15]
   See also, Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere",
   November 22, 2019, <https://variety.com/2019/tv/news/servant-renewed-season-2-apple-
   1203413812/>, accessed May 17, 2024. [2.14]
86  IMDb, Servant Season 2 Episode List,
   <https://www.imdb.com/title/tt8068860/episodes/?season=2>, accessed May 13, 2024. [4.16]
   See also, The Movie Database, Servant Season 2 Cast and Crew,
   <https://www.themoviedb.org/tv/88055-servant/season/2/cast?language=en-US>, accessed May
   17, 2024. [4.17]

---

CONFIDENTIAL – ATTORNEYS' EYES ONLY

## 4.3.   Apple TV+

49.     Apple TV+ is one of Apple's subscription-based digital content offerings.[89] Apple TV+ was launched on November 1, 2019, and was touted as "the first all-original video subscription service and home for today's most imaginative storytellers."[90]  The *Servant* series was one of the shows highlighted in Apple's announcement of the launch of Apple TV+.[91]  Apple described the *Servant* series as "a new psychological thriller from M. Night Shyamalan, follow[ing] a Philadelphia couple in mourning after an unspeakable tragedy creates a rift in their marriage and opens the door for a mysterious force to enter their home."[92]

50.     Apple TV+ is currently available on the Apple TV app in over 100 countries and regions, on over 1 billion screens across various devices and platforms.[93] ███████████

████████████████████████████████████████████████████████ [94]

---

See also, Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020, <https://deadline.com/2020/10/m-night-shyamalan-servant-second-season-1234601656/>, accessed May 17, 2022. [2.15]

[87]  IMDb, Servant Season 3 Episode List, <https://www.imdb.com/title/tt8068860/episodes/?season=3>, accessed May 13, 2024. [4.18] See also, Apple Inc. Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021, <https://www.apple.com/tv-pr/news/2021/10/m-night-shyamalans-servant-returns-for-season-three-friday-january-21-2022-on-apple-tv/>. [2.16]

[88]  IMDb, Servant Season 4 Episode List, <https://www.imdb.com/title/tt8068860/episodes/?season=4>, accessed May 13, 2024. [4.8] See also, Apple Inc. Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'", December 5, 2022, <https://www.apple.com/tv-pr/news/2022/12/apple-tv-unveils-trailer-for-fourth-and-final-season-of-m-night-shyamalans-thriller-servant/>. [2.17]

[89]  Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, pp. 2. [2.4]

[90]  Apple Inc. Press Release, "Apple TV+ launches November 1, featuring originals from the world's greatest storytellers", September 10, 2019, <https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/>. [4.19]

[91]  Apple Inc. Press Release, "Apple TV+ launches November 1, featuring originals from the world's greatest storytellers", September 10, 2019, <https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/>. [4.19]

[92]  Apple Inc. Press Release, "Apple TV+ launches November 1, featuring originals from the world's greatest storytellers", September 10, 2019, <https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/>. [4.19]

[93]  Apple Inc., About Apple TV+, <https://www.apple.com/tv-pr/about/>, accessed May 16, 2024. [4.20]

[94]  Schedule 2.1A. [1.2]

---

# 5. Legal Principles

51.     For purposes of this report, I have been informed by counsel about certain aspects of the law that are relevant to my analysis and opinions.

52.     I have been informed that upon a showing of infringement, a copyright owner is entitled to recover the actual damages suffered as a result of infringement, and any profits of the infringer that are attributable to the infringement and that are not taken into account in computing actual damages.  I also understand that in establishing the infringer's profits, the copyright owner bears the burden to present proof only of the infringer's gross revenue attributable to the infringement, after which the burden shifts to the infringer to show deductible expenses and elements of profit that are attributable to factors other than use of the copyrighted work.  I also understand when the infringing work is made in the United States, the copyright owner can recover damages for international distribution of that infringing work.

53.     I have also been informed that, in addition to direct profits, a copyright owner may obtain an infringer's profits on non-infringing activity if a casual nexus or connection exists between the profits and the infringement.  A causal nexus exists if the infringement at least partially caused the profits that the infringer generated. Yet another way to look at this casual nexus issue is to determine whether the infringer would not have made the profits but-for the infringement.  Upon proof of a casual nexus, the same burden-shifting process as described above applies to the determination of indirect profits.

54.     Counsel for Ms. Gregorini has instructed me to offer my opinion as to the Defendants' gross revenues in connection with their alleged infringement of Ms. Gregorini's copyrighted work.  If Defendants seek to meet their burden to prove deductible expenses or elements of profit that are attributable to factors other than the copyrighted work, I anticipate offering additional opinions on issues for which Ms. Gregorini does not bear the initial burden of proof, and to reply to and rebut any expert opinions submitted by Defendants.

55.     I understand that Ms. Gregorini alleges that there is a causal nexus between Defendants' direct infringement of episodes 1-3 of Season 1, and the rest of Season 1 and Seasons 2-4 of Servant:

CONFIDENTIAL - ATTORNEYS EYES ONLY

The first three episodes of Season 1 of Servant established and elevated the public's interest in the latter episodes and seasons.[95] …

Were it not for these first three episodes, the rest of Season 1 and Seasons 2-4 of Servant would not exist. Indeed, Defendants' fact witnesses have testified as to the connection and relationship between the first three episodes and the remainder of the show.[96] …

Seasons 2-4 of Servant would not exist but for Defendants' infringement in creating and releasing episodes 1-3 of Servant.[97] …

Likewise, when asked whether Seasons 2-4 would have happened without the first three episodes of Servant, Matt Cherniss, Senior Director of Scripted Programming at Apple TV+, testified that: "You can't get to Episode 10 of a series without an Episode 1, 2, and 3…you need the first season to have a second season. It's where the story began."[98]

---

[95] Plaintiff Francesca Gregorini's Ex Parte Motion to Compel Production of Defendants' Financial Information for Seasons 2-4 of Servant, May 15, 2024, p. 8. [5.1]

[96] Plaintiff Francesca Gregorini's Ex Parte Motion to Compel Production of Defendants' Financial Information for Seasons 2-4 of Servant, May 15, 2024, p. 8. [5.1]

[97] Plaintiff Francesca Gregorini's Ex Parte Motion to Compel Production of Defendants' Financial Information for Seasons 2-4 of Servant, May 15, 2024, p. 4. [5.1]

[98] Plaintiff Francesca Gregorini's Ex Parte Motion to Compel Production of Defendants' Financial Information for Seasons 2-4 of Servant, May 15, 2024, p. 9. [5.1]

# 6. Damages

## 6.1.   Defendants' Revenue Associated with *Servant*

### 6.1.1.        Apple Inc.'s Revenues

**Revenues Related to Season 1**

56.     According to the deposition of Catherine Spevak, "Apple does not allocate Apple TV+ revenue to specific shows or seasons."[99]   According to Ms. Spevak, Apple only receives revenues from Servant through Apple TV+ subscriptions.[100]    Apple has produced APL-GREGO_00020147, which contains worldwide Net Revenues for Apple TV+ for Fiscal Years 2020-2022, which correspond to 12-months ending September 30.[101]   The Apple TV+ revenues included in APL-GREGO_00020147 have two primary components, direct subscriptions to Apple TV+ and allocations Apple One subscriptions to Apple TV+.[102]

57.     Reported Apple TV+ revenues were , and Ms. Spevak testified that Apple TV+ revenues were [103]

58.     I understand that trial in this matter is currently scheduled for December 9, 2024.[104]   Therefore, I include an estimate of Apple TV+ revenue through FY 2024.  Barclays estimates that Apple TV+ revenue will grow at a 30% CAGR.[105]  Visible Alpha Consensus estimates that Apple TV+ revenues will reach approximately $2,200 million by 2024,[106] which

---

[99]  Deposition of Catherine Spevak, May 10, 2024, pp. 28, 31, 95-96. [5.2]
[100] Deposition of Catherine Spevak, May 10, 2024, pp. 30-31. [5.2]
[101] Deposition of Catherine Spevak, May 10, 2024, pp. 27-31. [5.2]
[102] Deposition of Catherine Spevak, May 10, 2024, pp. 36-38. [5.2]
[103] APL-GREGO_00020147-149 at '147. [5.3]. *See also*, Deposition of Catherine Spevak, May 10, 2024, p. 32. [5.2]
[104] Order Extending Pretrial and Trial Schedule, Dkt. No. 132, November 17, 2023, p. 3. [6.2]
[105] *Investing.com*, "Barclays sees Apple TV+ subscriber base rising to 39M in 2025, losses will plateau," May 10, 2023, https://www.investing.com/news/stock-market-news/barclays-sees-apple-tv-subscriber-base-rising-to-39m-in-2025-losses-will-plateau-432SI-3078702, PDF page 2. [5.4]
[106] *Visible Alpha*, "Pfizer Moves to Acquire Seagen; Apple TV+ Revenue Poised to Jump; Netflix Subscription Fees," March 20, 2023, https://visiblealpha.com/blog/top-insights-march-13-17-2023-visible-alpha/, PDF pages 2-3. [5.5]

would imply a ██████████████ .[107]  Apple TV+ is a component of Apple's Services segment.[108]  Apple's actual Services segment sales were $46,984 million for Q1-Q2 of FY 2024 and $41,673 million for Q1-Q2 of FY 2023,[109] representing year over year growth of 12.7%.[110]  I conservatively apply the 12.7% growth rate for the Apple Services segment to estimate Apple TV+ revenues for FY 2024.  Based on this growth rate, I estimate Apple TV+ revenues to be ████████████████████ [111] Given that *Servant* will continue to be available on Apple TV+ for the foreseeable future, damages will continue to accrue after FY 2024, including after trial in this matter.  If Apple produces updated financials before trial in this matter, then I will update my analysis accordingly if allowed by the Court to do so.



59.    Apple  has  produced  ██████████████████████████████
██████████████████████████ [112] ████████████████████
████████████████████████████████████ [113] Ms. Spevak testified that ████████████████████████████████
████████████████████████████████████████████████
██████ [114] Ms. Spevak further testified that ██████████████████████
████████████████████████████████████████████ [115]

60.    ████████████████████████████████████
████████████████████████ [116] Ms. Spevak testified that ████████████
████████████████████████████████████████████████
██████ [117] ████████████████████████████████████████
████████████████████████ [118] According to the document ██████████████

---

[107] ████████████████████

[108] Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 2. [2.4]

[109] Apple, Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 31, 2024, p. 1, https://www.apple.com/newsroom/pdfs/fy2024-q2/FY24_Q2_Consolidated_Financial_Statements.pdf. [5.6]

[110] $46,984 / $41,673 = 1.127.

[111] ████████████████████████████

[112] APL-GREGO_00020147-149 at '149. [5.3].

[113] Deposition of Catherine Spevak, May 10, 2024, pp. 70-71. [5.2]

[114] Deposition of Catherine Spevak, May 10, 2024, p. 76. [5.2]

[115] Deposition of Catherine Spevak, May 10, 2024, pp. 70-71. [5.2]

[116] Deposition of Catherine Spevak, May 10, 2024, pp. 70-71. [5.2]

[117] Deposition of Catherine Spevak, May 10, 2024, p. 76. [5.2]

[118] Deposition of Catherine Spevak, May 10, 2024, p. 72. [5.2]

CONFIDENTIAL – ATTORNEYS-EYES ONLY

█████████████████████████████████ [119] The document also identified

that ███████████████████████████████████████████ [120]

61.    ████████████████████████████████████████████

███████████████. [121] Ms. Spevak testified that ████████████████████

███████████████████████████████████████████ [122]

62.    In order to estimate the revenues attributable to Season 1, I multiply the Apple

TV+ revenues described above by the ████████████████████████████████

███████████████████████. I note that this is consistent with the

methodology employed by Defendants' damages expert to determine revenue attributable to

Apple TV+. [123]

**Figure 5: Apple TV+ Revenues Attributable to Servant Season 1** [124]



**Total Revenues Related to Seasons 1 through 4**

63.    Apple has not provided ████████████████████████████████. I

understand from the testimony of Mr. Shyamalan that ████████████████████████

███████████████████████████████████ Mr. Shyamalan testified that ██████████

██████████████████████████████████████████████████████████

███████████████████████ [125] Mr. Shyamalan further testified that "…██████

████████████████████████" [126] According to Mr. Shyamalan, "…with 'Servant'

██████████████████████████████████████████████████████████

[119] APL-GREGO_00020147-149 at '149. [5.3]
[120] APL-GREGO_00020147-149 at '149. [5.3]
[121] Deposition of Catherine Spevak, May 10, 2024, p. 73. [5.2]
[122] Deposition of Catherine Spevak, May 10, 2024, p. 73. [5.2]
[123] Expert Report of Dana Trexler, CPA/CFF, October 20, 2023, Exhibit 6. [5.7]
[124] Schedule 2.1A. [1.2]
[125] Deposition of M. Night Shyamalan, May 8, 2024, pp. 229-230. [5.8]
[126] Deposition of M. Night Shyamalan, May 8, 2024, p. 230. [5.8]

███████████████ [127] Mr. Shyamalan's testimony is consistent with █████████████
referenced in a December 2019 email from Charles Kennedy to Jamie Erlicht and Zack Van
Amburg.[128]

64.    Based on the testimony of Mr. Shyamalan and the absence of alternative
metrics provided by Apple, for the period beginning with the release of each subsequent
season of Servant, ███████████████████████████████████████████████████
████████████████████████████████████████████

65.    Servant Season 2 premiered on January 15, 2021.[129]  To determine the portion
of Apple TV+ revenues attributable to Servant Season 2, I multiply the Apple TV+ revenues
beginning when Servant Season 2 was released by ████ as summarized in the figure below.

**Figure 6: Apple TV+ Revenues Attributable to Servant Season 2**[130]



66.    Servant Season 3 premiered on January 21, 2022.[131]  To determine the portion
of Apple TV+ revenues attributable to Servant Season 3, I multiply the Apple TV+ revenues
beginning when Servant Season 3 was released by ████ as summarized in the figure below.

---

[127] Deposition of M. Night Shyamalan, May 8, 2024, p. 230. [5.8]
[128] In the email, Mr. Kennedy stated "The show is worth fighting for. █████████████████
███████████ Mr. Kennedy further stated ██████████████████ *See*, Email from Charles Kennedy to Jamie Erlicht and Zack
Van Amburg, ███████████████ December 2, 2019, APL-GREGO_00017957. [5.9]
[129] Servant Season 2, *Metacritic.com*, https://www.metacritic.com/tv/servant/season-2/, PDF page 1.
[5.10]
[130] Schedule 2.1B. [1.2]
[131] Servant Season 3, *Metacritic.com*, https://www.metacritic.com/tv/servant/season-3/, PDF page 1.
[5.11]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Figure 7: Apple TV+ Revenues Attributable to Servant Season 3[132]**



67.     Servant Season 4 premiered on January 13, 2023.[133]  To determine the portion of Apple TV+ revenues attributable to Servant Season 4, I multiply the Apple TV+ revenues beginning when Servant Season 4 was released by ▮▮▮ as summarized in the figure below.

**Figure 8: Apple TV+ Revenues Attributable to Servant Season 4[134]**



**Figure 9: Apple TV+ Revenues Attributable to Servant, Seasons 1-4[135]**



**Revenues Related to Episodes 1 through 3 of Season 1**

68.     For Apple TV+ revenues in Season 1, I allocate 30% to episodes 1 – 3 based on 3 of 10 episodes. I note that this is consistent with the methodology employed by Defendants' damages expert to determine Apple TV+ revenue attributable episodes 1 – 3.[136]

---

[132] Schedule 2.1C. [1.2]
[133] Servant Season 4, *Metacritic.com*, https://www.metacritic.com/tv/servant/season-4/, PDF page 1. [5.12].
[134] Schedule 2.1D. [1.2]
[135] Schedule 2.1. [1.2]
[136] Expert Report of Dana Trexler, CPA/CFF, October 20, 2023, Exhibit 6. [5.7]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 10: Apple TV+ Revenues Attributable to Servant Season 1 Episodes 1-3[137]**



### 6.1.2.    Blinding Edge Pictures, Inc.'s Revenues and Uncle George Productions' Revenues

**Revenues Related to Season 1**

69.



**Total Revenues Related to Seasons 1 through 4**

70.    For Servant Season 2



According to the Content License Agreement,

.[142]  According to Amendment No. 1 to the Content License Agreement,

[143]  Based on this per episode budget, I calculate the

---

[137] Schedule 2.1. [1.2]

[138] Apple Studios, Servant S1 Blinding Edge, Total Net Cost Summary, BE-GREGO_00018764. [5.13]
*See also* Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '015. [2.6]
*See also* Deposition of M. Night Shyamalan, May 8, 2024, pp. 270-271. [5.8]

[139] Pennsylvania Form of Tax Credit Certificate, Issued July 22, 2020, BE-GREGO_00018743. [5.14]
*See also* Deposition of M. Night Shyamalan, May 8, 2024, pp. 271-272. [5.8]

[140] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]
*See also* Deposition of M. Night Shyamalan, May 8, 2024, p. 272. [5.8]

[141] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]

[142] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]

[143] Amendment No. 1 to the Servant Content License Agreement, December 20, 2018, APL-GREGO_0000010-012 at '10. [5.15]



71.    For Servant Season 3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[145]

According to a 2021 Payment Agreement between Apple and Uncle George, ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[146] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[147]

According to the Payment Agreement, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[148]

Based on this ▮▮▮▮▮▮▮▮▮, I calculate ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[149]

72.    For Servant Season 4 Blinding Edge / Uncle George received ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[150]

▮▮▮▮▮▮▮▮▮▮▮▮▮▮[151] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮[152]

73.    Mr. Shyamalan testified that Blinding Edge / Uncle George received tax credits for Seasons 2 through 4.[153]  However, the tax credits received by Uncle George declined from $12.8 million in Season 1 to $7.6 million for Season 3,[154] while the Production License Fees increased.  Therefore, to estimate the tax credit for Season 2 and Season 4, I first estimate the Season 1 and Season 3 tax credits as a percentage of the implied total production costs (based

---

[144] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[145] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]

[146] Apple-Uncle George Payment Agreement, November 9, 2021, APL-GREGO_00000103-142 at '136. [5.16]

[147] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[148] Apple-Uncle George Payment Agreement, November 9, 2021, APL-GREGO_00000103-142 at '106, '136. [5.16]

[149] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

[150] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]

[151] Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]

[152] ▮▮▮▮▮▮▮▮▮▮▮▮

[153] Deposition of M. Night Shyamalan, May 8, 2024, p. 273. [5.8]

[154] Schedule 2.2.  [1.2]
   *See also*, Pennsylvania Form of Tax Credit Certificate, Issued July 22, 2020, BE-GREGO_00018743. [5.14]. *See also*, Apple-Uncle George Payment Agreement, November 9, 2021, APL-GREGO_00000103-142 at '136. [5.16]

CONFIDENTIAL – ATTORNEYS-EYES ONLY

on the combined amount of Production License Fees and the Tax Credits received), which I determine to be 25.9% and 16.3% in Seasons 1 and 3, respectively.[155]  Based on the decline over 3 seasons, I determine the Tax Credit % decreased by 20.8% per season, resulting in an implied Tax Credit % of 20.5% for Season 2 and 12.9% for Season 4.[156]

74.    Using the implied Tax Credit % for Season 2 and Season 4, I then determine the Tax Credit amounts for Season 2 and Season 4.  Based on this analysis I determine the Tax Credit to be ▇▇▇▇ for Season 2 and ▇▇▇▇ for Season 4.[157]

**Figure 11: Blinding Edge / Uncle George Revenues Attributable to Servant Seasons 1-4[158]**



**Revenues Related to Episodes 1 through 3 of Season 1**

75.    For Blinding Edge / Uncle George revenues in Season 1, I allocate 30% to episodes 1 – 3 based on 3 of 10 episodes.

**Figure 12: Blinding Edge / Uncle George Revenue Attributable to Servant Season 1 Episodes 1-3[159]**



---

[155] Schedule 2.2. [1.2]
[156] Schedule 2.2. [1.2]
[157] Schedule 2.2. [1.2]
[158] Schedule 2.2. [1.2]
[159] Schedule 2.2. [1.2]

### 6.1.3.    Ashwin Rajan's Revenues

**Revenues Related to Season 1**

76.    Mr. Rajan was paid ███████████████████████████████
███████ [160]  Mr. Rajan also received ████████████████████████ [161]

**Total Revenues Related to Seasons 1 through 4**

77.    According to Mr. Rajan, his compensation for Servant Season 2 was █████████
██████████████ [162]  Mr. Rajan testified that ███████████████████████
████████████████ [163] According to the Servant Content License Agreement, Mr. Rajan
██████████████████████████████████████ [164]   According to
the Servant Content License Agreement, ███████████████████████████████
████████████████████ [165]

78.    Based on ███████████████████████ I calculate Mr. Rajan's Executive
Producer fee for Season 2 to be █████████ [166]  Based on Mr. Rajan's testimony and the fact
██████████████████████████████████████████, I assume Mr. Rajan's
███████████████████████████████████████████████████████████
██

79.    According to Mr. Rajan, his compensation for Servant Season 3 ███████████
███████████████████████████████████████████████████████████
████████████████████████████████████ [167]  Mr. Rajan testified
that it was roughly ████████████████████████████████████████████
███████████ [168] According to the Servant Content License Agreement, ████████████

---

[160] Deposition of Ashwin Rajan, May 9, 2024, pp. 216-217. [2.5]. *See also*, "Servant" Content License
    Agreement, APL-GREGO_00000013-043 at '022. [2.6]
[161] Deposition of Ashwin Rajan, May 9, 2024, pp. 216-217, 222, 231. [2.5]. *See also*, Ashwin Rajan /
    ████████████████████ BE-GREGO_00018799. [5.19]
[162] Deposition of Ashwin Rajan, May 9, 2024, p. 217. [2.5]
[163] Deposition of Ashwin Rajan, May 9, 2024, p. 217. [2.5]
[164] "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
[165] "Servant" Content License Agreement, APL-GREGO_00000013-043 at '016. [2.6]
[166] $325,000 x 1.05 = $341,250.
[167] Deposition of Ashwin Rajan, May 9, 2024, pp. 217-218. [2.5]
[168] Deposition of Ashwin Rajan, May 9, 2024, pp. 217-218. [2.5]



██████████████████████████████████████████████████████████████
████████████████████████ [169]

80.    ████████████████████████████████, I calculate Mr. Rajan's Executive Producer fee for Season 3 to be ████████████.[170]  Based on Mr. Rajan's testimony and ██ ██████████████████████████████████████████████████████, I calculate Mr. Rajan's ██████████████████████████████████████████████████.[171] I note that my calculated total for Season 3 is ██████████,[172] which is roughly in line with the ████████ that Mr. Rajan testified that he received for Season 3.

81.    Regarding his compensation for Season 4, Mr. Rajan testified ████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████[173]  However, Mr. Rajan further testified that ████████████ ██████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████"[174] According to Mr. Rajan, ████████████████████████████████████████████████████████████[175] According to the Servant Content License Agreement, ████████████████████████ ██████████████████████████████████████████████████████████████ ████████████[176]

82.    Based on ████████████████████████ I calculate Mr. Rajan's Executive Producer fee for Season 4 to be ████████████████[177]  Based on ████████████████████████ ██████████████████████████████████████████████████████████████ ████████████[178] However, given Mr. Rajan's testimony regarding ████████████████, I conservatively assume Mr. Rajan received ████████████████████████████████████

---

[169] "Servant" Content License Agreement, APL-GREGO_00000013-043 at '016. [2.6]

[170] ████████████████████████████████████████

[171] ████████████████████████████████████████████

[172] ████████████████████████████████████████████

[173] Deposition of Ashwin Rajan, May 9, 2024, p. 218. [2.5]

[174] Deposition of Ashwin Rajan, May 9, 2024, pp. 218-219. [2.5]

[175] Deposition of Ashwin Rajan, May 9, 2024, pp. 219-220, 246-247. [2.5]

[176] "Servant" Content License Agreement, APL-GREGO_00000013-043 at '016. [2.6]

[177] ████████████████████████████████████

[178] ████████████████████████████████████████████

██████████████████████████████████.  Should Defendants produce documents that specify the amounts received for Servant Seasons 2 – 4, then I will update my analysis accordingly if allowed by the Court to do so.

**Figure 13: Mr. Rajan Revenues Attributable to Servant Seasons 1-4**[179]



Revenues Related to Episodes 1 through 3 of Season 1

83.    Mr. Rajan was paid a ████████████████████████ ████.[180]  For episodes 1-3, Mr. Rajan earned ████████████████████.[181]  Mr. Rajan also received ████████████████████████████████[182]  I understand that Mr. Rajan's Executive Producer agreement ████████████████ ██████████████████████ has not been produced in this matter. Therefore, I allocate 30% of ████████████████████████ to episodes 1 – 3 based on 3 of 10 episodes.

**Figure 14: Mr. Rajan Revenues Attributable to Servant Season 1 Episodes 1-3**[183]





---

179 Schedule 2.4. [1.2]
180 Deposition of Ashwin Rajan, May 9, 2024, pp. 216, 224. [2.5]. *See also*, "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
181 ████████████████████
182 Deposition of Ashwin Rajan, May 9, 2024, pp. 216-217, 222, 231. [2.5]. *See also*, Ashwin Rajan / ████████████████████████, BE-GREGO_00018799. [5.19]
183 Schedule 2.4. [1.2]

### 6.1.4.    M. Night Shyamalan's Revenues

**Revenues Related to Season 1**

84.    Mr. Shyamalan testified that for Season 1 he received █████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████.[184]  Mr. Shyamalan also received compensation for directing episode 9.[185]  Mr. Shyamalan testified that his compensation for directing episode 9 ████████████████████████████████████████████████ █████████████"[186]  Mr. Shyamalan testified that this compensation for directing additional episodes was based on ██████████████████████████████████████ ███████████████████████████████[187]  According to the consolidated and amortized budgets for Servant Season 1, the amount incurred for Director fees was ██████[188]████████████████████████████████████████████ ████████████████████████████████████, I estimate that the amount Mr. Shyamalan received for directing episode 9 to be █████████[189]  Mr. Shyamalan received a ███████████████████████████████████████████████████████████.[190]

**Total Revenues Related to Seasons 1 through 4**

85.    Mr. Shyamalan testified that ███████████████████████████ ████████████████████[191]████████████████████████████████████ ████████████████████[192] Mr. Shyamalan testified that he directed five episodes

---

[184] Deposition of M. Night Shyamalan, May 8, 2024, p. 248. [5.8]
*See also* Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]

[185] Deposition of M. Night Shyamalan, May 8, 2024, pp. 248-249. [5.8]

[186] Deposition of M. Night Shyamalan, May 8, 2024, pp. 248-249. [5.8]

[187] Deposition of M. Night Shyamalan, May 8, 2024, p. 250. [5.8]

[188] ██████████████████████████
Servant Season 1, Budget and Cost Report, BE-GREGO_00018746-763 at '748, '756. [5.17]

[189] ████████████████████████████████████████████████████

[190] ████████████████████████████████████████████, BE-GREGO_00018765. [5.18]

[191] Deposition of M. Night Shyamalan, May 8, 2024, p. 257. [5.8]. *See also* Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '780.  [2.7]
*See also* Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]

[192] Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '780. [2.7]
*See also* Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]

---

overall, including two in the first season.   According to IMDB, Mr. Shyamalan directed one episode per season in seasons 2 – 4.[193]   For directing fees for each subsequent season, I assume Mr. Shyamalan received ██████████████████████████████████████████ ██████████████████████████████

86.    Based on ████████████████████ I calculate Mr. Shyamalan's Executive Producer fee for Season 2 to be ██████[194]  Based on ██████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████

87.    Based on ████████████████████ I calculate Mr. Shyamalan's Executive Producer fee for Season 3 to be ██████[195]  Based on ██████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████████[196]

88.    Based on ████████████████████ I calculate Mr. Shyamalan's Executive Producer fee for Season 4 to be ██████[197]  Based on ██████████████████████████ ████████████████████████████████████████████████████████████████ ███████████████[198]  However, given Mr. Rajan's testimony regarding ████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████  Should Defendants produce documents that specify the amounts received for Servant Seasons 2 – 4, then I will update my analysis accordingly if allowed by the Court to do so.

---

[193] IMDB.com, M. Night Shyamalan, https://www.imdb.com/name/nm0796117/?ref_=tt_ov_dr, PDF page 3. [5.27]
[194] ████████████████████████████
[195] ████████████████████████████
[196] ████████████████████████████
[197] ████████████████████████████
[198] ████████████████████████████

CONFIDENTIAL - ATTORNEYS-EYES ONLY

**Figure 15: Mr. Shyamalan Revenues Attributable to Servant Seasons 1-4[199]**



**Revenues Related to Episodes 1 through 3 of Season 1**

89.     For Mr. Shyamalan's revenue attributable to episodes 1 - 3 of Season 1, I include ███████████████████████████████████████████████████ ███████████████████████████████████████████.[200]   For Mr. Shyamalan's ██████████████████████████████████████████ ███████████████████████████████████. According to the agreement, Mr. Shyamalan's ███████████████████████████████ ██████████████████████████████."[201]

**Figure 16: Mr. Shyamalan Revenues Attributable to Servant Season 1 Episodes 1-3[202]**



---

[199] Schedule 2.3. [1.2]
[200] Deposition of M. Night Shyamalan, May 8, 2024, p. 248. [5.8]
    *See also* Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]
[201] Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '779.  [2.7]
[202] Schedule 2.3. [1.2]

### 6.1.5.    Dolphin Black Productions' Revenues and Tony Basgallop's Revenues

90.    In his deposition, Mr. Basgallop referred to Dolphin Black as his "loan-out company."[203]  Mr. Basgallop testified that Dolphin Black "doesn't do anything. It's just me. It's my way of arranging my business for tax purposes, et cetera. Doesn't employ any staff."[204]  Mr. Basgallop agreed that "Dolphin Black Productions and Tony Basgallop are one and the same."[205]  Therefore, I consider these two entities jointly.

**Revenues Related to Season 1**



91.    Mr. Basgallop received ███████████████████████████████[206] Mr. Basgallop received ███████ for the script for the pilot episode.[207]   For writing the scripts of three additional episodes, Mr. Basgallop was paid ███████████████████ ████████████████████[208] For additional episodes in Season 1, Mr. Basgallop was compensated ███████████████████████████.[209] For writing episodes 2-3 of Season 1, Mr. Basgallop was paid ███████.[210]   For writing episodes 4-10, Mr. Basgallop was paid ████████[211]

92.    Mr. Basgallop received █████████████████████████████ ██████████████████████[213] Mr. Basgallop received ██████████████████████████

---

203 Deposition of Tony Basgallop, April 30, 2024, p. 34. [2.10]
204 Deposition of Tony Basgallop, April 30, 2024, p. 34. [2.10]
205 Deposition of Tony Basgallop, April 30, 2024, p. 34. [2.10]
206 Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20].
    *See also*, Deposition of Tony Basgallop, April 30, 2024, pp. 264-266. [2.10]
207 Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]. *See also*, Deposition of Tony Basgallop, April 30, 2024, pp. 213-214. [2.10]
208 Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]. *See also* "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
209 Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]. *See also* "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
210 ████████████. *See also*, Schedule 2.5 and 2.5A. [1.2]
211 Schedule 2.5 and 2.5A. [1.2]
212 Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '040. [2.11]. *See also*, "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
213 ████████████████.

---



███████ [214] Mr. Basgallop received ████████████████████████████
██████████████ [215]    I understand that records in file BE-GREGO_00018745.xlsx where
Account Detail is equal to "1201 005" are related to payments made in Basgallop's role as an
executive producer.[216] Based on the amounts in this file, Mr. Basgallop received ████████
████████████████████████████████    For episodes 1-3, Mr.
Basgallop was paid ████████████████████ [217]    For episodes 4-10, Mr. Basgallop
was paid ███████████████ [218]

93.    ██████████████████████████████████████
████████████████████ [219]

94.    ████████████████████████████ [220]
TB_GREGO_00013711 is a June 2021 statement for the ████████████████████
██████████ [221]    The statement identifies a ████████████████████
██████████████████████████ .[223]    Mr.
Basgallop testified that Independent Talent Group Ltd. is his UK agent who received ████████
████████████████████████████████
████████████ [224]    Mr. Basgallop
testified that Hansen, Jacobson, & Teller are his lawyers who also received ████████
███████ .[225]    Given Mr. Basgallop's testimony and documents indicating that after
commissions, Mr. Basgallop ████████████████████ , I assume that Mr.

---

[214] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '042. [2.11]. *See also*, "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
[215] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '039-040. [2.11]. *See also*, Deposition of Tony Basgallop, April 30, 2024, p. 214. [2.10]
[216] Expert Report of Dana Trexler, CPA/CFF, October 20, 2023, Exhibit 5, footnote [6]. [5.7]
[217] Schedule 2.5 and 2.5B. [1.2]
[218] Schedule 2.5 and 2.5B. [1.2]
[219] ████████████████████████████████████ , BE-GREGO_00018800. [5.21]
[220] ████████████████████████████████████ , BE-GREGO_00018800. [5.21]
[221] Dolphin Black Productions, Statement for Transaction A600891672, June 14, 2021, TB_GREGO_00013711. [5.23]
[222] ███████████████████
[223] Dolphin Black Productions, Statement for Transaction A600891672, June 14, 2021, TB_GREGO_00013711. [5.23]
[224] Deposition of Tony Basgallop, April 30, 2024, pp. 218-219. [2.10]
[225] Deposition of Tony Basgallop, April 30, 2024, pp. 219-220. [2.10]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Basgallop ██████████████████████████████████████. After I summarize the various compensation received by Mr. Basgallop, I then apply this adjustment to all of his Servant-related earnings.

### Total Revenues Related to Seasons 1 through 4

95.    Mr. Basgallop ████████████████████████████████████████████ ███████████████████████████[227]  Mr. Basgallop testified that be believed he wrote 17 episodes for Servant.[228]  Taylor Latham testified that Mr. Basgallop wrote all ten episodes of Season 1 and six or seven episodes of Season 2.[229]  Therefore, I assume Mr. Basgallop wrote seven of Season 2.  For Season 2, Mr. Basgallop testified that ███ ██████████████████████████████████████████████████████ ██████████[230]  Mr. Basgallop's script fees for season one ████████████████████ █████[231]  This amount corresponds to ████████████████████████████ ████████████████████████████████[232]  For Season 2, I assume Mr. Basgallop's script fees ████████████████████████████████████████ ████████████████████████████████████████████ ██████[233]  Based on 7 episodes for Season 2, I calculate Mr. Basgallop's script fees to be ████████[234]  Mr. Basgallop's producing fee for Season 2 increased to █████████████ ████████████[235]

96.    Mr. Basgallop testified ████████████████████████████████ but because of everything that happened with



---

[226] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '040. [2.11]   *See also* "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]

[227] ████████████████████.

[228] Deposition of Tony Basgallop, April 30, 2024, p. 52. [2.10]

[229] Deposition of Taylor Latham, May 1, 2024, p. 71. [3.7]

[230] Deposition of Tony Basgallop, April 30, 2024, pp. 214-215. [2.10]

[231] Schedule 2.5A. [1.2]. *See also*, General Ledger Inquiry, BE-GREGO_00018802-804. [5.24]

[232] ████████████████████████████████████████████████████████

[233] ███████████████████████████████████████████████████████████

[234] ██████████████████████████

[235] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '039-040. [2.11]
*See also* "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
*See also*, Deposition of Tony Basgallop, April 30, 2024, p. 215. [2.10]

---

CONFIDENTIAL – ATTORNEYS-EYES ONLY

Season 2, Mr. Basgallop believes ███████████████████[236]   Mr. Basgallop testified that
████████████████████████████████████████████████████████████████
███████████████████████████████████████████[237]   I also understand that Mr.
Basgallop received ████████████████████████████████████████████[238]
Therefore, I estimate ████████████████████████████████████████
████████████████████████████████████[239]

97.    As discussed above, after paying 10% commissions I assume that Mr. Basgallop only receives 90% of all of his earnings related to Servant. After I summarize the various compensation received by Mr. Basgallop, I then apply this adjustment to all of his Servant-related earnings.

**Figure 17: Dolphin Black / Tony Basgallop Revenues Attributable to Servant Seasons 1-4[240]**



---

[236] Deposition of Tony Basgallop, April 30, 2024, p. 239. [2.10]
[237] Deposition of Tony Basgallop, April 30, 2024, p. 215. [2.10]
[238] Deposition of Tony Basgallop, April 30, 2024, p. 215. [2.10]
[239] ████████████████████████████
[240] Schedule 2.5. [1.2]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Revenues Related to Episodes 1 through 3 of Season 1**

98.    For revenues Mr. Basgallop received attributable to episodes 1-3, I include



. Mr. Basgallop testified that to write scripts for episodes three and four he asked for ██████████████████████████████████[242]  Therefore, ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████[243]  According to the Agreement, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[244] Therefore, ██████████████████████████████████[245]

99.    As  discussed  above, ████████████████████████████████████████████████. After I summarize the various compensation received by Mr. Basgallop, I apply this adjustment to all of his Servant-related earnings.

---

[241] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '040. [2.11]. *See also*, "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]

[242] Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20]
*See also*, Deposition of Tony Basgallop, April 30, 2024, pp. 264-266. [2.10]

[243] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '041. [2.11]

[244] Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '041. [2.11]

[245] ████████████████████████████

---

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Figure 18: Dolphin Black / Basgallop Revenues Attributable to Servant Season 1 Episodes 1-3[246]**



### 6.1.6.    Escape Artists LLC's Revenues

**Revenues Related to Season 1**

100.    Escape Artists was paid ████████████████████████ for ten episodes of Season 1.[247]  Escape Artists also received a ████████████████████████████

████████████████████████.[248]  Escape Artists was also reimbursed ████████████████

████████████████████████.[249]



---

[246] Schedule 2.5. [1.2]

[247] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
*See also* "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]

[248] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
*See also* ████████████████████████████████████, BE-GREGO_00018777.
[5.26]

[249] "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Total Revenues Related to Seasons 1 through 4**



101.    According to the testimony of Mr. Blumenthal, ███████████████████ ████████████████████████████.250

102.    According to the Servant Content License Agreement, Escape Artists would receive ████████████████████████████████████.251    According to the Servant Content License Agreement, ████████████████████████████ ████████████████.252

103.    Based on ████████████████, I calculate Escape Artists Executive Producer fee for season 2 to be ████████.253   Based on ███████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████.

104.    According to the Servant Content License Agreement, █████████████ ██████████████████████████████████████████████████ ████████████████████.254

105.    ██████████████████████████████████████████ ████████████████████.255 ████████████████████████████████████████████████ ████████████████.256

106.    ██████████████████████████████████████████ ████████████████████.257 ████████████████████████████ ██████████████████████████████████████████████████

_____

*See also* Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20]
250 Deposition of Jason Blumenthal, May 13, 2024, pp. 103-104. [3.11]
251 "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]
252 "Servant" Content License Agreement, APL-GREGO_00000013-043 at '016. [2.6]
253 $500,000 x 1.05 = $525,000.
254 "Servant" Content License Agreement, APL-GREGO_00000013-043 at '016. [2.6]
    $2,000,000 / $1,750,000 = 1.143.
255 $525,000 x 1.05 = $551,250.
256 ████████████████████████████
257 $551,250 x 1.05 = $578,812.50.

CONFIDENTIAL – ATTORNEYS' EYES ONLY

 ▌.258  However, given Mr. Rajan's testimony regarding ▌,259 ▌ ▌.  Should Defendants produce documents that specify the amounts received for Servant Seasons 2 – 4, then I will update my analysis accordingly if allowed by the Court to do so.

**Figure 19: Escape Artists Revenues Attributable to Servant Seasons 1-4**[260]



**Revenues Related to Episodes 1 through 3 of Season 1**



107.    For revenues related to Executive Producer Fees in Season one, I allocate 30% to episodes 1 – 3 based on 3 of 10 episodes.  For revenues related to ▌ ▌, Mr. Basgallop testified that ▌ ▌

108.    ▌ ▌262  According to the Agreement, ▌ ▌.263 Therefore, ▌.264

---

258 ▌

259 Deposition of Ashwin Rajan, May 9, 2024, p. 218. [2.5]

260 Schedule 2.6. [1.2]

261 Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20]
   *See also*, Deposition of Tony Basgallop, April 30, 2024, pp. 264-266. [2.10]

262 Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-006 at '990-991. [2.9]

263 Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-6006 at '5990-5991. [2.9]

264 ▌

---

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Figure 20: Escape Artists Revenues Attributable to Servant Season 1 Episodes 1-3[265]**



### 6.1.7.    Jason Blumenthal's Revenues

**Revenues Related to Season 1**

109.    Jason Blumenthal received ███████████████████████ ███████████████████████████████[266]   Mr. Blumenthal received 40.2% of total $1,815,833 in Participation Fees distributed by Escape Artists.[267]

**Total Revenues Related to Seasons 1 through 4**

110.    According to the testimony of Mr. Blumenthal, Escape Artists received backend pay and producer fees for Seasons 2–4.[268]  For Season 1, Escape Artists distributed 100 percent of the income earned as Participation Fees to Jason Blumenthal, Todd Black, Taylor Latham, and David Bloomfield.[269]  Mr. Blumenthal testified that he understood the same types of payments were made to the same people for Seasons 2–4 as for Season 1.[270]

111.    Mr. Blumenthal received ███████████████████████  I assume Mr. Blumenthal receives ███████████████████████████████

---

[265] Schedule 2.6. [1.2]
[266] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
[267] ███████████████████████
[268] Deposition of Jason Blumenthal, May 13, 2024, pp. 103-104. [3.11]
[269] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
[270] Deposition of Jason Blumenthal, May 13, 2024, pp. 103-104. [3.11]

---

**Figure 21: Jason Blumenthal Participation Fees Attributable to Servant Seasons 1-4**[271]



### Revenues Related to Episodes 1 through 3 of Season 1

112.    Mr. Blumenthal received ████████████████████████████
████████████████████████████████████████. I assume Mr.
Blumenthal receives the same share of Escape Artists' revenue attributed to Episodes 1-3 of
Season 1, excluding the ████████████████████

**Figure 22: Jason Blumenthal Participation Fees Attributable to Servant Season 1 Episodes 1-3**[272]

### 6.1.8.    Todd Black's Revenues

### Revenues Related to Season 1

113.    Todd Black received Participation Fees from Escape Artists in the amount of
████████ for Servant Season 1.[273] Todd Black received ████████████████ in
Participation Fees distributed by Escape Artists.[274]

---

[271] Schedule 2.7. [1.2]
[272] Schedule 2.7. [1.2]
[273] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
[274] ████████████████████████████

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Total Revenues Related to Seasons 1 through 4**

114.    According to the testimony of Mr. Blumenthal, Escape Artists received backend pay and producer fees for Seasons 2–4.[275]  For Season 1, [276]  Mr. Blumenthal testified that he understood the same types of payments were made to the same people for Seasons 2–4 as for Season 1.[277]

115.    Todd Black received 40.2% of Escape Artists' total income as Participation Fees for Season 1. I assume Mr. Black receives the same share of Escape Artists' income for Seasons 2–4.

**Figure 23: Todd Black Participation Fees Attributable to Servant Seasons 1-4[278]**



**Revenues Related to Episodes 1 through 3 of Season 1**

116.    Mr. Black received  as Participation Fees for Season 1. I assume Mr. Black receives the same share of Escape Artists' revenue attributed to Episodes 1-3 of Season 1, excluding the ▮▮▮ payment reimbursement.

**Figure 24: Todd Black Participation Fees Attributable to Servant Season 1 Episodes 1-3[279]**

---

[275] Deposition of Jason Blumenthal, May 13, 2024, pp. 103-104. [3.11]
[276] Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]
[277] Deposition of Jason Blumenthal, May 13, 2024, pp. 103-104. [3.11]
[278] Schedule 2.8. [1.2]
[279] Schedule 2.8. [1.2]

---

CONFIDENTIAL – ATTORNEYS' EYES ONLY

### 6.1.9.    Steve Tisch's Revenues

**Total Revenues Related to Seasons 1 through 4**

117.    According to the Escape Artists Profit and Loss statement for Servant Season 1, there were no distributions or payments made to Steve Tisch.[280]  According to testimony of Taylor Latham, Steve Tisch doesn't work on TV projects and hasn't been seen in the office in years.[281]  According to the testimony of Jason Blumenthal, Mr. Tisch received no payments even though he is a partner at Escape Artists.[282]  When asked why Mr. Tisch did not receive any payment, Mr. Blumenthal testified "That was something we had just worked out between us. Don't know why or what the basis was."[283]

118.    Based on the above, I understand that Mr. Tisch has received no revenues related to Servant.

**Revenues Related to Episodes 1 through 3 of Season 1**

119.    I understand that Mr. Tisch has received no revenues related to Servant.

### 6.1.10.    Overall Revenues

**Total Revenues Related to Seasons 1 through 4**

120.    The discussion above summarizes the revenues received by each Defendant in isolation. However, portions of the revenue received by one Defendant are ultimately paid to and received as revenue by other Defendants.  Therefore, I also include a summary below of the revenues related to Seasons 1 - 4 received by all of the Defendants, where I exclude revenues that are duplicative of revenue received by other Defendants.

---

[280] Escape Artists Inc., Profit and Loss, EA-GREGO_00007883. [5.25]
[281] Deposition of Taylor Latham, May 1, 2024, p. 24. [3.7]
[282] Deposition of Jason Blumenthal, May 13, 2024, pp. 102-103. [3.11]
[283] Deposition of Jason Blumenthal, May 13, 2024, pp. 102-103. [3.11]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Figure 25: All Defendants Revenues Attributable to Servant Seasons 1-4, Excluding Duplicative Revenue[284]**



**Revenues Related to Episodes 1 through 3 of Season 1**

121.    I include a summary below of the revenues related to Seasons 1 Episodes 1 - 3 received by all of the Defendants, where I exclude revenues that are duplicative of revenue received by other Defendants.

**Figure 26: All Defendants Revenues Attributable to Servant Season 1 Episodes 1-3, Excluding Duplicative Revenue[285]**



---

[284] Schedule 1.1. [1.2]
[285] Schedule 1.1. [1.2]

CONFIDENTIAL – ATTORNEYS EYES ONLY

# 7. Potential Additional Analyses to Perform

122.    Volume 1, Tab 4 contains a complete list of documents I considered in forming my opinions.

123.    This report is based upon information currently known to me and analyses completed to date.  To the extent new information becomes available, that new information will be reviewed to determine whether it may have an impact on my conclusions and opinions set forth in this report.  If allowed by the Court, I may rely upon any additional information that becomes available to me after the date of this report, as well as amend or modify this report to reflect such information or if further research or analysis warrants.

CONFIDENTIAL – ATTORNEYS EYES ONLY

# 8. Compensation and Signature

124.    Persechini Consulting charges $700 per hour for my time working on this matter. I also receive compensation based on total Persechini Consulting billings on this case.  No part of my compensation is based upon the outcome of this matter.

_____

Dominic M. Persechini

# Tab 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Damages Analysis**
**Table of Contents**

| Series 1: | Damages Summary |
|---|---|
| Schedule 1.1 | Overall Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, Removing Duplicative Revenue |
| Schedule 1.2 | Summary of Revenue Related to Servant Seasons 1-4 and Season 1 Episodes 1-3 Received by Defendants |

| Series 2: | Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3 |
|---|---|
| Schedule 2.1 | Apple TV+, Revenue Attributable to Servant |
| Schedule 2.1A | Apple TV+, Servant Season 1 |
| Schedule 2.1B | Apple TV+, Servant Season 2 |
| Schedule 2.1C | Apple TV+, Servant Season 3 |
| Schedule 2.1D | Apple TV+, Servant Season 4 |
| Schedule 2.2 | Blinding Edge Pictures / Uncle George Productions |
| Schedule 2.3 | M. Night Shyamalan |
| Schedule 2.4 | Ashwin Rajan |
| Schedule 2.5 | Dolphin Black Productions / Tony Basgallop |
| Schedule 2.5A | Dolphin Black Productions / Tony Basgallop, Categorization of Script-Related Payments |
| Schedule 2.5B | Dolphin Black Productions / Tony Basgallop, Producer-Related Fees |
| Schedule 2.6 | Escape Artists |
| Schedule 2.7 | Jason Blumenthal |
| Schedule 2.8 | Todd Black |

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                                                                    **Schedule 1.1**
**Damages Summary**
**Overall Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, Removing Duplicative Revenue**



**Sources / Notes** :

[a]  Schedule 1.2

[b]  For Apple, I remove ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   For Blinding Edge / Uncle George, I remove revenue received by M. Night Shyamalan, Ashwin Rajan, Dolphin Black / Tony Basgallop, and Escape Artists.

   For Escape Artists, I remove revenue received by Jason Blumenthal, Todd Black, and Steve Tisch.

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Damages Summary**
**Summary of Revenue Related to Servant Seasons 1-4 and Season 1 Episodes 1-3 Received by Defendants**

**Schedule 1.2**



***Sources / Notes*** :

[a]   *Schedule 2.1, Schedule 2.1A, Schedule 2.1B, Schedule 2.1C, and Schedule 2.1D.*

[b]   *Schedule 2.2*

[c]   *Schedule 2.3*

[d]   *Schedule 2.4*

[e]   *Schedule 2.5*

[f]   *Schedule 2.6*

[g]   *Schedule 2.7*

[h]   *Schedule 2.8*

[i]   *I understand Steve Tisch did not receive payments related to Servant.*
        *Deposition of Jason Blumenthal, May 13, 2024, pp. 102-104. [3.11]*

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                                        **Schedule 2.1**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Apple TV+, Revenue Attributable to Servant**



***Sources / Notes*** *:*

[a]   *Schedule 2.1A*

[b]   *Schedule 2.1B*

[c]   *Schedule 2.1C*

[d]   *Schedule 2.1D*

[e]   *Calculated as 30% of Season 1 amount, based on 3 of 10 episodes.*

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                        **Schedule 2.1A**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Apple TV+, Servant Season 1**



_Sources / Notes_ :

[a]   *APL-GREGO_00020147-149 at '147.  [5.3]*

[b]   *Deposition of Catherine Spevak, May 10, 2024, p. 32.  [5.2]*

[c]   *Estimated based on the growth rate of Apple's Services segment in Q1-Q2 of FY 2024 over Q1-Q2 of FY 2023.*

    *Apple, Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 30, 2024, p. 1,*

    *<https://www.apple.com/newsroom/pdfs/fy2024-q2/FY24_Q2_Consolidated_Financial_Statements.pdf>. [5.6]*

    Apple Services Revenue Q1-Q2 FY2024:          *$46,984*   [1]

    Apple Services Revenue Q1-Q2 FY2023:          *$41,673*   [2]

                Growth Rate          **12.7%**   [3] = [1] / [2] -1

[d]   *APL-GREGO_00020147-149 at '149.  [5.3]  See also Deposition of Catherine Spevak, May 10, 2024, pp. 70-73, 76. [5.2]*

[e]   *Dates based on the following:*

    *Apple TV+ launched November 1, 2019.*

    *Apple Inc. Press Release, "Apple TV+ launches November 1, featuring originals from the world's greatest storytellers", September 10, 2019,*

    *<https://www.apple.com/newsroom/2019/09/apple-tv-launches-november-1-featuring-originals-from-the-worlds-greatest-storytellers/>. [4.19]*

    *Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4]*

    *Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]*

    *Apple Investor Relations FAQ, <https://investor.apple.com/faq/default.aspx>, accessed May 23, 2024. [6.6]*

**Francesca Gregorini v. Apple Inc., et al.**    Schedule 2.1B
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Apple TV+, Servant Season 2**



**Sources / Notes:**

[a]  APL-GREGO_00020147-149 at '147. [5.3]

[b]  FY 2021 revenues are prorated as follows:

|  |  |  |  |
|---|---|---|---|
| Start of Fiscal Year: | 9/27/2020 | [1] | Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5] |
| Start of Period (Season 2 Release Date): | 1/15/2021 | [2] | IMDb, Servant Season 2 Episode List. [4.16] |
| End of Fiscal Year: | 9/25/2021 | [3] | Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5] |
| Days in Fiscal Year | 364 | [4] = [3] - [1] + 1 | |
| Days in Period | 254 | [5] = [3] - [2] + 1 | |
| Proration Factor | 69.8% | [6] = [5] / [4] | |

[c]  Deposition of Catherine Spevak, May 10, 2024, p. 32. [5.2]

[d]  Estimated based on the growth rate of Apple's Services segment in Q1-Q2 of FY 2024 over Q1-Q2 of FY 2023.

Apple, Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 30, 2024, p. 1,
<https://www.apple.com/newsroom/pdfs/fy2024-q2/FY24_Q2_Consolidated_Financial_Statements.pdf>. [5.6]

| | | |
|---|---|---|
| Apple Services Revenue Q1-Q2 FY2024: | $46,984 | [1] |
| Apple Services Revenue Q1-Q2 FY2023: | $41,673 | [2] |
| Growth Rate | 12.7% | [3] = [1] / [2] -1 |

[e]  APL-GREGO_00020147-149 at '149. [5.3]  See also Deposition of Catherine Spevak, May 10, 2024, pp. 70-73, 76. [5.2]

[f]  Dates based on the following:

Season 2 released 1/15/2021.
     IMDb, Servant Season 2 Episode List. [4.16]
Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4]
Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]
Apple Investor Relations FAQ, <https://investor.apple.com/faq/default.aspx>, accessed May 23, 2024. [6.6]

**Francesca Gregorini v. Apple Inc., et al.**                                                    Schedule 2.1C
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Apple TV+, Servant Season 3**



___

_**Sources / Notes**:_

[a]   *APL-GREGO_00020147-149 at '147.  [5.3]*

[b]   *FY 2022 revenues are prorated as follows:*

|  |  |  |  |
|---|---|---|---|
| Start of Fiscal Year: | 9/26/2021 | [1] | *Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]* |
| Start of Period (Season 3 Release Date): | 1/21/2022 | [2] | *IMDb, Servant Season 3 Episode List. [4.18]* |
| End of Fiscal Year: | 9/24/2022 | [3] | *Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]* |
| Days in Fiscal Year | 364 | [4] = [3] - [1] + 1 | |
| Days in Period | 247 | [5] = [3] - [2] + 1 | |
| Proration Factor | 67.9% | [6] = [5] / [4] | |

[c]   *Deposition of Catherine Spevak, May 10, 2024, p. 32.  [5.2]*

[d]   *Estimated based on the growth rate of Apple's Services segment in Q1-Q2 of FY 2024 over Q1-Q2 of FY 2023.*

      *Apple, Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 30, 2024, p. 1,*
      *<https://www.apple.com/newsroom/pdfs/fy2024-q2/FY24_Q2_Consolidated_Financial_Statements.pdf>. [5.6]*

| | | |
|---|---|---|
| *Apple Services Revenue Q1-Q2 FY2024:* | $46,984 | [1] |
| *Apple Services Revenue Q1-Q2 FY2023:* | $41,673 | [2] |
| Growth Rate | **12.7%** | [3] = [1] / [2] -1 |

[e]   *APL-GREGO_00020147-149 at '149. [5.3]  See also Deposition of Catherine Spevak, May 10, 2024, pp. 70-73, 76. [5.2]*

[f]   *Dates based on the following:*

      *Season 3 released 1/21/2022.*
        *IMDb, Servant Season 3 Episode List. [4.18]*
      *Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4]*
      *Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]*
      *Apple Investor Relations FAQ, <https://investor.apple.com/faq/default.aspx>, accessed May 23, 2024. [6.6]*

**Francesca Gregorini v. Apple Inc., et al.**                                                                **Schedule 2.1D**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Apple TV+, Servant Season 4**



_Sources / Notes_:

[a]  Deposition of Catherine Spevak, May 10, 2024, p. 32. [5.2]

[b]  FY 2023 revenues are prorated as follows:

|  |  |  |  |
|---|---|---|---|
| Start of Fiscal Year: | 9/25/2022 | [1] | Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4] |
| Start of Period (Season 4 Release Date): | 1/13/2023 | [2] | IMDb, Servant Season 4 Episode List. [4.8] |
| End of Fiscal Year: | 9/30/2023 | [3] | Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4] |
| Days in Fiscal Year | 371 | [4] = [3] - [1] + 1 | |
| Days in Period | 261 | [5] = [3] - [2] + 1 | |
| Proration Factor | 70.4% | [6] = [5] / [4] | |

[c]  Estimated based on the growth rate of Apple's Services segment in Q1-Q2 of FY 2024 over Q1-Q2 of FY 2023.
     Apple, Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 30, 2024, p. 1,
     <https://www.apple.com/newsroom/pdfs/fy2024-q2/FY24_Q2_Consolidated_Financial_Statements.pdf>. [5.6]

|  |  |  |  |
|---|---|---|---|
| Apple Services Revenue Q1-Q2 FY2024: | $46,984 | [1] | |
| Apple Services Revenue Q1-Q2 FY2023: | $41,673 | [2] | |
| Growth Rate | 12.7% | [3] = [1] / [2] -1 | |
| FY 2023 Revenues: | $1,900,000,000 | [4] | Deposition of Catherine Spevak, May 10, 2024, p. 32. [5.2] |
| Estimated FY 2024 Revenues: | $2,142,144,794 | [5] = [4] * ( 1 + [3] ) | |

[d]  APL-GREGO_00020147-149 at '149. [5.3]  See also Deposition of Catherine Spevak, May 10, 2024, pp. 70-73, 76. [5.2]

[e]  Dates based on the following:
     Season 4 released 1/13/2023.
          IMDb, Servant Season 4 Episode List. [4.8]
     Apple Inc. Form 10-K for the fiscal year ended September 30, 2023, p. 28. [2.4]
     Apple Inc. Form 10-K for the fiscal year ended September 24, 2022, p. 29. [6.5]
     Apple Investor Relations FAQ, <https://investor.apple.com/faq/default.aspx>, accessed May 23, 2024. [6.6]

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                                **Schedule 2.2**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Blinding Edge Pictures / Uncle George Productions**



*Sources / Notes* :

[a]    *Apple Studios, Servant S1 Blinding Edge, Total Net Cost Summary, BE-GREGO_00018764. [5.13]*

    *Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '015. [2.6]*

    *Deposition of M. Night Shyamalan, May 8, 2024, pp. 270-271. [5.8]*

[b]    *Pennsylvania Form of Tax Credit Certificate, Issued July 22, 2020, BE-GREGO_00018743. [5.14]*

    *Deposition of M. Night Shyamalan, May 8, 2024, pp. 271-272. [5.8]*

[c]    *Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]*

[d]

[e]



**Francesca Gregorini v. Apple Inc., et al.**                                       **Schedule 2.2**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Blinding Edge Pictures / Uncle George Productions**



[f]   *Calculated based on season three per episode budget reported in 2021 Apple-Uncle George Payment Agreement.*



[g]   *Based on season three per episode tax credit reported in 2021 Apple-Uncle George Payment Agreement.*



[h]   *Calculated based on a 5% increase over Season 3 Production License Fees.*

   *Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '016. [2.6]*

[i]   *Calculated as 30% of Season 1 amount, based on 3 of 10 episodes.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 2.3**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**M. Night Shyamalan**



---

_**Sources / Notes**_ :

[a]    Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]
       _Deposition of M. Night Shyamalan, May 8, 2024, p. 248. [5.8]_

[b]    _Based on directing one episode per season after episode 1 of season 1._
       _I calculate the director fee per episode for the nine remaining episodes of Season 1 as follows:_



[c]    _Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '780. [2.7]_
       _Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]_

[d]    _____, BE-GREGO_00018765. [5.18]

[e]    _Calculated based on a_ _____
       _Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '780. [2.7]_
       _Content License Agreement between Apple Video Programming LLC and Uncle George Productions, LLC, November 19, 2018, APL-GREGO_00000013-043 at '022. [2.6]_

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 2.3**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**M. Night Shyamalan**



[f]  Calculated as equal to ███████████████
[g]  Calculated based on ███████████████████
[h]  Calculated based on █████████████████████████████████

[i]  Calculated based on ████████████████████
[j]  Assumed equal to ████████████
[k]  I include the ██████████████
[l]  I include ████████████
[m]  I include ███████████████████
[n]  I include ██████████████████████████████

*Director and Executive Producer Agreement, "Servant," BE-GREGO_00018778-798 at '779.  [2.7]*

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 2.4**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Ashwin Rajan**



***Sources / Notes*** :

[a]   *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

      *Deposition of Ashwin Rajan, May 9, 2024, pp. 216, 224.  [2.5]*

[b]   ██████████████████████████████████████████████ BE-GREGO_00018799. [5.19]

      *Deposition of Ashwin Rajan, May 9, 2024, pp. 216-217, 222, 231.  [2.5]*

[c]   Calculated based on ██████████████████████████

      *Deposition of Ashwin Rajan, May 9, 2024, p. 217. [2.5]   "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

[d]   Calculated as equal to ████████████████████

[e]   Calculated based on ██████████████████

[f]   Calculated based on ████████████████████████████████████████

[g]   Calculated based on ██████████████████████

[h]   Assumed equal to ██████████████████

[i]   Calculated as 30% of Season 1 amount, based on 3 of 10 episodes.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop**

**Schedule 2.5**



***Sources / Notes*** *:*

   *[a]   Dolphin Black / Basgallop received              .*
        *Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20]*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                         **Schedule 2.5**

**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Dolphin Black Productions / Tony Basgallop**

[b]   *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]*

[c]   *Schedule 2.5A*

[d]   *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '040. [2.11]*

    *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*



[e]   *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '042. [2.11]*

    *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

[f]   *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '039-040. [2.11]*

    *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*



[j]   *Mr. Basgallop testified he*

    *Deposition of Tony Basgallop, April 30, 2024, p. 215. [2.10]*

[k]   *Mr. Basgallop testified he received*

    *Deposition of Tony Basgallop, April 30, 2024, p. 215. [2.10]*

[l]   *After commissions Mr. Basgallop*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                                    Schedule 2.5
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop**

[m] ███████████████████████████████████

　　　*Deposition of Tony Basgallop, April 30, 2024, pp. 264-266. [2.10]*

[n]  *I include* ██████████████████████████████

[o]  *I include* ████████████████

[p]  ████████████████████████ *calculated as 30% of Season 1 amount, based on 3 of 10 episodes.*

[q]  *Calculated as Season 1 amount multiplied by the portion of Basgallop's MAGR vesting for Episodes 1-3.*

　　　*Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '041. [2.11]*



**Francesca Gregorini v. Apple Inc., et al.**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop, Categorization of Script-Related Payments**

**Schedule 2.5A**



*Sources / Notes :*

    *General Ledger Inquiry, BE-GREGO_00018802-804. [5.24]*

    *I summarize payments reported in the general ledger inquiry by including those records with a check number and check date.*

*[a]*    *Based on the account name, these appear to be script-related payments for episodes 2 - 3.*

*[b]*    *Based on the account name, these appear to be script-related payments for episodes 4 - 10.*

*[c]*    *Based on the description, these appear to be script-related payments for the pilot episode.*

*[d]*    *Based on the amount, these appear to be a script-related payments for episodes 2 - 3.*

    *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]*

*[e]*    *I assume this is a script related payment for episodes 4 - 10.*

*[f]*    *Based on the amount, this appears to be a script-related payment for the pilot episode.*

    *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '038-039. [2.11]*

*[g]*

    *Writer and Executive Producer Agreement, "Servant," March 23, 2018, BE-GREGO_00016038-058 at '042. [2.11]*

    *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop, Producer-Related Fees**

Schedule 2.5B

**Francesca Gregorini v. Apple Inc., et al.**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop, Producer-Related Fees**

Schedule 2.5B



*Sources / Notes :*

    *Basgallop / Dolphin Black Payroll Ledger Activity, BE-GREGO_00018745.xlsx.*

    *I summarize payments reported in the ledger by including those records where the Detail field has a value of "1201 005".*

    *I understand Account 1201 005 is related to payments made in Basgallop's role as an executive producer.*

    *Expert Report of Dana Trexler, CPA/CFF, October 20, 2023, Exhibit 5, footnote [6].  [5.7]*

[a]   *Categorized based on values in the Prod/Epi field.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 2.6**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Escape Artists**



---

**_Sources / Notes_** :

[a]    ██████████████████████████████████████████████

      *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

      *Letter, Attachment Agreement, and Check from Escape Artists to Dolphin Black Productions, December 14, 2017, TB_GREGO_00001094-097 at '097. [5.20]*

      *Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-006 at '990. [2.9]*

[b]    Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]

      *"Servant" Content License Agreement, APL-GREGO_00000013-043 at '022. [2.6]*

      *Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-006 at '990. [2.9]*

[c]    Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]

      *Escape Artists Participant Statement for MAGR Share Proceeds,  BE-GREGO_00018777. [5.26]*

[d]    Calculated based on ████████████████████████.

      *Deposition of Jason Blumenthal , May 13, 2024, pp. 103-105, 111.  "Servant" Content License Agreement, APL-GREGO_00000013-043 at '022.  [2.6]*

      *Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-006 at '990. [2.9]*

[e]    Calculated as ████████████████████.

[f]    Calculated based on ██████████████████████.

[g]    Calculated based on ████████████████████████████████

      ██████████████████████    ████████    ████████████████████████

      ██████████████████████                    ████████████████████████

                 ████████████████    ██████.

[h]    Calculated based on ████████████    ██████.

[i]    ██████████████████

[j]    ████████████████████████████

CONFIDENTIAL - ATTORNEYS EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 2.6**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Escape Artists**

---

*Deposition of Tony Basgallop, April 30, 2024, pp. 264-266. [2.10]*

[k]  *Calculated as 30% of Season 1 amount, based on 3 of 10 episodes.*

[l]  *Calculated as Season 1 amount multiplied by ███████████████████████.*

*Executive Producer Agreement between Uncle George Productions, LLC and Escape Artists, Inc., March 23, 2018, BE-GREGO_00015989-006 at '990-991. [2.9]*




CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 2.7**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Jason Blumenthal**



*Sources / Notes* :

[a]    *Schedule 2.6. I exclude the* ███████ *payment reimbursement.*

[b]    *Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]*

[c]    *Calculated for Season 1 as [Blumenthal Participation Fees] / [Escape Artists Total (Excluding Payment Reimbursement)].*
       *No one was added to Escape Artists that would receive a Participation fee. Therefore, Seasons 2 - 4 are assumed equal to Season 1.*
          *Deposition of Jason Blumenthal, May 13, 2024, p. 106. [3.11]*

[d]    *For Seasons 2 - 4 and Episodes 1 - 3, calculated as [Escape Artists Total (Excluding Payment Reimbursement)] * [Blumenthal Participation Fees %].*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 2.8**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Todd Black**



***Sources / Notes***:

[a]   *Schedule 2.6. I exclude the ▮▮▮▮ payment reimbursement.*

[b]   *Escape Artists Inc. Servant Season #1 Profit and Loss, EA-GREGO_00007883. [5.25]*

[c]   *Calculated for Season 1 as [Black Participation Fees] / [Escape Artists Total (Excluding Payment Reimbursement)].*
      *No one was added to Escape Artists that would receive a Participation fee. Therefore, Seasons 2 - 4 are assumed equal to Season 1.*
         *Deposition of Jason Blumenthal, May 13, 2024, p. 106. [3.11]*

[d]   *For Seasons 2 - 4 and Episodes 1 - 3, calculated as [Escape Artists Total (Excluding Payment Reimbursement)] * [Black Participation Fees %].*

# Tab 3

Temecula, California

951.836.0570

dpersechini@persechini-consulting.com

# DOMINIC M. PERSECHINI
*Founder*

M.B.A, University of Chicago
Booth School of Business
(2010)

B.A., Economics
Stanford University
(2002)

(updated as of May 24, 2024)

Dominic Persechini, M.B.A., is the founder of Persechini Consulting, providing consulting and expert services on numerous complex, high-stakes commercial litigation matters. With over nineteen years of experience, he is often retained for his work in calculating damages resulting from intellectual property infringement or misappropriation as well as from complex business disputes. Mr. Persechini has been involved in over 145 cases and has testified in deposition, arbitration, state court, and in Federal Court.

Mr. Persechini has counseled clients in matters involving patent infringement, trade secret misappropriation, trademark infringement, copyright infringement, false advertisement, breach of contract, Lanham Act violations, wage and hour violations, antitrust monopolization, and bankruptcy. In addition, he has consulted clients in many industries, such as computer software, biotechnology, telecommunications, entertainment, banking, insurance, energy exploration, and consumer products. Mr. Persechini is also a published author in such notable publications as *Law360* and *The Witness Chair* published by the California Society of Certified Public Accountants.

## EXPERIENCE

### Persechini Consulting (Temecula, CA)
Founder, February 2024 – Present

### Intensity a Secretariat Company (San Diego, CA)
Senior Advisor, February 2024 – Present

Managing Director, May 2020 – February 2024

### LitiNomics, Inc. (Walnut Creek, CA)
Senior Consultant, February 2016 – April 2020

Principal, July 2013 - February 2016

Senior Associate, August 2010 - July 2013

Associate, August 2007 - August 2010

### CRA International, Inc. (Palo Alto, CA)
Associate, March 2006 - August 2007

Analyst, March 2005 - March 2006

**Professional Affiliations**

- Certified Management Accountant (CMA), Institute of Management Accountants - #90291 (Active as of December 22, 2020)

- Licensing Executives Society

- USC Intellectual Property Institute, Planning Committee

**Articles**

Three part series: "How Licensing Affects Patent Damages Apportionment", Law360, March 2020, May 2020, June 2020.

"Experts Working Together in a Patent Case: A Checklist for Success", The Witness Chair, California Society of Certified Public Accountants, Winter 2019.

**Speeches**

"Current Issues in Patent Damages Analysis", Presentation at New York Intellectual Property Law Association, April 2024.

- Strategies for damages experts to work with technical experts with respect to non-infringing alternatives.

- Methodologies for apportionment.

"The Importance of Experts Working Together in a Patent Case", Presentation at San Diego Intellectual Property Law Association, May 2023.

- Overview of the responsibilities of a technical expert and of a damages expert in a patent infringement case.

- Approaches for technical experts and damages experts to work together as part of a reasonable royalty analysis.

"Developments Impacting Lost Profits – Cases and Calculations", Presentation at Litigating Patents and Trade Secrets Remedies Virtual Summit, January 2023.

- Developments in case law affecting lost profits calculations in intellectual property disputes.

- Overview of strategies and methodologies to calculate lost profits damages.

"Damages in Class Action Litigation", Presentation at California Society of CPAs Economic Damages Section, August 2016.

- Roles for damages experts in class action litigation.

- Trends in acceptable methodologies at class certification and issues presented by big data.

"The Rapidly Changing Patent Damages Landscape: How to Stay Ahead", Presentation at California Society of CPAs, Litigation Section (Economic Damages) Meeting, October 2011.

- Developments in case law affecting patent damages calculations.

DOMINIC M. PERSECHINI
Page 3

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 147. | Francesca Gregorini v. Apple Inc., et al. Case No. 2:20-cv-00406-SSS-JC (2024) | U.S. District Court, Central District of California | Copyright Infringement | Robins Kaplan LLP | Damages Analysis |
| 146. | International Business Machines Corporation v. Zynga Inc. and Chartboost, Inc. C.A. No. 22-590-GBW (2024-2022) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 145. | K.Mizra LLC v. Hewlett Packard Enterprise Company and Aruba Networks, LLC Civil Action No. 2:21-cv-305 (2024-2023) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Benesch Law<br>DLA Piper | Damages Analysis |
| 144. | US Dominion, Inc., et al. v. Herring Networks, Inc., d/b/a One America News Network, et al. Case No. 1:21-cv-02130 (2024) | U.S. District Court, District of Columbia | Defamation | Jackson Walker | Damages Analysis |
| 143. | William West v. Access Control Related Enterprises, LLC, et al. Case No. BC 642062 (2024) | Superior Court of California, County of Los Angeles – Central | Breach of Fiduciary Duty | Kingfisher Law APC | Damages Analysis |
| 142. | John Schmit v. SBOT Technologies, et al. Case No. CGC-22-598731 (2024) | Superior Court of California, County of San Francisco | Breach of Contact<br>Fraud/Intentional Misrepresentation | SV Employment Law | Damages Analysis |
| 141. | Smartmatic USA Corp., et al. v. Herring Networks, Inc., d/b/a One America News Network Case No. 1:21-cv-02900 (2024-2023) | U.S. District Court, District of Columbia | Defamation<br>Injurious Falsehood | Jackson Walker | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 140. | Skyview Capital, LLC and Continuum Global Solutions, LLC v. Conduent Business Services, LLC Index No. 650761/2020 (2024-2022) | Supreme Court of the State of New York, County of New York | Breach Of Representation and Warranty<br><br>Indemnification for Breach of Covenant<br><br>Fraud<br><br>Breach of Secured Promissory Notes | Munger, Tolles & Olson LLP | Damages Analysis |
| 139. | Monterey Research, LLC v. Nanya Technology Corporation, Nanya Technology Corporation U.S.A, and Nanya Technology Corporation Delaware Civil Action No. 19-2090-NIQA-LAS (2023) | U.S. District Court, District of Delaware | Patent Infringement | Demarais, LLP | Damages Analysis |
| 138. | Storz Management Company, et al. v. Andrew Carey and Mark Weiner Case No. 2:18-cv-00068-DJC (2023) | U.S. District Court, Eastern District of California | Trade Secret Misappropriation<br><br>Trademark Infringement<br><br>Breach of Contract<br><br>Wrongful Termination | Weintraub Tobin | Damages Analysis |
| 137. | Threads Group, Inc. (2023) | | Pre-Litigation Consulting<br><br>Trademark Infringement | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 136. | <u>Rahul Mewawalla</u> v. Stanley C. Middleman, et al. Case No. 3:21-cv-09700-EMC (2023) | U.S. District Court, Northern District of California, San Francisco Division | Breach of Contract<br><br>Fraud<br><br>Breach of Covenant of Good Faith and Fair Dealing<br><br>Violation of Labor Code | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. | Damages Analysis |
| 135. | <u>International Business Machines Corporation</u> v. Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Reward C.A. No. 21-461-LPS (2023-2022) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 134. | <u>Jessica Hernandez, et al.</u> v. Wal-Mart Associates, Inc. Case No. 5:21-cv-00166-FLA (KKx) (2023) | U.S. District Court, Central District of California | Failure to Provide Meal Periods<br><br>Failure to Furnish Accurate Itemized Wage Statements<br><br>Failure to Pay All Wages Due to Discharged and Quitting Employees<br><br>Failure to Indemnify Employees for Necessary Expenditures<br><br>Unlawful Business Practices | Matern Law Group | Damages Analysis |
| 133. | <u>Arthur Lee Alfred II and Ezequiel Martinez, Jr.</u> v. Walt Disney Pictures Case No. 2:18-CV-08074-CBM-AS (2022) | U.S. District Court, Central District of California | Copyright Infringement | Robins Kaplan LLP | Damages Analysis |

Underlined party was my client.

DOMINIC M. PERSECHINI

Page 6

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 132. | Kerry Hatch v. Plastiq Inc. and Eliot Buchanan Ref. No. 5425000008 (2022) | JAMS | Wrongful Termination Fraudulent Inducement | Arnold & Porter Kaye Scholer LLP | Damages Analysis |
| 131. | Panasonic Corporation v. Getac Technology Corporation, et al. Case No. 8:19-cv-01118-DOC-DFM (2022-2019) | U.S. District Court, Central District of California | Patent Infringement | Haynes and Boone, LLP Crowell & Moring LLP | Damages Analysis |
| 130. | Ben Dogra v. Rusty Hardin and Rusty Hardin and Associates, LLP Civil Action No. 4:21-cv-00949 (2022) | U.S. District Court, Eastern District of Missouri, Eastern Division | Legal Malpractice | Jackson Walker | Damages Analysis |
| 129. | Frank Han v. eShares, Inc. dba Carta and dba Carta, Inc. Case No.: 19-CV-360737 (2022) | Superior Court of the State of California, County of Santa Clara | Breach of Contract Wrongful Termination | Hiduke Law Law Offices of Michael Ackerman | Damages Analysis |
| 128. | Cisco Systems, Inc. and Cisco Technology, Inc. v. Plantronics, Inc., et al. Case No.: 4:19-cv-07562-PJH (2022) | U.S. District Court, Northern District of California, Oakland Division | Trade Secret Misappropriation | Desmarais, LLP | Damages Analysis |
| 127. | Strategic Partners, Inc. v. FIGS, Inc. Case No. 2:19-cv-02286 (2022-2020) | U.S. District Court, Central District of California | False Advertising, Unfair Business Practices, Unjust Enrichment | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. Munger, Tolles & Olson LLP | Damages Analysis |
| 126. | Delta Faucet Co. v. Kohler Co. Civil Action No. 21-cv-3-pp (2022-2021) | U.S. District Court, Eastern District of Wisconsin, Milwaukee Division | Patent Infringement | Quarles & Brady | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 125. | Board of Trustees of the University of Arkansas v. The Travelers Indemnity Company Case No. 60CV-20-4834 (2022-2021) | Circuit Court of Pulaski County, Arkansas, Sixth Division | Breach of Contract | Jackson Walker | Damages Analysis |
| 124. | Martha De Diaz, et al. v. Tanimura & Antle, Inc., et al. Case No. 20CV000959 (2021) | Superior Court for the State of California, County of Monterey | Wrongful Death | Noland, Hamerly, Etienne & Hoss | Damages Analysis |
| 123. | Claudia Alvarado v. Wal-Mart Associates, Inc, et al. Case No. 2:20-cv-01926 AB (KKx) (2021) | U.S. District Court, Central District of California | Failure to Indemnify Employees for Necessary Expenditures | Matern Law Group | Damages Analysis |
| 122. | Styleform IT, et al. v. Facebook, Inc., et al. Case No. CGC18571075 (2021) | Superior Court of the State of California, County of San Francisco | Breach of Contract, Unfair Competition, Interference with Economic Relations | Scott+Scott LLP<br><br>Bathaee Dunne LLP | Damages Analysis |
| 121. | Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams Arbitration No. 1310025030 (2021) | JAMS | Trade Secret Misappropriation, Breach of Contract, Breach of Fiduciary Duty | Desmarais, LLP | Damages Analysis |
| 120. | The Manna Ko Group, Inc. v. The Hollis Company, LLC, et al. Case No. 20 CV1798WQHMSB (2021-2020) | U.S. District Court, Southern District of California | Trademark Infringement, Unfair Competition | Jackson Walker | Damages Analysis |
| 119. | Scrum, Inc. v. Scrum Alliance, Inc., et al. Arbitration No. 1450006863 (2021) | JAMS | Breach of Contract, Breach of Fiduciary Duty, Fraud | Jackson Walker | Damages Analysis |
| 118. | Charles Tillage, et al. v. Comcast Corporation, et al. Case No. CGC-17-561739 (2021-2020) | Superior Court of the State of California, County of San Francisco | Unfair Competition, False Advertising, Breach of Contract | Lieff Cabraser Heimann & Bernstein | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 117. | Sound View Innovations, LLC v. Delta Air Lines, Inc. Civil Action No. 19-659-CFC-CJB (2020) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 116. | Sound View Innovations, LLC v. Cigna Corporation, et al. Civil Action No. 19-964-CFC-CJB (2020) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 115. | In Re: Avianca Holdings SA, et al. Case No. 20-11133 (MG) (2020) | U.S. Bankruptcy Court, Southern District of New York | Bankruptcy | Milbank LLP | Brand and Trademark Valuation |
| 114. | TecSec, Inc. v. Oracle America, Inc. (fk/a Sun Microsystems, Inc.) and Oracle Corporation Case No. 1:10-cv-00115-LO-TCB (2020-2019) | U.S. District Court, Eastern District of Virginia, Alexandria Division | Patent Infringement | Hunton Andrews Kurth LLP | Damages Analysis |
| 113. | Wendy Youngman v. Northern Sierra Propane, Inc. Case No. 01-19-004-5171 (2020) | American Arbitration Association | Lost Wages | Weintraub Tobin / Peterson Watts | Damages Analysis |
| 112. | Southern Glazer's Wine and Spirits of Indiana, LLC v. Pernod Richard USA, LLC Case No. 01-20-0005-1239 (2020) | American Arbitration Association | Breach of Contract | Jackson Walker | Damages Analysis |
| 111. | TecSec, Inc. v. SAP America, Inc., SAP, AG, and Sybase, Inc. Case No. 1:10-cv-00115-LO-TCB (2020-2019) | U.S. District Court, Eastern District of Virginia, Alexandria Division | Patent infringement | Hunton Andrews Kurth LLP | Damages Analysis |
| 110. | Veda Woodard, et al. v. Lee Labrada, et al. Case No. 5:16-cv-00189-JGB-SP (2020-2018) | U.S. District Court, Central District of California | False Advertising, Unfair Trade Practices, Fraud | Jackson Walker | Damages Analysis |
| 109. | ZapFraud, Inc. v. Barracuda Networks, Inc., et al. Case No. 1-19-cv-01687-91 (2019) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 108. | VoIP-Pal.com, Inc. v. Apple Inc. Case No. 18-cv-06216-LHK (2019) | U.S. District Court, Northern District of California, San Jose Division | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 107. | Citcon USA LLC v. RiverPay Inc., et al. Case No. 5:18-cv-02585-NC (2019) | U.S. District Court, Northern District of California | Misappropriation of Trade Secrets | LiLaw Inc. | Damages Analysis |
| 106. | DealDash OYJ and DealDash Inc. v. ContextLogic Inc. d/b/a Wish Case No. 3:18-cv-02353-MMC (2019) | U.S. District Court, Northern District of California | Trademark Misappropriation | Warren Lex | Damages Analysis |
| 105. | TecSec, Inc. v. Adobe Systems, Inc. Case No. 1:10-cv-00115-LO-TCB (2018-2017) | U.S. District Court, Eastern District of Virginia, Alexandria Division | Patent infringement | Hunton Andrews Kurth LLP | Damages Analysis |
| 104. | GOLO, LLC v. ZoCo Productions, LLC; Harpo Productions, Inc.; Mehmet Oz, M.D.; and Keri Glassman Civil Action No. 1:17-cv-08461-KBF (2018) | U.S. District Court, Southern District of New York | Unfair Competition, False Advertising | Jackson Walker | Damages Analysis |
| 103. | In Re: Copaxone 775 Patent Litigation C.A. No. 16-1267-GMS Consolidated (2018) | U.S. District Court, District of Delaware | Patent Infringement | Goodwin Procter LLP | Damages Analysis |
| 102. | Jain Irrigation, Inc.; Agri-Valley Irrigation, LLC; Irrigation Design & Construction, LLC (2018) | N/A | Pre-litigation Consulting | Law Offices of A. Peter Rausch, Jr. | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 101. | Intellectual Ventures II LLC v. FedEx Corp., Federal Express Corp., FedEx Ground Package Systems, Inc., FedEx Freight, Inc., FedEx Custom Critical Inc., FedEx Office and Print Services, Inc., and GENCO Distribution Systems, Inc. Civil Action No. 2:16-cv-980 (2018-2017) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 100. | BrightEdge Technologies, Inc. v. Gabriel Martinez Case No. 113CV256794 (2018-2017) | Superior Court of California, County of Santa Clara | Theft of Trade Secrets | Baker Botts L.L.P. | Damages Analysis |
| 99. | Peteski Productions, Inc. v. Leah Rothman Case No. 5:17-CV-00122 (2018-2017) | U.S. District Court, Eastern District of Texas, Texarkana Division | Copyright Infringement | Jackson Walker | Damages Analysis |
| 98. | BrightEdge Technologies, Inc. v. Searchmetrics GMBH et al. Case No. 3:14-cv-01009-WHO (2018-2017) | U.S. District Court, Northern District of California, San Francisco Division | Patent Infringement | Baker Botts L.L.P. | Damages Analysis |
| 97. | Sound View Innovations, LLC v. Facebook, Inc. Case No. 16-116-RGA (2017-2016) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 96. | Straight Path IP Group, Inc. V. Cisco Systems, Inc. Case No. 3:16-cv-03463-WA (2017) | U.S. District Court, Northern District of California, San Francisco Division | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 95. | Lotes Co., LTD. v. Hon Hai Precision Industry Co., LTD. and Foxconn Electronics, Inc. Case No. 3:11-CV-01036-WHA (2017-2016) | U.S. District Court, Northern District of California, San Francisco Division | Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Patent Infringement | Sheppard Mullin Richter & Hampton | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 94. | <u>Advanced Micro Devices, Inc., et al.</u> v. LG Electronics, Inc., et al. Civil Action No. 3:14-cv-1012-SI (2017-2014) | U.S. District Court, Northern District of California | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 93. | <u>Intellectual Ventures I LLC, et al.</u> v. Capital One Financial Corp., et al. Case No.: PWG-14-111 (2017) | U.S. District Court, District of Maryland, Greenbelt Division | Antitrust | Feinberg Day Alberti & Thompson LLP | Damages Analysis |
| 92. | Jason Hullinger, et al. v. <u>Kunal Anand, et al.</u> Case No. 2:15-cv-07185-SJO-FFM (2017-2016) | U.S. District Court, Central District of California | Theft of Trade Secrets | Russ August & Kabat | Damages Analysis |
| 91. | <u>CardiAQ Valve Technologies, Inc.</u> v. Neovasc, Inc. and Neovasc Tiara, Inc., Case No. 1:14-CV-12405-NMG (2017-2015) | U.S. District Court, District of Massachusetts | Theft of Trade Secrets, Breach of Contract, Fraud, and Deceptive Trade Practices | Knobbe Martens Olson & Bear | Damages Analysis |
| 90. | <u>William F. Ryder</u> v. Satel, LLC, et al. Case No. CFC-12-517486 (2016-2012) | Superior Court of California, County of San Francisco | Breach of Contract | Pennington Lawson LLP | Note Payable Analysis |
| 89. | <u>ORIX USA Corporation</u> v. Preston Hollow Capital, LLC Civil Action No. 5:15-CV-00170 (2016) | U.S. District Court, Eastern District of Texas, Texarkana Division | Unfair Competition, Lanham Act Claims, trademark and service mark infringement | Jackson Walker | Damages Analysis |
| 88. | <u>Redacted</u> v. Redacted (2016-2014) | Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution | Breach of contract, Breach, Tortious Interference with Prospective Economic Advantage | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. | Damages Analysis |
| 87. | <u>Total Recall Technologies</u> v. Palmer Luckey and Oculus VR, LLC Case No. 3:15-CV-02281-WHA (2016) | U.S. District Court, Northern District of California | Breach of Contract | Quinn Emanuel Urquhart & Sullivan, LLP | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 86. | Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and CaptionCall, LLC Civil Action No. 3:14-CV-66-JDP (2015) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Quarles & Brady | Damages Analysis |
| 85. | TVIIM, LLC v. McAfee, Inc. Case No. 13-CV-4545 JST (2015-2014) | U.S. District Court, Northern District of California | Patent Infringement | Fox Rothschild | Damages Analysis |
| 84. | Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny v. Murphy USA, Inc. Case No. 2:13-cv-00791 (RSP) (2015-2014) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Jackson Walker | Damages Analysis |
| 83. | Ultratec, Inc. et al. v. Sorenson Communications, Inc. et al. Civil Action No. 3:13-CV-346-BBC (2015-2014) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Quarles & Brady | Damages Analysis |
| 82. | Ajaxo, Inc. v. E*Trade Group, Inc., et al. Case No. 1-00-CV 793529 (2014-2008) | Superior Court of the State of California, County of Santa Clara | Theft of Trade Secrets | Morgan Lewis | Damages Analysis |
| 81. | Easyweb Innovations, LLC v. Facebook, Inc. Civil Action No. 2:11-cv-05121 (JFB) (2014) | U.S. District Court, Eastern District of New York | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 80. | Kirk Dahl, et al. v. Bain Capital Partners, LLC, et al. Civil Action No. 07-12388-EFH (2014-2012) | U.S. District Court, District of Massachusetts | Antitrust | Scott+Scott | Common Impact Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 79. | Florida Atlantic University Research Corp., et al. v. TPV Technology Limited, et al.; Asus Computer International, et al.; and Acer Inc., et al. Case Numbers. 9:12-CV-80701-PAS, 9:12-CV-80697-PAS, and 9:12-CV-80694-PAS (2014-2012) | U.S. District Court, Southern District of Florida | Patent Infringement | Hunton & Williams LLP | Damages Analysis |
| 78. | Intellectual Ventures I LLC and Intellectual Ventures II LLC v. Altera Corporation and Xilinx, Inc. Civil Action No. 10-1065-LPS (2014-2012) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 77. | Round Rock Research LLC v. Acer Inc. et al Civil Action No. 1-11-cv-00977 (2013) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 76. | Guzik Technical Enterprises, Inc. v. Western Digital Corporation, et al. Case No.:11-cv-03786-PSG (2013-2012) | U.S District Court, Northern District of California | Patent Infringement, Theft of Trade Secrets, and Breach of Contract | Kilpatrick Townsend | Damages Analysis |
| 75. | Ziptronix, Inc. v. Omnivision Technologies, Inc., et al. Case No. 4:10-cv-05525-SBA-EDL (2013) | U.S. District Court, Northern District of California, Oakland Division | Patent Infringement | Alston & Bird | Damages Analysis |
| 74. | Transocean Offshore Deepwater Drilling, Inc. v. Maersk Contractors, USA, Inc. Case No. H-07-02392 (2013-2011) | U.S. District Court, Southern District of Texas | Patent Infringement | Brinks Hofer Gilson & Lione Smyser Kaplan & Veselka | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 73. | Carl B. Collins and Farzin Davanloo v. Nissan North America, Inc. and Nissan Motor Co., Ltd. Case No. 2:11-cv-00428-DF (2013-2012) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Jackson Walker | Damages Analysis |
| 72. | TV Interactive Data Corporation v. Sony Corporation; Sony Computer Entertainment Inc.; Sony Computer Entertainment America, Inc.; Sony Corporation of America; and Sony Electronics Co., Ltd.  Case No. C 10-00475 PJH (2013-2011) | U.S. District Court, Northern District of California | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 71. | EasyWeb Innovations, LLC v. Twitter, Inc. Civil Action No. 2:11-cv-4550 (JFB)(WDW) (2013-2012) | U.S. District Court, Eastern District of New York | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 70. | In Re: Chase Bank USA, N.A. "Check Loan" Contract Litigation Case No. 09-cv-02032 MMC (2013-2010) | U.S. District Court, Northern District of California | Violation of Implied Covenant of Good Faith and Fair Dealing | Lieff Cabraser Heimann & Bernstein | Damages Analysis |
| 69. | Lucey, et al. v. Prudential Insurance Company of America Case No. 3:10-CV-30163-MPA (2012-2011) | U.S. District Court District of Massachusetts, Western Division | Breach of Contract | Scott+Scott Kerr Wagstaffe | Damages Analysis |
| 68. | Brandeis University and GFA Brands, Inc. v. East Side Ovens, Inc., et al. Case No. 1:12-cv-01508 (2012) | U.S. District Court, Northern District of Illinois | Patent Infringement | Quarles & Brady | Damages Analysis |
| 67. | e2 Interactive, Inc. and International Communications International, Inc. v. Blackhawk Network, Inc. Case No. 09-CV-629 (2012-2011) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Paul Hastings | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 66. | Round Rock Research, LLC v. Dell, Inc. Civil Action No. 4:11cv332 (2012) | U.S. District Court, Eastern District of Texas, Sherman Division | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 65. | Carl B. Collins and Farzin Davanloo v. Hitachi, Ltd., Hitachi America, Ltd., Hitachi Global Storage Technologies, Inc. Case No. 2:09-cv-219-TJW (2012-2011) | U.S. District Courts, Eastern District of Texas, Marshall Division | Patent Infringement | Jackson Walker | Damages Analysis |
| 64. | NeWire, Inc. v. Southwire Company Case No. 2011C-21 (2012) | Chancery Court for the State of Tennessee, 18th Judicial District at Sumner County | Breach of Contract | Paul Hastings | Damages Analysis |
| 63. | Apple, Inc., et al. v. Motorola, Inc., et al. Case No. 1:11-CV-08540 (2012-2011) | U.S. District Court, Northern District of Illinois | Patent Infringement | Quinn Emanuel Urquhart & Sullivan, LLP | Damages Analysis |
| 62. | Apple, Inc. v. Motorola, Inc., et al. Case No. 1:10cv023580-CIV-UU (2012-2011) | U.S. District Court, Southern District of Florida | Patent Infringement | Quinn Emanuel Urquhart & Sullivan, LLP | Damages Analysis |
| 61. | Stephen Furman v. Hayes Family Enterprises, Inc. et al. Case No. 34-2010-00067784 (2012-2011) | Superior Court of California County of Sacramento | Breach of Contract | Weintraub Genshlea Chediak Tobin & Tobin | Damages Analysis |
| 60. | Innovative Sonic Limited v. Research In Motion Ltd and Research In Motion Corporation Civil Action No. 3:11-CV-706 (2011) | U.S District Court, Northern District of Texas | Patent Infringement | Cooley LLP | Damages Analysis |
| 59. | IMRA America, Inc. v. IPG Photonics Corporation Civil Action No. 2:06-15139 (ADT)(MKM) (2011-2007) | U.S. District Court, Eastern District of Michigan | Patent Infringement | Skadden Arps Slate Meagher & Flom | Damages Analysis Commercial Success |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 58. | Move, Inc., et al. v. Real Estate Alliance Ltd., et al. Case No. 2:07-CV-02185-GHK-(AJWx) (2011) | U.S. District Court, Central District of California, Western Division | Patent Infringement | Alston & Bird | Damages Analysis |
| 57. | Lineage Power Corp. v. SynQor, Inc. Case No. 2:08-cv-95 (2011) | United States District Court, Eastern District of Texas | Patent Infringement | Vasquez Benisek & Lindgren LLP | Damages Analysis |
| 56. | Convolve, Inc. v. Dell, Inc., et al. Case No. 2:08-CV-244-CE (2011-2010) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 55. | Julie Campanelli, et al. v. The Hershey Company Case No. 08-cv-01862-WDB (2011-2010) | U.S. District Court, Northern District of California | Lost Wages | The Brandi Law Firm | Lost Wages Analysis |
| 54. | Key Brand Entertainment, Inc. v. Dancap Productions, Inc. Ref. No. 1220038984 (2011) | JAMS | Breach of Contract | Jeffer Mangels Butler & Marmaro | Damages Analysis |
| 53. | TecSec, Inc. v. International Business Machines Corp. Case No. 1:10-cv-115-LMB/TCB (2011-2010) | U.S. District Court, Eastern District of Virginia | Patent Infringement | Hunton & Williams | Damages Analysis |
| 52. | Tamarack Scientific Co., Inc. v. Ultratech, Inc., et al. Case No. RIC450454 (2010) | Superior Court of the State of California, County of Riverside | Malicious Prosecution and Abuse of Process | Hale & Associates | Damages Analysis |
| 51. | In re Currency Conversion Fee Antitrust Litigation MDL Docket No. 1409 (2010) | U.S. District Court, Southern District of New York | Antitrust | Schrag & Baum Boodrookas Alvarez & Smith Lerach Coughlin Stioa & Robbins | Damages Analysis |
| 50. | St. Clair Intellectual Property Consultants v. Siemens AG, et al. (2010-2009) | U.S. District Court, District of Delaware | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |

Underlined party was my client.

## Consulting Case Listing

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 49. | St. Clair Intellectual Property Consultants, Inc. v. Palm, Inc., Kyocera Communications, Inc., and Kyocera Wireless Corporation Civil Action No. 06-404-JJF-LPS (2010) | U.S. District Court, District of Delaware | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 48. | Securities and Exchange Commission v. Sunwest Management, Inc., et al. Case No. 09-CV-6056 (2009) | U.S. District Court, District of Oregon | Fraud, Securities Laws Violations | Ball Janik, LLP | Accounting Analysis |
| 47. | Vanguard Products Group v. Merchandising Technologies, Inc. Case No. 07-1405-BR (2009-2008) | U.S. District Court, District of Oregon | Patent Infringement | Stoll Berne | Damages Analysis |
| 46. | North American Title Company v. Liberty Title Company Case No. C 06-00187 (2008-2007) | Contra Costa County Court, California | Theft of Trade Secret | Weintraub Genshlea Chediak Jackson Lewis Seyfarth Shaw | Damages Analysis |
| 45. | Oracle Corporation v. epicRealm Licensing, L.P. Civil Action No. 06-cv-414 SLR (2008) | U.S. District Court, District of Delaware | Patent Infringement | Jenner & Block | Damages Analysis |
| 44. | Sedona Corporation v. Open Solutions, Inc. Civil Action No. 3:07CV171 (MRK) (2008) | U.S. District Court, District of Connecticut | Breach of Contract | Schiff Hardin | Damages Analysis |
| 43. | epicRealm Licensing, L.P. v. Various, Inc., et al. Civil Action 5:07-cv-135 (Consolidated) (2008) | U.S. District Court, Eastern District of Texas | Patent Infringement | Baker Botts L.L.P. | Damages Analysis |
| 42. | Diana Gabriel, et al. v. Verizon Communications Inc., et al. (2007) | Superior Court of the State of California, County of Orange | Breach of Contract | Paul Hastings | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 41. | Cybergym Research LLC v. ICON Health & Fitness, Inc., Sears Roebuck & Co., Costco Wholesale Corp., The Sports Authority, Inc., & Dick's Sporting Goods, Inc. Case No. 2:05-cv-527-DF (2007) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Russo & Hale | Damages Analysis |
| 40. | GraphOn Corp. v. Autotrader.com, Inc. Civil Action No. 2:05-CV-530 (JTW) (2007) | U.S. District Court, Eastern District of Texas | Patent Infringement | Watson Rounds | Damages Analysis |
| 39. | Computer Acceleration Corporation v. Mi-crosoft Corporation Case No. 9:06CV-140 (RHC) (2007) | U.S. District Court, Eastern District of Texas, Lufkin Division | Patent Infringement | McKool Smith | Damages Analysis |
| 38. | Semtech Corporation v. Royal Insurance Company of America, et al. Case No. CV 03-2460 GAF (PJWx) (2007) | U.S. District Court, Central District of California | Insurance Liability | Irell & Manella | Damages Analysis |
| 37. | Comcast Cable Communications, LLC v. Finisar Corporation Case No. C-06-4206 EDL (2007) | U.S. District Court, Northern District of California | Patent Infringement | Morgan & Finnegan | Damages Analysis |
| 36. | Veritas Operating Corporation v. Microsoft Corporation Case No. 2:06-cv-00703-JCC (2007) | U.S. District Court, Western District of Washington at Seattle | Misappropriation of Trade Secrets, Patent Infringement | Latham Watkins | Damages Analysis |
| 35. | Cardiac Pacemakers, Inc., Guidant Sales Corporation, Mirowski Family Ventures, LLC and Anna Mirowski v. St. Jude Medical, Inc. and Pacesetter, Inc. Civil No. 1:96-CV-1718-DFH/TAB (2007) | U.S. District Court, Southern District of Indiana, Indianapolis Division | Patent Infringement | Finnegan Henderson Farabow Barrett & Dunner LLP | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|-------------------|----------------|
| 34. | <u>Convolve, Inc. and Massachusetts Institute of Technology</u> v. Compaq Computer Corp. and Seagate Technology LLC Case No. 00 Civ. 5141 GBD (2007) | U.S. District Court, Southern District of New York | Patent Infringement | Cadwalader, Wickersham and Taft | Damages Analysis |
| 33. | <u>Diamond Dallas Page a/k/a Page Falkinburg</u> v. Shawn Carter d/b/a Jay Z, Roc-A-Fella Records, Roc Apparel Group LLC, Urban Menswear LLC, and Rocawear Licensing LLC (2007) | U.S. District Court, Central District of California, Western Division | Trademark Misappropriation, Copyright Infringement | Smith & Crane | Damages Analysis |
| 32. | <u>Semiconductor Energy Laboratory Co., Ltd.</u> v. Chi MEI Optoelectronics Corp., International Display Technology Co., Ltd., International Display Technology USA, Inc., Westinghouse Digital Electronics, LLC and CTX Technology Corp. C04-4675 RS (2007-2006) | U.S. District Court, Northern District of California | Patent Infringement | Jenner & Block | Damages Analysis |
| 31. | Roche Diagnostics Corp. v. <u>Apex Biotechnology Corp., Hypoguard USA, Inc., Medline Industries, Inc., and Home Diagnostics, Inc.</u> Case No. 1:04-CV-00358-LJM-VSS (2007-2006) | U.S. District Court, Southern District of Indiana, Indianapolis Division | Patent Infringement | Hennigan Bennett & Dorman | Damages Analysis |
| 30. | <u>UniRam Technology, Inc.</u> v. Monolithic System Technology, Taiwan Semiconductor Manufacturing Company, Ltd., TSMC North America Case No. CV-04-01268-VRW (2007-2006) | U.S. District Court, Northern District of California | Patent Infringement, Theft of Trade Secrets | Susman Godfrey Heim, Payne & Chorush | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 29. | MAN Aktiengesellschaft, et al. v. <u>Daimler-Chrysler AG, Freightliner LLC, et al.</u> No. 0412-13050 (2006) | Multnomah Circuit Court, Oregon | Fraud | Ball Janik<br>Alston & Bird | Solvency Analysis |
| 28. | Hewlett-Packard Company v. <u>Factory Mutual Insurance Company</u> Case No. 04 CV 02791 (2006) | U.S. District Court, Southern District of New York | Insurance Liability | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 27. | Syngenta Seeds, Inc. v. <u>Monsanto Company</u> (2006) | U.S. District Court, District of Delaware | Antitrust | | Antitrust Liability Damages Analysis |
| 26. | <u>AMC Technologies</u> v. SAP AG, et al. Civil Action No. 05-CV-4708 (2006) | U.S. District Court, Eastern District of Pennsylvania | Theft of Trade Secrets | Heller Ehrman | Damages Analysis |
| 25. | <u>Altnet, Inc., Brilliant Digital Entertainment, Inc. and Kinetech Inc.</u> v. Recording Industry Association of America, Overpeer, Inc., Loudeye Corporation, and Mediasentry, Inc. Case No. CV 04-7456 JFW (CTx) (2006) | U.S. District Court, Central District California, Western Division | Patent Infringement | Hennigan Bennett & Dorman | Damages Analysis |
| 24. | Qualcomm Incorporated v. <u>Broadcom Corporation</u> Case No. 05 CV 01392 B (BLM) (2006) | U.S. District Court, Southern District of California | Patent Infringement | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |
| 23. | <u>Broadcom Corporation</u> v. Qualcomm Incorporated Case No. SACV05-467 JVS (RNBx) (2006) | U.S. District Court, Central District of California, Southern Division | Patent Infringement | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis & Irreparable Harm |
| 22. | Qualcomm Incorporated v. <u>Broadcom Corporation</u> Case No. 05 CV 1662 B (BLM) (2006) | U.S. District Court, Southern District of California | Patent Infringement | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 21. | Qualcomm Incorporated v. <u>Broadcom Corporation</u> Case No. 05 CV 1958 (2006) | U.S. District Court, Southern District of California | Patent Infringement | Wilmer Cutler Pickering Hale & Dorr | Damages Analysis |
| 20. | Consulting Work for Sprint (2006) | | Non-Litigation Consulting | | Prepare Comment for Texas PUC |
| 19. | <u>Pixelworks</u> v. Robert Fox (2006) | | Breach of Contract | | Damages Analysis |
| 18. | J.J. Israel v. <u>Ojai Valley School</u> (2006) | Superior Court of California, Country of Ventura | Sexual Harassment | Lewis Brisbois Bisgaard & Smith | Damages Analysis |
| 17. | <u>Winn, Inc.</u> v. King Par Corp., et al. Case No. 04-71117 (2006) | U.S. District Court, Eastern District of Michigan, Southern Division | Patent Infringement | Knobbe Martens Olsen & Bear | Damages Analysis |
| 16. | <u>Immersion Corporation</u> v. Electro Source, LLC. (2006) | U.S. District Court, Northern District of California, Oakland Division | Patent Infringement | Irell & Manella | Damages Analysis |
| 15. | <u>Semiconductor Energy Laboratory Co., Ltd.</u> v. Toppoly Optoelectronics Corp.; Samsung Techwin Co., Ltd.; Samsung Optoelectronics America, Inc.; Matsunichi Hi-Tech Ltd.; and Matsunichi Hi-Tech (USA), Inc. Case No. CV 04-4783 TJH (2006) | U.S. District Court, Central District of California | Patent Infringement | Jenner & Block | Damages Analysis |
| 14. | Consulting Work for Lloyds of London (2006-2005) | | Non-Litigation Consulting | | Insurance Liability |
| 13. | <u>UNOVA</u> v. Hewlett Packard (2006-2005) | U.S. District Court, Central District of California, Western Division | Patent Infringement | | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 12. | High Cedar Enterprises Co., Ltd. and Karakal Far East, Ltd. v. <u>Winn, Inc.</u> Case No. SACV05-535 AHS (ANx) (2006-2005) | U.S. District Court, Central District of California, Southern Division | Patent Infringement | Knobbe Martens Olsen & Bear | Damages Analysis |
| 11. | <u>Immersion Corporation</u> v. Sony Computer Entertainment America, Inc., Sony Computer Entertainment, Inc. and Microsoft Corporation No. C 02-0710 CW (WDB) (2006-2005) | U.S. District Court, Northern District of California, Oakland Division | Patent Infringement | Irell & Manella | Damages Analysis |
| 10. | <u>Dey, L.P.</u> v. IVAX Pharmaceuticals, Inc. and Eon Labs, Inc. Case Nos. SACV 04-00079 CJC (FMOx) and SACV 04-00243 CJC (FMOx) (2006-2005) | U.S. District Court, Central District of California, Southern District | Patent Infringement | Hennigan Bennett & Dorman | Commercial Success |
| 9. | <u>Walter Koenig</u> v. Paul Blanco, Diamond B. Ranch, L.L.C., and Diamond B. Ranch, Inc. Case No. 26-23804 (2005) | Superior Court of California, County of Napa | Accounting Fraud | Parish & Small | Damages Analysis |
| 8. | <u>Advanced Neuromodulation Systems, Inc.</u> v. Advanced Bionics Corporation Civil Action No. 4:04cv131 (Brown) (2005) | U.S. District Court, Eastern District of Texas, Sherman Division | Patent Infringement | Baker Botts L.L.P. | Damages Analysis |
| 7. | <u>George Yardley Company, Inc.</u> v. Johnson Controls, Inc. Case No. 72 11001086 02 (2005) | American Arbitration Association | Antitrust | Stradling, Yocca, Carlson & Rauth | Damages Analysis |
| 6. | <u>John R. Jamison</u> v. Olin Corporation-Winchester Division; U.S. Repeating Arms Co., Inc.; Browning; Browning Arms Co.; and G.I. Joe's Case No. 3-03-01036-KI (2005) | U.S. District Court, District of Oregon | Patent Infringement | Stoll Stoll Berne Lokting & Shlachter | Damages Analysis |

Underlined party was my client.

## CONSULTING CASE LISTING

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 5. | Vita Zahnfabrik H.Rauter GmBH, et al. v. <u>Dentsply International, Inc.</u> Case No. SA CV 04-729 | U.S. District Court, Central District of California | Patent Infringement | Morgan Lewis & Bockius | Damages Analysis |
| 4. | <u>McKesson Information Solutions LLC</u> v. The Trizetto Group, Inc. Civil Action No. 04-1258 (2005) | U.S. District Court, Northern District of Delaware | Patent Infringement | Skadden Arps Slate Meagher & Flom | Damages Analysis |
| 3. | Morelock Enterprises, Inc. v. <u>Weyerhaeuser</u> (2005) | U.S. District Court, District of Oregon | Antitrust | Thelen Reid Brown Raysman & Steiner | Antitrust Liability Damages Analysis |
| 2. | <u>TV Interactive Corporation</u> v. Microsoft Corporation Case No. 02 C 02385 (SBA) (2005) | U.S. District Court, Northern District of California, Oakland Division | Patent Infringement | Robins Kaplan Miller & Ciresi | Damages Analysis |
| 1. | Los Angeles Department of Water & Power, etc., et al., ex rel. Nora Armenta v. <u>James Jones Company, etc. et al.</u> Case No. BC173487 (2005) | Superior Court of the State of California for the County of Los Angeles | Qui Tam | Beck DeCorso Daly Kreindler & Harris | Damages Analysis |

Underlined party was my client.

## Expert Testimony

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 6. | Strategic Partners, Inc. v. <u>FIGS, Inc.</u> Case No. 2:19-cv-02286 (2022) | U.S. District Court, Central District of California | False Advertising, Unfair Business Practices, Unjust Enrichment | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br><br>Munger, Tolles & Olson LLP | Damages Analysis |
| 5. | Kerry Hatch v. <u>Plastiq Inc. and Eliot Buchanan</u> Ref. No. 5425000008 (2022) | JAMS | Wrongful Termination<br>Fraudulent Inducement | Arnold & Porter Kaye Scholer LLP | Damages Analysis |
| 4. | <u>Frank Han</u> v. Eshares, Inc. dba Carta and dba Carta, Inc. Case No.: 19-CV-360737 (2022) | Superior Court of the State of California, County of Santa Clara | Breach of Contract<br>Wrongful Termination | Hiduke Law<br>Law Offices of Michael Ackerman | Damages Analysis |
| 3. | <u>Panasonic Corporation</u> v. Getac Technology Corporation, et al. Case No. 8:19-cv-01118-DOC-DFM (2022) | U.S. District Court, Central District of California | Patent Infringement | Haynes and Boone, LLP<br>Crowell & Moring LLP | Damages Analysis |
| 2. | Wendy Youngman v. <u>Northern Sierra Propane, Inc.</u> Case No. 01-19-004-5171 (2020) | American Arbitration Association | Lost Wages | Weintraub Tobin / Peterson Watts | Damages Analysis |
| 1. | <u>Citcon USA LLC</u> v. RiverPay Inc., et al. Case No. 5:18-cv-02585-NC (2019) | U.S. District Court, Northern District of California | Misappropriation of Trade Secrets | LiLaw Inc. | Damages Analysis |

Underlined party was my client.

**DEPOSITION TESTIMONY**

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 14. | International Business Machines Corporation v. Zynga Inc. and Chartboost, Inc. C.A. No. 22-590-GBW (2024) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 13. | K.Mizra LLC v. Hewlett Packard Enterprise Company and Aruba Networks, LLC Civil Action No. 2:21-cv-305 (2024) | U.S. District Court, Eastern District of Texas, Marshall Division | Patent Infringement | Benesch Law  DLA Piper | Damages Analysis |
| 12. | John Schmit v. SBOT Technologies, et al. Case No. CGC-22-598731 (2024) | Superior Court of California, County of San Francisco | Breach of Contact  Fraud/Intentional Misrepresentation | SV Employment Law | Damages Analysis |
| 11. | International Business Machines Corporation v. Rakuten, Inc. and Ebates Performance Marketing, Inc. dba Rakuten Reward C.A. No. 21-461-LPS (2023) | U.S. District Court, District of Delaware | Patent Infringement | Desmarais, LLP | Damages Analysis |
| 10. | Rahul Mewawalla v. Stanley C. Middleman, et al. Case No. 3:21-cv-09700-EMC (2023) | U.S. District Court, Northern District of California, San Francisco Division | Breach of Contract  Fraud  Breach of Covenant of Good Faith and Fair Dealing  Violation of Labor Code | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. | Damages Analysis |

Underlined party was my client.

## DEPOSITION TESTIMONY

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|-----|---------|-------|------|--------------------|----------------|
| 9. | <u>Jessica Hernandez, et al.</u> v. Wal-Mart Associates, Inc. Case No. 5:21-cv-00166-FLA (KKx) (2023) | U.S. District Court, Central District of California | Failure to Provide Meal Periods<br><br>Failure to Furnish Accurate Itemized Wage Statements<br><br>Failure to Pay All Wages Due to Discharged and Quitting Employees<br><br>Failure to Indemnify Employees for Necessary Expenditures<br><br>Unlawful Business Practices | Matern Law Group | Damages Analysis |
| 8. | Skyview Capital, LLC and Continuum Global Solutions, LLC v. <u>Conduent Business Services, LLC</u> Index No. 650761/2020 (2023) | Supreme Court of the State of New York, County of New York | Breach Of Representation and Warranty<br><br>Indemnification for Breach of Covenant<br><br>Fraud<br><br>Breach of Secured Promissory Notes | Munger, Tolles & Olson LLP | Damages Analysis |
| 7. | <u>Cisco Systems, Inc. and Cisco Technology, Inc.</u> v. Plantronics, Inc., et al. Case No.: 4:19-cv-07562-PJH (2022) | U.S. District Court, Northern District of California, Oakland Division | Trade Secret Misappropriation | Desmarais, LLP | Damages Analysis |
| 6. | Ben Dogra v. <u>Rusty Hardin and Rusty Hardin and Associates, LLP</u> Civil Action No. 4:21-cv-00949 (2022) | U.S. District Court, Eastern District of Missouri, Eastern Division | Legal Malpractice | Jackson Walker | Damages Analysis |

Underlined party was my client.

## DEPOSITION TESTIMONY

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 5. | Strategic Partners, Inc. v. FIGS, Inc. Case No. 2:19-cv-02286 (2022) | U.S. District Court, Central District of California | False Advertising, Unfair Business Practices, Unjust Enrichment | Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br><br>Munger, Tolles & Olson LLP | Damages Analysis |
| 4. | Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams Arbitration No. 1310025030 (2021) | JAMS | Trade Secret Misappropriation, Breach of Contract, Breach of Fiduciary Duty | Desmarais, LLP | Damages Analysis |
| 3. | Claudia Alvarado v. Wal-Mart Associates, Inc, et al. (2021) | U.S. District Court, Central District of California | Failure to Indemnify Employees for Necessary Expenditures | Matern Law Group | Damages Analysis |
| 2. | Panasonic Corporation v. Getac Technology Corporation, et al. Case No. 8:19-cv-01118-DOC-DFM (2021) | U.S. District Court, Central District of California | Patent Infringement | Haynes and Boone, LLP<br><br>Crowell & Moring LLP | Damages Analysis |
| 1. | Citcon USA LLC v. RiverPay Inc., et al. Case No. 5:18-cv-02585-NC (2019) | U.S. District Court, Northern District of California | Misappropriation of Trade Secrets | LiLaw Inc. | Damages Analysis |

Underlined party was my client.

## EXPERT WRITTEN TESTIMONY

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 6. | <u>Jessica Hernandez, et al.</u> v. Wal-Mart Associates, Inc. Case No. 5:21-cv-00166-FLA (KKx) (2023) | U.S. District Court, Central District of California | Failure to Provide Meal Periods<br><br>Failure to Furnish Accurate Itemized Wage Statements<br><br>Failure to Pay All Wages Due to Discharged and Quitting Employees<br><br>Failure to Indemnify Employees for Necessary Expenditures<br><br>Unlawful Business Practices | Matern Law Group | Damages Analysis |
| 5. | <u>Claudia Alvarado</u> v. Wal-Mart Associates, Inc, et al. (2021) | U.S. District Court, Central District of California | Failure to Indemnify Employees for Necessary Expenditures | Matern Law Group | Damages Analysis |
| 4. | <u>Ultratec, Inc. and CapTel, Inc.</u> v. Sorenson Communications, Inc. and CaptionCall, LLC Civil Action No. 3:14-CV-66-JDP (2015, 2018) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Quarles & Brady | Damages Analysis, Prejudgment Interest |
| 3. | <u>William F. Ryder</u> v. Satel, LLC, et al. Case No. CFC-12-517486 (2016-2012) | Superior Court of California, County of San Francisco | Breach of Contract | Pennington Lawson LLP | Note Payable Analysis |
| 2. | <u>Ultratec, Inc. et al.</u> v. Sorenson Communications, Inc. et al. Civil Action No. 3:13-CV-346-BBC (2015-2014) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Quarles & Brady | Damages Analysis, Prejudgment Interest |

Underlined party was my client.

## Expert Written Testimony

| No. | Lawsuit | Court | Type | Law Firm/Attorneys | Work Performed |
|---|---|---|---|---|---|
| 1. | <u>e2 Interactive, Inc. and International Communications International, Inc.</u> v. Blackhawk Network, Inc. Case No. 09-CV-629 (2012-2011) | U.S. District Court, Western District of Wisconsin | Patent Infringement | Quarles & Brady | Damages Analysis, Prejudgment Interest |

Underlined party was my client.

# Tab 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# List of Documents Considered

## All Documents Cited in the Expert Report of Dominic M. Persechini, May 24, 2024

### Pleadings and filings

| | |
|---|---|
| 3/10/2020 | First Amended Complaint: Request for Permanent Injunction and Demand for Jury Trial. |
| 11/17/2023 | Order Extending Pretrial and Trial Schedule, Dkt. No. 132 |
| 5/15/2024 | Plaintiff Francesca Gregorini's Ex Parte Motion to Compel Production of Defendants' Financial Information for Seasons 2-4 of Servant |

### Expert reports

Expert Report of Dana Trexler, CPA/CFF, October 20, 2023.

Expert Report of Ellen Pittleman Rebutting Expert Report of Dana Trexler, CPA/CFF, November 3, 2023.

Expert Report of Joseph R. Petrucelli CPA/CFF/CGMA/ABV, FCPA, CVA, MAFF, PSA, CFE Rebutting Expert Report Of Dana Trexler, CPA/CFF, November 2, 2023.

### Deposition testimony and associated exhibits

| | |
|---|---|
| Ashwin Rajan | May 9, 2024. |
| Catherine Spevak | May 10, 2024. |
| Francesca Gregorini | April 11, 2024. |
| Jamie Erlicht | May 16, 2024. |
| Jason Blumenthal | May 13, 2024. |
| M. Night Shyamalan | May 8, 2024. |
| Matt Cherniss | May 7, 2024. |
| Max Aronson | May 10, 2024. |
| Taylor Latham | May 1, 2024. |
| Tony Basgallop | April 30, 2024. |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Tony Langdon                 May 1, 2024.

Zack Van Amburg          May 15, 2024


# Research materials

Apple Inc., About Apple TV+, https://www.apple.com/tv-pr/about/, accessed May 16, 2024.

Apple Inc., Condensed Consolidated Statements of Operations (Unaudited) for Three- and Six-Months Ending March 31, 2024.

Apple Inc., Form 10-K for the fiscal year ended September 24, 2022, October 27, 2022.

Apple Inc., Form 10-K for the fiscal year ended September 30, 2023, November 2, 2023.

Apple Inc., Press Release, "Apple premieres 'Servant,' coming to Apple TV+ November 28," November 19, 2019.

Apple Inc., Press Release, "Apple TV+ launches November 1, featuring originals from the world's greatest storytellers," September 10, 2019.

Apple Inc., Press Release, "Apple TV+ unveils trailer for fourth and final season of M. Night Shyamalan's thriller 'Servant'," December 5, 2022.

Apple Inc., Press Release, "M. Night Shyamalan's 'Servant' returns for season three Friday, January 21, 2022 on Apple TV+", October 29, 2021.

Apple Investor Relations FAQ, https://investor.apple.com/faq/default.aspx, accessed May 23, 2024.

Apple TV, The Truth About Emanuel, https://tv.apple.com/us/movie/the-truth-about-emanuel/umc.cmc.3jvbhx3wldjojwaxupmrnjn3, accessed May 13, 2024.

Britannica, M. Night Shyamalan, https://www.britannica.com/biography/M-Night-Shyamalan, accessed May 8, 2024.

Bruce Haring, "M. Night Shyamalan's 'Servant' Unveils Second Season, Sets AppleTV+ Date", Deadline, October 22, 2020.

Curtis Brown Group, Francesca Gregorini, https://www.curtisbrown.co.uk/client/francesca-gregorini, accessed May 10, 2024.

Dolphin Black Productions, About, https://www.dolphinblackproductions.com/about-3, accessed May 11, 2024.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Escape Artists, About Us, https://escapeartists.com/about-us/, accessed May 11, 2024.

Escape Artists, Jason Blumenthal, < https://escapeartists.com/about/jason-blumenthal/>, accessed May 11, 2024.

Escape Artists, Steve Tisch, https://escapeartists.com/about/steve-tisch/, accessed May 11, 2024.

Escape Artists, Todd Black, https://escapeartists.com/about/todd-black/, accessed May 11, 2024.

IMDb, Francesca Gregorini Biography, https://www.imdb.com/name/nm1036527/bio/?ref_=nm_ov_bio_sm, accessed May 10, 2024.

IMDb, M. Night Shyamalan, https://www.imdb.com/name/nm0796117/?ref_=ttfc_fc_dr3, accessed May 8, 2024.

IMDb, M. Night Shyamalan, https://www.imdb.com/name/nm0796117/?ref_=tt_ov_dr

IMDb, Servant, https://www.imdb.com/title/tt8068860/?ref_=nm_flmg_t_1_prd, accessed May 17, 2024.

IMDb, Servant, Filming and Production, https://www.imdb.com/title/tt8068860/locations/?ref_=tt_dt_loc, accessed May 23, 2024.

IMDb, Servant Full Cast & Crew, https://www.imdb.com/title/tt8068860/fullcredits/?ref_=tt_cl_sm, accessed May 16, 2024.

IMDb, Servant, Season 1 Episode 1 Full Cast and Crew, https://www.imdb.com/title/tt8074088/fullcredits/?ref_=tt_cl_sm, accessed May 13, 2024.

IMDb, Servant, Season 1 Episode 2 Full Cast and Crew, https://www.imdb.com/title/tt8074090/fullcredits/?ref_=tt_cl_sm, accessed May 13, 2024.

IMDb, Servant, Season 1 Episode 3 Full Cast and Crew, https://www.imdb.com/title/tt8074092/fullcredits/?ref_=tt_cl_sm, accessed May 13, 2024.

IMDb, Servant Season 1 Episode List, https://www.imdb.com/title/tt8068860/episodes/?season=1, accessed May 13, 2024.

IMDb, Servant, Season 1 Episode 1 Overview, https://www.imdb.com/title/tt8074088/?ref_=ttep_ep1, accessed May 13. 2024.

IMDb, Servant, Season 1 Episode 2 Overview, https://www.imdb.com/title/tt8074090/?ref_=ttep_ep2, accessed May 13, 2024.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

IMDb, Servant, Season 1 Episode 3 Overview,
https://www.imdb.com/title/tt8074092/?ref_=ttep_ep3, accessed May 13, 2024.

IMDb, Servant Season 2 Episode List,
https://www.imdb.com/title/tt8068860/episodes/?season=2, accessed May 13, 2024.

IMDb, Servant Season 3 Episode List,
https://www.imdb.com/title/tt8068860/episodes/?season=3, accessed May 13, 2024.

IMDb, Servant Season 4 Episode List,
https://www.imdb.com/title/tt8068860/episodes/?season=4, accessed May 13, 2024.

IMDb, The Truth About Emanuel Full Cast and Crew,
https://www.imdb.com/title/tt1838520/fullcredits/?ref_=tt_cl_sm, accessed May 13, 2024.

IMDb, The Truth About Emanuel Overview,
https://www.imdb.com/title/tt1838520/?ref_=ttrel_ov_i, accessed May 22, 2024.

IMDb, The Truth About Emanuel Release Date,
https://www.imdb.com/title/tt1838520/releaseinfo/?ref_=tt_dt_rdat, accessed May 13, 2024.

Investing.com, "Barclays sees Apple TV+ subscriber base rising to 39M in 2025, losses will plateau," May 10, 2023.

Joe Otterson, "'Servant' Renewed for Season 2 at Apple Ahead of Series Premiere", Variety, November 22, 2019.

Josh Wigler, "'Servant': M. Night Shyamalan on Crafting an 'Urban Nightmare' for Apple TV+", The Hollywood Reporter, November 27, 2019.

Pat Ralph, "Filming for third season of M. Night Shyamalan's 'Servant' is underway in Philly," PhillyVoice, April 18, 2021.

Rotten Tomatoes, Season 1 Episode 1 Overview,
https://www.rottentomatoes.com/tv/servant/s01/e01, accessed May 13, 2024.

Rotten Tomatoes, Season 1 Episode 2 Overview,
https://www.rottentomatoes.com/tv/servant/s01/e02, accessed May 13, 2024.

Rotten Tomatoes, Season 1 Episode 3 Overview,
https://www.rottentomatoes.com/tv/servant/s01/e03, accessed May 13, 2024.

Schedule Of Minimums, Writers Guild of America 2017 Theatrical And Television Basic Agreement, <https://www.wga.org/uploadedFiles/contracts/min2017.pdf>

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Servant Season 2, Metacritic.com, https://www.metacritic.com/tv/servant/season-2/

Servant Season 3, Metacritic.com, https://www.metacritic.com/tv/servant/season-3/

Servant Season 4, Metacritic.com, https://www.metacritic.com/tv/servant/season-4/

Seth Harris, "TV Review – Servant Season 1", Pop Cult, January 18, 2020.

The Movie Database, Servant Season 2 Cast and Crew,
https://www.themoviedb.org/tv/88055-servant/season/2/cast?language=en-US,
accessed May 17, 2024.

Visible Alpha, "Pfizer Moves to Acquire Seagen; Apple TV+ Revenue Poised to Jump;
Netflix Subscription Fees," March 20, 2023.


## Bates stamped documents

APL-GREGO_00000010

APL-GREGO_00000013 - APL-GREGO_00000043

APL-GREGO_00000103 - APL-GREGO_00000142

APL-GREGO_00017341

APL-GREGO_00017343

APL-GREGO_00020147 - APL-GREGO_00020149

BE-GREGO_00015989 - BE-GREGO_00016006

BE-GREGO_00016038 - BE-GREGO_00016058

BE-GREGO_00018709

BE-GREGO_00018743

BE-GREGO_00018744

BE-GREGO_00018745 -

BE-GREGO_00018746 - BE-GREGO_00018763

BE-GREGO_00018766

BE-GREGO_00018764

BE-GREGO_00018765

CONFIDENTIAL - ATTORNEYS' EYES ONLY

BE-GREGO_00018774

BE-GREGO_00018775

BE-GREGO_00018776

BE-GREGO_00018777

BE-GREGO_00018778 - BE-GREGO_00018798

BE-GREGO_00018799

BE-GREGO_00018800

BE-GREGO_00018801

BE-GREGO_0018802

BE-GREGO_00018805 - BE-GREGO_00018866

BE-GREGO_00018867

BE-GREGO_00018868

EA-GREGO_00007883

TB_GREGO_00013711