# EXHIBIT 78

REDACTED VERSION OF DOCUMENT
FILED UNDER SEAL PURSUANT TO
ORDER OF THE COURT DATED
OCTOBER 9, 2024 (Dkt. 264)

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                      ---o0o---
   _____
4  FRANCESCA GREGORINI,              )
                                     )
5          Plaintiff,                )
                                     )
6  v.                                )        Case No.
                                     )   2:20-cv-00406-SSS-JC
7  APPLE INC., a California          )
   Corporation; M. NIGHT            )
8  SHYAMALAN, an individual,         )
   BLINDING EDGE PICTURES,           )
9  INC., a Pennsylvania             )
   corporation; UNCLE GEORGE         )
10 PRODUCTIONS, a Pennsylvania       )
   corporation; Escape ARTISTS       )
11 LLC, a California limited         )
   liability company; DOLPHIN        )
12 BLACK PRODUCTIONS, a              )
   California corporation; TONY      )
13 BASGALLOP, an individual;         )
   ASHWIN RAJAN, an individual;      )
14 JASON BLUMENTHAL, an              )
   individual; TODD BLACK, an        )
15 individual; STEVE TISCH, an       )
   individual; and DOES 1-10,        )
16 inclusive,                        )
                                     )
17          Defendants.              )
   _____

18

19      Confidential videotaped videoconferenced deposition

20 of ASHWIN RAJAN, commencing at the hour of 9:03 A.M. and

21 concluding at the hour of 4:54 P.M. on Thursday,

22 May 9, 2024, via Zoom videoconferencing, before Matthew

23 Moss, Registered Professional Reporter, Federal

24 Certified Realtime Reporter, Certified Shorthand

25 Reporter No. 14583.

Confidential                                              Ashwin Rajan

Page 2

```
 1    APPEARANCES VIA ZOOM VIDEOCONFERENCE:

 2    For the Plaintiff:

 3           ROBINS KAPLAN LLP
              By:  EMILY E. NILES, ESQ.
 4           800 LaSalle Avenue, Suite 2800
              Minneapolis, Minnesota 55402
 5           (612) 349-8500
              eniles@robinskaplan.com
 6

 7    For the Defendants:

 8           DAVIS WRIGHT TREMAINE LLP
              By:  NICOLAS A. JAMPOL, ESQ.
 9           BY:  CYDNEY SWOFFORD FREEMAN, ESQ.
              865 South Figueroa Street, Suite 2400
10           Los Angeles, California 90017
              (213) 633-6800
11           nicolasjampol@dwt.com
              cydneyfreeman@dwt.com
12
      OTHER APPEARANCES (via Zoom videoconference):
13
              FRANCESCA GREGORINI
14           RITA YENCARELLI, Videographer

15                      ---o0o---

16

17

18

19

20

21

22

23

24

25
```

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 35

1    **A.        Yeah, and make the deals for us.**

2    Q.        Who handled the negotiations of the deal between

3    Apple and Blinding Edge?

4              ATTORNEY JAMPOL:   Vague and ambiguous.

5    **A.        Are you talking about for Servant?**

6    Q.        (By Attorney Niles) Yes.

7    **A.        So that was led by ███ who represented us at the**

8    **time and also ███ who represented Tony, and we had our**

9    ████████████████████████████████████████████████████

10   ██████████

11   Q.        Were you involved in those negotiations?

12   **A.        Again, just -- I was in the loop and consulted**

13   **but was not driving the negotiations.**

14   Q.        Who was driving the negotiations?

15   **A.        ██████████████████████████████████████**

16   ██████████

17   Q.        Who from Blinding Edge was driving the

18   negotiations for Servant?

19   **A.        It would be -- I mean, they were driving, ████**

20   ████████████████████████████████████████████████

21   ████████████████████████████████

22   Q.        Who had ultimate say in the deal entered into on

23   behalf of Blinding Edge?

24   **A.        Night.**

25   Q.        What is Uncle George Productions?

LEXITAS

1   A.     Uncle George Productions is essentially an

2   entity, a production entity that we formed that we run

3   through everything.

4        We essentially form a production entity for each

5   project.  So Uncle George was specifically assigned for

6   Servant.

7   Q.     And when you say "we," who are you referring to?

8   A.     It would be Blinding Edge.  I mean, primarily

9   Adam is the one who does that.

10   Q.     So Uncle George Productions was Blinding Edge's

11   production company for Servant; is that correct?

12   A.     Correct.

13   Q.     So what does Uncle George Productions do?

14   A.     You know I -- that's an Adam question.  I don't

15   really know the specifics of it.  It's a kind of a

16   financing, you know -- again, it's a production LLC

17   entity formed where, I believe, we pay -- all our

18   payroll goes through, and -- and, you know, that is the

19   production entity that, I think, pays all the employees

20   and so forth.

21   Q.     Do they pay employees of Uncle George

22   Productions or Blinding Edge?

23   A.     Well, they pay people on production, so anybody

24   who's involved in the actual making of the show like DP

25   or a grip or a gaffer.  Obviously, you know, any talent,



Page 41

1    A.        That's it.

2    Q.        Do you regularly watch movies?

3    A.        Not as much as I should.

4    Q.        How often?

5    A.        Well, I have two girls now, and they're 11 and

6    9.  So the last few years, I -- you know, I haven't been

7    watching tons of stuff.

8              There's, you know, we have now a team, you know,

9    to do that.  I probably watch a movie a week, primarily

10   at home.

11   Q.        You mentioned that you have a team to do that,

12   to watch movies; is that right?

13   A.        Yes.

14   Q.        And are you referring to Blinding Edge?

15   A.        Correct.

16   Q.        How long has that team been in place for

17   Blinding Edge?

18   A.        I'd probably say, you know, again, it started

19   with both Dom and Rakel, so probably 20- -- 2016, from

20   that time on to -- to now, 2017, so roughly around then.

21   We've kind of, you know, expanded where I -- you know, a

22   lot of the creative stuff now is, you know, driven -- or

23   at least watched by them.

24   Q.        What is that team tasked with doing?

25   A.        You know, they should be watching films, they



Page 86

1    A.       Yes, yes.

2    Q.       And Uncle George did as well?

3    A.       Yeah --

4             ATTORNEY JAMPOL:  Vague and ambiguous.

5    A.       I mean, essentially -- I guess, yeah, it's --

6    they represent Blinding Edge, right, so...

7    Q.       (By Attorney Niles) It's the same thing, right?

8             ATTORNEY JAMPOL:  Vague and ambiguous.

9    Q.       (By Attorney Niles) I'm not sure, what was your

10   answer?

11   A.       Yeah, Uncle George, again, it's a production

12   entity, so it embodies everybody from production as

13   well.  So -- but they don't have input in the creative,

14   per se.

15   Q.       (By Attorney Niles) I want to back up and talk a

16   little more high level about your role on Servant.

17            What was your role specifically on Season 1 of

18   Servant?

19   A.       So I was an executive producer.  You know, we

20   had to -- obviously we -- we, you know, Tony and Night,

21   they would kind of -- Tony was driving the scripts, you

22   know, as far as writing the scripts.  Night would have

23   the most input and myself and Dom and Escape Artists

24   were also consulting on the script.

25            Secondarily, my primary, you know, job was to



1    kind of jump-start production, so, you know, we had to

2    hire a crew, we had to find stages.  We had to kind of

3    budget the episodes, had to come up with a schedule, you

4    know, so -- you know, hire producers to help us, line

5    producers, post-production producers.  We had to hire

6    DPs, production designer.

7         You know, essentially these are the elements of

8    a producer so -- going into a production.

9    Q.    What's a DP?

10   A.    It's the director for photography, so they work

11   very closely with the director in some of the shots and

12   kind of the frames and the lighting.

13   Q.    So those were your responsibilities, it sounds

14   like, that involved preproduction, production, and the

15   development as well for Servant?

16   A.    Correct.

17   Q.    Did you have any other responsibilities during

18   your work on Servant, Season 1?

19   A.    I guess the only other thing would be I -- you

20   know, I kind of oversaw with the line producer.  You

21   know, obviously we had to negotiate all the crew deals

22   and the actor deals and stuff, so that just -- that's an

23   element of production going into it, so that -- that

24   covered it.

25   Q.    What role did you have in casting?



1    A.        You know casting is driven by the director.    And

2    in this case, obviously, it was Night.

3              Generally Night will show me his favorites, and

4    I just give him my opinion.    But, you know, he -- he

5    pretty much drives -- drives that engine.

6    Q.    What did you do to give input on casting

7    decisions?

8    A.        He showed me -- I think he showed me -- he

9    showed me Lauren Ambrose's audition, and he said, Isn't

10   she fantastic?    And I saw it and said she's amazing, so,

11   you know...

12             And then on Nell -- on Leanne, I think there was

13   another choice he was interested in.    I'm forgetting who

14   it was.    I believe he showed me two choices, it was

15   Nell, and I think it was Lily-Rose Depp, those were the

16   two actresses he had kind of gotten it down to.    And,

17   you know, I liked both at the time, but he liked Nell.

18             That was Leanne.    And then on Julian, he fell in

19   love with Rupert immediately and he just showed me his

20   audition, and I -- I agreed with him.

21             And then on Sean, I think we had made a couple

22   of offers, initially, to -- to people who didn't have to

23   audition, but didn't work out due to schedule and deal

24   stuff.

25             And then ultimately, Toby Kebbell came in and

888-893-3767                Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                            California Firm Registration #179
LEXITAS

Confidential

Page 89

1    auditioned, which everybody loved.  And, again, Tony and

2    Jason, and Taylor, everybody was looking at it and kind

3    of just gave their thoughts, but Night was honing in on

4    his final choices as the director.

5    Q.      Can you give me an overview of what happens in

6    that casting process, like what information you received

7    for candidates and how you receive it?

8    A.      Can you be more specific?  What do you mean?

9    Q.      Sure.  So you're looking at potential actors for

10   different roles, right?

11   A.      Yeah -- well, you know, Night -- well, some

12   directors, you know, essentially agents will call, they

13   will pitch all their clients and they'll send you a list

14   of clients, but Night, in particular, wanted to audition

15   these roles.  So he auditioned a bunch of actors for

16   each part, and he, you know, picked his top choices and,

17   again, showed us and he made the decision, you know,

18   based on just our reaction and, obviously, his feelings,

19   so...

20   Q.      How did he get to the pool of people that gave

21   auditions?

22   A.      So he works with Doug Aibel, who's his casting

23   director, and so Doug will reach out to all the agents

24   and we put out a casting breakdown of the kind of

25   character description we're looking for.  They submit

888-893-3767                  Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                         California Firm Registration #179

LEXITAS

1    Q.        And you were looking for original voices?

2    **A.        Correct.**

3    Q.        Were you looking for individuals with experience

4    in supernatural thriller works?

5    **A.        Definitely a bonus, yes.  I mean, we weren't**

6    **hiring comedy directors or straight drama directors.**

7    Q.        What did the Blinding Edge team do to determine

8    which candidates had those characteristics?

9    **A.        Can you repeat the question?**

10   Q.        Sure.  What did the Blinding Edge team do to

11   evaluate the director candidates for these

12   characteristics that you were looking for?

13   **A.        Yeah, I guess, you know, when you watch a film,**

14   **you know, you have to be able to understand can -- can,**

15   **you know, ultimately I think a filmmaker or director,**

16   **you know, what kind of tone do they bring, you know,**

17   **their visual -- it's a visual medium, so what kind of**

18   **tone do they bring?  You know, can they -- can they make**

19   **a scene suspenseful?  Can they make a scene feel**

20   **visceral and, you know, uncomfortable?**

21   **        And, you know, some directors were more**

22   **muscular, like, if there was a kind of scary sequence in**

23   **one of the episodes, we would look for, you know, that**

24   **kind of director.  Like I think episode 104 was Nimr d**

25   **Antal, who had done more kind of muscular, kind of,**



Confidential                               Ashwin Rajan

Page 94

1   action-y suspense sequences, so we felt like, you know,

2   he would be a good fit for that episode.  You know,

3   you're analyzing the tone and -- and because we are a

4   genre, you want them to have those muscles.

5   Q.     When you're talking about analyzing the tone,

6   are you talking about the tone of the Practically

7   Perfect script or the director candidates' prior work?

8   A.     Both.  So trying to match the episode, you know,

9   saying, Hey, this episode is a little bit more

10  suspenseful, more quiet suspense, so maybe it's better,

11  you know, we should find a director that's a little bit

12  more restrained and subtle.  Whereas, if there's one

13  episode that's almost a little horror sequence, you

14  know, we should find the director who's, you know, more

15  muscular and apt to that, so you're kind of matching the

16  page to the film maker's skill set.

17  Q.     What do you mean when you say "muscular"?

18  A.     Muscular's a term in our business, someone who

19  is more kind of kinetic and action-oriented.  Like in

20  the grand sense of the word it's like, you know, Fast

21  and the Furious, like cars blowing up and all this

22  stuff, that's like a muscular movie.  It's not a quiet

23  dialogue-driven movie.

24         So if there's a sequence, like chase sequence or

25  a horror sequence, you know, directors that are -- can

Ashwin Rajan

Confidential

Page 95

1   make the scene feel, like, more kinetic.  It can be

2   scarier and more tense.

3   Q.      Does it mean masculine?

4   A.      No, it doesn't mean masculine.

5   Q.      Did you consider female and male directors?

6   A.      Oh, yeah.  I think we actually hired more female

7   directors than male directors.

8   Q.      So after the pilot, what was M. Night's role on

9   Servant?

10  A.      I mean, he was, you know, essentially a producer

11  of the show.

12          After he directed his episode, you know, we

13  hired a lot of directors we believed in, and so they had

14  a lot of free rein.

15          He was very involved kind of watching dailies,

16  which is after you shoot stuff, you show it to the crew,

17  and that's always a process of his that he does on his

18  own movies.

19          So he would do that on Servant and say, Hey,

20  this performance was great, I loved this, or maybe you

21  can lean in a little bit more on this, you know, on this

22  character.  So stuff like that in dailies, and then his

23  primary involvement was he was editing the episodes, you

24  know, after the episodes were shot.

25          So not only his episode, but the other

1    directors' episodes.  They'd have a time period where

2    they would do their director's cut and then hand it over

3    to him and he -- he would finish it.

4            So that was his primary -- primary job.

5    Q.    When would the scripts for the episodes of

6    Season 1 of Servant be finalized before they were shot?

7    A.    We were lucky on Season 1.  You know, Tony had

8    written, from my recollection, nine scripts before we

9    had went into production.  You know, so that's a rare

10   thing in TV.  Usually in TV, they're like writing it the

11   day before, but we were really intent on trying to be as

12   responsible as we could.  So he wrote nine episodes, and

13   they were pretty much finalized.

14           We didn't touch much, you know, Apple had signed

15   off on it, so, you know, it was just that last episode

16   we were trying to figure out during production.

17   Q.    Before the scripts were finalized, did you have

18   notes on them?

19   A.    Yeah, as a -- as a group, you know, myself,

20   Night, Dom, Jason, and Taylor, we would -- we would kind

21   of give collective thoughts, you know, to Tony.

22   Q.    What about Apple?  Were they sent the scripts --

23   A.    They were.

24   Q.    -- for comment before they were finalized?

25   A.    They were and they gave --



Page 117

1    **notes session also included Escape Artists and Tony.**

2    Q.    Okay.  Those meetings occurred as well, between

3    Blinding Edge and Escape Artists?

4    **A.    Yeah.**

5    Q.    To discuss notes on the scripts, true?

6    **A.    Yes.**

7    Q.    Were there notes meetings that Mr. Basgallop was

8    not included in?

9    **A.    It's likely we probably maybe were talking**

10   **internally.  It's a possibility.**

11   Q.    So scrolling down here, the attachment

12   indicates -- is titled Practically Perfect meeting notes

13   April 28, 2017; is that right?

14   **A.    Looks like it.**

15   Q.    And there's some overall notes on the top there.

16         Do you see that?

17   **A.    Yes.**

18   Q.    The first note is, That the reborn doll idea

19   feels so compelling, fresh, and edgy.

20         Did I that right?

21   **A.    That's what it says.**

22   Q.    Do you recall who provided that note?

23   **A.    I don't.**

24   Q.    It says, It's definitely the big idea and should

25   be the focus of the show.



Confidential                    Ashwin Rajan

Page 118

1          Did I read that correctly?

2    **A.        That's correct.**

3    Q.        Who determined that the reborn doll idea should

4    be the focus of the show?

5          ATTORNEY JAMPOL:  Objection; misstates the

6    document, vague and ambiguous.

7    **A.        Yeah, I -- I don't recall the specificity of who**

8    **specifically said that.**

9    Q.        (By Attorney Niles) Do you recall this meeting

10   specifically?

11   **A.        I don't.**

12   Q.        Do you have any reason to believe that these

13   notes are not an accurate reflection of the -- the

14   meeting that occurred to discuss Practically Perfect?

15   **A.        I don't.  I just don't know who -- who was in**

16   **the meeting.**

17   Q.        But do you recall that there were meetings

18   internally at Blinding Edge in this time frame, correct?

19   **A.        Yes.**

20   Q.        And you recall there were meeting -- notes

21   meetings between Blinding Edge and Escape Artists during

22   this time period, correct?

23   **A.        Yes.**

24   Q.        Were there also notes meetings that included

25   Mr. Basgallop during this time period?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                              California Firm Registration #179

LEXITAS

Page 122

1      ATTORNEY JAMPOL:  You can answer.  I just want

2  to make sure you scroll through the whole thing before

3  saying what it was without seeing it.

4  **A.      Okay.  Yeah, it looks like I received that**

5  **email.**

6  Q.      (By Attorney Niles) In this version of the

7  notes, it says, "The reborn doll idea feels too big,

8  fresh, and edgy not to use."

9      Do you see that?

10  **A.      Uh-huh.**

11  Q.      Do you recall that being discussed during notes

12  meetings about Practically Perfect?

13  **A.      Again, I do recall the reborn doll being one of**

14  **the -- one of the unique ideas in the -- in the pilot,**

15  **yes.  We did talk about it.**

16  Q.      And it says, "The Pinocchio storyline could be

17  scaled down"; is that right?

18  **A.      Yes.**

19  Q.      Okay.  Scrolling down under the section about

20  reborn doll, it says, "Such an amazing idea."

21      Do you see that?

22  **A.      I do.**

23  Q.      Do you recall whose note that was, or if it was

24  a collective note?

25  **A.      I don't recall specifically.**



Page 154

1  Q.      You don't know?

2  **A.      I mean, I don't 100 percent know for a fact, but**

3  **based on my interactions with him and the conversations**

4  **we've had, I don't think he did.**

5  Q.      Why don't you think so?

6  **A.      Because, again, it's tied to our lead character,**

7  **which was such a specific thing that he created, so...**

8  **There's -- I'm sure there's plenty of other**

9  **titles that have the word "servant" in them.**

10  Q.      Are you aware of any?

11  **A.      Not that I know of.**

12  Q.      I'm showing you a document that's been marked as

13  Exhibit 10.

14  Do you see that in front of you?

15  **A.      I do.**

16  (Exhibit 10 was marked.)

17  Q.      And this is an email from Brian DePersia's

18  assistant to you and several other individuals; is that

19  correct?

20  **A.      That's correct.**

21  Q.      And this is a true and accurate copy of the

22  email you received from him?

23  **A.      Looks like it.**

24  Q.      This email is dated March 16th, 2018, correct?

25  **A.      Yes.**



Page 155

1   Q.      And it's addressed to you, it says, "Ashwin, per

2   your conversation with Brian, please find the below

3   materials on Jimmi Simpson and Matt Rhys regarding

4   Servant.  Please let us know if you need anything else";

5   is that correct?

6   A.      That's correct.

7   Q.      Is Brian, Brian DePersia?

8   A.      That's correct.

9   Q.      And is he with WME?

10  A.      He was with WME at the time, yes.

11  Q.      Who were the other individuals CC'ed on this

12  email?

13  A.      They're other agents at WME that probably --

14  that work with Jimmi Simpson and Matthew Reece.

15  Q.      So Brian sends you some information on Jimmi

16  Simpson.

17          Do you see that?

18  A.      Yes.

19  Q.      And part of that is describing the work Jimmi

20  Simpson has done before, true?

21  A.      True.

22  Q.      And it includes reference to "Francesca

23  Gregorini's indie drama, The Truth About Emanuel with

24  Jessica Biel."

25          Do you see that?



1   A.      I do.

2   Q.      And you received this email?

3   A.      I did.

4   Q.      Now you're being shown Exhibit 11.

5           Do you have that on your screen?

6           (Exhibit 11 was marked.)

7   A.      Yes.

8   Q.      This is another email that you're involved in.

9           Do you see that?

10  A.      Yes.

11  Q.      It's an email you sent to Dominic, Rakel and

12  Catherine Wolf McGrath on March 19th, 2018, correct?

13  A.      Okay.

14  Q.      You forwarded the email we looked at in

15  Exhibit 10 to those other individuals, right?

16  A.      Yes.

17  Q.      Including the information on Jimmi Simpson and

18  his work on Francesca Gregorini's indie film drama, The

19  Truth About Emanuel, right?

20  A.      Yes, I would receive a lot of emails like this

21  on many different clients with many different credits,

22  and so I would share it with my team.  I mean, I've

23  probably received hundreds of these, especially when we

24  have a project, but, yes.

25  Q.      Before we move on, I'm not sure I covered this.

Confidential                                    Ashwin Rajan

                                                          Page 157

1    So just want to confirm, this is an accurate copy of the

2    email that you sent to Dominic, Rakel and Catherine,

3    correct?

4    A.       Yes, it is.

5    Q.       So what was the purpose of you sending this

6    email to them?

7    A.       So, you know, as I said, this was during while

8    we were casting Servant.  We had tons of submissions

9    coming in from all agents from CAA, from WME, from UTA,

10   from Paradigm, from Gersh with clips of their clients,

11   you know wanting to be in Servant.

12            So as I would get them I would forward them to

13   my team primarily for them to look at.

14            And Jimmi, in particular, my recollection is he

15   read Servant and really loved it, and he wanted to be

16   one of the cast members.  He -- he auditioned for Sean,

17   I believe.  And he felt like it was just such a unique

18   character.

19            So, in particular, they were selling him pretty

20   aggressively, Jimmi.

21   Q.       Jimmi was a focus of the casting for Servant,

22   Season 1?

23   A.       He wasn't a focus for us.  The reps were

24   pursuing this aggressively.

25   Q.       What reps are you talking about?



1          And, again, they weren't -- we weren't getting

2    namier people submitted, you know, Matt Damon would want

3    to play a lead, so...

4          (Simultaneous crosstalk.)

5    A.     We probably -- we probably, if I guessed, again,

6    you know, an equal amount of auditions, so...

7          Rupert was a self-tape, he actually put himself

8    on tape.  He didn't do it with a casting director.  So

9    now you have actors doing that themselves, they're just

10   sending it in to the director.

11   Q.     After the initial audition portion, what happens

12   next in the casting process?

13   A.     Yeah, I think we covered some of this, but, you

14   know, I think Night kind of selected his favorites, and

15   I think he had two choices for Dorothy, and had two

16   choices for Leanne, and then he went and he read them in

17   person in New York, and then he made the decision.

18         He fell in love with Rupert pretty quickly,

19   everybody did.  So we all went down that road.  And

20   then, you know, Sean -- Sean was the one that was a

21   little bit more complicated to read.  We had names, we

22   were considering offers, we got some auditions, and then

23   we saw Toby's audition come in, and Night really

24   responded to that one.

25   Q.     I'm showing you a document that's been marked as



Ashwin Rajan

Confidential

Page 164

1    Exhibit 12.

2          Do you see that on your screen?

3    **A.     Yep.**

4          (Exhibit 12 was marked.)

5    Q.     And this is a -- an email that you sent on

6    June 1st, 2018, correct?

7    **A.     Yep.**

8    Q.     And the subject includes reference to Sean,

9    updated avails and materials.

10          Do you see that?

11   **A.     Yep.**

12   Q.     And here you're forwarding an email from WME to

13   several individuals related to submissions for Sean,

14   correct?

15   **A.     Correct.**

16   Q.     And is this an accurate copy of the email that

17   you sent?

18   **A.     Looks like it.**

19   Q.     You sent these materials on candidates for Sean

20   to Tony Basgallop, correct?

21   **A.     Yes.**

22   Q.     Jason Blumenthal, correct?

23   **A.     Yes.**

24   Q.     Taylor Latham, correct?

25   **A.     Yes.**

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                    California Firm Registration #179

LEXITAS

Page 165

1    Q.       Dominic Catana- -- you're going to have to help

2    me.

3    **A.       Yeah, Catanzarite, yep.**

4    Q.       And Rakel Joyce, true?

5    **A.       Yep.**

6    Q.       And the list of submissions you sent, again,

7    includes Jimmi Simpson.

8            Do you see him on the list?

9    **A.       I see him with a whole list of names, yes.**

10   Q.       And if we scroll down to Jimmi's section,

11   there's -- that's where his section starts here on the

12   page ending in Bates Number 141.

13           Do you see that?

14   **A.       Yep.**

15   Q.       And in the description of Jimmi Simpson, it

16   again refers to "Francesca Gregorini's indie drama The

17   Truth About Emanuel with Jessica Biel."

18           Do you see that?

19   **A.       That's what it says.**

20   Q.       And that's information you forwarded on to the

21   individuals copied on your email on June 1st, 2018,

22   correct?

23   **A.       Yes.**

24   Q.       I'm showing you a document that's been marked as

25   Exhibit 13.



1       So it's just a different set of representatives

2   you're talking to.

3   Q.      Who's Ellen Jones?

4   A.      I don't remember.  I don't know who that is.

5   Q.      I'm showing you a document that's been marked as

6   Exhibit 19.

7           Do you see that on your screen?

8           (Exhibit 19 was marked.)

9   A.      To Ellen Jones, yes, from Jane Lee.  I see it.

10  Okay.

11  Q.      Do you know who Jane Lee at ICM is?

12  A.      I mean she must have been our covering agent at

13  the time.

14  Q.      What's a covering agent?

15  A.      Usually you're assigned a kind of a project or a

16  network who will, you know, submit any needs for a

17  project.  So she might have covered Apple or covered

18  Servant.

19          Usually agencies designate agents to do that.

20          Again, there's tons -- tons of agencies, so...

21  Q.      Understood.

22          So the top portion of this email, it's from Jane

23  Lee at ICM to Ellen Jones, Dominic, you, and Assist

24  Jones.

25          Do you see that?



1   A.      Yes, I do.

2   Q.      And the email is dated July 26th, 2018, correct?

3   A.      That's what it says.

4   Q.      The subject is "SERVANT / Directors," right?

5   A.      That's correct.

6   Q.      And this is a true copy of the email you

7   received from Jane Lee, right?

8   A.      I don't recall getting it, but it's possible.

9   Obviously, it's real, so...

10  Q.      Do you have any reason to dispute that this is a

11  true and accurate email that you received from Ms. Lee?

12  A.      Doesn't look like it.

13  Q.      What do you mean by that?

14  A.      I don't remember getting it.  So it doesn't -- I

15  don't even know who Jane or Ellen Jones is, but, again,

16  I get so many emails from so many people submitting

17  clients and material, so it's hard to distinguish and

18  recall, so...

19          But it -- it looks like it's an email that came

20  in, so...

21  Q.      And you receive emails like this on a regular

22  basis, right?

23  A.      Correct, correct.

24  Q.      It says, "Hi Dominic, Hi Ashwin."

25          Do you see that?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                         California Firm Registration #179



1   A.      I do.

2   Q.      It's directed specifically to you?

3   A.      Uh-huh.

4   Q.      And there's an email below that too that's also

5   directed to you, "Hi Dominic, Hi Ashwin," right?

6   A.      Yes.

7   Q.      And just go to the bottom email in the chain to

8   get some context.

9           The bottom email in the chain is from Dominic at

10  Blinding Edge.

11          Do you see that email?

12  A.      Yes.

13  Q.      And you're copied on his email to Ellen Jones

14  and Jane Lee and Ringer, JR at ICM, correct?

15  A.      That's right.  Looks like he shared the scripts.

16  Q.      So Dominic shared the scripts for Servant with

17  those individuals at ICM; is that correct?

18  A.      That's what it looks like.

19  Q.      And he says, "I'm reaching out to get some

20  director ideas for our Apple series, SERVANT," true?

21  A.      Yes.

22  Q.      And above that they provide some suggestions for

23  directors for the series Servant, right?

24  A.      I see it.

25  Q.      One of those suggestions is Francesca Gregorini,



1   true?

2   A.      That's what it looks like.

3   Q.      Says, "Avail February 14th, very interested in

4   the series," right?

5   A.      That's what it says.

6   Q.      And Jane also attaches current resum s for all.

7           Do you see that?

8   A.      I see that.

9   Q.      And if we scroll down, Ms. Gregorini's resum

10  attachment is included.

11          Do you see that?

12  A.      I see that.

13  Q.      And in features, it lists The Truth About

14  Emanuel, right?

15  A.      Amongst many credits, yes.

16  Q.      And it says she's the writer/director, true?

17  A.      That's what it says.

18  Q.      And it's only one of two features listed,

19  correct?

20  A.      Below her television series credits, correct.

21  Q.      Did you forward that list to anyone else for

22  consideration?

23  A.      I don't remember.

24  Q.      So Blinding Edge had a say in the directors for

25  Servant, correct?



1    A.        That's right.

2    Q.        Did Apple?

3    A.        They had consultation.  They wanted to know who

4    we were hiring.

5    Q.        Did you share the suggestion of Francesca

6    Gregorini as director for Servant with Apple?

7    A.        Did I forward that email?  Is that what you're

8    asking?

9    Q.        Well, let's start there, yes.

10   A.        Unlikely that I forwarded that email because we

11   wouldn't be forwarding submissions to Apple.  But I

12   don't -- I don't remember if -- if your specific

13   question is, Did I forward that email?

14   Q.        Did you have discussions with anyone at Apple

15   about Francesca Gregorini possibly directing episodes of

16   Servant?

17   A.        I definitely, at the time, did not, because I

18   didn't -- her name didn't register.  You know, she was

19   one of many names that was submitted and had never, at

20   least from what I saw, kind of, you know, dived into the

21   thriller world.

22            But, you know, at the time, her name never came

23   up.  So I didn't know who she was or her movie until

24   this all came up.

25   Q.        You said she didn't dive into the thriller



Confidential                          Ashwin Rajan

Page 188

1   world, what do you mean by that?

2   A.       Meaning, the names that we were discussing were

3   names that, you know, more kind of thriller-oriented

4   directors.

5          So her name never came up, which is why I didn't

6   know who she was or didn't -- never saw her movie.

7   Q.       And you mentioned something about at the time

8   you weren't familiar with her.

9          Have you had discussions with Apple about

10  Francesca Gregorini since then?

11  A.       I've never discussed Francesca with Apple.

12  Q.       And you're not aware that Apple met with

13  Francesca Gregorini to potentially direct a series for

14  them, including Servant?

15  A.       No idea.

16  Q.       Did Escape Artists have input into who a

17  director would be for Servant?

18  A.       They -- they consulted and had -- yeah, they

19  would weigh in.

20  Q.       What about Tony Basgallop?

21  A.       He -- yeah, he did as well.  I mean, not as much

22  because, you know, he just wasn't watching as much

23  material, but...

24  Q.       Approximately how many directors did you

25  consider for roles on Season 1?

