# EXHIBIT 80

**From:**  Rakel Joyce(rakel@blindingedgepictures.com)
**To:**   Ashwin Rajan; Dom Catanzarite
**CC:**
**BCC:**
**Subject:** Notes on Practically Perfect
**Sent:**  04/28/2017 09:32:52 PM 0000 (GMT)
**Attachments:** Practically Perfect Meeting Notes .docx;

---

I had a lot of notes so I'm going to go over them and make sure there's nothing else to add, but wanted to get these to you by EOD.


Rakel
--
Assistant at Blinding Edge Pictures
Office: 610.251.9200
Cell: 610.324.3456

CONFIDENTIAL

BE-GREGO_00001271