# EXHIBIT 81

**From:** Rakel Joyce(rakel@blindingedgepictures.com)
**To:** Ashwin Rajan
**CC:**
**BCC:**
**Subject:** Practically Perfect Meeting Notes
**Sent:** 05/04/2017 05:18:51 PM 0000 (GMT)
**Attachments:** Practically Perfect Meeting Notes -4.docx;

Rakel
--
Assistant at Blinding Edge Pictures
Office: 610.251.9200
Cell: 610.324.3456

CONFIDENTIAL
BE-GREGO_00012216