# EXHIBIT 93

REDACTED VERSION OF DOCUMENT
FILED UNDER SEAL PURSUANT TO
ORDER OF THE COURT DATED
OCTOBER 9, 2024 (Dkt. 264)

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## Case No. 2:20-cv-00406-SSS-JC

## FRANCESCA GREGORINI

### v.

### APPLE, INC., et al.

_____

## Supplemental Expert Report of Dominic M. Persechini
## June 11, 2024
## Volume 1

**Persechini Consulting, LLC**

CONFIDENTIAL – ATTORNEYS' EYES ONLY

# FRANCESCA GREGORINI
## v. APPLE INC., et al.

**Table of Contents**

**Supplemental Expert Report of Dominic M. Persechini**

**Volume 1**

---

| Tab # | Description |
|-------|-------------|
| 1 | Supplemental Expert Report of Dominic M. Persechini |
| 2 | Supplemental Damages Analysis |

# Tab 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCESCA GREGORINI,

     Plaintiff,

     v.

APPLE INC., et al.,

     Defendants.

Case No. 2:20-cv-00406-SSS-JC

**SUPPLEMENTAL EXPERT REPORT of Dominic M. Persechini**

**June 11, 2024**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL ATTORNEYS EYES ONLY

# 1. Scope of Work

1.      I have been retained on behalf of Francesca Gregorini, (hereafter, "Plaintiff" or "Ms. Gregorini") in the matter of *Francesca Gregorini v. Apple Inc., et al*.[1]  I have been asked to render an opinion with respect to damages due Ms. Gregorini from Apple Inc.'s, M. Night Shyamalan's, Blinding Edge Pictures, Inc.'s, Uncle George Productions', Escape Artists LLC's, Dolphin Black Productions', Tony Basgallop's, Ashwin Rajan's, Jason Blumenthal's, Todd Black's, and Steve Tisch's (collectively "Defendants") infringement of Ms. Gregorini's copyrights.[2]  On May 24, 2024 I submitted an initial expert report in which I identified revenues received by Defendants related to *Servant* Seasons 1 – 4 and Episodes 1 – 3 of Season 1 ("Persechini Opening Report").  On June 7, 2024, I submitted my rebuttal report ("Persechini Rebuttal Report") in which I responded to the opinion and analyses of Dana Trexler as contained in her expert report of October 20, 2023 ("Trexler Opening Report").  In the Persechini Rebuttal Report, I also calculated profits related to Seasons 1 – 4 of *Servant* as well as Episodes 1 – 3 of Season 1.  For purposes of this supplemental report, I incorporate the Persechini Opening Report and the Persechini Rebuttal Report by reference.

2.      After I submitted the Persechini Rebuttal Report, Ms. Trexler submitted the Rebuttal Expert of Dana Trexler, CPA/CFF (the "Trexler Rebuttal Report").[3]  In conjunction with Trexler Rebuttal Report, Defendants produced new documents relating to revenues, costs, and profits relating to Seasons 1 through 4 of *Servant*.  I understand from counsel for Ms. Gregorini that these are among the types of documents that were the subject of Plaintiff's discovery requests and Defendants refused to produce before the close of fact discovery.  Given the newly produced documents, documents that were produced after the submission of the Persechini Rebuttal Report, and the fact that my upcoming deposition is scheduled two days from the date of this report, counsel for Ms. Gregorini has asked me to submit this supplemental report under Federal Rule of Civil Procedure 26(e)(2).  I also note that, given the date of the newly produced documents, my review of these new documents is ongoing and the supplemental opinions included herein may be subject to further revision.

---

[1]  First Amended Complaint: Request for Permanent Injunction and Demand for Jury Trial, January 15, 2020 (hereafter, "First Amended Complaint").

[2]  First Amended Complaint, p. 1.

[3]  Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024.

CONFIDENTIAL ATTORNEYS EYES ONLY

3.      In forming the opinions I express in this report, I have assumed that the Defendants have infringed Ms. Gregorini's copyrights at issue in this matter.

4.      As discussed above, after the submission of the Persechini Rebuttal Report, the Defendants produced documents relating to the revenues, costs, and profits of *Servant* Seasons 1 through 4.  As of the date of this supplemental report, I have had limited time to review and analyze all of the underlying data and documents produced. Therefore, for this supplemental report I have primarily analyzed and relied on the summaries of the new data contained in the Rebuttal Exhibits of the Trexler Rebuttal Report in a manner consistent with my previous expert reports and have incorporated these summaries of the new data into my analyses making adjustments where appropriate.[4]   Tab 2 of this report contains my supplemental opinions with respect to damages.

5.      The documents considered in forming my opinions include the documents listed in Tab 4 of the Persechini Rebuttal Report and all documents cited or included as attachments in the Trexler Rebuttal Report.

6.      Persechini Consulting charges $700 per hour for my time working on this matter. I also receive compensation based on total Persechini Consulting billings on this case.  No part of my compensation is based upon the outcome of this matter.

_____

Dominic M. Persechini

---

[4]   For example, based upon my limited review of the underlying documents to date, I include adjustments to: (1) amounts in Ms. Trexler's Rebuttal Exhibits relating to Season 3 production costs that Ms. Trexler may overstate, (2) the writing portion of Mr. Basgallop's ▮▮▮▮▮▮▮ in Ms. Trexler's apportionment calculation that Ms. Trexler did not update to reflect her calculations elsewhere in the Trexler Rebuttal Report, and (3) how apportioned profits for episodes 1-3 are summarized in the totals for Seasons 1-4.

# Tab 2

CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Supplemental Damages Analysis**
**Table of Contents**

| Series 1: | Damages Summary |
|---|---|
| Schedule 1.1A | Profits Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 1.1B | Profits Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant |
| Schedule 1.2 | Revenue Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant |
| Schedule 1.3A | Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 1.3B | Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant |

| Series 2: | Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3 |
|---|---|
| Schedule 2.1 | Apple TV+, Revenue Attributable to Servant |
| Schedule 2.2 | Blinding Edge Pictures / Uncle George Productions |
| Schedule 2.3 | M. Night Shyamalan |
| Schedule 2.4 | Ashwin Rajan |
| Schedule 2.5 | Dolphin Black Productions / Tony Basgallop |
| Schedule 2.6 | Escape Artists |
| Schedule 2.7 | Jason Blumenthal |
| Schedule 2.8 | Todd Black |

| Series 3: | Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3 |
|---|---|
| Schedule 3.1 | Apple TV+ |
| Schedule 3.2A | Blinding Edge Pictures / Uncle George Productions, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 3.2B | Blinding Edge Pictures / Uncle George Productions |
| Schedule 3.3 | M. Night Shyamalan |
| Schedule 3.4 | Dolphin Black Productions / Tony Basgallop |
| Schedule 3.5 | Escape Artists |

| Series 4: | Adjustments to Ms. Trexler's Apportionment |
|---|---|
| Schedule 4.1A | Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Total Amounts Invested, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 4.1B | Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Total Amounts Invested |
| Schedule 4.2A | Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Script Writing Fees, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 4.2B | Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Script Writing Fees |
| Schedule 4.3A | Adjustments to Ms. Trexler's Apportionment Based on Total Amounts Invested, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 4.3B | Adjustments to Ms. Trexler's Apportionment Based on Total Amounts Invested |
| Schedule 4.4 | Adjustments to Ms. Trexler's Apportionment Based on Script Costs |
| Schedule 4.4A | Script Fees from Budget and Cost Report Season 1 |
| Schedule 4.4B | Script Fees from Estimated Final Cost Report Season 2 |
| Schedule 4.4C | Script Fees from Estimated Final Cost Report Season 3 |
| Schedule 4.4D | Script Fees from Estimated Final Cost Report Season 4 |
| Schedule 4.5A | Summary of Ms. Trexler's Apportionment Calculation, Adjusting Blinding Edge Season 3 Production Costs |
| Schedule 4.5B | Summary of Ms. Trexler's Apportionment Calculation |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                      **Schedule 1.1A**

**Damages Summary**

**Profits Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant,**

**Adjusting Blinding Edge Season 3 Production Costs**



*Sources / Notes* :

    *Calculated based on revenues in Schedule 1.2 minus costs in Schedule 1.3A*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**

**Schedule 1.1B**

**Damages Summary**

**Profits Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant**



***Sources / Notes*** *:*

*Calculated based on revenues in Schedule 1.2 minus costs in Schedule 1.3B*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Damages Summary**
**Revenue Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant**

**Schedule 1.2**



Sources / Notes:

[a]  Schedule 2.1
[b]  Schedule 2.2
[c]  Schedule 2.3
[d]  Schedule 2.4
[e]  Schedule 2.5
[f]  Schedule 2.6
[g]  Schedule 2.7
[h]  Schedule 2.8
[i]  Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.3.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                  **Schedule 1.3A**
**Damages Summary**
**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant,**
**Adjusting Blinding Edge Season 3 Production Costs**



_**Sources / Notes**_ :

[a]   _Schedule 3.1_

[b]   _Schedule 3.2A_

[c]   _Schedule 3.3_

[d]   _Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 4.0._

[e]   _Schedule 3.4_

[f]   _Schedule 3.5_

[g]   _Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 8.0._

[h]   _Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 9.0._

[i]   _Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.3._

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 1.3B**
**Damages Summary**
**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3, by Defendant**



*Sources / Notes* :

[a]   *Schedule 3.1*

[b]   *Schedule 3.2B*

[c]   *Schedule 3.3*

[d]   *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 4.0.*

[e]   *Schedule 3.4*

[f]   *Schedule 3.5*

[g]   *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 8.0.*

[h]   *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 9.0.*

[i]   *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.3.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**   Schedule 2.1

**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Apple TV+, Revenue Attributable to Servant**



---

***Sources / Notes***:

Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 6.0.

Totals may differ due to rounding.

[a]   Season 1 amount calculated as follows:



CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                   **Schedule 2.2**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Blinding Edge Pictures / Uncle George Productions**



***Sources / Notes*** *:*

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 2.0.*

*Totals may differ due to rounding.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.** **Schedule 2.3**

**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**M. Night Shyamalan**



***Sources / Notes* :**

Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 3.0.

Totals may differ due to rounding.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.** **Schedule 2.4**

**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Ashwin Rajan**



*Sources / Notes :*

Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 4.0.

Totals may differ due to rounding.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**    **Schedule 2.5**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Dolphin Black Productions / Tony Basgallop**



***Sources / Notes*** :

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 5.0.*

[a]    *I note that my Season 1-4 writer / producer totals are different from Ms. Trexler's.*

*Ms. Trexler's Season 1-4 writer and producer totals are based on the sum of the amounts for Episodes 1-3, Episodes 4-10, and Seasons 2-4.*

*Ms. Trexler's writer and producer totals for Season 1 do not match the sum of her writer and producer totals for Episodes 1-3 and Episodes 4-10.*

*My Season 1-4 writer and producer totals are based on the sum of the amounts for Seasons 1-4.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**

**Schedule 2.6**

**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Escape Artists**



_**Sources / Notes**_ :

_Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 7.0._

_Totals may differ due to rounding._

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Jason Blumenthal**

**Schedule 2.7**



___

*Sources / Notes :*

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 8.0.*

*Totals may differ due to rounding.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    Schedule 2.8
**Revenues Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Todd Black**



*Sources / Notes* :

Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 9.0.

Totals may differ due to rounding.

**Francesca Gregorini v. Apple Inc., et al.**

**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Apple TV+**

**Schedule 3.1**



*Sources / Notes* :

    *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 6.0.*

    *Totals may differ due to rounding.*

[a]   *Season 1 amount calculated as follows:*

        *Season 1 Episodes 1 - 3*      *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Exhibit 6.0.*

        *Season 1 Episodes 4 - 10*   *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Exhibit 6.0.*

[b]   *I zero out these costs because I have seen no analysis that these costs are specifically incremental to the production of Servant.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                              **Schedule 3.2A**

**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Blinding Edge Pictures / Uncle George Productions, Adjusting Blinding Edge Season 3 Production Costs**



---

***Sources / Notes*** *:*

    *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 2.0.*

    *Totals may differ due to rounding.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    Schedule 3.2B
**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Blinding Edge Pictures / Uncle George Productions**



*Sources / Notes* :

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 2.0.*

*Totals may differ due to rounding.*

**Francesca Gregorini v. Apple Inc., et al.**

**Schedule 3.3**

**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**M. Night Shyamalan**



***Sources / Notes*** *:*

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 3.0.*

*Totals may differ due to rounding.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**

**Schedule 3.4**

**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**

**Dolphin Black Productions / Tony Basgallop**



*Sources / Notes*:

Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 5.0.

Totals may differ due to rounding.

[a]    I note that my Season 1-4 writer and producer totals are different from Ms. Trexler's.

Ms. Trexler's Season 1-4 writer and producer totals are based on the sum of the amounts for Episodes 1-3, Episodes 4-10, and Seasons 2-4.

Ms. Trexler's writer and producer totals for Season 1 do not match the sum of her writer and producer totals for Episodes 1-3 and Episodes 4-10.

My Season 1-4 writer and producer totals are based on the sum of the amounts for Seasons 1-4.

**Francesca Gregorini v. Apple Inc., et al.**
**Costs Related to Servant Seasons 1-4 and Season 1 Episodes 1-3**
**Escape Artists**



***Sources / Notes*** *:*

    *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 7.0.*

    *Totals may differ due to rounding.*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                              Schedule 4.1A
**Adjustments to Ms. Trexler's Apportionment**
**Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Total Amounts Invested, Adjusting Blinding Edge Season 3 Production Costs**



*Sources / Notes* :

    *I calculate apportioned profits* ▮▮▮▮▮▮▮▮▮▮▮

    *I calculate apportioned profits adjusting Blinding Edge's Season 3 Production Costs.*

[a]  *Schedule 1.1A*

[b]  *Calculated as [Season 1] - [Season 1 Episodes 1-3]*

[c]  *Schedule 4.3A*

[d]  *= [Profits] * [Apportionment Factor].*

CONFIDENTIAL-ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 4.1B**
**Adjustments to Ms. Trexler's Apportionment**
**Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Total Amounts Invested**



*Sources / Notes* :

   I calculate apportioned profits ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
[a]   *Schedule 1.1B*
[b]   *Calculated as [Season 1] - [Season 1 Episodes 1-3]*
[c]   *Schedule 4.3B*
[d]   *= [Profits] * [Apportionment Factor].*

CONFIDENTIAL—ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Adjustments to Ms. Trexler's Apportionment**
**Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Script Writing Fees,**
**Adjusting Blinding Edge Season 3 Production Costs**

**Schedule 4.2A**



*Sources / Notes* :

    *I calculate apportioned profits* ▮▮▮▮▮▮▮▮▮
    *I calculate apportioned profits adjusting Blinding Edge's Season 3 Production Costs.*
  [a]  *Schedule 1.1A*
  [b]  *Calculated as [Season 1] - [Season 1 Episodes 1-3]*
  [c]  *Schedule 4.4*
  [d]  *= [Profits] * [Apportionment Factor].*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**    Schedule 4.2B
**Adjustments to Ms. Trexler's Apportionment**
**Apportioned Profits Using Ms. Trexler's Adjusted Apportionment Based on Script Writing Fees**



*Sources / Notes* :

I calculate apportioned profits

[a]  Schedule 1.1B
[b]  Calculated as [Season 1] - [Season 1 Episodes 1-3]
[c]  Schedule 4.4
[d]  = [Profits] * [Apportionment Factor].

**Francesca Gregorini v. Apple Inc., et al.**　　　　　　　　　　　　　　　　　　　**Schedule 4.3A**
**Adjustments to Ms. Trexler's Apportionment**
**Adjustments to Ms. Trexler's Apportionment Based on Total Amounts Invested,**
**Adjusting Blinding Edge Season 3 Production Costs**



<u>***Sources / Notes***</u> :

*Amounts invested based on amounts used by Ms. Trexler in her Apportionment calculation, except
I adjust Season 3 Production Costs using other values reported for Season 3 Actual Final Costs.*
　　*Schedule 4.5A*

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                                    **Schedule 4.3B**
**Adjustments to Ms. Trexler's Apportionment**
**Adjustments to Ms. Trexler's Apportionment Based on Total Amounts Invested**



*Sources / Notes* :

    *Amounts invested based on amounts used by Ms. Trexler in her Apportionment calculation.*
      *Schedule 4.5B*

Francesca Gregorini v. Apple Inc., et al.                                              Schedule 4.4
**Adjustments to Ms. Trexler's Apportionment**
**Adjustments to Ms. Trexler's Apportionment Based on Script Costs**



**Sources / Notes :**

[a]  Script Writing Fees for Episodes 1 - 3 based on amount used by Ms. Trexler in her Apportionment calculation.
       Schedule 4.5B
[b]  Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1, footnote [2].
[c]  Schedule 2.5
[d]  Ms. Trexler's updated apportionment calculation uses the same ▮▮▮▮ value as her initial report for ▮▮▮▮▮▮▮▮▮▮▮▮▮
       Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.
       However, Ms. Trexler calculates that the updated amount for the writing portion of ▮▮▮▮▮▮▮▮▮▮
       Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 5.0.
       The ▮▮▮▮ value was based on a writing portion of ▮▮▮▮▮▮▮▮▮ less ▮▮▮ writing portion of agency / legal fees.
       Expert Report of Dana Trexler, CPA/CFF, October 20, 2023, Exhibit 1.1.
       In her updated analysis, Ms. Trexler identifies that the ▮▮▮▮▮▮
       Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 5.0, footnote [22].
       Therefore, I calculate the net writing portion ▮▮▮▮▮▮▮▮▮▮▮▮ as follows

[e]  To be consistent with the net writing portion of ▮▮▮▮▮ Ms. Trexler includes for Episodes 1 - 3, I include ▮▮▮▮▮▮ received for Season 1 - 4.
       Schedule 2.5

CONFIDENTIAL – ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Adjustments to Ms. Trexler's Apportionment**
**Adjustments to Ms. Trexler's Apportionment Based on Script Costs**

Schedule 4.4



[g]   *Schedule 4.4B*
[h]   *Schedule 4.4C*
[i]   *Schedule 4.4D*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 4.4A**
**Adjustments to Ms. Trexler's Apportionment**
**Script Fees from Budget and Cost Report Season 1**



***Sources / Notes*** *:*

[a]  *Servant Season 1, Budget and Cost Report, BE-GREGO_00018746-763 at '748, '756.*

[b]  *Ms. Trexler does not include agency fees in the Amounts Paid for the Scripts & Basgallop Writer Services.*
*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.*
*Therefore, I include costs except for 1114 AGENCY PACKAGE.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                 **Schedule 4.4B**
**Adjustments to Ms. Trexler's Apportionment**
**Script Fees from Estimated Final Cost Report Season 2**



***Sources / Notes*** *:*

[a] *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Attachment 10, Servant - Season 2 Estimated Final Cost Report,*
*BE-GREGO_00019169-188 at '169.*

[b] *Ms. Trexler does not include agency fees in the Amounts Paid for the Scripts & Basgallop Writer Services.*
*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.*
*1116-00 AGENCY PKG FEE appears to the same type of cost as 1114 AGENCY PACKAGE in Schedule 4.4A.*
*Therefore, I include costs except for 1116-00 AGENCY PKG FEE.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**                                    **Schedule 4.4C**
**Adjustments to Ms. Trexler's Apportionment**
**Script Fees from Estimated Final Cost Report Season 3**



*Sources / Notes* :

[a]  *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Attachment 14, Servant - Season 3 Estimated Final Cost Report,*
     *BE-GREGO_00019195-213 at '195.*

[b]  *Ms. Trexler does not include agency fees in the Amounts Paid for the Scripts & Basgallop Writer Services.*
     *Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.*
     *1116-00 PACKAGING FEE appears to the same type of cost as 1116-00 AGENCY PKG FEE in Schedule 4.4B.*
     *Therefore, I include costs except for 1116-00 PACKAGING FEE.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**          **Schedule 4.4D**
**Adjustments to Ms. Trexler's Apportionment**
**Script Fees from Estimated Final Cost Report Season 4**



***Sources / Notes*** *:*

  *[a]  Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Attachment 19, Servant - Season 4 Estimated Final Cost Report,*
    *BE-GREGO_00019242-274 at '242-243.*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Francesca Gregorini v. Apple Inc., et al.                                                                                    **Schedule 4.5A**
**Adjustments to Ms. Trexler's Apportionment**
**Summary of Ms. Trexler's Apportionment Calculation, Adjusting Blinding Edge Season 3 Production Costs**

**Trexler Rebuttal Report Rebuttal Exhibit 1.1**



**_Sources / Notes_ :**

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.*

*[a]  I adjust Season 3 Production Costs using the Season 3 Actual Final Costs identified in the following documents:*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Francesca Gregorini v. Apple Inc., et al.**
**Adjustments to Ms. Trexler's Apportionment**
**Summary of Ms. Trexler's Apportionment Calculation**

Schedule 4.5B

**Trexler Rebuttal Report Rebuttal Exhibit 1.1**



*Sources / Notes*:

*Rebuttal Expert Report of Dana Trexler, CPA/CFF, June 7, 2024, Rebuttal Exhibit 1.1.*