| | |
|---|---|
| NICOLAS A. JAMPOL (State Bar No. 244867)<br>nicolasjampol@dwt.com<br>CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)<br>cydneyfreeman@dwt.com<br>MEENAKSHI KRISHNAN (*pro hac vice*)<br>meenakshikrishnan@dwt.com<br>CARL MAZUREK (*pro hac vice*)<br>carlmazurek@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Tel.: (213) 633-6800<br>Fax: (213) 633-6899 | |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>             Plaintiff,<br><br>     vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTIONS IN LIMINE #1-5** |

1

FREEMAN DECLARATION ISO DEFENDANTS' OPPOSITIONS TO MOTIONS IN LIMINE #1-5

## **DECLARATION OF CYDNEY SWOFFORD FREEMAN**

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a counsel in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. I submit this Declaration in support of Defendants' Oppositions to Plaintiff's Motions in Limine #1-5. Attached hereto are exhibits relied upon in those oppositions.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Supplemental Rebuttal Expert Report of Dana Trexler, dated June 17, 2024.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Deposition of Michael Robert (Bob) Gale on June 21, 2024.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Deposition of David Román on June 17, 2024.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between Sarah Thorp and Francesca Gregorini, dated November 12, 2009 (THORP-015-18).

7. Attached hereto as **Exhibit 5** is a true and correct copy of an email chain between Sarah Thorp and Francesca Gregorini, dated January 25, 2009 (THORP-001-002).

8. Attached hereto as **Exhibit 6** is a true and correct copy of an email chain between Gretchen Rush and Sarah Thorp (with attached Screenplay Purchase Agreement), dated January 18, 2012 (THORP-308-317).

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document titled Amended and Restated Screenplay Purchase Agreement, dated December 1, 2011 (FG005599-5605).

10. Attached hereto as **Exhibit 8** is a true and correct copy of a Copyright Certification relating to *The Truth about Emanuel* (with attached correspondence with the United States Copyright Office), dated May 6, 2024 (FG354919-354933).

11. Attached hereto as **Exhibit 9** is a true and accurate copy of the Response to Interrogatory No. 14 by Francesca Gregorini (with verification), dated March 13, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on the 25th day of October 2024, in Austin, Texas.

Cydney Swofford Freeman
Cydney Swofford Freeman