# EXHIBIT 1

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| FRANCESCA GREGORINI,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>APPLE INC., a California  )<br>corporation; M. NIGHT  )<br>SHYAMALAN, an individual,  )<br>BLINDING EDGE PICTURES,  )<br>INC., a Pennsylvania corporation;  )<br>UNCLE GEORGE  )<br>PRODUCTIONS; a Pennsylvania  )<br>corporation; ESCAPE ARTISTS  )<br>LLC, a California limited liability  )<br>company; DOLPHIN BLACK  )<br>PRODUCTIONS, a California  )<br>corporation; TONY BASGALLOP,  )<br>an individual; ASHWIN RAJAN,  )<br>an individual; JASON  )<br>BLUMENTHAL, an individual;  )<br>TODD BLACK, an individual;  )<br>STEVE TISCH, an individual; and  )<br>DOES 1-10, inclusive,  )<br>)<br>Defendants.  ) | Case No. 2:20-cv-00406-SSS-JC |

**SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DANA TREXLER, CPA/CFF**

June 17, 2024

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                               Page 2

## I. INTRODUCTION

1. On October 20, 2023, I issued an expert report (the "Trexler Report") on behalf of Apple Inc. ("Apple"), M. Night Shyamalan; Blinding Edge Pictures, Inc. ("Blinding Edge"); Uncle George Productions ("Uncle George"); Escape Artists, Inc. (erroneously sued as Escape Artists LLC) ("Escape Artists"); Dolphin Black Productions ("Dolphin Black"); Tony Basgallop ("Basgallop"); Ashwin Rajan ("Rajan"); Jason Blumenthal ("Blumenthal"); Todd Black ("Black"); and Steve Tisch ("Tisch") (collectively, "Defendants"), which included my calculation of apportioned profits generated by each of the Defendants from the first three episodes[1] of Season 1 of the *Servant* television series ("Episodes-at-Issue").

2. I also issued a report responding to the opinions included in the Expert Report of Dominic M. Persechini (the "Persechini Report") on June 7, 2024 ("The Trexler Rebuttal Report").

3. Subsequent to the issuance of the Trexler Rebuttal Report, I identified a cell reference in my calculation of the apportionment percentages applied to the Defendants' profits which requires updating. This report adjusts this cell reference and updates the calculated Defendants' apportioned profits from the Trexler Rebuttal Report, accordingly, using the methodologies employed in the Trexler Rebuttal Report ("Trexler Supplemental Rebuttal Report"). I include two sets of exhibits that reflect these adjustments.

4. The first set includes only the exhibits that changed due to updating the cell reference and are highlighted accordingly ("Supplemental Rebuttal Exhibits – Highlighted"). The highlights show those amounts which changed between the Trexler Rebuttal Report and this report.

5. The second set includes the full set of Trexler Rebuttal Report exhibits inclusive of the adjustments discussed herein, without highlights ("Supplemental Rebuttal Exhibits – Clean").

6. This report should be read in conjunction with the Trexler Report and the Trexler Rebuttal Report.

---

[1] The First Amended Complaint filed on March 10, 2020 ("Complaint), ¶ 64.

\*      \*      \*      \*      \*      \*

7. The procedures performed were limited to those described herein based on the documents provided to date and other information obtained. Information obtained subsequent to the date of this report may affect this analysis and this effect may be material. If requested, I will update my analysis.

8. My procedures were performed solely with respect to the above referenced litigation. This report is not to be reproduced, distributed, disclosed or used for any other purpose.

**STOUT**

*[signature: Dana Trexler]*
_____
Dana M. Trexler, CPA/CFF

**Francesca Gregorini v. Apple, Inc., Blinding Edge Pictures, Tony Basgallop, et al.**
**Index of Supplemental Rebuttal Exhibits**

| Supplemental Rebuttal Report Exhibit No. | Description |
|---|---|
| 1.0 | Calculation of Defendants' Profits Attributed to *Servant* - Summary |
| 1.1 | Calculation of Apportionment Percentages for Episodes-at-Issue and the Remainder of the *Servant* Series |
| 1.2 | Calculation of Defendants' Apportioned Profits for *Servant* - Summary |
| 2.0 | Calculation of Defendants' Profits Attributed to *Servant* - Blinding Edge Defendants |
| 3.0 | Calculation of Defendants' Profits Attributed to *Servant* - M. Night Shyamalan |
| 4.0 | Calculation of Defendants' Profits Attributed to *Servant* - Rajan |
| 5.0 | Calculation of Defendants' Profits Attributed to *Servant* - Basgallop / Dolphin Black |
| 6.0 | Calculation of Defendants' Profits Attributed to *Servant* by Season - Apple |
| 7.0 | Calculation of Defendants' Profits Attributed to *Servant* - Escape Artists |
| 8.0 | Calculation of Defendants' Profits Attributed to *Servant* - Blumenthal |
| 9.0 | Calculation of Defendants' Profits Attributed to *Servant* - Black |

# SUPPLEMENTAL REBUTTAL EXHIBIT 1.0 - HIGHLIGHTED

**Francesca Gregorini v. Apple, Inc., Blinding Edge Pictures, Tony Basgallop, et al.**
**Calculation of Defendants' Profits Attributed to** *Servant*
**Summary**



**Notes/Sources:**

[1] See Trexler Report, Exhibit 1.
[2] Calculated as ▮ (see Trexler Report, Exhibit 1.1) of Total Profit, unless otherwise noted.
[3] Trexler Rebuttal Report, Exhibit 2.0.
[4] Trexler Rebuttal Report, Exhibit 3.0.
[5] Trexler Rebuttal Report, Exhibit 4.0.
[6] Trexler Rebuttal Report, Exhibit 5.0. All profits earned by Basgallop for script and writer services are attributable to the Scripts.
[7] Trexler Rebuttal Report, Exhibit 6.0.
[8] Trexler Rebuttal Report, Exhibit 7.0.
[9] Trexler Rebuttal Report, Exhibit 8.0.
[10] Trexler Rebuttal Report, Exhibit 9.0.
[11] According to the Escape Artists P&L for Seasons 2-4, dated June 2, 2024 [EA-GREGO_00007884 - 07886] Tisch did not render any services on *Servant* Seasons 2-4; therefore, he did not receive any compensation related to the *Servant* series.
[12] See Trexler Rebuttal Report, Exhibit 1.1 for apportionment factors by Season.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# SUPPLEMENTAL REBUTTAL EXHIBIT 1.1 - HIGHLIGHTED

Supplemental Rebuttal Exhibit 1.1 - Highlighted

**Francesca Gregorini v. Apple, Inc., Blinding Edge Pictures, Tony Basgallop, et al.**
**Calculation of Apportionment Percentages for Episodes-at-Issue and the Remainder of the *Servant* Series**

Notes/Sources:
[1] Trexler Rebuttal Report, Exhibit 5.0.
[2] 
[3] Trexler Rebuttal Report, Exhibit 2.0.
[4] Calculated as
[5] See Trexler Report, Exhibit 1.1.
[6] See [2]. Amount same as Trexler Report, Exhibit 1.1. See also Trexler Report, Exhibit 12.
[7] 
[8] Calculated as
[9] For Basgallop only, I have included 100% of the earnings directly related to Scripts and writing services performed for the Episodes-at-Issue (as that compensation is 100% related to writing the Episodes-at-Issue) and apportioned his remaining earnings for producer services in all Seasons and writing services in Episodes 4 through 40, at the apportionment percentage for each relevant season.
[10] Trexler Rebuttal Report, Exhibit 10.1. Season 1, Episodes 4-10 calculated as Total for Season 1 less Amount for Episodes-at-Issue. See Trexler Rebuttal Report, Exhibit 2.0.
[11] Trexler Rebuttal Report, Exhibit 2.0.
[12] Trexler Rebuttal Exhibit 2.0 for Season 1, Episodes 4-10. I am unaware of any additional costs to be added to the amounts invested in *Servant* Seasons 2-4. Should additional support for expenses become available, I reserve the right to supplement this calculation and my report.
[13] Calculated
[14] Calculated
[15] Calculated
[16] Calculated

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1 of 1