UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-00406-SSS-JCx | Date | November 1, 2024 |
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | RS-CS-2 (11.1.24) |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Patrick M. Arenz | Cydney Swofford Freeman |
| | Nicolas A. Jampol |

**Proceedings:   ZOOM: MOTION FOR SUMMARY JUDGMENT [Dkt. 180, 239]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. The Court takes the motion under submission.

For the reasons stated on the record, Defendant is **DIRECTED** to file a supplemental declaration regarding the pending application(s) to file under seal on or before November 8, 2024.

**IT IS SO ORDERED.**

Time:  01:10
Initials of Preparer: iv