UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-00406-SSS-JCx | Date | November 6, 2024 |
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER CONTINUING PRETRIAL AND TRIAL DATES**

The Court has broad discretion to manage its own docket. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).  On its own motion, the Court continues pretrial and trial dates as follows:

- Hearing on all Motions in Limine and Motions to Exclude will take place on December 6, 2024 at 2:00 P.M. via Zoom;
- Final Pretrial Conference will take place on December 20, 2024 at 1:00 P.M. in person at Courtroom 2 on the 2nd floor of the United States District Court, 3470 12th Street, Riverside, California 92501; and
- Five-day Jury Trial will begin on January 13, 2025 at 9:00 A.M. and conclude January 21, 2025.

Accordingly, Defendants' Motion to Continue Final Pretrial Conference and Trial is **MOOT**.  [Dkt. 289].

**IT IS SO ORDERED.**