UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>        Plaintiff,<br>    v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>        Defendants. | Case No. 2:20-cv-00406-SSS-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE JOINT PROPOSED FINAL PRETRIAL CONFERENCE ORDER, PROPOSED VERDICT FORMS, AND JOINT AGREED UPON AND DISPUTED PROPOSED JURY INSTRUCTIONS (DOC. 319)** |

On November 7, 2024, the parties submitted a Joint Stipulation to Extend the Deadline to File Joint Proposed Final Pretrial Conference Order, Proposed Verdict Forms, and Joint Agreed Upon and Disputed Proposed Jury Instructions.

The Court, having considered the parties' Joint Stipulation, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

The parties' deadline to file the Joint Proposed Final Pretrial Conference Order, Proposed Verdict Forms, and Joint Agreed Upon and Disputed Proposed Jury Instructions is continued from November 8, 2024 to November 15, 2024.

**IT IS SO ORDERED.**

Dated: November 8, 2024

_____
Hon. Sunshine S. Sykes
U.S. District Judge