| | |
|---|---|
| **ROBINS KAPLAN LLP**<br>Michael A. Geibelson (SBN 179970)<br>MGeibelson@RobinsKaplan.com<br>Patrick M. Arenz *(Pro hac vice)*<br>PArenz@RobinsKaplan.com<br>Annie Huang *(Pro hac vice)*<br>AHuang@RobinsKaplan.com<br>Emily E. Niles *(Pro hac vice)*<br>ENiles@RobinsKaplan.com<br>Prateek Viswanathan *(Pro hac vice)*<br>PViswanathan@RobinsKaplan.com<br><br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, California 90067<br>Telephone:   310 552 0130<br>Facsimile:    310 229 5800<br><br>*Attorneys for Plaintiff* | **DAVIS WRIGHT TREMAINE LLP**<br>Nicolas A. Jampol (SBN 244867)<br>nicolasjampol@dwt.com<br>Cydney Swofford Freeman (SBN 315766)<br>cydneyfreeman@dwt.com<br>Meenakshi Krishnan *(pro hac vice)*<br>meenakshikrishnan@dwt.com<br>Carl Mazurek *(pro hac vice)*<br>carlmazurek@dwt.com<br><br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800<br>Fax: (213) 633-6899<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>  Plaintiff,<br>  v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>  Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Final Pretrial Conference<br>Date: December 20, 2024<br>Time: 1:00 pm<br>Courtroom: 2<br><br>Trial: January 13, 2025 |

Counsel respectfully submit the following joint proposed statement of the case:

This is a civil case. The plaintiff in this case is Francesca Gregorini. The defendants in this case are Apple Inc., M. Night Shyamalan, Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Escape Artists, Inc., Dolphin Black Productions, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch.

The plaintiff claims that Episodes 1-3 of the defendants' television series *Servant* infringe a copyright in her 2013 film *The Truth About Emanuel*. The defendants deny that they infringed any copyright in this film.

DATED: November 8, 2024              ROBINS KAPLAN LLP

                                     By: /s/ *Patrick M. Arenz*
                                         Patrick M. Arenz

                                     Attorneys for Plaintiff


DATED: November 8, 2024              DAVIS WRIGHT TREMAINE LLP

                                     By: /s/ *Nicholas A. Jampol*
                                         Nicolas A. Jampol

                                     Attorneys for Defendants

1

**FILER'S ATTESTATION**

Under L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: November 8, 2024                ROBINS KAPLAN LLP

By: /s/ *Patrick M. Arenz*
Patrick M. Arenz

Attorneys for Plaintiff

2