Brittany B. Amadi
Wilmer Cutler Picking Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Francesca Gregorini | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:20-cv-00406-SSS-JCx |
| v. | |
| Apple Inc. et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Amadi, Brittany B.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-663-6022    202-663-6363
*Telephone Number*    *Fax Number*

Brittany.Amadi@wilmerhale.com
*E-Mail Address*

of  Wilmer Cutler Picking Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

All Defendants

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Jampol, Nicolas A.
*Designee's Name (Last Name, First Name & Middle Initial*

244867    213-633-6800    213-633-6899
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

nicolasjampol@dwt.com
*E-Mail Address*

of  Davis Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
Los Angeles, CA 90017-2566
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **DENIED**

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☒ for failure to complete Application:  state and/or federal courts to which the applicant has been admitted are not listed.

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded  ☐ not be refunded.

**Dated: November 25, 2024**

Sunshine S. Sykes, U.S. District Judge