UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-01298-SSS-SHKx | Date | November 25, 2024 |
|---|---|---|---|
| Title | *Alexis N. Clark v. United Debt Settlement LLC* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present                           None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [DKT. 15]**

On November 4, 2024, this Court issued an order requesting Plaintiff Alexis Clark submit a detailed proposed order regarding her motion for default judgment. [Dkt. 15]. The order specifically requested "a detailed proposed order" which "set forth the relief or action sought and brief statement of the rationale for the decision with appropriate citations" submitted by November 22, 2024. [*Id.*].

Instead, Plaintiff provided a proposed order containing a single sentence: "Plaintiff, Alexis N. Clark, by and through her attorneys, having filed with this Court his Motion for Entry of Default and the Court having reviewed same, hereby ORDERED: An Entry of Default shall be entered against the Defendant, United Debt Settlement, LLC." On November 25, 2024, Plaintiff untimely provided an additional proposed order that failed to cite to the *Eitel* factors, or courts' legal basis for granting default judgment. [Dkt. 16].

Accordingly, the Court **ORDERS** counsel for Plaintiff Alexis Clark to show cause as to why he should not be sanctioned in an amount not to exceed $500 for his failure to comply with the Court's Order [Dkt. 15].

Counsel is required to respond in writing on or before **December 3, 2024, by noon**. Counsel's failure to respond or file a satisfactory response may result in the imposition of sanctions against counsel. In addition, the Court hereby **SETS** an Order to Show Cause hearing regarding sanctions for failure to comply with this Court's Order [Dkt. 15] on **Friday, December 6, 2024, at 1:00 p.m., via video conference**.

**IT IS SO ORDERED**.