**ROBINS KAPLAN LLP**
Michael A. Geibelson
MGeibelson@RobinsKaplan.com
Patrick M. Arenz (Pro hac vice)
PArenz@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Prateek N. Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800

*Attorneys for Plaintiff Francesca Gregorini*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**PLAINTIFF FRANCESCA GREGORINI'S INDEX OF EXHIBITS AND EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTIONS *IN LIMINE* NOS. 1-5** |

Plaintiff files the following exhibits to the Declaration of Patrick M. Arenz in support of Plaintiff Francesca Gregorini's Motions *in Limine* Nos. 1-5.

| No. | Description |
|---|---|
| A | A copy of the Supplemental Expert Report of Dominic M. Persechini, dated June 11, 2024 |
| B | A copy of the Expert Report of Dana Trexler, dated October 20, 2023 |
| E | A copy of the Expert Report of Dominic M. Persechini and Schedules, dated May 24, 2024 |
| F | A copy of the Rebuttal Expert Report of Dominic M. Persechini and Schedules, dated June 7, 2024 |

Dated: December 10, 2024

By: */s/ Patrick M. Arenz*
Patrick M. Arenz

Attorney for Plaintiff
Francesca Gregorini