| | |
|---|---|
| **ROBINS KAPLAN LLP**<br>Michael A. Geibelson (SBN 179970)<br>MGeibelson@RobinsKaplan.com<br>Patrick M. Arenz *(Pro hac vice)*<br>PArenz@RobinsKaplan.com<br>Emily E. Niles *(Pro hac vice)*<br>ENiles@RobinsKaplan.com<br>Annie Huang *(Pro hac vice)*<br>AHuang@RobinsKaplan.com<br>Prateek N. Viswanathan *(Pro hac vice)*<br>PViswanathan@RobinsKaplan.com<br><br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, California 90067<br>Telephone:   310 552 0130<br>Facsimile:    310 229 5800<br><br>*Attorneys for Plaintiff Francesca Gregorini* | **DAVIS WRIGHT TREMAINE LLP**<br>Nicolas A. Jampol (SBN 244867)<br>nicolasjampol@dwt.com<br>Cydney Swofford Freeman (SBN 315766)<br>cydneyfreeman@dwt.com<br>Meenakshi Krishnan *(pro hac vice)*<br>meenakshikrishnan@dwt.com<br>Carl Mazurek *(pro hac vice)*<br>carlmazurek@dwt.com<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800<br>Fax: (213) 633-6899<br><br>**WILMER CULTER PICKERING HALE AND DORR LLP**<br>Brittany B. Amadi *(Pro hac vice)*<br>brittany.amadi@wilmerhale.com<br>Heath A. Brooks *(Pro hac vice)*<br>heath.brooks@wilmerhale.com<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Telephone: (202) 663-6022<br>Fax: (202) 663-6363<br><br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini,<br><br>    Plaintiff,<br>v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**JOINT NOTICE OF TIMING OF JOINT FILINGS (DKT. 361)**<br><br>Date:      January 7, 2025<br>Time:      8:30 A.M.<br>Dept.:      Courtroom 2 |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT NOTICE OF TIMING OF JOINT FILINGS
(DKT. 361)

On December 20, 2024, the Court ordered the parties to file: (1) joint jury instructions, (2) a joint verdict form, and (3) a joint witness list, by noon PT on January 3, 2025. Dkt. 361. The parties experienced complications finalizing the documents on January 3, 2025, including significant pagination errors from the final exchanges that inadvertently led to a delayed filing. The parties regret the inconvenience this delay may have caused the Court.

Dated: January 6, 2025              ROBINS KAPLAN LLP

                                    By: */s/ Patrick M. Arenz*
                                        Patrick M. Arenz

                                    Attorneys for Plaintiff
                                    Francesca Gregorini


Dated: January 6, 2025              DAVIS WRIGHT TREMAINE LLP

                                    By: */s/ Nicolas A. Jampol*
                                        Nicolas A. Jampol

                                    Attorneys for Defendants