**ROBINS KAPLAN LLP**
Michael A. Geibelson
MGeibelson@RobinsKaplan.com
Patrick M. Arenz *(Pro hac vice)*
PArenz@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Prateek N. Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone:  310 552 0130
Facsimile:  310 229 5800

*Attorneys for Plaintiff Francesca Gregorini*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francesca Gregorini,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00406-SSS-JC<br><br>**DECLARATION OF PATRICK M. ARENZ REGARDING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

# DECLARATION OF PATRICK M. ARENZ

I, Patrick M. Arenz, state as follows:

1. I am an attorney representing Plaintiff Francesca Gregorini in this case. Under L.R. 79-5.2.2(b)(i), I submit this Declaration Regarding Defendants' Application for Leave to File Documents Under Seal ("Application").

2. Defendants applied under L.R. 79-5.2.2(a)-(b) to file under seal the following documents which have been designated Confidential by Plaintiff:

- Defendants' Brief Regarding Copyright Ownership and Registration (redacted at 6:2-3, 7:26-27, 8:1-2)
- Exhibit A, Certificate of Registration (Registration No. Pau 3-590-582), dated December 7, 2011
- Exhibit C, Copyright Assignment, dated 2019
- Exhibit E, Letter from David Alden Erikson titled *The Truth About Emanuel*, with attachments, dated September 1, 2023
- Exhibit F, Schedule K-1 (Form 1065), dated 2014
- Exhibit I, Email Chain between Francesca Gregorini and Rooney Mara, dated November 23, 2009
- Exhibit J, Excerpts of the Deposition of Francesca Gregorini on April 11, 2024

3. Plaintiff does not maintain that any of these materials should be filed under seal, subject to Defendants redacting any personally identifiable information.

4. For the documents that Plaintiff designated as Confidential, Defendants did not comply with three-day notice period under Local Rule 79-5.2.2(b). Defendants notified Ms. Gregorini's counsel at 9:44 pm PT on January 2, 2025 that they intended to rely on exhibits identified above. In response, Ms. Gregorini's counsel objected that Defendants had not complied with that three-day notice period, and informed Defendants that with the numerous joint filings and

court-ordered briefs also due that day, Ms. Gregorini's counsel was not in a position to review these documents on several hours' notice. Ms. Gregorini's counsel also objected that filing these new exhibits would improperly supplement the record currently before the Court. After further opportunity to review the documents, Plaintiff does not maintain that these documents should be filed under seal, subject to Defendants redacting the parties' personally identifiable information.

5.  Plaintiff also does not maintain that Defendants' Brief Regarding Copyright Ownership and Registration should be filed under seal. Because Plaintiff does not maintain that the underlying documents should be filed under seal, Plaintiff does not maintain that "compelling reasons" exist to file this Brief Regarding Copyright Ownership and Registration under seal. *See* L.R. 79- 5.2.2(a); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (requiring a showing of "compelling reasons" to seal documents in relation to dispositive motions).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 7, 2025

By: */s/ Patrick M. Arenz*
  Patrick M. Arenz

  Attorney for Plaintiff
  Francesca Gregorini