NICOLAS A. JAMPOL (State Bar No. 244867)
nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
cydneyfreeman@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
CARL MAZUREK (*pro hac vice*)
carlmazurek@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-2566
Tel.: (213) 633-6800; Fax: (213) 633-6899

BRITTANY B. AMADI (*pro hac vice*)
brittany.amadi@wilmerhale.com
HEATH A. BROOKS (*pro hac vice*)
heath.brooks@wilmerhale.com
WILMER CUTLER PICKERING HALE & DORR
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
Tel.: (202) 663-6000; Fax: (202) 663-6363

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, <br><br> Plaintiff, <br><br> vs. <br><br> APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00406-SSS-JC <br><br> **NOTICE OF WITHDRAWAL OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DKT. 369)** |

---

NOTICE OF WITHDRAWAL OF DEFENDANTS' APPLICATION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

## **NOTICE OF WITHDRAWAL OF APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Civil Local Rule 7-16, Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") hereby withdraw their January 3, 2025 Application For Leave to File Documents Under Seal (Dkt. 369), which Defendants filed pursuant to Civil Local Rule 79-5.2.2(b).

Each of the documents Defendants sought to seal was previously designated as confidential by Plaintiff. *See* Dkt. 369. Plaintiff's counsel has since represented that each document need not be sealed, rendering Defendants' Application moot. *See* Dkt. 383. Defendants will refile those documents publicly, including an unredacted version of their Brief Regarding Copyright Ownership and Registration (Dkt. 364) and the proposed sealed exhibits in the accompanying Declaration of Cydney Swofford Freeman (Dkt. 368, Exs. A-T).

DATED: January 8, 2025

DAVIS WRIGHT TREMAINE LLP
NICOLAS A. JAMPOL
CYDNEY SWOFFORD FREEMAN
MEENAKSHI KRISHNAN
CARL MAZUREK

WILMER CUTLER PICKERING HALE & DORR
BRITTANY B. AMADI
HEATH A. BROOKS

By:  /s/ Nicolas A. Jampol
        Nicolas A. Jampol