

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FRANCESCA GREGORINI,

                  Plaintiff,

    vs.

APPLE INC., a California corporation;
M. NIGHT SHYAMALAN, an
individual, BLINDING EDGE
PICTURES, INC., a Pennsylvania
corporation; UNCLE GEORGE
PRODUCTIONS, a Pennsylvania
corporate; ESCAPE ARTISTS LLC, a
California limited liability company;
DOLPHIN BLACK PRODUCTIONS, a
California corporation; TONY
BASGALLOP, an individual; ASHWIN
RAJAN, an individual; JASON
BLUMENTHAL, an individual; TODD
BLACK, an individual; STEVE TISCH,
an individual; and DOES 1-10, inclusive,

                  Defendants.

Case No. 2:20-cv-00406-SSS-JCx

**ORDER GRANTING
DEFENDANTS' APPLICATION
FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL [DKT.
369]**

After consideration of Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (erroneously sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") Application for Leave to File Documents Under Seal, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT** the Application is **GRANTED** and the following documents shall be filed under seal:

| DOCUMENT | SEALING (Y/N) |
|---|---|
| Defendants' Brief Regarding Copyright Ownership and Registration – partial redactions (Page 6, lines 2-3; Page 7, lines 26-27; Page 8, lines 1-2) | Y |
| Freeman Decl. Ex. A (JTX0134) - Entire document | Y |
| Freeman Decl. Ex. C (JTX1022) - Entire document | Y |
| Freeman Decl. Ex. E (JTX2251) - Entire document | Y |
| Freeman Decl. Ex. F (JTX2253) - Entire document | Y |
| Freeman Decl. Ex. I (JTX0087) - Entire document | Y |
| Freeman Decl. Ex. J (April 11, 2024 Gregorini Deposition Excerpts – Depo. Tr. 167:1-169:25; 191:1-25 | Y |

**IT IS SO ORDERED**.

DATED: January 8, 2025

_____
Sunshine S. Sykes
U.S. District Judge

1