UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:20-cv-00406-SSS-JCx | Date | January 8, 2025 |
|---|---|---|---|
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 [DKT. 269]**

Before the Court is a Motion in Limine filed by Plaintiff Francesca Gregorini ("Gregorini") seeking to exclude evidence and arguments over any dispute involving Sarah Thorp ("Thorp") about the ownership and copyright interest in the screenplay for *The Truth About Emanuel* ("*Emanuel*"). [Dkt. 269 ("Motion")]. Defendants oppose. [Dkt. 292]. Having considered the parties' arguments, the relevant legal authority, and the record in this case, the Court **GRANTS** the Motion.

In January 2009, Gregorini and her longtime friend Thorp discussed a potential collaboration over the phone. [Dkt. 286 ¶ 354, 355]. During the five-minute phone call, Thorp shared an idea for a "post-partum depressed woman" who "is living in a delusional world in which she believes her dead child to still be alive." [*Id.* ¶ 355; Dkt. 310-4 at 2]. Inspired by Thorp's idea but without Thorp's knowledge or involvement, Gregorini developed the *Emanuel* screenplay, in which a character is a post-partum mother who believes her dead child is still alive. [*See* Dkt. 310-4 at 3].

Because Thorp was "very nervous that she would not be able to pursue her idea/script" anymore, Thorp and Gregorini entered into a "Screenplay Purchase

Agreement" ('Agreement").  [Dkt. 194, Ex. 1 at 24; Dkt. 310-7].   The Agreement states "ownership of the Screenplay (including, but not limited to, copyright interest therein) shall be vested solely (100%) in Gregorini."  [Dkt. 310-7 at 3].

     Gregorini now seeks to prevent Defendants from providing evidence or arguments over any dispute involving Thorp about the ownership and copyright interest in the Screenplay for *Emanuel* at trial.  [Motion].  The Court finds the Agreement clearly establishes ownership and copyright interest of the Screenplay solely to Gregorini.  Thus, the Court **GRANTS** Gregorini's Motion.

     **IT IS SO ORDERED.**