UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 2:20-cv-00406-SSS-JCx | Date | January 9, 2025 |
|---|---|---|---|
| Title | *Francesca Gregorini v. Apple, Inc., et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | RS-CS2 |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Patrick M. Arenz | Cydney Swofford Freeman |
| Emily E. Niles | Brittany B. Amadi |
| Annie Huang | Nicolas A. Jampol |
| Prateek N. Viswanathan | Heath A. Brooks |
| | Carl Mazurek |

**Proceedings:    HEARING RE: PRETRIAL MATTERS**

    Counsel state their appearances.  The Court confers with counsel regarding the pretrial issues as stated on the record.  The Court takes a recess to allow the parties to meet and confer regarding the remaining issues with the verdict form and jury instructions.

    The matter is recalled in the afternoon, at which time the Court addresses the updated verdict form and jury instructions.  The Court informs the parties that a final draft of the jury instructions will be distributed tomorrow, January 10, 2025.

    **IT IS SO ORDERED.**

Time:  2:24
Initials of Preparer: iv