**ROBINS KAPLAN LLP**
Michael A. Geibelson (SBN 179970)
MGeibelson@RobinsKaplan.com
Patrick M. Arenz *(Pro hac vice)*
PArenz@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Prateek Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800

*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE LLP**
Nicolas A. Jampol (SBN 244867)
nicolasjampol@dwt.com
Cydney Swofford Freeman (SBN 315766)
cydneyfreeman@dwt.com
Meenakshi Krishnan *(pro hac vice)*
meenakshikrishnan@dwt.com
Carl Mazurek *(pro hac vice)*
carlmazurek@dwt.com

350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3491
Telephone: (213) 633-6800
Fax: (213) 633-6899

**WILMER CUTLER PICKERING HALE & DORR LLP**
Brittany B. Amadi (*pro hac vice)*
Brittany.amadi@wilmerhale.com
Heath A. Brooks (*pro hac vice)*
heathbrooks@wilmerhale.com

2100 Pennsylvania Avenue, NW
Washington D.C. 20037
Telephone: (202) 663-6000
Fax: (202) 633-6363

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANCESCA GREGORINI,

Plaintiff,

v.

APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive

Defendants.

Case No. 2:20-cv-00406-SSS-JC

**NOTICE OF LODGING OF JOINT INDEX REGARDING DEPOSITION DESIGNATIONS**

**TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 32-1 and this Court's November 4, 2024, Civil Trial Order Defendants Apple Inc., M. Night Shyamalan, Blinding Edge Pictures, Inc., Uncle George Productions, Escape Artists Inc. (named as Escape Artists LLC), Dolphin Black Productions Corp., Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") hereby lodge with the Court:

- **Joint Index** identifying deposition designations of Sarah Thorp and Olivia Blaustein, file attached to this notice of lodging.
- **Exhibit A**, designations from Sarah Thorp deposition taken September 27, 2023
- **Exhibit B,** designations from Olivia Blaustein deposition taken October 3, 2023

DATED: January 10, 2025

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

**ROBINS KAPLAN LLP**
Michael A. Geibelson (SBN 179970)
MGeibelson@RobinsKaplan.com
Patrick M. Arenz *(Pro hac vice)*
PArenz@RobinsKaplan.com
Annie Huang *(Pro hac vice)*
AHuang@RobinsKaplan.com
Emily E. Niles *(Pro hac vice)*
ENiles@RobinsKaplan.com
Prateek Viswanathan *(Pro hac vice)*
PViswanathan@RobinsKaplan.com

2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067
Telephone: 310 552 0130
Facsimile: 310 229 5800

*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE LLP**
Nicolas A. Jampol (SBN 244867)
nicolasjampol@dwt.com
Cydney Swofford Freeman (SBN 315766)
cydneyfreeman@dwt.com
Meenakshi Krishnan *(pro hac vice)*
meenakshikrishnan@dwt.com
Carl Mazurek *(pro hac vice)*
carlmazurek@dwt.com
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3491
Tel.: (213) 633-6800; Fax: (213) 633-6899

**WILMER CUTLER PICKERING HALE & DORR LLP**
Brittany B. Amadi (*pro hac vice*)
brittany.amadi@wilmerhale.com
Heath A. Brooks (*pro hac vice*)
heathbrooks@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
Tel.: (202) 663-6000; Fax: (202) 663-6363
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Francesca Gregorini,
Plaintiff,
v.

APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,
Defendants.

Case No. 2:20-cv-00406-SSS-JC

**JOINT INDEX REGARDING DEPOSITION DESIGNATIONS**

Trial: January 13, 2025

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 16-2.7, and this Court's November 4, 2024 Civil Trial Order, Plaintiff Francesca Gregorini ("Plaintiff") and Defendants Apple Inc., M. Night Shyamalan, Blinding Edge Pictures, Inc., Uncle George Productions, Escape Artists Inc. (named as Escape Artists LLC), Dolphin Black Productions Corp., Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") submit the following joint index regarding deposition designations of Sarah Thorp and Olivia Blaustein. The corresponding deposition transcripts with bracketed designated and counter-designated testimony is being lodged with the Court concurrently as **Exhibit A** (Thorp) and **B** (Blaustein), respectively.

**A. Sarah Thorp, Taken September 27, 2023**

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 13:5-10 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 16:1-5 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 20:11-20 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 21:1-6 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 22:22-23:23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 24:7-25:21 | Defendants (designating) | MIL #3 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| | | FRE 402<br>FRE 403<br>FRE 106 |
| 25:22-27:14 | Plaintiff (counter-designating) | FRE 106 |
| 27:20-28:1 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 28:2-31:12 | Plaintiff (counter-designating) | FRE 106 |
| 31:13-32:6 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 32:7-22 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 32:23-34:3 | Plaintiff (counter-designating) | FRE 106 |
| 34:4-9 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 34:10-36:5 | Plaintiff (counter-designating) | FRE 106 |
| 36:21-37:11 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 37:12-16 | Plaintiff (counter-designating) | FRE 106 |
| 37:17-19 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 37:20-38:8 | Plaintiff (counter-designating) | FRE 106 |
| 38:9-15 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 39:12-25 | Plaintiff (counter-designating) | FRE 106 |
| 40:1-13 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 41:12-14 | Defendants (counter-counter designating) | MIL #3 |
| 43:5-15 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 43:25-44:1 | Defendants (counter-counter designating) | MIL #3 |
| 44:1-16 | Plaintiff (counter-designating) | FRE 106 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 45:15-21 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 45:22-25 | Plaintiff (counter-designating) | FRE 106 |
| 46:1-2 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 46:3-12 | Plaintiff (counter-designating) | FRE 106 |
| 48:18-24 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 49:9-18 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 49:19-50:4 | Plaintiff (counter-designating) | FRE 106<br>FRE 403 |
| 50:5-7 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 51:14-19 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 53:18-22 | Defendants (designating) | MIL #3 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| | | FRE 402<br>FRE 403<br>FRE 106 |
| 53:23-54:11 | Plaintiff (counter-designating) | FRE 106 |
| 54:12-23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 57:12-58:16 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 58:17-25 | Plaintiff (counter-designating) | FRE 106 |
| 59:1-5 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 59:6-24 | Plaintiff (counter-designating) | FRE 106 |
| 59:25-60:3 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 60:4-23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 61:24-62:18 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
| --- | --- | --- |
| | | FRE 106 |
| 62:19-63:1 | Plaintiff (counter-designating) | FRE 106 |
| 63:2-16 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 63:17-64:6 | Plaintiff (counter-designating) | FRE 106 |
| 64:19-65:3 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 65:4-21 | Plaintiff (counter-designating) | FRE 106 |
| 65:22-66:4 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 68:12-69:16 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 69:17-21 | Plaintiff (counter-designating) | FRE 106 |
| 69:22-70:21 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 70:22-72:11 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 602<br>FRE 106 |
| 72:12-19 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 73:1-12 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 73:20-74:1 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 74:8-25 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 75:1-8 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 75:11-23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 75:24-76:22 | Plaintiff (counter-designating) | FRE 106<br>FRE 602 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
| --- | --- | --- |
| 76:23-77:16 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 79:6-80:4 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 85:13-22 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 85:23-86:3 | Plaintiff (counter-designating) | FRE 106 |
| 86:4-8 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 86:20-87:21 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 87:22-88:15 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 88:16-90:5 | Plaintiff (counter-designating) | FRE 106<br>FRE 602 |
| 90:6-18 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 91:8-92:1 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 94:3-21 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 94:22-95:4 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 95:5-6 | Plaintiff (counter-designating) | FRE 106 |
| 95:7-23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 96:20-97:23 | Plaintiff (counter-designating) | FRE 106<br>FRE 602 |
| 98:5-23 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 98:24-99:8 | Plaintiff (counter-designating) | FRE 106 |
| 99:13-15 | Plaintiff (counter-designating) | FRE 106<br>FRE 402<br>FRE 403<br>FRE 802 |
| 100:1-101:20 | Plaintiff (counter-designating) | FRE 106<br>FRE 402 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| | | FRE 403<br>FRE 602<br>FRE 802 |
| 102:10-105:6 | Plaintiff (counter-designating) | FRE 106<br>FRE 402<br>FRE 403<br>FRE 602<br>FRE 802 |
| 105:23-109:25 | Plaintiff (counter-designating) | FRE 106<br>FRE 402<br>FRE 403<br>FRE 602<br>FRE 802 |
| 111:13-21 | Plaintiff (counter-designating) | FRE 106<br>FRE 403<br>FRE 602 |
| 111:24-112:12 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 117:14-24 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 118:5-24 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 119:1-9 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 119:23-120:7 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 121:11-22 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 122:10-17 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 123:2 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 123:11-22 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 125:4-12 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 127:11-17 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 132:14-24 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 133:5-8 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 137:4-15 | Plaintiff (counter-designating) | FRE 106 |
| 137:24-139:4 | Plaintiff (counter-designating) | FRE 106<br>FRE 403<br>FRE 602<br>FRE 802 |
| 139:9-25 | Plaintiff (counter-designating) | FRE 106<br>FRE 403<br>FRE 602<br>FRE 802 |
| 140:14-21 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 146:7-16 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403 |
| 148:2-14 | Defendants (designating) | MIL #3<br>FRE 402<br>FRE 403<br>FRE 106 |
| 148:15-19 | Plaintiff (counter-designating) | FRE 106 |
| 153:19-154:2 | Defendants (counter-counter designating) | MIL #3<br>FRE 402<br>FRE 403 |

**B. Olivia Blaustein, Taken October 3, 2023**

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 8:12-14 | Defendants (designating) | |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 10:11-23 | Plaintiff (counter-designating) | |
| 10:24-11:9 | Defendants (designating) | |
| 11:17-13:8 | Defendants (designating) | FRE 106 |
| 13:9-20 | Plaintiff (counter-designating) | FRE 106 |
| 13:21-14:24 | Defendant (counter-counter-designating) | FRE 602 |
| 15:12-20 | Plaintiff (counter-designating) | FRE 106<br>FRE 403 |
| 15:21-16:2 | Defendant (counter-counter-designating) | FRE 602 |
| 17:15-18:1 | Defendants (designating) | |
| 19:14-15 | Plaintiff (counter-designating) | |
| 19:20-20:9 | Plaintiff (counter-designating) | |
| 21:14-18 | Plaintiff (counter-designating) | FRE 401<br>FRE 402<br>FRE 403 |
| 22:15-19 | Plaintiff (counter-designating) | FRE 401<br>FRE 402<br>FRE 403 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 24:20-25:9 | Plaintiff (counter-designating) | FRE 401<br>FRE 402<br>FRE 403 |
| 26:6-27:14 | Defendants (designating) | |
| 27:15-24 | Plaintiff (counter-designating) | FRE 106<br>FRE 403<br>FRE 602 |
| 29:1-13 | Defendants (designating) | |
| 29:14-18 | Plaintiff (counter-designating) | FRE 106<br>FRE 401<br>FRE 402<br>FRE 403 |
| 29:19-30:16 | Defendants (counter-counter-designating) | FRE 602 |
| 30:17-31:24 | Defendants (designating) | FRE 106 |
| 32:25-33:13 | Plaintiff (counter-designating) | FRE 106<br>FRE 602 |
| 33:14-22 | Defendants (counter-counter-designating) | FRE 602 |
| 33:23-34:7 | Plaintiff (counter-designating) | FRE 106<br>FRE 602 |
| 34:8-22 | Defendants (counter-counter designating) | FRE 602 |
| 34:23-35:3 | Defendants (designating) | FRE 106 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| 35:4-10 | Defendants (counter-counter designating) | FRE 602 |
| 35:11-19 | Defendants (designating) | FRE 106 |
| 45:2-46:7 | Plaintiff (counter-designating) | FRE 401<br>FRE 402 |
| 74:2-75:4 | Plaintiff (counter-designating) | FRE 106<br>FRE 403<br>FRE 602 |
| 75:5-9 | Defendants (counter-counter designating) | FRE 403 |
| 75:24-76:3 | Defendants (counter-counter designating) | FRE 403 |
| 76:4-77:7 | Plaintiff (counter-designating) | FRE 403<br>FRE 602 |
| 80:11-12 | Plaintiff (counter-designating) | FRE 401<br>FRE 402<br>FRE 403 |
| 80:23-81:5 | Plaintiff (counter-designating) | FRE 106<br>FRE 401<br>FRE 402<br>FRE 403 |
| 81:11-16 | Defendants (counter-counter designating) | FRE 402<br>FRE 403 |
| 83:12-14 | Plaintiff (counter-designating) | FRE 106<br>FRE 401<br>FRE 402 |

| Page/Line | Offering Party | Non-Offering Party's Objections |
|---|---|---|
| | | FRE 403 |
| 83:15-17 | Defendants (counter-counter designating) | FRE 402<br>FRE 403 |
| 84:2-4 | Defendants (counter-counter designating) | FRE 402<br>FRE 403 |
| 84:8-11 | Defendants (counter-counter designating) | FRE 402<br>FRE 403 |
| 85:21-25 | Defendants (designating) | FRE 106 |
| 86:1-6 | Defendants (counter-counter designating) | FRE 106<br>FRE 402<br>FRE 403 |
| 86:10-16 | Defendants (counter-counter designating) | FRE 402<br>FRE 403 |
| 87:10-24 | Plaintiff (counter-designating) | FRE 403<br>FRE 602 |

Dated: January 10, 2025

**DAVIS WRIGHT TREMAINE LLP**

By: /s/ Nicolas A. Jampol
Nicolas A. Jampol

Attorneys for Defendants

Dated: January 10, 2025

**ROBINS KAPLAN LLP**

By: /s/ Patrick M. Arenz
Patrick M. Arenz

Attorneys for Plaintiff

**FILER'S ATTESTATION**

Under L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: January 10, 2025

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
NICOLAS A. JAMPOL

Attorneys for Defendants