**DAVIS WRIGHT TREMAINE LLP**
Nicolas A. Jampol (SBN 244867)
nicolasjampol@dwt.com
Cydney Swofford Freeman (SBN 315766)
cydneyfreeman@dwt.com
Meenakshi Krishnan *(pro hac vice)*
meenakshikrishnan@dwt.com
Carl Mazurek *(pro hac vice)*
carlmazurek@dwt.com

350 South Grand Avenue, 27th Floor
Los Angeles, California 90071-3491
Telephone: (213) 633-6800
Fax: (213) 633-6899

**WILMER CUTLER PICKERING HALE & DORR LLP**
Brittany B. Amadi *(pro hac vice)*
Brittany.amadi@wilmerhale.com
Heath A. Brooks *(pro hac vice)*
heathbrooks@wilmerhale.com
2100 Pennsylvania Avenue, NW
Washington D.C. 20037
Tel: (202) 663-6000; Fax: (202) 633-6363

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI, | Case No. 2:20-cv-00406-SSS-JC |
| Plaintiff, | **NOTICE OF LODGING OF CERTIFIED COPIES OF DEPOSITION TRANSCRIPTS** |
| v. | |
| APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive | |
| Defendants. | |

**TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Local Rule 32-2 and this Court's November 4, 2024 Civil Trial Order Defendants Apple Inc., M. Night Shyamalan, Blinding Edge Pictures, Inc., Uncle George Productions, Escape Artists Inc. (named as Escape Artists LLC), Dolphin Black Productions Corp., Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") hereby lodge with the Court:

- Certified copy of the deposition transcript of Olivia Blaustein, taken on October 2, 2023
- Certified copy of the deposition transcript of Francesca Gregorini, taken on November 14, 2023
- Certified copy of the deposition transcript of Francesca Gregorini, taken on April 11, 2024
- Certified copy of the deposition transcript of Francesca Gregorini, taken on May 17, 2024
- Certified copy of the deposition transcript of Ellen Jones, taken on November 8, 2023
- Certified copy of the deposition transcript of Antony Langdon, taken on May 1, 2024
- Certified copy of the deposition transcript of Dominic M. Persechini, taken on June 13, 2024
- Certified copy of the deposition transcript of Ellen Pittleman, taken on June 19, 2024
- Certified copy of the deposition transcript of David Roman, taken on June 17, 2024
- Certified copy of the deposition transcript of Rooney Mara, taken on November 9, 2023

1

- Certified copy of the deposition transcript of Sarah Thorp, taken on September 27, 2023
- Certified copy of the deposition transcript of Tatiana Von Furstenberg, taken on May 8, 2024

DATED: January 10, 2025                    DAVIS WRIGHT TREMAINE LLP

By: /s/ Nicolas A. Jampol
    Nicolas A. Jampol

2