# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cv-00406-SSS-JCx |
| Title: | Francesca Gregorini v. Apple, Inc., et al. |
| Date | January 14, 2025 |

Present: The Honorable **Sunshine Suzanne Sykes, U.S. District Judge**

| Rachel Maurice | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Prteek N. Wiswanathan, Emily E. Niles, Annie Huang | Brittany B. Amadi, Nicolas A. Jampol, Cydney Swofford Freeman |

___ Day Court Trial        2nd Day Jury Trial

___ One day trial:  ___ Begun (1st day);  X Held & Continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
X Opening statements made by  X plaintiff(s)   X defendant(s)
___ Witnesses called, sworn and testified.  X Exhibits Identified   X Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ___ Jury resumes deliberations.
___ Jury Verdict in favor of  ___ plaintiff(s)  ___ defendant(s) is read and filed.
___ Jury polled.  ___ Polling waived.
___ Filed Witness & Exhibit Lists  ___ Filed jury notes.  ___ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by ___
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to  January 15, 2025 at 9:00 a.m.  for further trial/further jury deliberation.
___ Other:

5 : 56

Initials of Deputy Clerk   ram

cc: