# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cv-00406-SSS-JCx |
| Date | January 23, 2025 |
| Title: | Francesca Gregorini v. Apple, Inc., et al. |

Present: The Honorable **Sunshine Suzanne Sykes, U.S. District Judge**

| Rachel Maurice | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Prteek N. Wiswanathan, Emily E. Niles, Annie Huang | Brittany B. Amadi, Nicolas A. Jampol, Cydney Swofford Freeman |

_____ Day Court Trial     7th Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  **X** Held & Continued;  _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   January 24, 2025 at 9:00 a.m.   for further trial/further jury deliberation.
_____ Other:

6 : 15

Initials of Deputy Clerk   ram

cc: