

FILED
CLERK, U.S. DISTRICT COURT

**1/27/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____IV_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**(REDACTED)  JURY NOTE • NUMBER ____1____**

Case No.  2:20-cv-00406-SSS-JCx

Title:  Francesca Gregorini v. Apple Inc. et al
=============================================================================

☐  The Jury has reached a unanimous verdict.

☒  Other: _____Jury Selects #6 as foreperson._____

_____We will go till 5pm today._____

Dated this __9/27/25__ day of _____, 2025.

Time: 9 : 17 am/pm

███████████████████████████████

Foreperson of the Jury

Court's Response: