FILED
CLERK, U.S. DISTRICT COURT

1/27/25

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

(REDACTED)   JURY NOTE • NUMBER __2__

Case No. 2:20-cv-00406-SSS-JCx

Title: Francesca Gregorini v. Apple Inc. et al

====================================================================

☐ The Jury has reached a unanimous verdict.

☒ Other:
#1 We would like to see Dr. Ramon's list of "core" elements or "similarities" found between the two works.

#2 Is there a table of contents for the evidence?

Dated this __24th__ day of __Jan__, 2025.

Time: 10 : 46 am/~~pm~~

Foreperson of the Jury

Court's Response:

#1 Please refer to Jury Instruction #44. The exhibit was not admitted into evidence.

#2 We are working on this and will provide as soon as possible.