

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**(REDACTED)**    JURY NOTE • NUMBER __3__

Case No.  2:20-cv-00406-SSS-JCx

Title:    Francesca Gregorini v. Apple Inc. et al

===========================================================================

☐  The Jury has reached a unanimous verdict.

☒  Other: _Can we have a definition of "Widely Disseminated"?_

Dated this __24th__ day of __Jan__, 2025.

Time: __3 : 11__ am/**pm**

Foreperson of the Jury

Court's Response: