FILED
CLERK, U.S. DISTRICT COURT

**1/27/25**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ IV ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JURY NOTE

**(REDACTED)**     **JURY NOTE • NUMBER** ___4___

Case No.   2:20-cv-00406-SSS-JCx

Title:    Francesca Gregorini v. Apple Inc. et al

=================================================================

☑   The Jury has reached a unanimous verdict.

☐   Other:

_____

_____

_____

_____

_____

_____

_____

_____

Dated this __24th__ day of __Jan__ , 2025.

Time: _4_ : _52_ am/~~pm~~

██████████████████████
Foreperson of the Jury

Court's Response: