FILED
CLERK, U.S. DISTRICT COURT
1/27/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS; a Pennsylvania corporation; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No. 2:20-cv-00406-SSS-JCx<br><br>**VERDICT FORM (REDACTED)**<br><br>Trial: January 13, 2025 |

# SPECIAL VERDICT FORM

1. Did Plaintiff prove that any Defendant identified below had access to the film *The Truth About Emanuel* before Episodes 1-3 of *Servant* were created? "Yes" is in favor of Plaintiff, and "No" is in favor of that Defendant.

|  | **Yes** | **No** |
|---|---|---|
| Apple Inc. |  | ✓ |
| M. Night Shyamalan |  | ✓ |
| Blinding Edge Pictures, Inc. |  | ✓ |
| Uncle George Productions |  | ✓ |
| Escape Artists LLC |  | ✓ |
| Dolphin Black Productions |  | ✓ |
| Tony Basgallop |  | ✓ |
| Ashwin Rajan |  | ✓ |
| Jason Blumenthal |  | ✓ |
| Todd Black |  | ✓ |
| Steve Tisch |  | ✓ |

If you found no Defendants had access to *The Truth About Emanuel*, you do not need to answer any further questions. Please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk. Otherwise, please proceed to the next question.

2. Did Plaintiff prove that Episodes 1-3 of *Servant* are substantially similar to the film *The Truth About Emanuel* under the extrinsic test? "Yes" is in favor of Plaintiff, and "No" is in favor of Defendants.

Yes \_\_\_\_\_

No \_\_\_\_\_

If your answer is "no," you do not need to answer any further questions. Please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer is "yes," please proceed to the next question.

3. Did Plaintiff prove that Episodes 1-3 of *Servant* are substantially similar to the film *The Truth About Emanuel* under the intrinsic test? "Yes" is in favor of Plaintiff, and "No" is in favor of Defendants.

Yes \_\_\_\_

No \_\_\_\_

If your answer is "no," you do not need to answer any further questions. Please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer is "yes," please proceed to the next question.

3

4.  Did Defendants prove that Episodes 1-3 of *Servant* were created independently of *The Truth About Emanuel*? "Yes" is in favor of Defendants, and "No" is in favor of Plaintiff.

Yes \_\_\_\_

No \_\_\_\_

If your answer is "yes," you do not need to answer any further questions. Please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer is "no," please proceed to the next question.

4

VERDICT FORM

5. Did Plaintiff prove that any of the Defendants identified below infringed the copyright in the film *The Truth About Emanuel*. "Yes" is in favor of Plaintiff, and "No" is in favor of that Defendant.

|  | Yes | No |
| --- | --- | --- |
| Apple Inc. |  |  |
| M. Night Shyamalan |  |  |
| Blinding Edge Pictures, Inc. |  |  |
| Uncle George Productions |  |  |
| Escape Artists LLC |  |  |
| Dolphin Black Productions |  |  |
| Tony Basgallop |  |  |
| Ashwin Rajan |  |  |
| Jason Blumenthal |  |  |
| Todd Black |  |  |
| Steve Tisch |  |  |

If your answer is "no" for all Defendants, you do not need to answer any further questions. Please have this verdict form signed and dated by the Presiding Juror and returned to the court clerk.

If your answer is "yes" for any Defendant, please proceed to the next question.

5

VERDICT FORM

6. Did Plaintiff prove that any of the Defendants contributorily or vicariously infringed the copyright in the film *The Truth About Emanuel*? "Yes" is in favor of Plaintiff, and "No" is in favor of that Defendant.

|  | **Contributory Infringement** | **Vicarious Infringement** |
|---|---|---|
| Apple Inc. |  |  |
| M. Night Shyamalan |  |  |
| Blinding Edge Pictures, Inc. |  |  |
| Uncle George Productions |  |  |
| Escape Artists LLC |  |  |
| Dolphin Black Productions |  |  |
| Tony Basgallop |  |  |
| Ashwin Rajan |  |  |
| Jason Blumenthal |  |  |
| Todd Black |  |  |
| Steve Tisch |  |  |

Please proceed to the next question.

7. For each Defendant for whom you found copyright infringement, what amount of profits, if any, are attributable to the infringement? Please write the amount, in dollars, below. If you answered "No" for the Defendant in Question 6 or no profits are attributable to the infringement, please write "0" or "None."

| | **Direct Profits (Servant Episodes 1-3)** | **Indirect Profits (Servant Episodes 4-40)** |
|---|---|---|
| Apple Inc. | | |
| M. Night Shyamalan | | |
| Blinding Edge Pictures, Inc. | | |
| Uncle George Productions | | |
| Escape Artists LLC | | |
| Dolphin Black Productions | | |
| Tony Basgallop | | |
| Ashwin Rajan | | |
| Jason Blumenthal | | |
| Todd Black | | |
| Steve Tisch | | |

You have now completed this special verdict. Please have the Presiding Juror sign and date this form below and return it to the Court Clerk.

Dated: January 24, 2025



PRESIDING JUROR