# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\* CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:20-cv-00406-SSS-JCx |
| Title: | Francesca Gregorini v. Apple, Inc., et al. |
| Date | January 24, 2025 |

Present: The Honorable **Sunshine Suzanne Sykes, U.S. District Judge / David T. Bristow, U.S. Magistrate Judge**

| Rachel Maurice | Myra Ponce |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Prteek N. Wiswanathan, Emily E. Niles, Annie Huang | Brittany B. Amadi, Nicolas A. Jampol, Cydney Swofford Freeman |

___ Day Court Trial    8th Day Jury Trial

___ One day trial:  ___ Begun (1st day);  ___ Held & Continued;  **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.  ___ Exhibits Identified  ___ Exhibits admitted.
___ Plaintiff(s) rest.  ___ Defendant(s) rest.
___ Closing arguments made by  ___ plaintiff(s)  ___ defendant(s).  ___ Court instructs jury.
___ Bailiff(s) sworn.  ___ Jury retires to deliberate.  ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of  ___ plaintiff(s)  ✓ defendant(s) is read and filed.
✓ Jury polled.  ___ Polling waived.
✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ✓ Filed jury instructions.
___ Judgment by Court for  ___ plaintiff(s)  ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by  ___ plaintiff(s)  ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: As previously stipulated by the parties, Judge Bristow appeared and handled the verdict.

| | 00 : 16 |
|---|---|
| Initials of Deputy Clerk | ram |

cc: