JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCESCA GREGORINI,<br><br>            Plaintiff,<br><br>  vs.<br><br>APPLE INC., a California corporation; M. NIGHT SHYAMALAN, an individual, BLINDING EDGE PICTURES, INC., a Pennsylvania corporation; UNCLE GEORGE PRODUCTIONS, a Pennsylvania corporate; ESCAPE ARTISTS LLC, a California limited liability company; DOLPHIN BLACK PRODUCTIONS, a California corporation; TONY BASGALLOP, an individual; ASHWIN RAJAN, an individual; JASON BLUMENTHAL, an individual; TODD BLACK, an individual; STEVE TISCH, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00406-SSS-JCx<br><br>**FINAL JUDGMENT** |

# **FINAL JUDGMENT**

Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch (collectively, "Defendants") moved for summary judgment on Plaintiff Francesca Gregorini's ("Plaintiff") Second Claim for Relief (Copyright Infringement re: "Early *Servant* Script") and Third Claim for Relief (Copyright Infringement re: "Later *Servant* Script"). Dkt. 25 at 45-47; Dkt. 239 at 21. While Defendants' motion was pending, Plaintiff withdrew both of those claims for relief regarding the "Early" and "Later" *Servant* scripts. Dkt. 337 at 3 n.4; Dkt. 300 at 19.

This action came before the Court for trial by jury on Plaintiff's remaining causes of action, namely her First and Fourth Claims for Relief, on January 13, 2025, with the Honorable Sunshine S. Sykes, District Judge, presiding. The jury rendered its unanimous verdict on January 24, 2025, in favor of each Defendant.

In accordance with the jury's unanimous verdict and pursuant to Federal Rule of Civil Procedure 58, **IT IS ORDERED AND ADJUDGED** as follows:

(1) On Plaintiff's First Claim for Relief in Plaintiff's First Amended Complaint for Copyright Infringement re: *Servant* against all Defendants, judgment is hereby entered in favor of each Defendant and against Plaintiff.

(2) On Plaintiff's Second Claim for Relief in Plaintiff's First Amended Complaint for Copyright Infringement re: "Early *Servant* Script" against Mr. Basgallop and Mr. Blumenthal, that claim was withdrawn and thus is now dismissed with prejudice.

(3) On Plaintiff's Third Claim for Relief in Plaintiff's First Amended Complaint for Copyright Infringement of Later *Servant* Script against all

Defendants except Apple Inc., that claim was withdrawn and thus is now dismissed with prejudice.

(4) On Plaintiff's Fourth Claim for Relief in Plaintiff's First Amended Complaint for Contributory and Vicarious Copyright Infringement against all Defendants, judgment is hereby entered in favor of each Defendant and against Plaintiff.

(5) Plaintiff takes nothing.

(6) Pursuant to Federal Rule of Civil Procedure 54, Defendants are the prevailing party, and as the prevailing party, Defendants shall recover their costs against Plaintiff in an amount to be determined upon request of counsel.

(7) Pursuant to Federal Rule of Civil Procedure 54 and 17 U.S.C. § 505, any motion for attorney's fees is due within 14 days of this Court's entry of judgment.

All other requests for relief now pending before the Court and not specifically addressed herein are **DENIED**.

The Clerk is directed to enter Final Judgment in favor of Defendants Blinding Edge Pictures, Inc., Uncle George Productions, LLC, Apple Inc., Escape Artists, Inc. (sued as Escape Artists LLC), Dolphin Black Productions, M. Night Shyamalan, Tony Basgallop, Ashwin Rajan, Jason Blumenthal, Todd Black, and Steve Tisch, and to enter Final Judgment against Plaintiff Francesca Gregorini, and to close the above-captioned case.

**IT IS SO ORDERED**.

DATED: February 20, 2025

SUNSHINE S. SYKES
United States District Judge